# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS (DALLAS)

-----------------------------------------------x
:
In re                                          :          **Chapter 11**
:
**HOOTERS OF AMERICA, LLC,** *et al.,*         :          **Case No. 25-80078 (SWE)**
:
Debtors.[1]                                    :          **(Jointly Administered)**
:
:
-----------------------------------------------x

## SCHEDULE OF ASSETS AND LIABILITIES FOR
## HOA RESTAURANT HOLDER, LLC (CASE NO. 25-80095)

---

[1]   The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: Hooters of America, LLC (5288); Owl Holdings, LLC (3103); Hawk Parent, LLC (2323); HOA Holdings, LLC (1180); Night Owl, LLC (4511); Owl Wings, LLC (4583); Owl Restaurant Holdings, LLC (7751); HOA Restaurant Group, LLC (7654); Derby Wings Holdings, LLC (8081); Derby Wings, LLC (6578); HOA Gift Cards, LLC (3684); Elf Owl Investments, LLC (3342); TW Lonestar Wings, LLC (3465); Alamo Wings, LLC (3702); HOA Holdco, LLC (8828); HOA Systems, LLC (2439); HOA Funding, LLC (4390); HOA Restaurant Holder, LLC (3883); HOOTS Restaurant Holder, LLC (5840); HOA IP GP, LLC (9555); HOOTS Franchising, LLC (8375); HOA Franchising, LLC (4451); HOA Maryland Restaurant Holder, LLC (1608); HOA Kansas Restaurant Holder, LLC (9045); TW Restaurant Holder, LLC (6927); DW Restaurant Holder, LLC (8261); HI Limited Partnership (2355); HOA Towson, LLC (1942); HOA Waldorf, LLC (5425); HOA Laurel, LLC (5010). The Debtors' service address is 1815 The Exchange SE, Atlanta, GA 30339.

**ROPES & GRAY LLP**
Ryan Preston Dahl (admitted *pro hac vice*)
1211 Avenue of the Americas
New York, New York 10036
Telephone: (212) 596-9000
Facsimile: (212) 596-9090
ryan.dahl@ropesgray.com

- and -

**ROPES & GRAY LLP**
Chris L. Dickerson (admitted *pro hac vice*)
Rahmon J. Brown (admitted *pro hac vice*)
Michael K. Wheat (admitted *pro hac vice*)
191 North Wacker Drive, 32nd Floor
Chicago, Illinois 60606
Telephone: (312) 845-1200
Facsimile: (312) 845-5500
chris.dickerson@ropesgray.com
rahmon.brown@ropesgray.com
michael.wheat@ropesgray.com

*Proposed Counsel for the Debtors*

**FOLEY & LARDNER LLP**
Holland N. O'Neil (TX 14864700)
Stephen A. Jones (TX 24101270)
Zachary C. Zahn (TX 24137675)
2021 McKinney Avenue, Suite 1600
Dallas, TX 75201
Telephone: (214) 999-3000
Facsimile: (214) 999-4667
honeil@foley.com
sajones@foley.com
zzahn@foley.com

*Proposed Co-Counsel for the Debtors*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| Hooters of America., *et al.*,[1] | Case No. 25-80078 (SWE) |
| Debtors. | (Jointly Administered) |

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: Hooters of America, LLC (5288); Owl Holdings, LLC (3103); Hawk Parent, LLC (2323); HOA Holdings, LLC (1180); Night Owl, LLC (4511); Owl Wings, LLC (4583); Owl Restaurant Holdings, LLC (7751); HOA Restaurant Group, LLC (7654); Derby Wings Holdings, LLC (8081); Derby Wings, LLC (6578); HOA Gift Cards, LLC (3684); Elf Owl Investments, LLC (3342); TW Lonestar Wings, LLC (3465); Alamo Wings, LLC (3702); HOA Holdco, LLC (8828); HOA Systems, LLC (2439); HOA Funding, LLC (4390); HOA Restaurant Holder, LLC (3883); HOOTS Restaurant Holder, LLC (5840); HOA IP GP, LLC (9555); HOOTS Franchising, LLC (8375); HOA Franchising, LLC (4451); HOA Maryland Restaurant Holder, LLC (1608); HOA Kansas Restaurant Holder, LLC (9045); TW Restaurant Holder, LLC (6927); DW Restaurant Holder, LLC (8261); HI Limited Partnership (2355); HOA Towson, LLC (1942); HOA Waldorf, LLC (5425); HOA Laurel, LLC (5010). The Debtors' service address is 1815 The Exchange SE, Atlanta, GA 30339.

**GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGIES,
AND DISCLAIMERS REGARDING THE DEBTORS' SCHEDULES
OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS**

The Schedules of Assets and Liabilities (collectively with attachments, the "Schedules") and the Statements of Financial Affairs (collectively with attachments, the "Statements," and together with the Schedules, the "Schedules and Statements"), filed by the above-captioned debtors and debtors in possession (collectively, the "Debtors"), were prepared pursuant to section 521 of title 11 of the United States Code (the "Bankruptcy Code") and rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") by the Debtors with the assistance of their advisors and are unaudited.

These *Global Notes and Statement of Limitations, Methodologies, and Disclaimers Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs* (the "Global Notes") pertain to, are incorporated by reference in, and comprise an integral part of, the Schedules and Statements. These Global Notes should be referred to, considered, and reviewed in connection with any review of the Schedules and Statements. To the extent that the Schedules and Statements conflict with these Global Notes, these Global Notes shall control.

The Debtors and their professionals do not and cannot guarantee or warrant the accuracy or completeness of the data that is provided herein and shall not be liable for any loss or injury arising out of, or caused in whole or in part by, the acts, errors, or omissions in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained herein. While diligent and reasonable efforts have been made to provide accurate and complete information in the Schedules and Statements based on information that was available at the time of preparation, inadvertent errors or omissions may exist. In no event shall the Debtors or their professionals be liable to any third party for any direct, indirect, incidental, consequential, or special damages (including damages arising from the disallowance of a potential claim against the Debtors or damages to business reputation, lost business, or lost profits), whether foreseeable or not and however caused, even if the Debtors or their professionals are advised of the possibility of such damages.

The Schedules and Statements have been signed by Keith Maib, Chief Restructuring Officer of the Debtors. In reviewing and signing the Schedules and Statements, Mr. Maib necessarily relied upon the efforts, statements, and representations of the Debtors' management, other personnel, and advisors. Mr. Maib has not (and could not have) personally verified the accuracy of each such statement and representation, including statements and representations concerning the reason behind certain payments.

The Global Notes supplement and are in addition to any specific notes contained in each Debtor's respective Schedules or Statements. Disclosure of information in one or more Schedules, one or more Statements, or one or more exhibits or attachments to the Schedules or Statements, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedules, Statements, exhibits, or attachments.

## Global Notes and Overview of Methodology

1. ***Description of Cases***. On March 31, 2025 (the "Petition Date"), each Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Northern District of Texas (the "Bankruptcy Court"). The Debtors' chapter 11 cases are jointly administered for procedural purposes only under the lead case caption *In re Hooters of America., et al.*, Case No. 25-80078-SWE (Bankr. N.D. Tex. 2025) [Docket No. [91]]. The Debtors are debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. On April 15, 2025, the United States Trustee for the Northern District of Texas appointed a statutory committee of unsecured creditors pursuant to section 1102(a) and 1102(b)(1) of the Bankruptcy Code [Docket Nos. 187, 189].

2. ***"As Of" Information Date***. The information provided herein represents the data of the Debtors as of the Petition Date, unless otherwise indicated. Unless otherwise indicated herein or in the Schedules and Statements, the amounts set forth in the Schedules and Statements reflect net book value as of the Petition Date. Amounts ultimately realized may vary from the values ascribed in the Schedules and Statements and such variance may be material. Accordingly, the Debtors reserve all of their rights to amend, modify or adjust the value of each asset set forth herein. In addition, the amounts shown for total liabilities exclude items identified as "unknown," "disputed," "contingent," "unliquidated," or "undetermined," and thus, ultimate liabilities may differ materially from those stated in the Schedules and Statements.

3. ***General Reservation of Rights***. Diligent and reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; however, inadvertent errors or omissions may exist. The Debtors reserve all rights to (a) amend or supplement the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate, including the right to amend the Schedules and Statements with respect to any claim (each a "Claim") description, designation, or Debtor against which the Claim is asserted; (b) dispute or otherwise assert offsets or defenses to any Claim reflected in the Schedules and Statements as to amount, liability, priority, status, or classification; (c) subsequently designate any Claim as "disputed," "contingent," or "unliquidated;" or (d) object to the extent, validity, enforceability, priority, or avoidability of any Claim.

    Furthermore, nothing contained in the Schedules and Statements constitutes a waiver of any of the Debtors' rights or an admission of any kind with respect to these chapter 11 cases, including any rights or Claims of the Debtors against any third party or issues involving Claims, substantive consolidation, equitable subordination, recharacterization, or defenses and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant applicable bankruptcy or nonbankruptcy laws to recover assets or avoid transfers.

    Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in the above paragraphs, nor shall it otherwise infringe upon the Debtors' rights to amend their Schedules and Statements at any time before these chapter 11 cases are closed, pursuant to Bankruptcy Rule 1009.

4.  ***Basis of Presentation.***  Information contained in the Schedules and Statements has been derived from the Debtors' books and records.  The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles ("GAAP"), nor are they intended to fully reconcile to any financial statements prepared under GAAP.  Combining the assets and liabilities set forth in the Schedules and Statements would result in amounts that could be substantially different from financial information that would otherwise be prepared under GAAP.

To the extent that a Debtor shows more assets than liabilities, this is not an admission that the Debtor was solvent as of the Petition Date or at any time before the Petition Date.  Likewise, to the extent a Debtor shows more liabilities than assets, this is not an admission that the Debtor was insolvent at the Petition Date or any time before the Petition Date.  For the avoidance of doubt, nothing contained in the Schedules and Statement is indicative of the Debtors' enterprise value.

The Schedules and Statements reflect the Debtors' reasonable efforts to report the assets and liabilities of each Debtor on an unconsolidated basis.

5.  ***Causes of Action***.  Despite making diligent and reasonable efforts to identify all known assets, the Debtors may not have identified or set forth all of their causes of action (filed or potential) against third parties as assets in the Schedules and Statements, including causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and actions under other relevant bankruptcy and non-bankruptcy laws to recover assets or avoid transfers.  The Debtors reserve all rights with respect to any causes of action (including avoidance actions), controversy, right of setoff, cross claim, counterclaim, or recoupment and any claim on contracts or for breaches of duties imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license, and franchise of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertable directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, at law or in equity, or pursuant to any other theory (collectively, "Causes of Action") they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any Claims or Causes of Action or in any way prejudice or impair the assertion of such Claims or Causes of Action by the Debtors.

6.  ***Court Orders***.  Pursuant to certain orders of the Bankruptcy Court entered in these chapter 11 cases (the "First Day Orders"), the Debtors were authorized (but not directed) to pay, among other things, certain prepetition Claims of employees, PACA and PASA claimants, insurers, and taxing authorities.  Accordingly, these liabilities may have been or may be satisfied in accordance with such orders and, therefore, generally are not listed in the Schedules and Statements or listed as undetermined amounts where appropriate.  Regardless of whether such Claims are listed in the Schedules and Statements, to the extent such Claims are paid pursuant to an order of the Bankruptcy Court (including the First Day Orders), the Debtors reserve all rights to amend or supplement the Schedules and Statements as is necessary or appropriate, or to object or take other action as is necessary and appropriate to avoid over-payment of, or duplicate payments for, any such liabilities.

4

7.    ***Liabilities***.  The Debtors have sought to allocate liabilities between the prepetition and postpetition periods based on the information and research that was conducted in connection with the preparation of the Schedules and Statements.  As additional information becomes available and further research is conducted, the allocation of liabilities between prepetition and postpetition periods may change.

8.    ***Excluded Assets and Liabilities***.  Certain immaterial or *de minimis* assets and liabilities may have been excluded.  The Debtors have also excluded rejection damage Claims of counterparties to executory contracts and unexpired leases that have not been rejected, to the extent such damage Claims exist.

9.    ***Property Rights.***  Exclusion of certain property from the Schedules and Statements shall not be construed as an admission that such property rights have been abandoned, terminated, expired by their terms, or otherwise transferred pursuant to a sale, acquisition, or other transaction.  Conversely, inclusion of certain property shall not be construed to be an admission that such property rights have not been abandoned, have not been terminated, expired by their terms, or have not been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction.

10.    ***Property and Equipment***.  Unless otherwise indicated, owned property and equipment are stated at net book value.  The Debtors may lease furniture, fixtures, and equipment from certain third-party lessors.  Any such leases are set forth in the Schedules and Statements.  Nothing in the Schedules and Statements is or shall be construed as an admission as to the determination as to the legal status of any lease (including whether any lease is a true lease or a financing arrangement), and the Debtors reserve all of their rights with respect thereto.

11.    ***Intercompany Payables and Receivables***.  The listing by the Debtors of any account between a Debtor and another Debtor is a statement of what appears in the Debtors' books and records and does not reflect any admission or conclusion of the Debtors regarding the allowance, classification, characterization, validity, or priority of such account.  The Debtors take no position in these Schedules and Statements as to whether such accounts would be collectible, or allowed as a Claim, an Interest, or not allowed at all.  The Debtors and all parties in interest reserve all rights with respect to such accounts.

12.    ***Estimates***.  To prepare and file the Schedules and Statements in accordance with the deadline established in these chapter 11 cases, the Debtors were required to make certain estimates and assumptions with respect to the reported amounts of assets and liabilities, the amount of contingent assets and contingent liabilities on the date of the Schedules and Statement, and the reported amounts of revenues and expenses during the applicable reporting periods.  The Debtors reserve all rights to amend, supplement, or otherwise modify the reported amounts of assets and liabilities to reflect changes in those estimates or assumptions.

13.    ***Fiscal Year***.  Unless otherwise indicated, each Debtor's most recent fiscal year ended on December 29, 2024.

14.   ***Currency***.  Unless otherwise indicated, all amounts are reflected in U.S. dollars.  Currency conversions are generally as of the Petition Date.

15.   ***Executory Contracts and Unexpired Leases***.  Although the Debtors have made diligent attempts to properly identify executory contracts and unexpired leases on Schedule G, it is possible that more Debtor entities are a counterparty to certain executory contracts on Schedule G than will be listed.  The Debtors reserve all of their rights with respect to the named parties of any and all executory contracts, including the right to amend Schedule G.  In addition, although the Debtors have made diligent attempts to properly identify executory contracts and unexpired leases, the inclusion of a contract or lease on Schedule G does not constitute an admission as to the executory or unexpired nature (or non-executory or expired nature) of the contract or lease, or an admission as to the existence or validity of any Claims held by any counterparty to such contract or lease.  Moreover, nothing in the Schedules and Statements is, or shall be construed to be, an admission as to the determination of the legal status of any lease or financing arrangement (including whether any lease or financing arrangement is a true lease, a financing arrangement, or a real property interest), and the Debtors reserve all rights with respect to such issues.

The Debtors have historically performed under certain executory contracts between non-debtors.  The Debtors have listed such contracts on Schedule G and indicated the parties to such contracts in these Global Notes.

16.   ***Insiders***.  In instances where the Schedules and Statements require information regarding "insiders," the Debtors have included information with respect to the individuals and entities who the Debtors believe may be included in the definition of "insider" set forth in section 101(31) of the Bankruptcy Code during the relevant time periods.  Such individuals may no longer serve in such capacities.

The listing or omitting a party as an insider for purposes of the Schedules and Statements is for informational purposes only and is not intended to be, nor should it be, construed as an admission of the legal characterization of such party as an insider for purpose of section 101(31) of the Bankruptcy Code.  Moreover, the Debtors do not take any position with respect to: (a) any insider's influence over the control of the Debtors; (b) the management responsibilities or functions of any such insider; (c) the decision making or corporate authority of any such insider; or (d) whether the Debtors or any such insider could successfully argue that they are not an "insider" or "affiliate" under applicable law or with respect to any theories of liability or for any other purpose.

17.   ***Totals***.  All totals that are included in the Schedules and Statements represent totals of all known amounts.  To the extent there are unknown, disputed, contingent, unliquidated, or otherwise undetermined amounts, the actual total may be different than the listed total.

18.   ***Unliquidated Claim Amounts***.  Claim amounts that could not be quantified by the Debtors are scheduled as "unliquidated."

19. ***Undetermined Amounts***. The description of an amount as "unknown," "disputed," "contingent," "unliquidated," or "undetermined" is not intended to reflect upon the materiality of such amount.

20. ***Credits and Adjustments***. The claims of individual creditors for, among other things, goods, products, or services are listed as amounts entered on the Debtors' books and records and may not reflect credits, allowances, or other adjustments due from such creditors to the Debtors. The Debtors reserve all of their rights respecting such credits, allowances and other adjustments, including the right to assert Claim objections and/or setoffs with respect to the same.

21. ***Guaranties and Other Secondary Liability Claims***. The Debtors have used their best efforts to locate and identify guaranties and other secondary liability claims (collectively, the "Guaranties") in their executory contracts, unexpired leases, debt instruments, and other such agreements; however, a review of these agreements, specifically the Debtors' leases and contracts, is ongoing. Where such Guaranties have been identified, they have been included in the relevant Schedule for the Debtor or Debtors affected by such Guaranties. The Debtors have reflected the Guaranty obligations for both the primary obligor and the guarantor with respect to their financings and debt instruments on Schedules G and H.

22. ***Mechanics' Liens***. The property and equipment listed in the Schedules are presented without consideration of any mechanics', materialmans', or other similar statutory liens. Such liens may apply, and the Debtors reserve their right to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be perfected by a creditor.

23. ***Entity Classification Issues.*** The Debtors have used their best efforts to identify the assets owned by each Debtor, the liabilities owed by each Debtor, and the Debtor that is a counterparty to executory contacts and unexpired leases; however, there are certain inherent limitations in making such identifications, including that: (a) certain assets and executory contacts and unexpired leases may be primarily used by a Debtor other than the entity which holds title to such assets or is a party to such executory contact and unexpired lease according to the Debtors' books and records; (b) the Debtor entity that owns or holds title to certain assets or is a party to certain executory contracts and unexpired leases may not be ascertainable given the consolidated manner in which the Debtors have operated their businesses; (c) certain liabilities may have been nominally incurred by one Debtor, yet such liabilities may have actually incurred by, or the invoices related to such liabilities may have been issued to or in the name of, another Debtor; and (d) certain creditors of the Debtors may have treated one or more of the Debtors as a consolidated entity rather than as differentiated entities.

In particular, due to the Debtor's ordinary course practices of keeping their books and records, it is not possible to independently report the financial results of five of the subsidiary entities. Consequently, the consolidated financial reports of HOA Maryland Restaurant Holder, LLC (46-5591608) and HOA Kansas Restaurant Holder, LLC (46-5553883) are consolidated with their respective immediate parent company, HOA

7

Restaurant Holder, LLC (46-5553883).  The financial results of three direct subsidiaries of HOA Maryland Restaurant Holder, LLC, which are HOA Towson LLC (46-5711942), HOA Laurel, LLC (46-5725010), and HOA Waldorf, LLC (46-5735425) are consolidated with HOA Restaurant Holder, LLC, the immediate parent of HOA Maryland Restaurant Holder, LLC.

## Specific Disclosures with Respect to the Debtors' Schedules

24. *Schedule A/B.*  Certain of the instruments reflected on Schedule A may contain renewal options, guarantees of payments, and other miscellaneous rights.  Such rights, powers, duties, and obligations are not separately set forth on Schedule A.  The Debtors hereby expressly reserve the right to assert that any instrument listed on Schedule A is an executory contract within the meaning of section 365 of the Bankruptcy Code.  The Debtors reserve all of their rights, claims, and causes of action with respect to claims associated with any contracts and agreements listed on Schedule A or Schedule G, including their right to dispute or challenge the characterization or the structure of any transaction, document, or instrument (including any intercompany agreement) related to a creditors' claim.

    The Debtors' failure to list any rights in property on Schedule A/B should not be construed as a waiver of any such rights that may exist, whether known or unknown at this time.

25. *Schedule A/B 3.*  Details with respect to the Debtors' cash management system and bank accounts are provided in the *Debtors' Emergency Motion for Entry of an Order (I) Authorizing Debtors to (A) Continue to Operate Their Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, and (D) Continue Certain Intercompany Transactions, and (II) Granting Related Relief* [Docket No. 12] (the "Cash Management Motion").

26. *Schedule A/B 7.*  The Debtors are required to make deposits from time to time with various vendors, landlords, and service providers in the ordinary course of business.  The Debtors have exercised reasonable efforts to report the current value of any deposits.  The Debtors may have inadvertently omitted deposits and conversely may have reported deposits that are no longer outstanding.

27. *Schedule A/B 8.*  The Debtors are required to make prepayments from time to time with various vendors, landlords, and service providers in the ordinary course of business.  The Debtors have exercised reasonable efforts to identify any prepayments.  The Debtors may have inadvertently omitted certain prepayments and conversely may have reported prepayments for which services have already been provided.  The Debtors reserve their rights, but undertake no obligation, to amend the Schedules and Statements if prepayments are incorrectly identified.

28. *Schedule A/B 21.*  The Debtors' inventory on the balance sheet consists of food and beverage products.  Paper products are expensed upon acquisition and not recorded in inventory on the balance sheet.  The Debtors take inventory every two-weeks.  As such, the finished good inventory reported in response to Question 21 is as of March 23, 2025, the last inventory recorded prior to the Petition Date.  The Debtors reviewed inventories

taken as of April 6, 2025 and the amounts were not materially different than the March 23, 2025 inventories.

29.     ***Schedule A/B 55.***  Leasehold interests that have been rejected pursuant to the rejection procedures set forth in the *Order (I) Authorizing and Approving Procedures to Reject Executory Contracts and Unexpired Leases and (II) Granting Related Relief* [Docket No. 158] are not included in Schedule A/B 55.

30.     ***Schedule A/B 60–62.***  The Debtors report intellectual property assets as net book value based on the Debtors' books and records whenever applicable.  Values are listed as undetermined where appropriate.

31.     ***Schedule A/B 72.***  The Debtors believe, but have been unable to verify, that they may hold interests in unused net operating losses.  The Debtors will amend this Schedule to the extent necessary as the Debtors receive additional information.

32.     ***Schedule A/B 73.***  The Debtors maintain a variety of insurance policies including property, general liability, and workers' compensation policies and other employee related policies. A list of the Debtors insurance policies and related information is available in the *Debtors' Emergency Motion for Entry of an Order (I) Authorizing the Debtors to (A) Continue Prepetition Insurance Program and Satisfy Prepetition Obligations Related Thereto, (B) Renew, Amend, Supplement, Extend, or Purchase Insurance Policies, (C) Continue to Pay Brokerage Fees, and (D) Maintain Their Surety Bond Program and (II) Granting Related Relief* [Docket No. 8] (the "Insurance Motion"). The Debtors believe that there is little or no cash value to the vast majority of such insurance policies and therefore such policies are not listed on Schedule A/B but may be found in Exhibit A to the Insurance Motion.

33.     ***Schedule A/B 75.***  In the ordinary course of business, the Debtors may have accrued, or may subsequently accrue, certain rights to counterclaims, crossclaims, setoffs, refunds with their customers and suppliers, or potential warranty claims against their suppliers. Additionally, certain of the Debtors may be party to pending litigation in which the Debtors have asserted, or may assert, claims as a plaintiff or counterclaims and/or crossclaims as a defendant.  Because certain of these claims are unknown to the Debtors and not quantifiable as of the Petition Date, they may not be listed on Schedule A/B, Part 11.

34.     ***Schedule A/B 77.***  The Debtors continue to review intercompany receivables and payables and, for the avoidance of doubt, the Debtors reserve all rights, claims, and defenses in connection with any and all intercompany receivables and payables, including with respect to the characterization of intercompany claims, loans, and notes.

35.     ***Schedule D.***  Except as otherwise agreed pursuant to a stipulation, or agreed order, or general order entered by the Bankruptcy Court that is or becomes final, the Debtors and their estates reserve their rights to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a creditor listed on Schedule D of any Debtor.  Moreover, although the Debtors may have scheduled claims of various creditors as secured claims, the Debtors reserve all rights to dispute or challenge the secured nature of any such creditor's claim or the characterization

of the structure of any such transaction or any document or instrument related to such creditor's claim. Further, while the Debtors have included the results of Uniform Commercial Code searches, the listing of such results is not, nor shall it be deemed, an admission as to the validity of any such lien. The Debtors made reasonable, good faith efforts to include all liens on Schedule D, but may have inadvertently omitted an existing lien because of, among other things, the possibility that a lien may have been imposed after the Uniform Commercial Code searches were performed or a vendor may not have filed the requisite perfection documentation. Moreover, the Debtors have not included on Schedule D parties that may believe their Claims are secured through setoff rights or inchoate statutory lien rights.

Schedule D does not include parties who have filed notices of perfection of liens pursuant to section 546(b) of the Bankruptcy Code.

In certain instances, a Debtor may be a co-obligor, or guarantor with respect to scheduled claims of another Debtor, however no claim set forth on Schedule D of any Debtor is intended to acknowledge claims of creditors that are otherwise satisfied or discharged by other entities. The descriptions provided in Schedule D are intended only as a summary. Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent, and priority of any liens. Nothing in the Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements.

36.   ***Schedule E/F, Part 1: Creditors Holding Priority Unsecured Claims.*** The listing of any claim on Schedule E/F, Part 1 does not constitute an admission by the Debtors that such claim is entitled to priority treatment under section 507 of the Bankruptcy Code. The Debtors reserve all of their rights to dispute the amount and the priority status of any claim on any basis at any time. Further, to the extent such claims have been paid or may be paid pursuant to a court order, they may not be included on Schedule E.

37.   ***Schedule E/F, Part 2: Creditors Holding Non-Priority Unsecured Claims.***

The Debtors have used their reasonable best efforts to list all general unsecured claims against the Debtors on Schedule E/F based upon the Debtors' existing books and records.

The Debtors have attempted to relate all liabilities to each particular Debtor. Certain creditors listed on Schedule E/F may owe amounts to the Debtors and, as such, the Debtors may have valid setoff or recoupment rights with respect to such amounts. The amounts listed on Schedule E/F do not reflect any such right of setoff or recoupment and the Debtors reserve all rights to assert any such setoff or recoupment rights. Additionally, certain creditors may assert mechanics', materialman's, or other similar liens against the Debtors for amounts listed on Schedule E/F. The Debtors reserve their right to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be perfected by a creditor listed on Schedule E/F of any Debtor.

Schedule E/F does not include certain deferred credits, deferred charges, deferred liabilities, accruals, or general reserves, such as accrued tax or wage related obligations.

Such amounts are general estimates of liabilities and do not represent specific claims as of the Petition Date. Additionally, the Debtors have excluded wage claims that have been paid or will be paid pursuant to the *Order (I) Authorizing the Debtors to (A) Pay Prepetition Wages, Employee Benefits Obligations, and Other Compensation, and (B) Continue Employee Benefits Programs and Pay Related Administrative Obligations; and (II) Granting Related Relief* [Docket No. 93], and certain trade claims that qualify as PACA/PASA Claims pursuant to the *Final Order (I) Authorizing Debtors to Pay Certain Prepetition Claims of Certain Section 503(b)(9) Claimants, and PACA/PASA Claimants (II) Authorizing Banks to Honor and Process Check and Electronic Transfer Requests, and (III) Granting Related Relief* [Docket No. 258].

The claims listed in Schedule E/F arose or were incurred on various dates. In certain instances, the date on which a claim arose is an open issue of fact. Determining the date upon which each claim in Schedule E/F was incurred or arose would be unduly burdensome and cost prohibitive and, therefore, the Debtors do not list a date for each claim listed on Schedule E/F.

Schedule E/F contains information regarding pending litigation involving the Debtors, but not any potential litigation that has been threatened but not commenced. In certain instances, the Debtor or related co-defendants that are the subject of the litigation may be unclear or undetermined. To the extent that litigation involving a particular Debtor or related co-defendant has been identified, such information is contained in the Schedule for that Debtor. Additionally, to the extent the identification of contingent co-defendants is unknown or unclear, the Debtors have listed only the underlying litigation. The amounts for these potential claims are listed as undetermined and marked as contingent, unliquidated, and disputed in the Schedules.

Schedule E/F reflects the prepetition amounts owing to counterparties to executory contracts and unexpired leases. Such prepetition amounts, however, may be paid in whole or in part in connection with the assumption, or assumption and assignment, of an executory contract or unexpired lease. In addition, Schedule E/F does not include rejection damage claims of the counterparties to the executory contracts or unexpired leases that may be rejected, to the extent such damage claims exist. Further, Schedule E/F may include certain mechanics or materialmen's liens against non-debtor property leased by the Debtors. The Debtors believe these are general unsecured claims, if and to the extent they are valid Claims, which the Debtors reserve the right to dispute, and the inclusion of such Claims should not be construed as an admission that such Claims are valid.

38.     ***Schedule G.*** While the Debtors' existing books, records, and financial systems have been relied upon to identify and schedule executory contracts at each of the Debtors, and although reasonable efforts have been made to ensure the accuracy of Schedule G, inadvertent errors, omissions, or inclusions may have occurred. The Debtors do not make, and specifically disclaim, any representation or warranty as to the completeness or accuracy of the information set forth on Schedule G. The Debtors hereby reserve all of their rights to dispute the validity, status, or enforceability of any contract, agreement, or lease set forth in Schedule G and to amend or supplement Schedule G as necessary. The contracts, agreements, and leases listed on Schedule G may have expired or may have been

11

modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters, memoranda, and other documents, instruments, and agreements that may not be listed therein despite the Debtors' use of reasonable efforts to identify such documents.  Further, unless otherwise specified on Schedule G, each executory contract or unexpired lease listed thereon shall include all exhibits, schedules, riders, modifications, declarations, amendments, supplements, attachments, restatements, or other agreements made directly or indirectly by any agreement, instrument, or other document that in any manner affects such executory contract or unexpired lease, without respect to whether such agreement, instrument, or other document is listed thereon.

In some cases, the same supplier or provider may appear multiple times in Schedule G. This multiple listing is intended to reflect distinct agreements between the applicable Debtor and such supplier or provider.

In the ordinary course of business, the Debtors may have issued numerous purchase orders for goods, supplies, products, services, and related items which, to the extent that such purchase orders constitute executory contracts, are not listed individually on Schedule G. To the extent that goods, supplies, or products were delivered, or services performed under purchase orders before the Petition Date, vendors' claims with respect to such delivered goods, supplies, or product and performed services are included on Schedule E/F.

As a general matter, certain of the Debtors' executory contracts and unexpired leases could be included in more than one category.  In those instances, one category has been chosen to avoid duplication.  Further, the designation of a category is not meant to be wholly inclusive or descriptive of the entirety of the rights or obligations represented by such contract.

Certain of the executory contracts and unexpired leases listed on Schedule G may contain certain renewal options, guarantees of payment, right to lease additional space, and other miscellaneous rights.  Such rights, powers, duties, and obligations are not set forth separately on Schedule G.  In addition, the Debtors may have entered into various other types of agreements in the ordinary course of their business, such as easements, rights of way, subordination, non-disturbance, and attornment agreements, supplemental agreements, amendments/letter agreements, title agreements, and division order agreements.  Such documents also are not set forth in Schedule G.

The Debtors hereby reserve all of their rights, claims, and causes of action with respect to the contracts and agreements listed on Schedule G, including the right to dispute or challenge the characterization or the structure of any transaction, document, or instrument related to a creditor's claim, to dispute the validity, status, or enforceability of any contract, agreement, or lease set forth in Schedule G, and to amend or supplement Schedule G as necessary.  The inclusion of a contract or lease on Schedule G does not constitute an admission as to the executory or unexpired nature (or non-executory or expired nature) of the contract or lease, or an admission as to the existence or validity of any Claims held by the counterparty to such contract or lease, and the Debtors reserve all rights in that regard,

including, without limitation, that any agreement is not executory, has expired pursuant to its terms, or was terminated prepetition.

Although the Debtors have made diligent attempts to attribute an executory contract to its rightful Debtor, in certain instances, the Debtors may have inadvertently failed to do so due to the complexity and size of the Debtors' businesses. Accordingly, the Debtors reserve all of their rights with respect to the named parties of any and all executory contracts, including the right to amend Schedule G.

Certain of the contracts, agreements, and leases listed on Schedule G may have been entered into by more than one of the Debtors. Further, the specific Debtor obligor to certain of the executory contracts or unexpired leases could not be specifically ascertained in every circumstance. In such cases, the Debtors used their best efforts to determine the correct Debtor's Schedule G on which to list such executory contract or unexpired lease.

In the ordinary course of business, the Debtors may have entered into confidentiality agreements which, to the extent that such confidentiality agreements constitute executory contracts, are not listed individually on Schedule G.

39.   ***Schedule H.***   The Debtors have not listed any litigation-related to co-Debtors on Schedule H. Instead, such listings can be found on the Debtors' Schedules E/F.

## Specific Disclosures with Respect to the Debtors' Statements

40.   ***Statements 3***.   Statement 3 includes any disbursement or other transfer made by a Debtor where the aggregate transfers exceed $7,575, except for regular employee compensation and those made to insiders, which are reflected on Statements 4.

41.   ***Statements 4 & 30.***   The Debtors have included responses to Statement 30 in Statement 4.

In the circumstance where the Schedules and Statements require information regarding "insiders," the Debtors have included information with respect to certain individuals who the Debtors believe may be included in the definition of "insider" set forth in section 101(31) of the Bankruptcy Code during the relevant time periods.

Payments to the Chief Restructuring Officer are not included on Statement 4 and instead are included on Statement 11.

42.   ***Statement 5.***   In the one year before the Petition Date, certain of the Debtors' landlords at the leased properties where the Debtors operated restaurants exercised contractual rights to terminate the leases. The Debtors did not own those leased properties, so the value associated with such property was not attributable to the Debtors' estates prior to the Petition Date.

43.   ***Statement 7***.   The Debtors used reasonable efforts to identify all pending litigation and assign appropriate descriptions thereto. Statement 7 does not include potential litigation that has been threatened but not yet commenced. In the event that the Debtors discover additional information pertaining to these legal actions identified in response to Question

13

7, or additional legal actions, the Debtors will use reasonable efforts to supplement the Statements in light thereof.

Despite reasonable efforts, the Debtors may not have identified all current causes of action the Debtors may have against third parties in their respective Schedules and Statements, including, without limitation, avoidance actions arising under chapter 5 of the Bankruptcy Code and actions under other relevant bankruptcy and non-bankruptcy laws to recover assets.

The Debtors reserve all of their rights and defenses with respect to any and all listed lawsuits and administrative proceedings. The listing of such suits and proceedings shall not constitute an admission by the Debtors of any liabilities or that the actions or proceedings were correctly filed against the Debtors or any affiliates of the Debtors. The Debtors also reserve their rights to assert that neither the Debtors nor any affiliate of the Debtors is an appropriate party to such actions or proceedings.

44.     *Statement 9*.  In the ordinary course of business, the Debtors host fundraising events at various stores to raise money for certain charities. Payments to charitable organizations listed on this response to Question 9 may include fundraiser proceeds collected by Debtor and non-Debtor participants. More information about the Debtors' fundraising activities can be found in the Cash Management Motion.

45.     *Statement 11.*  The Debtors have used reasonable efforts to identify payments for services of any entities that provided consultation concerning debt counseling or restructuring services, relief under the Bankruptcy Code, or preparation of a petition in bankruptcy within one year immediately preceding the Petition Date. The Debtors believe that it would be an inefficient use of the assets of the estates to allocate these payments on a Debtor-by-Debtor basis. The Debtors have listed all such payments on the Statement of Hooters of America, LLC. Additional information regarding the Debtors' retention of professional service firms is more fully described in the individual retention applications for those firms and related orders.

46.     *Statement 13*.  The Debtors may, from time to, transfer equipment and other assets and/or sell certain equipment and other assets to third parties. These types of ordinary course transfers have not been disclosed. The Debtors may also abandon assets in place at the locations for which they have no future use or have been unable to sell to a third party. These types of transfers have not been disclosed.

47.     *Statement 14.*  To the extent that the Debtors vacated store locations during the three years immediately preceding the Petition Date, information on those former store locations is contained in the Debtors' response to Statement 14.

48.     *Statement 26(d).*  From time to time, the Debtors provided financial statements in the ordinary course of business to numerous parties for business, statutory, credit, financing and other reasons. Recipients have included regulatory agencies, financial institutions, investment banks, vendors, landlords, debtholders and their legal and financial advisors. Financial statements may have also been provided to other parties as requested, subject to

customary non-disclosure requirements where applicable.  In the event such financial statements are provided, the Debtors do not maintain complete lists or other records tracking such disclosures. Therefore, the Debtors have not provided full lists of these parties in their response to Statement 26.

49.     ***Statement 28.***  For purposes of the Schedules and Statements, the Debtors define "controlling shareholders" to include entities that directly hold in excess of 5% of the ownership interests in the applicable Debtor entity.  Entities listed as "controlling shareholders" have been included for informational purposes only.  The Debtors do not take any position with respect to such entity's influence over the control of the Debtors or whether such entity could successfully argue that it is not a "controlling shareholder" under applicable law, including the federal securities laws, or with respect to any theories of liability or for any other purpose.

| Debtor | **HOA Restaurant Holder, LLC** | Case number (if known) | **25-80095** |
|---|---|---|---|
| | Name | | |

**Fill in this information to identify the case:**

Debtor name    **HOA Restaurant Holder, LLC**

United States Bankruptcy Court for the:    **Northern District of Texas (Dallas)**

Case number (if known)    **25-80095**

☐ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

| **Part 1:** | **Summary of Assets** |
|---|---|

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from Schedule A/B.............................................................    $    **15,179,517.36**
   **plus undetermined amounts**

   1b. **Total personal property:**
   Copy line 91A from Schedule A/B.............................................................    $    **689,445,059.18**
   **plus undetermined amounts**

   1c. **Total of all property:**
   Copy line 92 from Schedule A/B.............................................................    $    **704,624,576.54**
   **plus undetermined amounts**

| **Part 2:** | **Summary of Liabilities** |
|---|---|

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D............................    $    **307,266,532.04**

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.................................................    $    **548,963.61**
   **plus undetermined amounts**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...................................    +$    **333,524,717.37**
   **plus undetermined amounts**

4. **Total liabilities** ...........................................................................................................................
   Lines 2 + 3a + 3b    $    **641,340,213.02**
   **plus undetermined amounts**

**Fill in this information to identify the case:**

Debtor name          **HOA Restaurant Holder, LLC**

United States Bankruptcy Court for the:          **Northern District of Texas (Dallas)**

Case number (if known)    **25-80095**

☐ Check if this is an
amended filing

Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.

■ Yes. Fill in the information below

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |
| 2. | **Cash on Hand** | | |
| 2.1 | PETTY CASH IN STORES OR IN TRANSIT FROM STORES | | $144,625.50 |

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |
| 3. | **Checking, savings, money market, or financial brokerage accounts** | | |
| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| 3.1 | BANK OF AMERICA | RESTAURANT DEPOSIT ACCOUNT | 0215 | $6,599,661.27 |
| 3.2 | BANK OF AMERICA | RESTAURANT DISBURSEMENT ACCOUNT | 2420 | $0.00 |
| 3.3 | BANK OF AMERICA | RESTAURANT DISBURSEMENT ACCOUNT | 4371 | $0.00 |
| 3.4 | BANK OF AMERICA | MISCELLANEOUS RESTAURANT ACCOUNT | 2473 | $3,000.00 |

| Debtor | **HOA Restaurant Holder, LLC** | Case number (*if known*) | **25-80095** |
|---|---|---|---|
| | Name | | |

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

| 4. | **Other cash equivalents** *(Identify all)* | |
|---|---|---|
| 4.1 | | $0.00 |

| 5. | **Total of Part 1.**<br>Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | **$6,747,286.77** |
|---|---|---|

## Part 2: Deposits and Prepayments

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.

■ Yes. Fill in the information below

| 7. | **Deposits, including security deposits and utility deposits**<br>Description, including name of holder of deposit | | Current value of debtor's interest |
|---|---|---|---|
| 7.1 | ALABAMA POWER-BIRMINGHAM | ALABAMA POWER-BIRMINGHAM | $4,340.00 |
| 7.2 | ALABAMA POWER-BIRMINGHAM | ALABAMA POWER-BIRMINGHAM | $2,347.00 |
| 7.3 | ALABAMA POWER-BIRMINGHAM | ALABAMA POWER-BIRMINGHAM | $1,928.00 |
| 7.4 | ALABAMA POWER-BIRMINGHAM | ALABAMA POWER-BIRMINGHAM | $5,080.00 |
| 7.5 | AMEREN ILLINOIS | AMEREN ILLINOIS | $59.00 |
| 7.6 | AMEREN ILLINOIS | AMEREN ILLINOIS | $1,568.00 |
| 7.7 | AMEREN ILLINOIS | AMEREN ILLINOIS | $618.00 |
| 7.8 | AMEREN MISSOURI | AMEREN MISSOURI | $873.00 |
| 7.9 | AMEREN MISSOURI | AMEREN MISSOURI | $1,882.00 |
| 7.10 | AMEREN MISSOURI | AMEREN MISSOURI | $1,550.00 |
| 7.11 | AMEREN MISSOURI | AMEREN MISSOURI | $5,700.00 |
| 7.12 | AMEREN MISSOURI | AMEREN MISSOURI | $1,508.00 |
| 7.13 | ARKANSAS OKLAHOMA GAS CORP | ARKANSAS OKLAHOMA GAS CORP | $760.00 |
| 7.14 | ATMOS ENERGY | ATMOS ENERGY | $640.00 |
| 7.15 | ATMOS ENERGY | ATMOS ENERGY | $2,000.00 |
| 7.16 | AUGUSTA UTILITIES DEPARTMENT | AUGUSTA UTILITIES DEPARTMENT | $561.00 |
| 7.17 | BG&E | BG&E | $2,353.00 |
| 7.18 | BG&E | BG&E | $1,247.00 |
| 7.19 | BLACK HILLS ENERGY | BLACK HILLS ENERGY | $597.00 |

| Debtor | **HOA Restaurant Holder, LLC** | Case number (*if known*) | **25-80095** |
| --- | --- | --- | --- |
| | Name | | |

| | | | Current value of debtor's interest |
| --- | --- | --- | --- |
| 7. | **Deposits, including security deposits and utility deposits** | | |
| | Description, including name of holder of deposit | | |
| 7.20 | BLACK HILLS ENERGY | BLACK HILLS ENERGY | $672.00 |
| 7.21 | CAPE FEAR PUBLIC UTILITY AUTH | CAPE FEAR PUBLIC UTILITY AUTH | $423.00 |
| 7.22 | CHARLES COUNTY GOVERNMENT | CHARLES COUNTY GOVERNMENT | $467.00 |
| 7.23 | CHARLESTON WATER SYSTEM | CHARLESTON WATER SYSTEM | $342.00 |
| 7.24 | CHARLESTON WATER SYSTEM | CHARLESTON WATER SYSTEM | $16.00 |
| 7.25 | CITY OF ATLANTA | CITY OF ATLANTA | $7.00 |
| 7.26 | CITY OF ATLANTA | CITY OF ATLANTA | $99.00 |
| 7.27 | CITY OF ATLANTA | CITY OF ATLANTA | $13.00 |
| 7.28 | CITY OF BUFORD GA | CITY OF BUFORD GA | $5,199.00 |
| 7.29 | CITY OF BURLINGTON | CITY OF BURLINGTON | $296.00 |
| 7.30 | CITY OF BURLINGTON | CITY OF BURLINGTON | $3.00 |
| 7.31 | CITY OF CARTERSVILLE | CITY OF CARTERSVILLE | $3,000.00 |
| 7.32 | CITY OF CHARLOTTE NC | CITY OF CHARLOTTE NC | $509.00 |
| 7.33 | CITY OF COLUMBIA, MISSOURI | CITY OF COLUMBIA, MISSOURI | $2,367.00 |
| 7.34 | CITY OF CONCORD-NC | CITY OF CONCORD-NC | $1,709.00 |
| 7.35 | CITY OF DAVENPORT | CITY OF DAVENPORT | $28.00 |
| 7.36 | CITY OF DAVENPORT | CITY OF DAVENPORT | $258.00 |
| 7.37 | CITY OF DAYTONA BEACH | CITY OF DAYTONA BEACH | $2,310.00 |
| 7.38 | CITY OF DAYTONA BEACH | CITY OF DAYTONA BEACH | $242.00 |
| 7.39 | CITY OF FORT SMITH AR | CITY OF FORT SMITH AR | $359.00 |
| 7.40 | CITY OF GREENSBORO | CITY OF GREENSBORO | $445.00 |
| 7.41 | CITY OF HICKORY | CITY OF HICKORY | $274.00 |
| 7.42 | CITY OF KENNESAW UTILITY | CITY OF KENNESAW UTILITY | $27.00 |
| 7.43 | CITY OF LAKELAND FL | CITY OF LAKELAND FL | $525.00 |
| 7.44 | CITY OF LAWRENCEVILLE | CITY OF LAWRENCEVILLE | $8,000.00 |
| 7.45 | CITY OF MELBOURNE UTILITIES | CITY OF MELBOURNE UTILITIES | $319.00 |
| 7.46 | CITY OF MYRTLE BEACH | CITY OF MYRTLE BEACH | $295.00 |
| 7.47 | CITY OF MYRTLE BEACH | CITY OF MYRTLE BEACH | $3.00 |
| 7.48 | CITY OF MYRTLE BEACH | CITY OF MYRTLE BEACH | $1,451.00 |
| 7.49 | CITY OF OCALA | CITY OF OCALA | $3,615.00 |
| 7.50 | CITY OF O'FALLON | CITY OF O'FALLON | $302.00 |

| Debtor | HOA Restaurant Holder, LLC | Case number (*if known*) | 25-80095 |
|---|---|---|---|
| | Name | | |

| | | | Current value of debtor's interest |
|---|---|---|---|
| 7. | **Deposits, including security deposits and utility deposits** | | |
| | Description, including name of holder of deposit | | |
| 7.51 | CITY OF O'FALLON | CITY OF O'FALLON | $6.00 |
| 7.52 | CITY OF OKLAHOMA CITY | CITY OF OKLAHOMA CITY | $1,611.00 |
| 7.53 | CITY OF OKLAHOMA CITY | CITY OF OKLAHOMA CITY | $572.00 |
| 7.54 | CITY OF RALEIGH | CITY OF RALEIGH | $384.00 |
| 7.55 | CITY OF RICHMOND | CITY OF RICHMOND | $3,550.00 |
| 7.56 | CITY OF ROCK HILL - UTILITIES | CITY OF ROCK HILL - UTILITIES | $1,469.00 |
| 7.57 | CITY OF ROCKFORD | CITY OF ROCKFORD | $187.00 |
| 7.58 | CITY OF ROSWELL UTIL | CITY OF ROSWELL UTIL | $296.00 |
| 7.59 | CITY OF ROSWELL UTIL | CITY OF ROSWELL UTIL | $308.00 |
| 7.60 | CITY OF SANFORD | CITY OF SANFORD | $1,525.00 |
| 7.61 | CITY OF SANFORD | CITY OF SANFORD | $151.00 |
| 7.62 | CITY OF SAVANNAH | CITY OF SAVANNAH | $337.00 |
| 7.63 | CITY OF ST PETERS | CITY OF ST PETERS | $366.00 |
| 7.64 | CITY OF TALLAHASSEE | CITY OF TALLAHASSEE | $7,000.00 |
| 7.65 | CITY OF TAYLOR WATER DEPT | CITY OF TAYLOR WATER DEPT | $261.00 |
| 7.66 | CITY OF TOPEKA | CITY OF TOPEKA | $102.00 |
| 7.67 | CITY OF TOPEKA | CITY OF TOPEKA | $256.00 |
| 7.68 | CITY OF TOPEKA | CITY OF TOPEKA | $20.00 |
| 7.69 | CITY OF TULSA | CITY OF TULSA | $647.00 |
| 7.70 | CITY OF TUSCALOOSA WATER & SWR | CITY OF TUSCALOOSA WATER & SWR | $253.00 |
| 7.71 | CITY OF VALDOSTA | CITY OF VALDOSTA | $328.00 |
| 7.72 | CITY OF VALDOSTA | CITY OF VALDOSTA | $74.00 |
| 7.73 | CITY OF WEST MELBOURNE | CITY OF WEST MELBOURNE | $643.00 |
| 7.74 | CITY UTILITIES -SPRINGFIELD MO | CITY UTILITIES -SPRINGFIELD MO | $1,826.00 |
| 7.75 | CLAYTON COUNTY WATER AUTHORITY | CLAYTON COUNTY WATER AUTHORITY | $474.00 |
| 7.76 | COBB COUNTY WATER SYSTEM | COBB COUNTY WATER SYSTEM | $315.00 |
| 7.77 | COLUMBIA GAS OF VIRGINIA | COLUMBIA GAS OF VIRGINIA | $812.00 |
| 7.78 | COLUMBIA GAS OF VIRGINIA | COLUMBIA GAS OF VIRGINIA | $532.00 |
| 7.79 | COLUMBIA GAS OF VIRGINIA | COLUMBIA GAS OF VIRGINIA | $7,601.00 |
| 7.80 | COLUMBUS WATER WORKS | COLUMBUS WATER WORKS | $255.00 |
| 7.81 | COM ED | COM ED | $1,256.00 |

| Debtor | **HOA Restaurant Holder, LLC** | Case number (*if known*) | **25-80095** |
| --- | --- | --- | --- |
| | Name | | |

| | | | Current value of debtor's interest |
| --- | --- | --- | --- |
| 7. | **Deposits, including security deposits and utility deposits** | | |
| | Description, including name of holder of deposit | | |
| 7.82 | CONSTELLATION GAS BOX 5473 | CONSTELLATION GAS BOX 5473 | $630.00 |
| 7.83 | CONSUMERS ENERGY | CONSUMERS ENERGY | $1,981.00 |
| 7.84 | CONSUMERS ENERGY | CONSUMERS ENERGY | $1,190.00 |
| 7.85 | CONSUMERS ENERGY | CONSUMERS ENERGY | $3,239.00 |
| 7.86 | COUNCIL BLUFFS WATER WORK | COUNCIL BLUFFS WATER WORK | $386.00 |
| 7.87 | COUNCIL BLUFFS WATER WORK | COUNCIL BLUFFS WATER WORK | $13.00 |
| 7.88 | COUNTY OF HENRICO VA-UTILITY | COUNTY OF HENRICO VA-UTILITY | $271.00 |
| 7.89 | COWETA FAYETTE EMC | COWETA FAYETTE EMC | $1,301.00 |
| 7.90 | DOMINION ENERGY NORTH CAROLINA | DOMINION ENERGY NORTH CAROLINA | $577.00 |
| 7.91 | DOMINION ENERGY NORTH CAROLINA | DOMINION ENERGY NORTH CAROLINA | $330.00 |
| 7.92 | DOMINION ENERGY NORTH CAROLINA | DOMINION ENERGY NORTH CAROLINA | $593.00 |
| 7.93 | DOMINION ENERGY SOUTH CAROLINA | DOMINION ENERGY SOUTH CAROLINA | $637.00 |
| 7.94 | DOMINION ENERGY SOUTH CAROLINA | DOMINION ENERGY SOUTH CAROLINA | $834.00 |
| 7.95 | DOMINION ENERGY SOUTH CAROLINA | DOMINION ENERGY SOUTH CAROLINA | $2,502.00 |
| 7.96 | DOMINION ENERGY SOUTH CAROLINA | DOMINION ENERGY SOUTH CAROLINA | $2,738.00 |
| 7.97 | DOMINION ENERGY VA&NC POWER | DOMINION ENERGY VA&NC POWER | $2,595.00 |
| 7.98 | DOMINION ENERGY VA&NC POWER | DOMINION ENERGY VA&NC POWER | $5,386.00 |
| 7.99 | DOMINION ENERGY VA&NC POWER | DOMINION ENERGY VA&NC POWER | $982.00 |
| 7.100 | DOMINION ENERGY VA&NC POWER | DOMINION ENERGY VA&NC POWER | $4,748.00 |
| 7.101 | DOMINION ENERGY VA&NC POWER | DOMINION ENERGY VA&NC POWER | $1,423.00 |
| 7.102 | DOMINION ENERGY VA&NC POWER | DOMINION ENERGY VA&NC POWER | $5,904.00 |
| 7.103 | DOUGLASVILLE-DOUGLAS COUNTY | DOUGLASVILLE-DOUGLAS COUNTY | $3,039.00 |
| 7.104 | DOUGLASVILLE-DOUGLAS COUNTY | DOUGLASVILLE-DOUGLAS COUNTY | $125.00 |
| 7.105 | DTE ENERGY | DTE ENERGY | $1,687.00 |
| 7.106 | DUKE ENERGY CAROLINAS | DUKE ENERGY CAROLINAS | $1,391.00 |
| 7.107 | DUKE ENERGY CAROLINAS | DUKE ENERGY CAROLINAS | $1,433.00 |
| 7.108 | DUKE ENERGY CAROLINAS | DUKE ENERGY CAROLINAS | $1,072.00 |
| 7.109 | DUKE ENERGY CAROLINAS | DUKE ENERGY CAROLINAS | $1,499.00 |
| 7.110 | DUKE ENERGY CAROLINAS | DUKE ENERGY CAROLINAS | $1,100.00 |
| 7.111 | DUKE ENERGY CAROLINAS | DUKE ENERGY CAROLINAS | $1,264.00 |
| 7.112 | DUKE ENERGY FLORIDA | DUKE ENERGY FLORIDA | $6,255.00 |

| Debtor | **HOA Restaurant Holder, LLC** | Case number (*if known*) | **25-80095** |
| --- | --- | --- | --- |
| | Name | | |

|  |  | | Current value of debtor's interest |
| --- | --- | --- | --- |
| 7. | **Deposits, including security deposits and utility deposits** | | |
| | Description, including name of holder of deposit | | |
| 7.113 | DUKE ENERGY FLORIDA | DUKE ENERGY FLORIDA | $1,762.00 |
| 7.114 | DUKE ENERGY FLORIDA | DUKE ENERGY FLORIDA | $9,340.00 |
| 7.115 | DUKE ENERGY PROGRESS | DUKE ENERGY PROGRESS | $1,100.00 |
| 7.116 | DUKE ENERGY PROGRESS | DUKE ENERGY PROGRESS | $5,234.00 |
| 7.117 | DUKE ENERGY PROGRESS | DUKE ENERGY PROGRESS | $1,431.00 |
| 7.118 | ENTERGY ARKANSAS | ENTERGY ARKANSAS | $5,913.00 |
| 7.119 | ENTERGY MISSISSIPPI | ENTERGY MISSISSIPPI | $1,489.00 |
| 7.120 | EVERGY | EVERGY | $3,500.00 |
| 7.121 | EVERGY METRO | EVERGY METRO | $1,597.00 |
| 7.122 | FAIRFAX WATER | FAIRFAX WATER | $482.00 |
| 7.123 | FAIRFAX WATER | FAIRFAX WATER | $475.00 |
| 7.124 | FLINT TOWNSHIP | FLINT TOWNSHIP | $371.00 |
| 7.125 | FLORIDA CITY GAS | FLORIDA CITY GAS | $228.00 |
| 7.126 | FLORIDA CITY GAS | FLORIDA CITY GAS | $367.00 |
| 7.127 | FLORIDA PUBLIC UTILITIES | FLORIDA PUBLIC UTILITIES | $654.00 |
| 7.128 | FOUR RIVERS SANITATION | FOUR RIVERS SANITATION | $293.00 |
| 7.129 | FPL | FPL | $2,535.00 |
| 7.130 | FPL | FPL | $1,309.00 |
| 7.131 | FPL | FPL | $9,796.00 |
| 7.132 | FPL | FPL | $1,458.00 |
| 7.133 | GEORGIA POWER | GEORGIA POWER | $27.00 |
| 7.134 | GEORGIA POWER | GEORGIA POWER | $8,560.00 |
| 7.135 | GEORGIA POWER | GEORGIA POWER | $1,737.00 |
| 7.136 | GEORGIA POWER | GEORGIA POWER | $13,510.00 |
| 7.137 | GEORGIA POWER | GEORGIA POWER | $2,394.00 |
| 7.138 | GEORGIA POWER | GEORGIA POWER | $3,980.00 |
| 7.139 | GEORGIA POWER | GEORGIA POWER | $1,781.00 |
| 7.140 | GEORGIA POWER | GEORGIA POWER | $1,752.00 |
| 7.141 | GEORGIA POWER | GEORGIA POWER | $1,922.00 |
| 7.142 | GEORGIA POWER | GEORGIA POWER | $41.00 |
| 7.143 | GEORGIA POWER | GEORGIA POWER | $4,840.00 |

| Debtor | **HOA Restaurant Holder, LLC** | Case number (*if known*) | **25-80095** |
| --- | --- | --- | --- |
| | Name | | |

| | | | Current value of debtor's interest |
| --- | --- | --- | --- |

**7.**     **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

| | | | |
| --- | --- | --- | --- |
| 7.144 | GEORGIA POWER | GEORGIA POWER | $3,500.00 |
| 7.145 | GEORGIA POWER | GEORGIA POWER | $4,600.00 |
| 7.146 | GEORGIA POWER | GEORGIA POWER | $1,808.00 |
| 7.147 | GEORGIA POWER | GEORGIA POWER | $1,752.00 |
| 7.148 | GEORGIA POWER | GEORGIA POWER | $2,135.00 |
| 7.149 | GREENVILLE WATER SYSTEM | GREENVILLE WATER SYSTEM | $384.00 |
| 7.150 | GREYSTONE POWER CORP | GREYSTONE POWER CORP | $15,000.00 |
| 7.151 | GWINNETT CO DEPT OF WATER | GWINNETT CO DEPT OF WATER | $460.00 |
| 7.152 | GWINNETT CO DEPT OF WATER | GWINNETT CO DEPT OF WATER | $18.00 |
| 7.153 | GWINNETT CO DEPT OF WATER | GWINNETT CO DEPT OF WATER | $9.00 |
| 7.154 | GWINNETT CO DEPT OF WATER | GWINNETT CO DEPT OF WATER | $401.00 |
| 7.155 | HORN LAKE WATER ASSOCIATION | HORN LAKE WATER ASSOCIATION | $272.00 |
| 7.156 | HORN LAKE WATER ASSOCIATION | HORN LAKE WATER ASSOCIATION | $9.00 |
| 7.157 | IOWA AMERICAN WATER | IOWA AMERICAN WATER | $198.00 |
| 7.158 | IOWA AMERICAN WATER | IOWA AMERICAN WATER | $16.00 |
| 7.159 | JACKSON EMC (GA) | JACKSON EMC (GA) | $1,708.00 |
| 7.160 | JACKSON EMC (GA) | JACKSON EMC (GA) | $1,358.00 |
| 7.161 | JEA - JACKSONVILLE ELECTRIC | JEA - JACKSONVILLE ELECTRIC | $6,500.00 |
| 7.162 | JEA - JACKSONVILLE ELECTRIC | JEA - JACKSONVILLE ELECTRIC | $5,520.00 |
| 7.163 | JEFFERSON COUNTY AL | JEFFERSON COUNTY AL | $1,881.00 |
| 7.164 | K.C. BOARD OF PUBLIC UTILITIES | K.C. BOARD OF PUBLIC UTILITIES | $2,552.00 |
| 7.165 | KANSAS GAS SERVICE | KANSAS GAS SERVICE | $1,350.00 |
| 7.166 | KANSAS GAS SERVICE | KANSAS GAS SERVICE | $1,655.00 |
| 7.167 | KISSIMMEE UTILITY AUTHORITY | KISSIMMEE UTILITY AUTHORITY | $12,000.00 |
| 7.168 | KOCHVILLE TOWNSHIP | KOCHVILLE TOWNSHIP | $517.00 |
| 7.169 | LAKELAND ELECTRIC/CITY OF | LAKELAND ELECTRIC/CITY OF | $5,362.00 |
| 7.170 | LIBERTY MUTUAL INSURANCE | LIBERTY MUTUAL INSURANCE | $894,039.17 |
| 7.171 | LIBERTY UTILITIES GEORGIA | LIBERTY UTILITIES GEORGIA | $448.00 |
| 7.172 | MADISON GAS & ELECTRIC COMPANY | MADISON GAS & ELECTRIC COMPANY | $2,265.00 |
| 7.173 | MADISON MUNICIPAL SERVICES | MADISON MUNICIPAL SERVICES | $529.00 |
| 7.174 | MADISON MUNICIPAL SERVICES | MADISON MUNICIPAL SERVICES | $110.00 |

| Debtor | **HOA Restaurant Holder, LLC** | Case number (*if known*) | **25-80095** |
|---|---|---|---|
| | Name | | |

| | | | Current value of debtor's interest |
|---|---|---|---|
| **7.** | **Deposits, including security deposits and utility deposits** | | |
| | Description, including name of holder of deposit | | |
| 7.175 | MANSFIELD POWER AND GAS | MANSFIELD POWER AND GAS | $621.00 |
| 7.176 | MANSFIELD POWER AND GAS | MANSFIELD POWER AND GAS | $639.00 |
| 7.177 | MANSFIELD POWER AND GAS | MANSFIELD POWER AND GAS | $488.00 |
| 7.178 | MANSFIELD POWER AND GAS | MANSFIELD POWER AND GAS | $499.00 |
| 7.179 | MANSFIELD POWER AND GAS | MANSFIELD POWER AND GAS | $269.00 |
| 7.180 | MANSFIELD POWER AND GAS | MANSFIELD POWER AND GAS | $339.00 |
| 7.181 | MANSFIELD POWER AND GAS | MANSFIELD POWER AND GAS | $527.00 |
| 7.182 | MANSFIELD POWER AND GAS | MANSFIELD POWER AND GAS | $387.00 |
| 7.183 | MANSFIELD POWER AND GAS | MANSFIELD POWER AND GAS | $385.00 |
| 7.184 | MANSFIELD POWER AND GAS | MANSFIELD POWER AND GAS | $389.00 |
| 7.185 | MANSFIELD POWER AND GAS | MANSFIELD POWER AND GAS | $428.00 |
| 7.186 | MANSFIELD POWER AND GAS | MANSFIELD POWER AND GAS | $531.00 |
| 7.187 | MANSFIELD POWER AND GAS | MANSFIELD POWER AND GAS | $192.00 |
| 7.188 | MANSFIELD POWER AND GAS | MANSFIELD POWER AND GAS | $412.00 |
| 7.189 | MANSFIELD POWER AND GAS | MANSFIELD POWER AND GAS | $314.00 |
| 7.190 | MANSFIELD POWER AND GAS | MANSFIELD POWER AND GAS | $268.00 |
| 7.191 | MANSFIELD POWER AND GAS | MANSFIELD POWER AND GAS | $283.00 |
| 7.192 | MANSFIELD POWER AND GAS | MANSFIELD POWER AND GAS | $320.00 |
| 7.193 | MANSFIELD POWER AND GAS | MANSFIELD POWER AND GAS | $293.00 |
| 7.194 | MANSFIELD POWER AND GAS | MANSFIELD POWER AND GAS | $328.00 |
| 7.195 | MANSFIELD POWER AND GAS | MANSFIELD POWER AND GAS | $426.00 |
| 7.196 | MANSFIELD POWER AND GAS | MANSFIELD POWER AND GAS | $381.00 |
| 7.197 | MANSFIELD POWER AND GAS | MANSFIELD POWER AND GAS | $317.00 |
| 7.198 | MANSFIELD POWER AND GAS | MANSFIELD POWER AND GAS | $340.00 |
| 7.199 | MANSFIELD POWER AND GAS | MANSFIELD POWER AND GAS | $341.00 |
| 7.200 | METRO ST LOUIS SWR DIST | METRO ST LOUIS SWR DIST | $214.00 |
| 7.201 | METRO ST LOUIS SWR DIST | METRO ST LOUIS SWR DIST | $345.00 |
| 7.202 | METROPOLITAN UTILITIES DIST | METROPOLITAN UTILITIES DIST | $430.00 |
| 7.203 | MIDAMERICAN ENERGY COMPANY | MIDAMERICAN ENERGY COMPANY | $1,320.00 |
| 7.204 | MIDAMERICAN ENERGY COMPANY | MIDAMERICAN ENERGY COMPANY | $1,241.00 |
| 7.205 | MISSOURI AMERICAN WATER | MISSOURI AMERICAN WATER | $249.00 |

| Debtor | **HOA Restaurant Holder, LLC** | Case number (*if known*) | **25-80095** |
|---|---|---|---|
| | Name | | |

| | | | Current value of debtor's interest |
|---|---|---|---|
| 7. | **Deposits, including security deposits and utility deposits** | | |
| | Description, including name of holder of deposit | | |
| 7.206 | MISSOURI AMERICAN WATER | MISSOURI AMERICAN WATER | $42.00 |
| 7.207 | MISSOURI AMERICAN WATER | MISSOURI AMERICAN WATER | $455.00 |
| 7.208 | NEWNAN UTILITIES | NEWNAN UTILITIES | $341.00 |
| 7.209 | NEXTERA ENERGY SERVICES GA, | NEXTERA ENERGY SERVICES GA, | $8.00 |
| 7.210 | NEXTERA ENERGY SERVICES GA, | NEXTERA ENERGY SERVICES GA, | $9.00 |
| 7.211 | NEXTERA ENERGY SERVICES GA, | NEXTERA ENERGY SERVICES GA, | $7.00 |
| 7.212 | NICOR GAS | NICOR GAS | $7,856.00 |
| 7.213 | NORTH CHARLESTON SEWER DIST. | NORTH CHARLESTON SEWER DIST. | $2.00 |
| 7.214 | NORTH LITTLE ROCK ELECTRIC | NORTH LITTLE ROCK ELECTRIC | $9,000.00 |
| 7.215 | NOVEC | NOVEC | $973.00 |
| 7.216 | OG&E | OG&E | $1,247.00 |
| 7.217 | OG&E | OG&E | $1,535.00 |
| 7.218 | OG&E | OG&E | $1,742.00 |
| 7.219 | OKLAHOMA NATURAL GAS | OKLAHOMA NATURAL GAS | $133.00 |
| 7.220 | OKLAHOMA NATURAL GAS | OKLAHOMA NATURAL GAS | $739.00 |
| 7.221 | OKLAHOMA NATURAL GAS | OKLAHOMA NATURAL GAS | $478.00 |
| 7.222 | OMAHA PUBLIC POWER DISTRICT | OMAHA PUBLIC POWER DISTRICT | $3,000.00 |
| 7.223 | ORANGE COUNTY UTILITIES | ORANGE COUNTY UTILITIES | $3,104.00 |
| 7.224 | ORLANDO UTILITIES COMMISSION | ORLANDO UTILITIES COMMISSION | $8,800.00 |
| 7.225 | ORLANDO UTILITIES COMMISSION | ORLANDO UTILITIES COMMISSION | $1,200.00 |
| 7.226 | ORLANDO UTILITIES COMMISSION | ORLANDO UTILITIES COMMISSION | $7,700.00 |
| 7.227 | PELHAM WATER WORKS | PELHAM WATER WORKS | $422.00 |
| 7.228 | PIEDMONT NATURAL GAS | PIEDMONT NATURAL GAS | $778.00 |
| 7.229 | PIEDMONT NATURAL GAS | PIEDMONT NATURAL GAS | $684.00 |
| 7.230 | PIEDMONT NATURAL GAS | PIEDMONT NATURAL GAS | $645.00 |
| 7.231 | PIEDMONT NATURAL GAS | PIEDMONT NATURAL GAS | $618.00 |
| 7.232 | PIEDMONT NATURAL GAS | PIEDMONT NATURAL GAS | $665.00 |
| 7.233 | PIEDMONT NATURAL GAS | PIEDMONT NATURAL GAS | $442.00 |
| 7.234 | PIEDMONT NATURAL GAS | PIEDMONT NATURAL GAS | $990.00 |
| 7.235 | PIEDMONT NATURAL GAS | PIEDMONT NATURAL GAS | $718.00 |
| 7.236 | PUBLIC SERVICE CO OF OK | PUBLIC SERVICE CO OF OK | $1,968.00 |

| Debtor | HOA Restaurant Holder, LLC | Case number (*if known*) | 25-80095 |
|--------|---------------------------|--------------------------|----------|
| | Name | | |

| | | | Current value of debtor's interest |
|--|--|--|--|
| 7. | **Deposits, including security deposits and utility deposits** | | |
| | Description, including name of holder of deposit | | |
| 7.237 | PUBLIC WORKS COMM FAYETTEVILLE | PUBLIC WORKS COMM FAYETTEVILLE | $3,000.00 |
| 7.238 | PWCSA | PWCSA | $283.00 |
| 7.239 | ROCKDALE WATER RESOURCES | ROCKDALE WATER RESOURCES | $452.00 |
| 7.240 | SANDY SPRINGS WATER DISTRICT | SANDY SPRINGS WATER DISTRICT | $576.00 |
| 7.241 | SANTEE COOPER | SANTEE COOPER | $1,405.00 |
| 7.242 | SANTEE COOPER | SANTEE COOPER | $4,000.00 |
| 7.243 | SOUTHERN MARYLAND ELECTRIC CO | SOUTHERN MARYLAND ELECTRIC CO | $3,500.00 |
| 7.244 | SPIRE | SPIRE | $747.00 |
| 7.245 | SPIRE | SPIRE | $1,148.00 |
| 7.246 | SPIRE | SPIRE | $672.00 |
| 7.247 | SPIRE | SPIRE | $809.00 |
| 7.248 | SPIRE/ALAGASCO | SPIRE/ALAGASCO | $4,605.00 |
| 7.249 | SPIRE/ALAGASCO | SPIRE/ALAGASCO | $2,450.00 |
| 7.250 | SPIRE/ALAGASCO | SPIRE/ALAGASCO | $3,000.00 |
| 7.251 | SUMMIT UTILITIES ARKANSAS INC | SUMMIT UTILITIES ARKANSAS INC | $592.00 |
| 7.252 | SUMMIT UTILITIES ARKANSAS INC | SUMMIT UTILITIES ARKANSAS INC | $633.00 |
| 7.253 | SYMMETRY ENERGY SOLUTIONS | SYMMETRY ENERGY SOLUTIONS | $183.00 |
| 7.254 | TECO: PEOPLES GAS | TECO: PEOPLES GAS | $825.00 |
| 7.255 | TECO: PEOPLES GAS | TECO: PEOPLES GAS | $4,520.00 |
| 7.256 | TECO: PEOPLES GAS | TECO: PEOPLES GAS | $744.00 |
| 7.257 | TECO: PEOPLES GAS | TECO: PEOPLES GAS | $850.00 |
| 7.258 | TECO: PEOPLES GAS | TECO: PEOPLES GAS | $1,100.00 |
| 7.259 | TECO: PEOPLES GAS | TECO: PEOPLES GAS | $779.00 |
| 7.260 | TECO: PEOPLES GAS | TECO: PEOPLES GAS | $331.00 |
| 7.261 | TECO: PEOPLES GAS | TECO: PEOPLES GAS | $296.00 |
| 7.262 | TECO: PEOPLES GAS | TECO: PEOPLES GAS | $457.00 |
| 7.263 | TECO: PEOPLES GAS | TECO: PEOPLES GAS | $352.00 |
| 7.264 | TECO: PEOPLES GAS | TECO: PEOPLES GAS | $350.00 |
| 7.265 | TOHO WATER AUTHORITY -30527 | TOHO WATER AUTHORITY -30527 | $634.00 |
| 7.266 | TOHO WATER AUTHORITY -30527 | TOHO WATER AUTHORITY -30527 | $1,825.00 |
| 7.267 | TOWN OF CARY | TOWN OF CARY | $639.00 |

| Debtor | **HOA Restaurant Holder, LLC** | Case number (*if known*) | 25-80095 |
|---|---|---|---|
| | Name | | |

| | | | Current value of debtor's interest |
|---|---|---|---|
| 7. | **Deposits, including security deposits and utility deposits** | | |
| | Description, including name of holder of deposit | | |
| 7.268 | TREASURER CHESTERFIELD COUNTY | TREASURER CHESTERFIELD COUNTY | $251.00 |
| 7.269 | TREASURER SPOTSYLVANIA COUNTY | TREASURER SPOTSYLVANIA COUNTY | $391.00 |
| 7.270 | TRUSSVILLE GAS AND WATER | TRUSSVILLE GAS AND WATER | $1,197.00 |
| 7.271 | UTILITY BILLING SERVICES-AR | UTILITY BILLING SERVICES-AR | $425.00 |
| 7.272 | UTILITY BILLING SERVICES-AR | UTILITY BILLING SERVICES-AR | $23.00 |
| 7.273 | UTILITY BILLING SERVICES-AR | UTILITY BILLING SERVICES-AR | $368.00 |
| 7.274 | UTILITY BILLING SERVICES-AR | UTILITY BILLING SERVICES-AR | $13.00 |
| 7.275 | UTILITY BILLING SERVICES-AR | UTILITY BILLING SERVICES-AR | $8.00 |
| 7.276 | WASHINGTON GAS | WASHINGTON GAS | $679.00 |
| 7.277 | WASHINGTON GAS | WASHINGTON GAS | $495.00 |
| 7.278 | WASHINGTON GAS | WASHINGTON GAS | $862.00 |
| 7.279 | WASHINGTON GAS | WASHINGTON GAS | $608.00 |
| 7.280 | WATER WORKS BOARD OF THE CITY | WATER WORKS BOARD OF THE CITY | $23.00 |
| 7.281 | WATER WORKS BOARD OF THE CITY | WATER WORKS BOARD OF THE CITY | $10.00 |
| 7.282 | YORK COUNTY NATURAL GAS AUTHOR | YORK COUNTY NATURAL GAS AUTHOR | $692.00 |

| | | | Current value of debtor's interest |
|---|---|---|---|
| 8. | **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent** | | |
| | Description, including name of holder of prepayment | | |
| 8.1 | | | $0.00 |

| 9. | **Total of Part 2.** | | |
|---|---|---|---|
| | Add lines 7 through 8. Copy the total to line 81. | | **$1,335,581.17** |

**Part 3:**    Accounts receivable

**10. Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.

☐ Yes. Fill in the information below

| Debtor | **HOA Restaurant Holder, LLC** | Case number (*if known*) | **25-80095** |
|---|---|---|---|
| | Name | | |

| | | **Current value of debtor's interest** |
|---|---|---|

**11.**    **Accounts receivable**

| | | |
|---|---|---|
| **12.** | **Total of Part 3.**<br>Current value on lines 11a + 11b = line 12. Copy the total to line 82. | **$0.00** |

| **Part 4:** | **Investments** |
|---|---|

**13. Does the debtor own any investments?**

☐ No. Go to Part 5.

■ Yes. Fill in the information below

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **14.** | **Mutual funds or publicly traded stocks not included in Part 1**<br>Name of fund or stock: | | |
| 14.1 | | | $0.00 |

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **15.** | **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture** | | |

| | Name of entity: | % of ownership | | | Current value of debtor's interest |
|---|---|---|---|---|---|
| 15.1 | DW RESTAURANT HOLDER, LLC | 100% | % | N/A | UNDETERMINED |
| 15.2 | HOA KANSAS RESTAURANT HOLDER, LLC | 100% | % | N/A | UNDETERMINED |
| 15.3 | HOA MARYLAND RESTAURANT HOLDER, LLC | 100% | % | N/A | UNDETERMINED |
| 15.4 | TW RESTAURANT HOLDER, LLC | 100% | % | N/A | UNDETERMINED |

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **16.** | **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**<br>Describe: | | |
| 16.1 | | | $0.00 |

| | | |
|---|---|---|
| **17.** | **Total of Part 4.**<br>Add lines 14 through 16. Copy the total to line 83. | **Undetermined** |

| Debtor | HOA Restaurant Holder, LLC | Case number (*if known*) | 25-80095 |
|---|---|---|---|
| | Name | | |

## Part 5:   Inventory, excluding agriculture asset

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

■ Yes. Fill in the information below

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.** | **Raw materials** | | | |
| 19.1 | | | | $0.00 |

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **20.** | **Work in progress** | | | |
| 20.1 | | | | $0.00 |

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **21.** | **Finished goods, including goods held for resale** | | | |
| 21.1 | FINISHED GOOD INVENTORY - FOOD AND PAPER PRODUCTS | 3/23/2025 | $2,282,862.59 | LOWER OF COST OR MARKET | $2,282,862.59 |

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **22.** | **Other inventory or supplies** | | | |
| 22.1 | | | | $0.00 |

23. **Total of Part 5.**
Add lines 19 through 22. Copy the total to line 84.

$2,282,862.59

24. **Is any of the property listed in Part 5 perishable?**

☐ No.

■ Yes.

| Debtor | HOA Restaurant Holder, LLC | Case number (*if known*) | 25-80095 |
|---|---|---|---|
| | Name | | |

25.  **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No.

■ Yes. Book value      $2,282,862.59    Valuation method    LOWER OF COST OR MARKET    Current Value    $2,282,862.59

26.  **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

■ No.

☐ Yes.

---

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.

☐ Yes. Fill in the information below

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

28. **Crops-either planted or harvested**

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28.1 | | | $0.00 |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

29. **Farm animals** *Examples: Livestock, poultry, farm-raised fish*

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 29.1 | | | $0.00 |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

30. **Farm machinery and equipment** *(Other than titled motor vehicles)*

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 30.1 | | | $0.00 |

Debtor    **HOA Restaurant Holder, LLC** _____    Case number (*if known*)  **25-80095**
         Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **31.**  **Farm and fishing supplies, chemicals, and feed** | | | |
| 31.1 | | | $0.00 |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **32.**  **Other farming and fishing-related property not already listed in Part 6** | | | |
| 32.1 | | | $0.00 |

**33.**  **Total of Part 6.**
Add lines 28 through 32. Copy the total to line 85.

|  |
|---|
| **$0.00** |

**34.**  **Is the debtor a member of an agricultural cooperative?**

☐ No.

☐ Yes. Is any of the debtor's property stored at the cooperative?

   ☐ No.

   ☐ Yes.

**35.**  **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No.

☐ Yes. Book value _____  Valuation method _____  Current Value _____

**36.**  **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No.

☐ Yes.

**37.**  **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No.

☐ Yes.

| Debtor | **HOA Restaurant Holder, LLC** | Case number (*if known*) | **25-80095** |
|---|---|---|---|
| | Name | | |

**Part 7:** **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

■ Yes. Fill in the information below

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** **Office furniture** | | | |
| 39.1  FURNISHINGS | $478,024.60 | NET BOOK VALUE | $478,024.60 |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **40.** **Office fixtures** | | | |
| 40.1  FIXTURES, SIGNAGE | $380,967.64 | NET BOOK VALUE | $380,967.64 |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **41.** **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 41.1  COMPUTER HARDWARE, SOUND/VIDEO, COMMUNICATION EQUIPMENT | $1,636,044.41 | NET BOOK VALUE | $1,636,044.41 |
| 41.2  COMPUTER SOFTWARE | $561.41 | NET BOOK VALUE | $561.41 |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **42.** **Collectibles** Examples: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1  STORE ARTIFACTS | $32,279.62 | NET BOOK VALUE | $32,279.62 |

| | |
|---|---|
| 43.  **Total of Part 7.** Add lines 39 through 42. Copy the total to line 86 | **$2,527,877.68** |

| Debtor | **HOA Restaurant Holder, LLC** | Case number (*if known*) | **25-80095** |
|---|---|---|---|
| | Name | | |

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No.

■ Yes.

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

■ No.

☐ Yes.

---

**Part 8:**  **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

■ Yes. Fill in the information below

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of debtor's<br>interest |
|---|---|---|---|
| 47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 | | | $0.00 |

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of debtor's<br>interest |
|---|---|---|---|
| 48.  **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers,<br>motors,floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 | | | $0.00 |

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of debtor's<br>interest |
|---|---|---|---|
| 49.  **Aircraft and accessories** | | | |
| 49.1 | | | $0.00 |

Debtor    **HOA Restaurant Holder, LLC** _____    Case number (*if known*) **25-80095**
_____
Name

| | General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 50. | **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| 50.1 | STORE EQUIPMENT | $4,346,329.95 | NET BOOK VALUE | $4,346,329.95 |

| 51. | **Total of Part 8.** Add lines 47 through 50. Copy the total to line 87. | $4,346,329.95 |
|---|---|---|

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No.

■ Yes.

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No.

☐ Yes.

## Part 9:    Real property

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

■ Yes. Fill in the information below

| | Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 55. | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | | |
| 55.1 | (RESTAURANT) STORE NO. 10 AUGUSTA 2834 WASHINGTON ROAD AUGUSTA, GA 30909 | LEASED | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.2 | (RESTAURANT) STORE NO. 119 KENNESAW 2102 OLD HWY. 41 KENNESAW, GA 30144 | LEASED | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |

| Debtor | **HOA Restaurant Holder, LLC** | Case number (*if known*) **25-80095** |
|---|---|---|
| | Name | |

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55. | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | |
| 55.3 (RESTAURANT) STORE NO. 120 JACKSONVILLE SAN JOSE 8938 SAN JOSE BLVD. JACKSONVILLE, FL 32257 | LEASED | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.4 (RESTAURANT) STORE NO. 126 KIRKMAN ROAD 5300 KIRKMAN ROAD ORLANDO, FL 32819 | LEASED | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.5 (RESTAURANT) STORE NO. 131 LAKE BUENA VISTA 8510 PALM PARKWAY ORLANDO, FL 32836 | LEASED | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.6 (RESTAURANT) STORE NO. 134 LAKELAND II 3400 US 98 LAKELAND, FL 33809 | LEASED | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.7 (RESTAURANT) STORE NO. 152 MARYLAND HEIGHTS 11835 LACKLAND ROAD ST. LOUIS, MO 63146 | LEASED | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.8 (RESTAURANT) STORE NO. 153 MELBOURNE 877 SOUTH BABCOCK STREET MELBOURNE, FL 32901 | LEASED | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.9 (RESTAURANT) STORE NO. 166 MYRTLE BEACH NORTH 10133 NORTH KINGS HIGHWAY MYRTLE BEACH, SC 29572 | LEASED | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.10 (RESTAURANT) STORE NO. 168 MYRTLE BEACH SOUTH 3901 NORTH KINGS HWY. MYRTLE BEACH, SC 29577 | LEASED | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.11 (RESTAURANT) STORE NO. 178 NEWNAN 1001 BULLSBORO DRIVE NEWNAN, GA 30265 | LEASED | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.12 (RESTAURANT) STORE NO. 192 OKLAHOMA CITY SOUTH 2109 S.W. 74TH STREET OKLAHOMA CITY, OK 73159 | LEASED | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.13 (RESTAURANT) STORE NO. 216 RALEIGH 4206 WAKE FOREST ROAD RALEIGH, NC 27609 | LEASED | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.14 (RESTAURANT) STORE NO. 218 RICHMOND VA 7912 WEST BROAD ST, RICHMOND, VA 23294 | LEASED | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |

| Debtor | **HOA Restaurant Holder, LLC** | Case number (*if known*) | **25-80095** |
|---|---|---|---|
| | Name | | |

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | |
| 55.15 | (RESTAURANT) STORE NO. 219 CHESTERFIELD 1211 HUGUENOT RD, MIDLOTHIAN, VA 23113 | LEASED | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.16 | (RESTAURANT) STORE NO. 227 ROSWELL 795 HOLCOMB BRIDGE ROAD ROSWELL, GA 30076 | LEASED | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.17 | (RESTAURANT) STORE NO. 242 SOUTH COUNTY 7517 SOUTH LINDBERGH BLVD. ST. LOUIS, MO 63125 | LEASED | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.18 | (RESTAURANT) STORE NO. 246 SPRINGFIELD MO 2010 E. INDEPENDENCE AVE. SPRINGFIELD, MO 65804 | LEASED | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.19 | (RESTAURANT) STORE NO. 255 TALLAHASSEE 2000 N. MONROE STREET TALLAHASSEE, FL 32303 | LEASED | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.20 | (RESTAURANT) STORE NO. 257 TARA BLVD 6785 TARA BLVD. JONESBORO, GA 30236 | LEASED | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.21 | (RESTAURANT) STORE NO. 258 TAYLOR 21250 EUREKA ROAD TAYLOR, MI 48180 | LEASED | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.22 | (RESTAURANT) STORE NO. 267 TULSA 8108 EAST 61ST TULSA, OK 74133 | LEASED | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.23 | (RESTAURANT) STORE NO. 274 WILMINGTON 5112 MARKET STREET WILMINGTON, NC 28405 | LEASED | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.24 | (RESTAURANT) STORE NO. 318 FREDERICKSBURG 10400 SPOTSYLVANIA AVENUE FREDERICKSBURG, VA 22408 | LEASED | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.25 | (RESTAURANT) STORE NO. 332 TUSCALOOSA 5025 OSCAR BAXTER DRIVE TUSCALOOSA, AL 35405 | LEASED | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.26 | (RESTAURANT) STORE NO. 333 COLUMBUS GA 2650 ADAMS FARM ROAD COLUMBUS, GA 28207 | LEASED | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.27 | (RESTAURANT) STORE NO. 335 ANDERSON 112 INTERSTATE BLVD, ANDERSON, SC 29621 | LEASED | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |

| Debtor | HOA Restaurant Holder, LLC | | Case number (*if known*) | **25-80095** |
|---|---|---|---|---|
| | Name | | | |

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | |
| 55.28 | (RESTAURANT) STORE NO. 339 CONCORD NC 7702 GATEWAY LANE, CONCORD, NC 28027 | LEASED | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.29 | (RESTAURANT) STORE NO. 358 ORLANDO AIRPORT 7222 AUGUSTA NATIONAL DRIVE ORLANDO, FL 32822 | LEASED | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.30 | (RESTAURANT) STORE NO. 362 HICKORY 1211 13TH AVENUE DRIVE, SE HICKORY, NC 28602 | LEASED | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.31 | (RESTAURANT) STORE NO. 363 ROCKFORD 6904 ARGUS DRIVE ROCKFORD, IL 61107 | LEASED | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.32 | (RESTAURANT) STORE NO. 364 BURLINGTON NC 3122 GARDEN ROAD BURLINGTON, NC 27216 | LEASED | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.33 | (RESTAURANT) STORE NO. 371 SAVANNAH 4 GATEWAY BLVD, W. SAVANNAH, GA 31409 | LEASED | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.34 | (RESTAURANT) STORE NO. 383 ATLANTA DOWNTOWN 209 PEACHTREE STREET ATLANTA, GA 30303 | LEASED | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.35 | (RESTAURANT) STORE NO. 385 TRUSSVILLE 1917 EDWARDS LAKE ROAD BIRMINGHAM, AL 35235 | LEASED | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.36 | (RESTAURANT) STORE NO. 387 HORN LAKE 982 GOODMAN ROAD HORN LAKE, MS 38637 | LEASED | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.37 | (RESTAURANT) STORE NO. 415 NORTH CHARLESTON 2171 NORTHWOODS BLVD. NORTH CHARLESTON, SC 29406 | LEASED | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.38 | (RESTAURANT) STORE NO. 416 POTOMAC MILLS 2630 PRINCE WILLIAM PKWY. WOODBRIDGE, VA 22192 | LEASED | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.39 | (RESTAURANT) STORE NO. 421 RALEIGH AIRPORT 1001 CLAREN CIRCLE MORRISVILLE, NC 27560 | LEASED | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |

| Debtor | **HOA Restaurant Holder, LLC** | | Case number (*if known*) | **25-80095** |
|---|---|---|---|---|
| | Name | | | |

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55. | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | |
| 55.40 | (RESTAURANT) STORE NO. 423 CHESTER, VA 2401 W. HUNDRED ROAD CHESTER, VA 23831 | LEASED | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.41 | (RESTAURANT) STORE NO. 455 ROCK HILL 1423 RIVERCHASE BLVD. ROCK HILL, SC 29732 | LEASED | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.42 | (RESTAURANT) STORE NO. 466 CARTERSVILLE 885 JOE FRANK HARRIS PKWY, SE CARTERSVILLE, GA 30120 | LEASED | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.43 | (RESTAURANT) STORE NO. 505 ST. PETERS 4061 VETERANS MEMORIAL PKWY. ST. PETERS, MO 63376 | LEASED | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.44 | (RESTAURANT) STORE NO. 526 PELHAM 400 CAHABA VALLEY ROAD PELHAM, AL 35124 | LEASED | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.45 | (RESTAURANT) STORE NO. 533 SAGINAW 5538 BAY ROAD SAGINAW, MI 48604 | LEASED | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.46 | (RESTAURANT) STORE NO. 54 CONYERS 1099 IRIS DRIVE CONYERS, GA 30012 | LEASED | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.47 | (RESTAURANT) STORE NO. 56 CUMBERLAND 2977 COBB PARKWAY, SE ATLANTA, GA 30339 | LEASED | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.48 | (RESTAURANT) STORE NO. 571 SOUTH CHARLOTTE 9807 SOUTH BLVD. CHARLOTTE, NC 28273 | LEASED | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.49 | (RESTAURANT) STORE NO. 572 COLUMBIA NORTH 5195 FERNANDINA ROAD COLUMBIA, SC 29212 | LEASED | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.50 | (RESTAURANT) STORE NO. 579 COLUMBIA MO 1101 WOODLAND SPRINGS CT. COLUMBIA, MO 65202 | LEASED | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.51 | (RESTAURANT) STORE NO. 58 DAVENPORT 110 E. KIMBERLEY RD DAVENPORT, IA 52806 | LEASED | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |

| Debtor | HOA Restaurant Holder, LLC | Case number (*if known*) | 25-80095 |
|---|---|---|---|
| | Name | | |

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | |
| 55.52 | (RESTAURANT) STORE NO. 608 NORTH LITTLE ROCK 4110 LANDERS ROAD NORTH LITTLE ROCK, AR 72117 | LEASED | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.53 | (RESTAURANT) STORE NO. 615 SANFORD 550 TOWNE CENTER CIRCLE SANFORD, FL 32771 | LEASED | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.54 | (RESTAURANT) STORE NO. 621 ST. LOUIS KIENER PLAZA 100 NORTH 7TH STREET ST. LOUIS, MO 63101 | LEASED | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.55 | (RESTAURANT) STORE NO. 622 LAWRENCEVILLE 860 DULUTH HWY. SUITE 900 LAWRENCEVILLE, GA 30043 | LEASED | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.56 | (RESTAURANT) STORE NO. 639 FORT SMITH 6401 ROGERS AVENUE FORT SMITH, AR 72903 | LEASED | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.57 | (RESTAURANT) STORE NO. 64 DAYTONA 2100 INTERNATIONAL SPEEDWAY DRIVE DAYTONA BEACH, FL 32114 | LEASED | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.58 | (RESTAURANT) STORE NO. 641 JACKSONVILLE SOUTHSIDE 4521 SOUTHSIDE BLVD. JACKSONVILLE, FL 32216 | LEASED | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.59 | (RESTAURANT) STORE NO. 669 CHANTILLY 14441 BROOKFIELD TOWER DR. CHANTILLY, VA 20151 | LEASED | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.60 | (RESTAURANT) STORE NO. 686 COUNCIL BLUFFS 2910 ROUTE 23RD AVE, COUNCIL BLUFFS, IA 51501 | LEASED | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.61 | (RESTAURANT) STORE NO. 700 EAST MADISON 2639 EAST SPRINGS DRIVE MADISON, WI 53704 | LEASED | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.62 | (RESTAURANT) STORE NO. 75 FAIRVIEW HEIGHTS 301 MARKET PLACE SUITE C FAIRVIEW HEIGHTS, IL 62208 | LEASED | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.63 | (RESTAURANT) STORE NO. 764 ORLANDO I-DRIVE 8801 INTERNATIONAL DRIVE, ORLANDO, FL 32819 | LEASED | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |

| Debtor | **HOA Restaurant Holder, LLC** | | Case number (*if known*) | **25-80095** |
|---|---|---|---|---|
| | Name | | | |

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | | |
| 55.64 (RESTAURANT) STORE NO. 765 VALDOSTA 1854 CLUBHOUSE DRIVE VALDOSTA, GA 31601 | LEASED | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.65 (RESTAURANT) STORE NO. 78 FAYETTEVILLE NC 501 N. MCPHERSON CHURCH ROAD FAYETTEVILLE, NC 28303 | LEASED | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.66 (RESTAURANT) STORE NO. 79 FLINT 3415 MILLER ROAD FLINT, MI 48507 | LEASED | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.67 (RESTAURANT) STORE NO. 794 DOUGLASVILLE 6855 DOUGLAS BLVD DOUGLASVILLE, GA 30135 | LEASED | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.68 (RESTAURANT) STORE NO. 805 MALL OF GEORGIA 1950 MALL OF GEORGIA BLVD BUFORD, GA 30519 | LEASED | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.69 (RESTAURANT) STORE NO. 814 FAIRFAX II 10060 LEE HWY FAIRFAX, VA 22030 | LEASED | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.70 (RESTAURANT) STORE NO. 817 OCALA 2711 SW 27TH AVE OCALA, FL 34471 | LEASED | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.71 (RESTAURANT) STORE NO. 840 KISSIMMEE WEST 8207 W IRLO BRONSON MEMORIAL HIGHWAY KISSIMMEE, FL 34747 | LEASED | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.72 (RESTAURANT) STORE NO. 850 PALM BAY 695 PALM BAY ROAD WEST MELBOURNE, FL 32904 | LEASED | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.73 (RESTAURANT) STORE NO. 851 KISSIMMEE EAST 1201 W OSCEOLA PKWY KISSIMMEE, FL 34741 | LEASED | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.74 (RESTAURANT) STORE NO. 861 YUKON 12320 NW 10TH STREET OKLAHOMA CITY, OK 73099 | LEASED | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.75 (RESTAURANT) STORE NO. 862 W. LITTLE ROCK 6 ANGLERS WAY LITTLE ROCK, AR 72210 | LEASED | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |

| Debtor | HOA Restaurant Holder, LLC | | Case number (*if known*) | **25-80095** |
|---|---|---|---|---|
| | Name | | | |

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | |
| 55.76 | (RESTAURANT) STORE NO. 884 PRATTVILLE 2585 BASS PRO BOULEVARD PRATTVILLE, AL 36066 | LEASED | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.77 | (RESTAURANT) STORE NO. 889 LAVISTA, NE 12710 WESTPORT PARKWAY LA VISTA, NE 68138 | LEASED | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.78 | (RESTAURANT) STORE NO. 96 GREENSBORO 3031 WEST GATE CITY BLVD, GREENSBORO, NC 27403 | LEASED | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.79 | (RESTAURANT) STORE NO. 97 GREENVILLE SC 2401 LAURENS ROAD GREENVILLE, SC 29607 | LEASED | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.80 | (RESTAURANT) STORE NO. 99 GWINNETT 3550 GWINNETT PLACE DRIVE DULUTH, GA 30096 | LEASED | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.81 | LEASEHOLD IMPROVEMENTS | LEASED | $15,179,517.36 | NET BOOK VALUE | $15,179,517.36 |

**56.** **Total of Part 9.**
Add the current value on lines 55.1 through 55.81 and entries from any additional sheets.
Copy the total to line 88

> **$15,179,517.36 plus undetermined amounts.**

**57.** **Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No.

☑ Yes.

**58.** **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No.

☐ Yes.

| Debtor | **HOA Restaurant Holder, LLC** | Case number (*if known*) | **25-80095** |
|---|---|---|---|
| | Name | | |

---

## Part 10:   Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

■ Yes. Fill in the information below

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.  Patents, copyrights, trademarks, and trade secrets** | | | |
| 60.1 | | | $0.00 |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **61.  Internet domain names and websites** | | | |
| 61.1 | | | $0.00 |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **62.  Licenses, franchises, and royalties** | | | |
| 62.1  LIQUOR LICENSE - ANDERSON, SC (STORE NO. 1084) - SCDOR - LICENSE NO. 320667569 (LOP) | UNDETERMINED | N/A | UNDETERMINED |
| 62.2  LIQUOR LICENSE - ANDERSON, SC (STORE NO. 1084) - SCDOR - LICENSE NO. 320667569 (PBW) | UNDETERMINED | N/A | UNDETERMINED |
| 62.3  LIQUOR LICENSE - ANDERSON, SC (STORE NO. 1084) - SCDOR - LICENSE NO. 320667569 (PLB) | UNDETERMINED | N/A | UNDETERMINED |
| 62.4  LIQUOR LICENSE - ATLANTA, GA (STORE NO. 1004) - COBB COUNTY - LICENSE NO. ALC000955 | UNDETERMINED | N/A | UNDETERMINED |
| 62.5  LIQUOR LICENSE - ATLANTA, GA (STORE NO. 1004) - GEORGIA DEPARTMENT OF REVENUE - LICENSE NO. 0071468 | UNDETERMINED | N/A | UNDETERMINED |
| 62.6  LIQUOR LICENSE - ATLANTA, GA (STORE NO. 1109) - CITY OF ATLANTA - LICENSE NO. 166451 A20 | UNDETERMINED | N/A | UNDETERMINED |
| 62.7  LIQUOR LICENSE - ATLANTA, GA (STORE NO. 1109) - GEORGIA DEPARTMENT OF REVENUE - LICENSE NO. 0071732 | UNDETERMINED | N/A | UNDETERMINED |
| 62.8  LIQUOR LICENSE - AUGUSTA, GA (STORE NO. 1127) - AUGUSTA-RICHMOND COUNTY - LICENSE NO. LCB20140001138 (LIQ) | UNDETERMINED | N/A | UNDETERMINED |
| 62.9  LIQUOR LICENSE - AUGUSTA, GA (STORE NO. 1127) - GEORGIA DEPARTMENT OF REVENUE - LICENSE NO. 0071742 | UNDETERMINED | N/A | UNDETERMINED |

| Debtor | **HOA Restaurant Holder, LLC** | Case number (*if known*) | **25-80095** |
|---|---|---|---|
| | Name | | |

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 62. | **Licenses, franchises, and royalties** | | | |
| 62.10 | LIQUOR LICENSE - BIRMINGHAM, AL (STORE NO. 1152) - CITY OF BIRMINGHAM - LICENSE NO. 461687-BL007 & 461687-BL001 | UNDETERMINED | N/A | UNDETERMINED |
| 62.11 | LIQUOR LICENSE - BUFORD, GA (STORE NO. 1177) - GEORGIA DEPARTMENT OF REVENUE - LICENSE NO. 0110063 | UNDETERMINED | N/A | UNDETERMINED |
| 62.12 | LIQUOR LICENSE - BUFORD, GA (STORE NO. 1177) - GWINNETT COUNTY - LICENSE NO. 2025186760 | UNDETERMINED | N/A | UNDETERMINED |
| 62.13 | LIQUOR LICENSE - BURLINGTON, NC (STORE NO. 1136) - ALAMANCE COUNTY - LICENSE NO. 4303 | UNDETERMINED | N/A | UNDETERMINED |
| 62.14 | LIQUOR LICENSE - BURLINGTON, NC (STORE NO. 1136) - CITY OF BURLINGTON - LICENSE NO. B-005156 | UNDETERMINED | N/A | UNDETERMINED |
| 62.15 | LIQUOR LICENSE - BURLINGTON, NC (STORE NO. 1136) - CITY OF BURLINGTON - LICENSE NO. B-005435 | UNDETERMINED | N/A | UNDETERMINED |
| 62.16 | LIQUOR LICENSE - BURLINGTON, NC (STORE NO. 1136) - NORTH CAROLINA ABC COMMISSION - LICENSE NO. 00220909MB | UNDETERMINED | N/A | UNDETERMINED |
| 62.17 | LIQUOR LICENSE - CARTERSVILLE, GA (STORE NO. 1178) - CITY OF CARTERSVILLE - LICENSE NO. LL202302577 | UNDETERMINED | N/A | UNDETERMINED |
| 62.18 | LIQUOR LICENSE - CARTERSVILLE, GA (STORE NO. 1178) - GEORGIA DEPARTMENT OF REVENUE - LICENSE NO. 0072303 | UNDETERMINED | N/A | UNDETERMINED |
| 62.19 | LIQUOR LICENSE - CHANTILLY, VA (STORE NO. 1161) - VA ABC - LICENSE NO. 85572 | UNDETERMINED | N/A | UNDETERMINED |
| 62.20 | LIQUOR LICENSE - CHARLESTON, SC (STORE NO. 1118) - SCDOR - LICENSE NO. 320667612 (LOP) | UNDETERMINED | N/A | UNDETERMINED |
| 62.21 | LIQUOR LICENSE - CHARLESTON, SC (STORE NO. 1118) - SCDOR - LICENSE NO. 320667612 (PBW) | UNDETERMINED | N/A | UNDETERMINED |
| 62.22 | LIQUOR LICENSE - CHARLESTON, SC (STORE NO. 1118) - SCDOR - LICENSE NO. 320667612 (PLB) | UNDETERMINED | N/A | UNDETERMINED |
| 62.23 | LIQUOR LICENSE - CHARLOTTE, NC (STORE NO. 1150) - CITY OF CHARLOTTE/MECKLENBURG COUNTY - LICENSE NO. 0205589 | UNDETERMINED | N/A | UNDETERMINED |
| 62.24 | LIQUOR LICENSE - CHARLOTTE, NC (STORE NO. 1150) - NORTH CAROLINA ABC COMMISSION - LICENSE NO. 00220914MB | UNDETERMINED | N/A | UNDETERMINED |
| 62.25 | LIQUOR LICENSE - CHESTER, VA (STORE NO. 1168) - VA ABC - LICENSE NO. 85567 | UNDETERMINED | N/A | UNDETERMINED |
| 62.26 | LIQUOR LICENSE - COLUMBIA, MO (STORE NO. 1151) - BOONE COUNTY - LICENSE NO. 2023 5653 | UNDETERMINED | N/A | UNDETERMINED |
| 62.27 | LIQUOR LICENSE - COLUMBIA, MO (STORE NO. 1151) - CITY OF COLUMBIA MO - LICENSE NO. BL004714 | UNDETERMINED | N/A | UNDETERMINED |

| Debtor | **HOA Restaurant Holder, LLC** | Case number (*if known*) | **25-80095** |
|---|---|---|---|
| | Name | | |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **62.** | **Licenses, franchises, and royalties** | | |
| 62.28 | LIQUOR LICENSE - COLUMBIA, MO (STORE NO. 1151) - MO DIVISION OF ALCOHOL AND TOBACCO CONTROL - LICENSE NO. 224752 (RBD) | UNDETERMINED | N/A | UNDETERMINED |
| 62.29 | LIQUOR LICENSE - COLUMBIA, MO (STORE NO. 1151) - MO DIVISION OF ALCOHOL AND TOBACCO CONTROL - LICENSE NO. 224753 (SBD) | UNDETERMINED | N/A | UNDETERMINED |
| 62.30 | LIQUOR LICENSE - COLUMBIA, SC (STORE NO. 1130) - SCDOR - LICENSE NO. 320667630 (PLB) | UNDETERMINED | N/A | UNDETERMINED |
| 62.31 | LIQUOR LICENSE - COLUMBIA, SC (STORE NO. 1149) - SCDOR - LICENSE NO. 320667578 (LOP) | UNDETERMINED | N/A | UNDETERMINED |
| 62.32 | LIQUOR LICENSE - COLUMBIA, SC (STORE NO. 1149) - SCDOR - LICENSE NO. 320667578 (PBW) | UNDETERMINED | N/A | UNDETERMINED |
| 62.33 | LIQUOR LICENSE - COLUMBIA, SC (STORE NO. 1149) - SCDOR - LICENSE NO. 320667578 (PLB) | UNDETERMINED | N/A | UNDETERMINED |
| 62.34 | LIQUOR LICENSE - COLUMBUS, GA (STORE NO. 1085) - COLUMBUS CONSOLIDATED GOVERNMENT - LICENSE NO. 18874 | UNDETERMINED | N/A | UNDETERMINED |
| 62.35 | LIQUOR LICENSE - COLUMBUS, GA (STORE NO. 1085) - GEORGIA DEPARTMENT OF REVENUE - LICENSE NO. 0071185 | UNDETERMINED | N/A | UNDETERMINED |
| 62.36 | LIQUOR LICENSE - CONCORD, NC (STORE NO. 1088) - CITY OF CONCORD - LICENSE NO. 2004624 | UNDETERMINED | N/A | UNDETERMINED |
| 62.37 | LIQUOR LICENSE - CONCORD, NC (STORE NO. 1088) - NORTH CAROLINA ABC COMMISSION - LICENSE NO. 00220916MB | UNDETERMINED | N/A | UNDETERMINED |
| 62.38 | LIQUOR LICENSE - CONYERS, GA (STORE NO. 1063) - CITY OF CONYERS - LICENSE NO. AL-00006341 | UNDETERMINED | N/A | UNDETERMINED |
| 62.39 | LIQUOR LICENSE - CONYERS, GA (STORE NO. 1063) - CITY OF CONYERS - LICENSE NO. AL-00007826 | UNDETERMINED | N/A | UNDETERMINED |
| 62.40 | LIQUOR LICENSE - CONYERS, GA (STORE NO. 1063) - GEORGIA DEPARTMENT OF REVENUE - LICENSE NO. 0071528 | UNDETERMINED | N/A | UNDETERMINED |
| 62.41 | LIQUOR LICENSE - COUNCIL BLUFFS, IA (STORE NO. 1174) - IOWA ALCOHOLIC BEVERAGES DIVISION - LICENSE NO. LC0041042 | UNDETERMINED | N/A | UNDETERMINED |
| 62.42 | LIQUOR LICENSE - DAVENPORT, IA (STORE NO. 1175) - IOWA ALCOHOLIC BEVERAGES DIVISION - LICENSE NO. LC0041082 | UNDETERMINED | N/A | UNDETERMINED |
| 62.43 | LIQUOR LICENSE - DAYTONA BEACH, FL (STORE NO. 1007) - DEPARTMENT OF BUSINESS AND PROFESSIONAL REGULATION - LICENSE NO. BEV7402227 | UNDETERMINED | N/A | UNDETERMINED |
| 62.44 | LIQUOR LICENSE - DOUGLASVILLE, GA (STORE NO. 1176) - CITY OF DOUGLASVILLE - LICENSE NO. 2024-08640 | UNDETERMINED | N/A | UNDETERMINED |
| 62.45 | LIQUOR LICENSE - DOUGLASVILLE, GA (STORE NO. 1176) - CITY OF DOUGLASVILLE - LICENSE NO. 2024-08645 | UNDETERMINED | N/A | UNDETERMINED |

| Debtor | **HOA Restaurant Holder, LLC** | Case number (*if known*) | **25-80095** |
| --- | --- | --- | --- |
| | Name | | |

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 62. | **Licenses, franchises, and royalties** | | | |
| 62.46 | LIQUOR LICENSE - DOUGLASVILLE, GA (STORE NO. 1176) - GEORGIA DEPARTMENT OF REVENUE - LICENSE NO. 0073678 | UNDETERMINED | N/A | UNDETERMINED |
| 62.47 | LIQUOR LICENSE - DULUTH, GA (STORE NO. 1027) - GEORGIA DEPARTMENT OF REVENUE - LICENSE NO. 0071595 | UNDETERMINED | N/A | UNDETERMINED |
| 62.48 | LIQUOR LICENSE - DULUTH, GA (STORE NO. 1027) - GWINNETT COUNTY - LICENSE NO. 2025184099 | UNDETERMINED | N/A | UNDETERMINED |
| 62.49 | LIQUOR LICENSE - FAIRFAX, VA (STORE NO. 1182) - VA ABC - LICENSE NO. 88052 | UNDETERMINED | N/A | UNDETERMINED |
| 62.50 | LIQUOR LICENSE - FAIRVIEW HEIGHTS, IL (STORE NO. 1079) - FAIRVIEW HEIGHTS - LICENSE NO. 1945 | UNDETERMINED | N/A | UNDETERMINED |
| 62.51 | LIQUOR LICENSE - FAIRVIEW HEIGHTS, IL (STORE NO. 1079) - IL LIQUOR CONTROL COMISSION - LICENSE NO. 1A-1123788 | UNDETERMINED | N/A | UNDETERMINED |
| 62.52 | LIQUOR LICENSE - FAYETTEVILLE, NC (STORE NO. 1025) - CITY OF FAYETTEVILLE - LICENSE NO. 50092 | UNDETERMINED | N/A | UNDETERMINED |
| 62.53 | LIQUOR LICENSE - FAYETTEVILLE, NC (STORE NO. 1025) - NORTH CAROLINA ABC COMMISSION - LICENSE NO. 00220920MB | UNDETERMINED | N/A | UNDETERMINED |
| 62.54 | LIQUOR LICENSE - FLINT, MI (STORE NO. 1055) - MI LCC - LICENSE NO. L-000241118 | UNDETERMINED | N/A | UNDETERMINED |
| 62.55 | LIQUOR LICENSE - FORT SMITH, AR (STORE NO. 1158) - ARKANSAS ALCOHOL BEVERAGE CONTROL - LICENSE NO. 01628-01 | UNDETERMINED | N/A | UNDETERMINED |
| 62.56 | LIQUOR LICENSE - FORT SMITH, AR (STORE NO. 1158) - CITY OF FORT SMITH - LICENSE NO. ALCHL-003542-2019 | UNDETERMINED | N/A | UNDETERMINED |
| 62.57 | LIQUOR LICENSE - FREDERICKSBURG, VA (STORE NO. 1077) - VA ABC - LICENSE NO. 85568 | UNDETERMINED | N/A | UNDETERMINED |
| 62.58 | LIQUOR LICENSE - GREENSBORO, NC (STORE NO. 1031) - CITY OF GREENSBORO - LICENSE NO. 335051 | UNDETERMINED | N/A | UNDETERMINED |
| 62.59 | LIQUOR LICENSE - GREENSBORO, NC (STORE NO. 1031) - GUILFORD COUNTY - LICENSE NO. 0010987 | UNDETERMINED | N/A | UNDETERMINED |
| 62.60 | LIQUOR LICENSE - GREENSBORO, NC (STORE NO. 1031) - NORTH CAROLINA ABC COMMISSION - LICENSE NO. 00220912MB | UNDETERMINED | N/A | UNDETERMINED |
| 62.61 | LIQUOR LICENSE - GREENVILLE, SC (STORE NO. 1046) - SCDOR - LICENSE NO. 320667603 (LOP) | UNDETERMINED | N/A | UNDETERMINED |
| 62.62 | LIQUOR LICENSE - GREENVILLE, SC (STORE NO. 1046) - SCDOR - LICENSE NO. 320667603 (PBW) | UNDETERMINED | N/A | UNDETERMINED |
| 62.63 | LIQUOR LICENSE - GREENVILLE, SC (STORE NO. 1046) - SCDOR - LICENSE NO. 320667603 (PLB) | UNDETERMINED | N/A | UNDETERMINED |
| 62.64 | LIQUOR LICENSE - HICKORY, NC (STORE NO. 1097) - CITY OF HICKORY - LICENSE NO. 25-00006404 | UNDETERMINED | N/A | UNDETERMINED |

| Debtor | **HOA Restaurant Holder, LLC** | Case number (*if known*) | **25-80095** |
|---|---|---|---|
| | Name | | |

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 62. | **Licenses, franchises, and royalties** | | | |
| 62.65 | LIQUOR LICENSE - HICKORY, NC (STORE NO. 1097) - COUNTY OF CATAWBA - LICENSE NO. 2022-BW1749-20252-BW1750 | UNDETERMINED | N/A | UNDETERMINED |
| 62.66 | LIQUOR LICENSE - HICKORY, NC (STORE NO. 1097) - NORTH CAROLINA ABC COMMISSION - LICENSE NO. 00220913MB | UNDETERMINED | N/A | UNDETERMINED |
| 62.67 | LIQUOR LICENSE - HORN LAKE, MS (STORE NO. 1112) - MISSISSIPPI DEPARTMENT OF REVENUE - LICENSE NO. 029675 | UNDETERMINED | N/A | UNDETERMINED |
| 62.68 | LIQUOR LICENSE - HORN LAKE, MS (STORE NO. 1112) - MS DEPARTMENT OF REVENUE - LICENSE NO. 200-00469-7 (BEER) | UNDETERMINED | N/A | UNDETERMINED |
| 62.69 | LIQUOR LICENSE - JACKSONVILLE, FL (STORE NO. 1033) - DEPARTMENT OF BUSINESS AND PROFESSIONAL REGULATION - LICENSE NO. BEV2602813 | UNDETERMINED | N/A | UNDETERMINED |
| 62.70 | LIQUOR LICENSE - JACKSONVILLE, FL (STORE NO. 1160) - DEPARTMENT OF BUSINESS AND PROFESSIONAL REGULATION - LICENSE NO. BEV2609129 | UNDETERMINED | N/A | UNDETERMINED |
| 62.71 | LIQUOR LICENSE - JONESBORO, GA (STORE NO. 1023) - CLAYTON COUNTY - LICENSE NO. AL-002930-2020 | UNDETERMINED | N/A | UNDETERMINED |
| 62.72 | LIQUOR LICENSE - JONESBORO, GA (STORE NO. 1023) - GEORGIA DEPARTMENT OF REVENUE - LICENSE NO. 0072172 | UNDETERMINED | N/A | UNDETERMINED |
| 62.73 | LIQUOR LICENSE - KANSAS CITY, KS (STORE NO. 1147) - KS ABC - LICENSE NO. 13001520101 | UNDETERMINED | N/A | UNDETERMINED |
| 62.74 | LIQUOR LICENSE - KANSAS CITY, KS (STORE NO. 1147) - UNIFIED GOV'T LIC DIV. - LICENSE NO. BUS-005833-R24 | UNDETERMINED | N/A | UNDETERMINED |
| 62.75 | LIQUOR LICENSE - KANSAS CITY, KS (STORE NO. 1147) - UNIFIED GOV'T LIC DIV. - LICENSE NO. BUS-005835-R23 | UNDETERMINED | N/A | UNDETERMINED |
| 62.76 | LIQUOR LICENSE - KENNESAW, GA (STORE NO. 1074) - CITY OF KENNESAW - LICENSE NO. 26415 | UNDETERMINED | N/A | UNDETERMINED |
| 62.77 | LIQUOR LICENSE - KENNESAW, GA (STORE NO. 1074) - GEORGIA DEPARTMENT OF REVENUE - LICENSE NO. 0071657 | UNDETERMINED | N/A | UNDETERMINED |
| 62.78 | LIQUOR LICENSE - KISSIMMEE, FL (STORE NO. 1187) - DEPARTMENT OF BUSINESS AND PROFESSIONAL REGULATION - LICENSE NO. BEV5903361 | UNDETERMINED | N/A | UNDETERMINED |
| 62.79 | LIQUOR LICENSE - KISSIMMEE, FL (STORE NO. 1189) - DEPARTMENT OF BUSINESS AND PROFESSIONAL REGULATION - LICENSE NO. BEV5903380 | UNDETERMINED | N/A | UNDETERMINED |
| 62.80 | LIQUOR LICENSE - LA VISTA, NE (STORE NO. 1194) - CITY OF LA VISTA - LICENSE NO. 24-061 | UNDETERMINED | N/A | UNDETERMINED |
| 62.81 | LIQUOR LICENSE - LAKELAND, FL (STORE NO. 1047) - DEPARTMENT OF BUSINESS AND PROFESSIONAL REGULATION - LICENSE NO. BEV6304053 | UNDETERMINED | N/A | UNDETERMINED |

| Debtor | **HOA Restaurant Holder, LLC** | Case number (*if known*) | **25-80095** |
| --- | --- | --- | --- |
| | Name | | |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| **62.** | **Licenses, franchises, and royalties** | | | |
| 62.82 | LIQUOR LICENSE - LAUREL, MD (STORE NO. 1145) - CITY OF LAUREL - LICENSE NO. 0599 | UNDETERMINED | N/A | UNDETERMINED |
| 62.83 | LIQUOR LICENSE - LAUREL, MD (STORE NO. 1145) - PRINCE GEORGE'S COUNTY - LICENSE NO. 17 BLX 645 | UNDETERMINED | N/A | UNDETERMINED |
| 62.84 | LIQUOR LICENSE - LAVISTA, NE (STORE NO. 1194) - NEBRASKA LIQUOR CONTROL COMMISSION - LICENSE NO. 122922 | UNDETERMINED | N/A | UNDETERMINED |
| 62.85 | LIQUOR LICENSE - LAWRENCEVILLE, GA (STORE NO. 1156) - GEORGIA DEPARTMENT OF REVENUE - LICENSE NO. 0071738 | UNDETERMINED | N/A | UNDETERMINED |
| 62.86 | LIQUOR LICENSE - LAWRENCEVILLE, GA (STORE NO. 1156) - GWINNETT COUNTY - LICENSE NO. 2023184096 | UNDETERMINED | N/A | UNDETERMINED |
| 62.87 | LIQUOR LICENSE - LITTLE ROCK, AR (STORE NO. 1190) - ARKANSAS ALCOHOL BEVERAGE CONTROL - LICENSE NO. 01218-02 | UNDETERMINED | N/A | UNDETERMINED |
| 62.88 | LIQUOR LICENSE - LITTLE ROCK, AR (STORE NO. 1190) - CITY OF LITTLE ROCK - LICENSE NO. AL156593 | UNDETERMINED | N/A | UNDETERMINED |
| 62.89 | LIQUOR LICENSE - MADISON, WI (STORE NO. 1166) - CITY OF MADISON - LICENSE NO. LICLIB-2014-00896 | UNDETERMINED | N/A | UNDETERMINED |
| 62.90 | LIQUOR LICENSE - MARYLAND HEIGHTS, MO (STORE NO. 1028) - CITY OF MARYLAND HEIGHTS - LICENSE NO. LL-098 (RBD) | UNDETERMINED | N/A | UNDETERMINED |
| 62.91 | LIQUOR LICENSE - MARYLAND HEIGHTS, MO (STORE NO. 1028) - CITY OF MARYLAND HEIGHTS - LICENSE NO. LL-098-S (SBD) | UNDETERMINED | N/A | UNDETERMINED |
| 62.92 | LIQUOR LICENSE - MARYLAND HEIGHTS, MO (STORE NO. 1028) - MO DIVISION OF ALCOHOL AND TOBACCO CONTROL - LICENSE NO. 224757 (RBD) | UNDETERMINED | N/A | UNDETERMINED |
| 62.93 | LIQUOR LICENSE - MARYLAND HEIGHTS, MO (STORE NO. 1028) - MO DIVISION OF ALCOHOL AND TOBACCO CONTROL - LICENSE NO. 224758 (SBD) | UNDETERMINED | N/A | UNDETERMINED |
| 62.94 | LIQUOR LICENSE - MARYLAND HEIGHTS, MO (STORE NO. 1028) - ST LOUIS COUNTY - LICENSE NO. 120932 (RBD) | UNDETERMINED | N/A | UNDETERMINED |
| 62.95 | LIQUOR LICENSE - MARYLAND HEIGHTS, MO (STORE NO. 1028) - ST LOUIS COUNTY - LICENSE NO. 120933 (SBD) | UNDETERMINED | N/A | UNDETERMINED |
| 62.96 | LIQUOR LICENSE - MELBOURNE, FL (STORE NO. 1013) - DEPARTMENT OF BUSINESS AND PROFESSIONAL REGULATION - LICENSE NO. BEV1502126 | UNDETERMINED | N/A | UNDETERMINED |
| 62.97 | LIQUOR LICENSE - MIDLOTHIAN, VA (STORE NO. 1169) - VA ABC - LICENSE NO. 85566 | UNDETERMINED | N/A | UNDETERMINED |
| 62.98 | LIQUOR LICENSE - MYRTLE BEACH, SC (STORE NO. 1010) - SCDOR - LICENSE NO. 320667621 (LOP) | UNDETERMINED | N/A | UNDETERMINED |

| Debtor | **HOA Restaurant Holder, LLC** | | Case number (*if known*) | **25-80095** |
| --- | --- | --- | --- | --- |
| | Name | | | |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| **62.** **Licenses, franchises, and royalties** | | | |
| 62.99 | LIQUOR LICENSE - MYRTLE BEACH, SC (STORE NO. 1010) - SCDOR - LICENSE NO. 320667621 (PBW) | UNDETERMINED | N/A | UNDETERMINED |
| 62.100 | LIQUOR LICENSE - MYRTLE BEACH, SC (STORE NO. 1010) - SCDOR - LICENSE NO. 320667621 (PLB) | UNDETERMINED | N/A | UNDETERMINED |
| 62.101 | LIQUOR LICENSE - MYRTLE BEACH, SC (STORE NO. 1036) - SCDOR - LICENSE NO. 320667550 (LOP) | UNDETERMINED | N/A | UNDETERMINED |
| 62.102 | LIQUOR LICENSE - MYRTLE BEACH, SC (STORE NO. 1036) - SCDOR - LICENSE NO. 320667550 (PBW) | UNDETERMINED | N/A | UNDETERMINED |
| 62.103 | LIQUOR LICENSE - MYRTLE BEACH, SC (STORE NO. 1036) - SCDOR - LICENSE NO. 320667550 (PLB) | UNDETERMINED | N/A | UNDETERMINED |
| 62.104 | LIQUOR LICENSE - NEWNAN, GA (STORE NO. 1061) - CITY OF NEWNAN - LICENSE NO. B-3814 | UNDETERMINED | N/A | UNDETERMINED |
| 62.105 | LIQUOR LICENSE - NEWNAN, GA (STORE NO. 1061) - GEORGIA DEPARTMENT OF REVENUE - LICENSE NO. 0072573 | UNDETERMINED | N/A | UNDETERMINED |
| 62.106 | LIQUOR LICENSE - NORTH LITTLE ROCK, AR (STORE NO. 1153) - ARKANSAS ALCOHOL BEVERAGE CONTROL - LICENSE NO. 01629-01 | UNDETERMINED | N/A | UNDETERMINED |
| 62.107 | LIQUOR LICENSE - NORTH LITTLE ROCK, AR (STORE NO. 1153) - CITY OF NORTH LITTLE ROCK - LICENSE NO. AL2024-00019 | UNDETERMINED | N/A | UNDETERMINED |
| 62.108 | LIQUOR LICENSE - OCALA, FL (STORE NO. 1184) - CITY OF OCALA - LICENSE NO. A50500 | UNDETERMINED | N/A | UNDETERMINED |
| 62.109 | LIQUOR LICENSE - OCALA, FL (STORE NO. 1184) - DEPARTMENT OF BUSINESS AND PROFESSIONAL REGULATION - LICENSE NO. BEV5203376 | UNDETERMINED | N/A | UNDETERMINED |
| 62.110 | LIQUOR LICENSE - OKLAHOMA CITY, OK (STORE NO. 1052) - ABLE COMMISSION - LICENSE NO. CMB669520 | UNDETERMINED | N/A | UNDETERMINED |
| 62.111 | LIQUOR LICENSE - OKLAHOMA CITY, OK (STORE NO. 1052) - CITY OF OKLAHOMA CITY - LICENSE NO. AL-23700-L | UNDETERMINED | N/A | UNDETERMINED |
| 62.112 | LIQUOR LICENSE - OKLAHOMA CITY, OK (STORE NO. 1191) - ABLE COMMISSION - LICENSE NO. CMB767575 | UNDETERMINED | N/A | UNDETERMINED |
| 62.113 | LIQUOR LICENSE - OKLAHOMA CITY, OK (STORE NO. 1191) - CITY OF OKLAHOMA CITY - LICENSE NO. AL-27968-L | UNDETERMINED | N/A | UNDETERMINED |
| 62.114 | LIQUOR LICENSE - ORLANDO, FL (STORE NO. 1017) - DEPARTMENT OF BUSINESS AND PROFESSIONAL REGULATION - LICENSE NO. BEV5803541 | UNDETERMINED | N/A | UNDETERMINED |
| 62.115 | LIQUOR LICENSE - ORLANDO, FL (STORE NO. 1075) - DEPARTMENT OF BUSINESS AND PROFESSIONAL REGULATION - LICENSE NO. BEV5807979 | UNDETERMINED | N/A | UNDETERMINED |

| Debtor | **HOA Restaurant Holder, LLC** | | Case number (*if known*) | **25-80095** |
|---|---|---|---|---|
| | Name | | | |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **62.** | **Licenses, franchises, and royalties** | | | |
| 62.116 | LIQUOR LICENSE - ORLANDO, FL (STORE NO. 1101) - DEPARTMENT OF BUSINESS AND PROFESSIONAL REGULATION - LICENSE NO. BEV5808371 | UNDETERMINED | N/A | UNDETERMINED |
| 62.117 | LIQUOR LICENSE - ORLANDO, FL (STORE NO. 1171) - DEPARTMENT OF BUSINESS AND PROFESSIONAL REGULATION - LICENSE NO. BEV5811711 | UNDETERMINED | N/A | UNDETERMINED |
| 62.118 | LIQUOR LICENSE - OVERLAND PARK, KS (STORE NO. 1103) - CITY OF OVERLAND PARK - LICENSE NO. ABC-0010795 | UNDETERMINED | N/A | UNDETERMINED |
| 62.119 | LIQUOR LICENSE - OVERLAND PARK, KS (STORE NO. 1103) - CITY OF OVERLAND PARK - LICENSE NO. ABC-0010811 (CMB) | UNDETERMINED | N/A | UNDETERMINED |
| 62.120 | LIQUOR LICENSE - OVERLAND PARK, KS (STORE NO. 1103) - KS ABC - LICENSE NO. 10019341002 | UNDETERMINED | N/A | UNDETERMINED |
| 62.121 | LIQUOR LICENSE - PELHAM, AL (STORE NO. 1142) - ALABAMA ALCOHOLIC BEVERAGE CONTROL BOARD - LICENSE NO. 010791258 | UNDETERMINED | N/A | UNDETERMINED |
| 62.122 | LIQUOR LICENSE - PRATTVILLE, AL (STORE NO. 1192) - ALABAMA ALCOHOLIC BEVERAGE CONTROL BOARD - LICENSE NO. 011254226 | UNDETERMINED | N/A | UNDETERMINED |
| 62.123 | LIQUOR LICENSE - RALEIGH, NC (STORE NO. 1008) - CITY OF RALEIGH - LICENSE NO. BAW-000100-2025 BEER & WINE | UNDETERMINED | N/A | UNDETERMINED |
| 62.124 | LIQUOR LICENSE - RALEIGH, NC (STORE NO. 1008) - NORTH CAROLINA ABC COMMISSION - LICENSE NO. 00220905MB | UNDETERMINED | N/A | UNDETERMINED |
| 62.125 | LIQUOR LICENSE - RALEIGH, NC (STORE NO. 1008) - WAKE COUNTY - LICENSE NO. 48480 | UNDETERMINED | N/A | UNDETERMINED |
| 62.126 | LIQUOR LICENSE - RALEIGH, NC (STORE NO. 1137) - NORTH CAROLINA ABC COMMISSION - LICENSE NO. 00220907MB | UNDETERMINED | N/A | UNDETERMINED |
| 62.127 | LIQUOR LICENSE - RALEIGH, NC (STORE NO. 1137) - WAKE COUNTY - LICENSE NO. 43751 | UNDETERMINED | N/A | UNDETERMINED |
| 62.128 | LIQUOR LICENSE - RICHMOND, VA (STORE NO. 1167) - VA ABC - LICENSE NO. 85564 | UNDETERMINED | N/A | UNDETERMINED |
| 62.129 | LIQUOR LICENSE - ROCK HILL, SC (STORE NO. 1130) - SCDOR - LICENSE NO. 320667630 (LOP) | UNDETERMINED | N/A | UNDETERMINED |
| 62.130 | LIQUOR LICENSE - ROCK HILL, SC (STORE NO. 1130) - SCDOR - LICENSE NO. 320667630 (PBW) | UNDETERMINED | N/A | UNDETERMINED |
| 62.131 | LIQUOR LICENSE - ROCKFORD, IL (STORE NO. 1094) - CITY ROCKFORD - LICENSE NO. 20086 | UNDETERMINED | N/A | UNDETERMINED |
| 62.132 | LIQUOR LICENSE - ROCKFORD, IL (STORE NO. 1094) - IL LIQUOR CONTROL COMISSION - LICENSE NO. 1A-1123424 | UNDETERMINED | N/A | UNDETERMINED |
| 62.133 | LIQUOR LICENSE - ROSWELL, GA (STORE NO. 1014) - CITY OF ROSWELL - LICENSE NO. 227/LIQ | UNDETERMINED | N/A | UNDETERMINED |
| 62.134 | LIQUOR LICENSE - ROSWELL, GA (STORE NO. 1014) - GEORGIA DEPARTMENT OF REVENUE - LICENSE NO. 0071737 | UNDETERMINED | N/A | UNDETERMINED |
| 62.135 | LIQUOR LICENSE - SAGINAW, MI (STORE NO. 1180) - MI LCC - LICENSE NO. L-000245988 | UNDETERMINED | N/A | UNDETERMINED |

| Debtor | **HOA Restaurant Holder, LLC** | | Case number (*if known*) | **25-80095** |
|---|---|---|---|---|
| | Name | | | |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **62.**    **Licenses, franchises, and royalties** | | | |
| 62.136   LIQUOR LICENSE - SAINT PETERS, MO (STORE NO. 1138) - CITY OF ST. PETERS - LICENSE NO. 11295 | UNDETERMINED | N/A | UNDETERMINED |
| 62.137   LIQUOR LICENSE - SAINT PETERS, MO (STORE NO. 1138) - CITY OF ST. PETERS - LICENSE NO. 11295/SUNDAY | UNDETERMINED | N/A | UNDETERMINED |
| 62.138   LIQUOR LICENSE - SAINT PETERS, MO (STORE NO. 1138) - MO DIVISION OF ALCOHOL AND TOBACCO CONTROL - LICENSE NO. 225017 (RBD) | UNDETERMINED | N/A | UNDETERMINED |
| 62.139   LIQUOR LICENSE - SAINT PETERS, MO (STORE NO. 1138) - ST. CHARLES COUNTY - LICENSE NO. LQR21-000155 (RBD) | UNDETERMINED | N/A | UNDETERMINED |
| 62.140   LIQUOR LICENSE - SAINT PETERS, MO (STORE NO. 1138) - ST. CHARLES COUNTY - LICENSE NO. LQR21-000155 (SBD) | UNDETERMINED | N/A | UNDETERMINED |
| 62.141   LIQUOR LICENSE - SANFORD, FL (STORE NO. 1154) - DEPARTMENT OF BUSINESS AND PROFESSIONAL REGULATION - LICENSE NO. BEV6910035 | UNDETERMINED | N/A | UNDETERMINED |
| 62.142   LIQUOR LICENSE - SAVANNAH, GA (STORE NO. 1100) - CHATHAM COUNTY - LICENSE NO. ABL-025055 | UNDETERMINED | N/A | UNDETERMINED |
| 62.143   LIQUOR LICENSE - SAVANNAH, GA (STORE NO. 1100) - CHATHAM COUNTY - LICENSE NO. SSL-025237-2025 | UNDETERMINED | N/A | UNDETERMINED |
| 62.144   LIQUOR LICENSE - SAVANNAH, GA (STORE NO. 1100) - GEORGIA DEPARTMENT OF REVENUE - LICENSE NO. 0071739 | UNDETERMINED | N/A | UNDETERMINED |
| 62.145   LIQUOR LICENSE - SPRINGFIELD, MO (STORE NO. 1105) - CITY OF SPRINGFIELD, MO - LICENSE NO. BUS-0031698 | UNDETERMINED | N/A | UNDETERMINED |
| 62.146   LIQUOR LICENSE - SPRINGFIELD, MO (STORE NO. 1105) - GREENE COUNTY - LICENSE NO. 31966 (RBD LICENSE) | UNDETERMINED | N/A | UNDETERMINED |
| 62.147   LIQUOR LICENSE - SPRINGFIELD, MO (STORE NO. 1105) - GREENE COUNTY - LICENSE NO. 31967 (SBD LICENSE) | UNDETERMINED | N/A | UNDETERMINED |
| 62.148   LIQUOR LICENSE - SPRINGFIELD, MO (STORE NO. 1105) - MO DIVISION OF ALCOHOL AND TOBACCO CONTROL - LICENSE NO. 224901 (RBD) | UNDETERMINED | N/A | UNDETERMINED |
| 62.149   LIQUOR LICENSE - SPRINGFIELD, MO (STORE NO. 1105) - MO DIVISION OF ALCOHOL AND TOBACCO CONTROL - LICENSE NO. 224902 (SBD) | UNDETERMINED | N/A | UNDETERMINED |
| 62.150   LIQUOR LICENSE - ST. LOUIS, MO (STORE NO. 1043) - MO DIVISION OF ALCOHOL AND TOBACCO CONTROL - LICENSE NO. 224755 (RBD) | UNDETERMINED | N/A | UNDETERMINED |
| 62.151   LIQUOR LICENSE - ST. LOUIS, MO (STORE NO. 1043) - MO DIVISION OF ALCOHOL AND TOBACCO CONTROL - LICENSE NO. 224756 (SBD) | UNDETERMINED | N/A | UNDETERMINED |

| Debtor | **HOA Restaurant Holder, LLC** | Case number (*if known*) | 25-80095 |
| --- | --- | --- | --- |
| | Name | | |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| **62.** **Licenses, franchises, and royalties** | | | |
| 62.152 LIQUOR LICENSE - ST. LOUIS, MO (STORE NO. 1043) - ST LOUIS COUNTY - LICENSE NO. 115115 (RBD) | UNDETERMINED | N/A | UNDETERMINED |
| 62.153 LIQUOR LICENSE - ST. LOUIS, MO (STORE NO. 1043) - ST LOUIS COUNTY - LICENSE NO. 115116 (SBD) | UNDETERMINED | N/A | UNDETERMINED |
| 62.154 LIQUOR LICENSE - ST. LOUIS, MO (STORE NO. 1155) - CITY OF ST LOUIS - LICENSE NO. LC10047103 (SBD) | UNDETERMINED | N/A | UNDETERMINED |
| 62.155 LIQUOR LICENSE - ST. LOUIS, MO (STORE NO. 1155) - CITY OF ST, LOUIS - LICENSE NO. EP17-0244 (SIDEWALK CAFE) | UNDETERMINED | N/A | UNDETERMINED |
| 62.156 LIQUOR LICENSE - ST. LOUIS, MO (STORE NO. 1155) - CITY OF ST, LOUIS - LICENSE NO. LC10047102 (RBD) | UNDETERMINED | N/A | UNDETERMINED |
| 62.157 LIQUOR LICENSE - ST. LOUIS, MO (STORE NO. 1155) - MO DIVISION OF ALCOHOL AND TOBACCO CONTROL - LICENSE NO. 225245 (RBD) | UNDETERMINED | N/A | UNDETERMINED |
| 62.158 LIQUOR LICENSE - ST. LOUIS, MO (STORE NO. 1155) - MO DIVISION OF ALCOHOL AND TOBACCO CONTROL - LICENSE NO. 225246 (SBD) | UNDETERMINED | N/A | UNDETERMINED |
| 62.159 LIQUOR LICENSE - ST. LOUIS, MO (STORE NO. 1155) - MO DIVISION OF ALCOHOL AND TOBACCO CONTROL - LICENSE NO. 225247 (EXTENDED HOURS) | UNDETERMINED | N/A | UNDETERMINED |
| 62.160 LIQUOR LICENSE - ST. PETERS, MO (STORE NO. 1138) - MO DIVISION OF ALCOHOL AND TOBACCO CONTROL - LICENSE NO. 225018 (SBD) | UNDETERMINED | N/A | UNDETERMINED |
| 62.161 LIQUOR LICENSE - TALLAHASSEE, FL (STORE NO. 1035) - DEPARTMENT OF BUSINESS AND PROFESSIONAL REGULATION - LICENSE NO. BEV4700972 | UNDETERMINED | N/A | UNDETERMINED |
| 62.162 LIQUOR LICENSE - TAYLOR, MI (STORE NO. 1059) - MI LCC - LICENSE NO. L-000241108 | UNDETERMINED | N/A | UNDETERMINED |
| 62.163 LIQUOR LICENSE - TOPEKA, KS (STORE NO. 1144) - CITY OF TOPEKA - LICENSE NO. CL-CMBG-001007 | UNDETERMINED | N/A | UNDETERMINED |
| 62.164 LIQUOR LICENSE - TOPEKA, KS (STORE NO. 1144) - CITY OF TOPEKA - LICENSE NO. CL-PVCL-000676 | UNDETERMINED | N/A | UNDETERMINED |
| 62.165 LIQUOR LICENSE - TOPEKA, KS (STORE NO. 1144) - KS ABC - LICENSE NO. 10003098401 | UNDETERMINED | N/A | UNDETERMINED |
| 62.166 LIQUOR LICENSE - TRUSSVILLE, AL (STORE NO. 1152) - ALABAMA ALCOHOLIC BEVERAGE CONTROL BOARD - LICENSE NO. 010450437 | UNDETERMINED | N/A | UNDETERMINED |
| 62.167 LIQUOR LICENSE - TULSA, OK (STORE NO. 1053) - ABLE COMMISSION - LICENSE NO. CMB669522 | UNDETERMINED | N/A | UNDETERMINED |
| 62.168 LIQUOR LICENSE - TUSCALOOSA, AL (STORE NO. 1083) - ALABAMA ALCOHOLIC BEVERAGE CONTROL BOARD - LICENSE NO. 010451063 | UNDETERMINED | N/A | UNDETERMINED |

| Debtor | **HOA Restaurant Holder, LLC** | Case number (*if known*) | **25-80095** |
|---|---|---|---|
| | Name | | |

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 62. | **Licenses, franchises, and royalties** | | | |
| 62.169 | LIQUOR LICENSE - VALDOSTA, GA (STORE NO. 1172) - CITY OF VALDOSTA - LICENSE NO. 1000176 | UNDETERMINED | N/A | UNDETERMINED |
| 62.170 | LIQUOR LICENSE - VALDOSTA, GA (STORE NO. 1172) - GEORGIA DEPARTMENT OF REVENUE - LICENSE NO. 0072097 | UNDETERMINED | N/A | UNDETERMINED |
| 62.171 | LIQUOR LICENSE - WALDORF, MD (STORE NO. 1143) - BOARD OF LICENSE COMMISSIONERS CHARLES COUNTY - LICENSE NO. 080 | UNDETERMINED | N/A | UNDETERMINED |
| 62.172 | LIQUOR LICENSE - WEST MELBOURNE, FL (STORE NO. 1185) - DEPARTMENT OF BUSINESS AND PROFESSIONAL REGULATION - LICENSE NO. BEV1507189 | UNDETERMINED | N/A | UNDETERMINED |
| 62.173 | LIQUOR LICENSE - WILMINGTON, NC (STORE NO. 1011) - CITY OF WILMINGTON - LICENSE NO. 20-00038665 | UNDETERMINED | N/A | UNDETERMINED |
| 62.174 | LIQUOR LICENSE - WILMINGTON, NC (STORE NO. 1011) - CITY OF WILMINGTON - LICENSE NO. 20-00038666 | UNDETERMINED | N/A | UNDETERMINED |
| 62.175 | LIQUOR LICENSE - WILMINGTON, NC (STORE NO. 1011) - HANOVER COUNTY - LICENSE NO. 4340 | UNDETERMINED | N/A | UNDETERMINED |
| 62.176 | LIQUOR LICENSE - WILMINGTON, NC (STORE NO. 1011) - NORTH CAROLINA ABC COMMISSION - LICENSE NO. 00220917MB | UNDETERMINED | N/A | UNDETERMINED |
| 62.177 | LIQUOR LICENSE - WOODBRIDGE, VA (STORE NO. 1131) - VA ABC - LICENSE NO. 85570 | UNDETERMINED | N/A | UNDETERMINED |

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 63. | **Customer lists, mailing lists, or other compilations** | | | |
| 63.1 | | | | $0.00 |

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 64. | **Other intangibles, or intellectual property** | | | |
| 64.1 | | | | $0.00 |

Debtor    **HOA Restaurant Holder, LLC**                                    Case number (*if known*)  **25-80095**
          Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **65.** | **Goodwill** | | |
| 65.1 | GOODWILL | UNDETERMINED | N/A | UNDETERMINED |

**66.**  **Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89.

|  |
|---|
| **Undetermined** |

**67.**  **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?

■ No.

☐ Yes.

**68.**  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

■ No.

☐ Yes.

**69.**  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No.

☐ Yes.

**Part 11:**  **All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

■ Yes. Fill in the information below

|  |  | Current value of debtor's interest |
|---|---|---|
| **71.** | **Notes receivable** Description (include name of obligor) | |
| 71.1 | Total face amount    doubtful or uncollectible amount | $0.00 |

| Debtor | **HOA Restaurant Holder, LLC** | Case number (*if known*) | **25-80095** |
|--------|-------------------------------|--------------------------|--------------|
| | Name | | |

| | | | Current value of debtor's interest |
|--|--|--|--|
| 72. | **Tax refunds and unused net operating losses (NOLs)** | | |
| | Description (for example, federal, state, local) | | |
| 72.1 | DEPARTMENT OF WATERSHED MANAGEMENT - CITY OF ATLANTA | Tax year  2023 | $300.00 |

| | | Current value of debtor's interest |
|--|--|--|
| 73. | **Interests in insurance policies or annuities** | |
| 73.1 | | $0.00 |

| | | Current value of debtor's interest |
|--|--|--|
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 74.1 | | $0.00 |

| | | Current value of debtor's interest |
|--|--|--|
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 75.1 | | $0.00 |

| | | Current value of debtor's interest |
|--|--|--|
| 76. | **Trusts, equitable or future interests in property** | |
| 76.1 | | $0.00 |

| Debtor | **HOA Restaurant Holder, LLC** | Case number (*if known*) | **25-80095** |
|---|---|---|---|
| | Name | | |

| | | | Current value of debtor's interest |
|---|---|---|---|
| 77. | | **Other property of any kind not already listed Examples:** Season tickets, country club membership | |
| 77.1 | | INTERCOMPANY RECEIVABLE - DW RESTAURANT HOLDER, LLC | $371,810,197.31 |
| 77.2 | | INTERCOMPANY RECEIVABLE - HOA FUNDING, LLC | $298,209,405.41 |
| 77.3 | | INTERCOMPANY RECEIVABLE - HOOTERS OF AMERICA, LLC | $492,374.34 |
| 77.4 | | INTERCOMPANY RECEIVABLE - HOOTS RESTAURANT HOLDER, LLC | $1,692,843.96 |
| 77.5 | | RIGHT OF USE ASSET | UNDETERMINED |

| 78. | **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. | **$672,205,121.02**<br>**plus undetermined amounts.** |
|---|---|---|

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No.

☐ Yes.

| Debtor | **HOA Restaurant Holder, LLC** | Case number (*if known*) | **25-80095** |
| | Name | | |

---

**Part 12:**  Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$6,747,286.77** | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | **$1,335,581.17** | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | **$0.00** | |
| 83. **Investments.** *Copy line 17, Part 4.* | **Undetermined** | |
| 84. **Inventory.** *Copy line 23, Part 5.* | **$2,282,862.59** | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$2,527,877.68** | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$4,346,329.95** | |
| 88. **Real property.** *Copy line 56, Part 9.............................................................................>* | | **$15,179,517.36 plus undetermined amounts.** |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **Undetermined** | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + **$672,205,121.02 plus undetermined amounts.** | |
| 91. **Total. Add lines 80 through 90 for each column** | **$689,445,059.18 plus undetermined amounts.** +91b. | **$15,179,517.36 plus undetermined amounts.** |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | **$704,624,576.54 plus undetermined amounts.** |

**Fill in this information to identify the case:**

Debtor name    **HOA Restaurant Holder, LLC**

United States Bankruptcy Court for the:    **Northern District of Texas (Dallas)**

Case number (if known)    **25-80095**

☐ Check if this is an
amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

| Debtor | **HOA Restaurant Holder, LLC** | Case number (if known) **25-80095** |
| --- | --- | --- |
| | Name | |

| 2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. | **Column A**<br>Amount of claim<br><br>Do not deduct the value of collateral. | **Column B**<br>Value of collateral that supports this claim |
| --- | --- | --- |

**2.1**

| **Secured creditor name and mailing address** | **Describe debtor's property that is subject to a lien** | $267,266,532.04 | UNDETERMINED |
| --- | --- | --- | --- |

CITIBANK, N.A., AS TRUSTEE AND SECURITIES INTERMEDIARY
388 GREENWICH STREET
14TH FLOOR
NEW YORK NY 10013

FIRST LIEN ON ALL ASSETS OF SECURITIZATION ENTITIES PURSUANT TO THE AMENDED AND RESTATED BASE INDENTURE

**Secured creditor's email address**

**Describe the lien**

CLASS A-2 SENIOR SECURED NOTES PURSUANT TO THE AMENDED AND RESTATED BASE INDENTURE

**Date debt was incurred**

**Is the creditor an insider or related party?**

8/19/2021

■ No
☐ Yes

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

☐ No
■ Yes *Fill out Schedule H: Codebtors (Official Form 206H)*

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2**

| **Secured creditor name and mailing address** | **Describe debtor's property that is subject to a lien** | $40,000,000.00 | UNDETERMINED |
| --- | --- | --- | --- |

CITIBANK, N.A., AS TRUSTEE AND SECURITIES INTERMEDIARY
388 GREENWICH STREET
14TH FLOOR
NEW YORK NY 10013

SECOND LIEN ON ALL ASSETS OF SECURITIZATION ENTITIES PURSUANT TO THE AMENDED AND RESTATED BASE INDENTURE

**Secured creditor's email address**

**Describe the lien**

CLASS B JUNIOR SUBORDINATED NOTES PURSUANT TO THE AMENDED AND RESTATED BASE INDENTURE

**Date debt was incurred**

**Is the creditor an insider or related party?**

8/19/2021

■ No
☐ Yes

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

☐ No
■ Yes *Fill out Schedule H: Codebtors (Official Form 206H)*

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

| Debtor | **HOA Restaurant Holder, LLC** | Case number (if known) | **25-80095** |
|---|---|---|---|
| | Name | | |

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | **$307,266,532.04** |
|---|---|---|

---

**Part 2:**     **List Others to Be Notified for a Debt Already Listed in Part 1**

---

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| CITIBANK, N.A.<br>TRANG TRAN-ROJAS<br>2700 POST OAK BLVD.<br>SUITE 610<br>HOUSTON TX 77056 | Line 2.1 | |
| CITIBANK, N.A.<br>TRANG TRAN-ROJAS<br>2700 POST OAK BLVD.<br>SUITE 610<br>HOUSTON TX 77056 | Line 2.1 | |
| CITIBANK, N.A., SOLELY IN ITS CAPACITIES AS TRUSTEE<br>C/O DENTONS US LLP<br>ATTN: CLAY M. TAYLOR<br>100 CRESCENT COURT<br>SUITE 900<br>DALLAS TX 75201-1858<br>CLAY.TAYLOR@DENTONS.COM | Line 2.2 | |
| CITIBANK, N.A., SOLELY IN ITS CAPACITIES AS TRUSTEE<br>C/O MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.<br>ATTN:  NATHAN F. COCO<br>919 THIRD AVENUE<br>NEW YORK NY 10022<br>NFCOCO@MINTZ.COM | Line 2.2 | |
| CITIBANK, N.A., SOLELY IN ITS CAPACITIES AS TRUSTEE<br>C/O MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.<br>ATTN:  NATHAN F. COCO<br>919 THIRD AVENUE<br>NEW YORK NY 10022<br>NFCOCO@MINTZ.COM | Line 2.2 | |
| CITIBANK, N.A., SOLELY IN ITS CAPACITIES AS TRUSTEE<br>C/O MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.<br>ATTN: KEITH KOLLMEYER, ERIC R. BLYTHE<br>ONE FINANCIAL CENTER<br>BOSTON MA 02111<br>KKOLLMEYER@MINTZ.COM; ERBLYTHE@MINTZ.COM | Line 2.2 | |
| CITIBANK, N.A., SOLELY IN ITS CAPACITIES AS TRUSTEE<br>C/O DENTONS US LLP<br>ATTN: CLAY M. TAYLOR<br>100 CRESCENT COURT<br>SUITE 900<br>DALLAS TX 75201-1858<br>CLAY.TAYLOR@DENTONS.COM | Line 2.2 | |
| CITIBANK, N.A., SOLELY IN ITS CAPACITIES AS TRUSTEE<br>C/O MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.<br>ATTN: KEITH KOLLMEYER, ERIC R. BLYTHE<br>ONE FINANCIAL CENTER<br>BOSTON MA 02111<br>KKOLLMEYER@MINTZ.COM; ERBLYTHE@MINTZ.COM | Line 2.2 | |

| Fill in this information to identify the case: |
|---|

| Debtor name | **HOA Restaurant Holder, LLC** |
|---|---|
| United States Bankruptcy Court for the: | **Northern District of Texas (Dallas)** |
| Case number (if known) | **25-80095** |

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

**1. Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

☑ Yes. Go to line 2.

**2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  |  | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $859.38 | $859.38 |
|  | AARON KLEIN ADDRESS ON FILE | ☐ Contingent ☐ Unliquidated ☐ Disputed |  |  |
|  | **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** EMPLOYEE COMPENSATION |  |  |
|  | **Last 4 digits of account number** | **Is the claim subject to offset?** |  |  |
|  | **Specify Code subsection of PRIORITY unsecured claim:** | ☑ No ☐ Yes |  |  |
| 2.2 | **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $875.00 | $875.00 |
|  | ACE BURKHART ADDRESS ON FILE | ☐ Contingent ☐ Unliquidated ☐ Disputed |  |  |
|  | **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** EMPLOYEE COMPENSATION |  |  |
|  | **Last 4 digits of account number** | **Is the claim subject to offset?** |  |  |
|  | **Specify Code subsection of PRIORITY unsecured claim:** | ☑ No ☐ Yes |  |  |

| Debtor | **HOA Restaurant Holder, LLC** | Case number (if known) | **25-80095** |
|---|---|---|---|

Name

|  | **Total claim** | **Priority amount** |
|---|---|---|

**2.3** **Priority creditor's name and mailing address**

ALABAMA DEPARTMENT OF REVENUE
ALABAMA DEPARTMENT OF REVENUE PASS
THROUGH ENTITY SECTION
P.O. BOX 327444
MONTGOMERY AL 36132-7444

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**

**As of the petition filing date, the claim is:**
Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**

■ No
☐ Yes

Total claim: UNDETERMINED   Priority amount: UNDETERMINED

---

**2.4** **Priority creditor's name and mailing address**

ALABAMA DEPARTMENT OF REVENUE
SALES/USE TAX DIVISION
P.O. BOX 327750
MONTGOMERY AL 36132-7750

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**

**As of the petition filing date, the claim is:**
Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**

■ No
☐ Yes

Total claim: UNDETERMINED   Priority amount: UNDETERMINED

---

**2.5** **Priority creditor's name and mailing address**

ALACHUA COUNTY TAX COLLECTOR
PO BOX 44310
JACKSONVILLE FL 32231-4310

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**

**As of the petition filing date, the claim is:**
Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**

■ No
☐ Yes

Total claim: UNDETERMINED   Priority amount: UNDETERMINED

---

**2.6** **Priority creditor's name and mailing address**

ALAMANCE COUNTY TAX COLLECTOR
124 WEST ELM STREET
GRAHAM NC 27253

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**

**As of the petition filing date, the claim is:**
Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**

■ No
☐ Yes

Total claim: UNDETERMINED   Priority amount: UNDETERMINED

---

| Debtor | **HOA Restaurant Holder, LLC** | Case number (if known) | **25-80095** |
| --- | --- | --- | --- |
| | Name | | |

| | | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

**2.7** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $937.50 | $937.50

ALBERENDI ALVEAR HERNANDEZ
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

☒ No
☐ Yes

---

**2.8** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $3,906.25 | $3,906.25

ALEXANDER SMITH
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

☒ No
☐ Yes

---

**2.9** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $156.25 | $156.25

AMANDA SCHOFIELD
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

☒ No
☐ Yes

---

**2.10** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNDETERMINED | UNDETERMINED

ANDERSON COUNTY TREASURER
PO BOX 1658
ANDERSON SC 29622-1658

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

☒ No
☐ Yes

---

| Debtor | **HOA Restaurant Holder, LLC** | Case number (if known) | **25-80095** |
| --- | --- | --- | --- |
| | Name | | |

| | | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.11** | **Priority creditor's name and mailing address**

ANDRE HARRIS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $637.50    Priority amount: $637.50

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

**2.12** | **Priority creditor's name and mailing address**

ANDRE ROMERO
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $625.00    Priority amount: $625.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

**2.13** | **Priority creditor's name and mailing address**

ANDREW BURGESS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $875.00    Priority amount: $875.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

**2.14** | **Priority creditor's name and mailing address**

ANTHONY LAWSON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $859.38    Priority amount: $859.38

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

| Debtor | **HOA Restaurant Holder, LLC** | Case number (if known) | **25-80095** |
|---|---|---|---|
| | Name | | |

| | | Total claim | Priority amount |
|---|---|---|---|

**2.15**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $937.50 | $937.50 |
|---|---|---|---|

ANTHONY RAMSAY
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>EMPLOYEE COMPENSATION |
|---|---|
| **Last 4 digits of account number** | **Is the claim subject to offset?** |

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

**2.16**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $375.00 | $375.00 |
|---|---|---|---|

ANTHONY WELDON
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>EMPLOYEE COMPENSATION |
|---|---|
| **Last 4 digits of account number** | **Is the claim subject to offset?** |

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

**2.17**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $4,687.50 | $4,687.50 |
|---|---|---|---|

ANTHONY WRIGHT
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>EMPLOYEE COMPENSATION |
|---|---|
| **Last 4 digits of account number** | **Is the claim subject to offset?** |

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

**2.18**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $750.00 | $750.00 |
|---|---|---|---|

ANTONIO PRUDE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>EMPLOYEE COMPENSATION |
|---|---|
| **Last 4 digits of account number** | **Is the claim subject to offset?** |

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

| Debtor | **HOA Restaurant Holder, LLC** | Case number (if known) | **25-80095** |
|---|---|---|---|
| | Name | | |

| | | Total claim | Priority amount |
|---|---|---|---|

**2.19** | **Priority creditor's name and mailing address**

ANTONIO SIMON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $750.00  Priority amount: $750.00

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Is the claim subject to offset?**

■ No
☐ Yes

---

**2.20** | **Priority creditor's name and mailing address**

ARKANSAS STATE INCOME TAX
ARKANSAS STATE INCOME TAX
P.O. BOX 8149
LITTLE ROCK AR 72203-8149

**As of the petition filing date, the claim is:**
Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Total claim: UNDETERMINED  Priority amount: UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**

■ No
☐ Yes

---

**2.21** | **Priority creditor's name and mailing address**

ASHLEY FOOTE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $750.00  Priority amount: $750.00

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Is the claim subject to offset?**

■ No
☐ Yes

---

**2.22** | **Priority creditor's name and mailing address**

ASHLEY STEPHENS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $675.00  Priority amount: $675.00

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Is the claim subject to offset?**

■ No
☐ Yes

---

| Debtor | **HOA Restaurant Holder, LLC** | | |
|---|---|---|---|
| | Name | Case number (if known) | **25-80095** |

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.23** | **Priority creditor's name and mailing address**

ATLANTA, CITY OF- FOOD/ALCOHOL
CITY HALL SOUTH
55 TRINITY AVE., S.W.
ATLANTA GA 30335-0317

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**

**As of the petition filing date, the claim is:**
Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
■ No
☐ Yes

Total claim: UNDETERMINED
Priority amount: UNDETERMINED

---

**2.24** | **Priority creditor's name and mailing address**

AUGUSTA COUNTY- ALCOHOL
AUGUSTA RICHMOND COUNTY
1815 MARVIN GRIFFIN ROAD
P.O. BOX 9270
AUGUSTA GA 30916

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**

**As of the petition filing date, the claim is:**
Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
■ No
☐ Yes

Total claim: UNDETERMINED
Priority amount: UNDETERMINED

---

**2.25** | **Priority creditor's name and mailing address**

AUSTIN GOUIN
ADDRESS ON FILE

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Is the claim subject to offset?**
■ No
☐ Yes

Total claim: $750.00
Priority amount: $750.00

---

**2.26** | **Priority creditor's name and mailing address**

AUSTIN GREEN
ADDRESS ON FILE

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Is the claim subject to offset?**
■ No
☐ Yes

Total claim: $750.00
Priority amount: $750.00

---

| Debtor | **HOA Restaurant Holder, LLC** | Case number (if known) | **25-80095** |
|---|---|---|---|

Name

|  | | **Total claim** | **Priority amount** |
|---|---|---|---|

| 2.27 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $375.00 | $375.00 |
|---|---|---|---|---|

AYLAA MORIARITY
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

| 2.28 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $300.00 | $300.00 |
|---|---|---|---|---|

BENJMAIN DAVIS
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

| 2.29 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNDETERMINED | UNDETERMINED |
|---|---|---|---|---|

BIRMINGHAM, CITY OF - LIQUOR
CITY OF BIRMINGHAM
PO BOX 830638
BIRMINGHAM AL 35283-0638

■ Contingent
■ Unliquidated
■ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

| 2.30 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNDETERMINED | UNDETERMINED |
|---|---|---|---|---|

BOONE COUNTY TAX COLLECTOR
801 EAST WALNUT
RM. 118
COLUMBIA MO 65201

■ Contingent
■ Unliquidated
■ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

| Debtor | **HOA Restaurant Holder, LLC** | Case number (if known) | **25-80095** |
|---|---|---|---|
| | Name | | |

| | | Total claim | Priority amount |
|---|---|---|---|

| 2.31 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $637.50 | $637.50 |
|---|---|---|---|---|

BRANDON CRAFT
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

| 2.32 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $637.50 | $637.50 |
|---|---|---|---|---|

BRANDON HENDRICKS
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

| 2.33 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2,343.75 | $2,343.75 |
|---|---|---|---|---|

BRANDON HOOD
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

| 2.34 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $3,375.00 | $3,375.00 |
|---|---|---|---|---|

BRANDON STEWART
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

| Debtor | **HOA Restaurant Holder, LLC** | Case number (if known) | **25-80095** |
|---|---|---|---|
| | Name | | |

| | | | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.35** Priority creditor's name and mailing address

BRANDON YETMAN
ADDRESS ON FILE

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $4,296.88 **Priority amount** $4,296.88

Date or dates debt was incurred
VARIOUS
Last 4 digits of account number
Specify Code subsection of PRIORITY unsecured claim:

Basis for the claim:
EMPLOYEE COMPENSATION
Is the claim subject to offset?
■ No
☐ Yes

---

**2.36** Priority creditor's name and mailing address

BREVARD COUNTY TAX COLLECTOR
PO BOX 2500
TITUSVILLE FL 32781-2500

As of the petition filing date, the claim is:
Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

UNDETERMINED    UNDETERMINED

Date or dates debt was incurred
VARIOUS
Last 4 digits of account number
Specify Code subsection of PRIORITY unsecured claim:

Basis for the claim:
POTENTIAL TAX LIABILITY
Is the claim subject to offset?
■ No
☐ Yes

---

**2.37** Priority creditor's name and mailing address

BRIAN HAYES
ADDRESS ON FILE

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$750.00    $750.00

Date or dates debt was incurred
VARIOUS
Last 4 digits of account number
Specify Code subsection of PRIORITY unsecured claim:

Basis for the claim:
EMPLOYEE COMPENSATION
Is the claim subject to offset?
■ No
☐ Yes

---

**2.38** Priority creditor's name and mailing address

BRIAN HEATH
ADDRESS ON FILE

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$515.63    $515.63

Date or dates debt was incurred
VARIOUS
Last 4 digits of account number
Specify Code subsection of PRIORITY unsecured claim:

Basis for the claim:
EMPLOYEE COMPENSATION
Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **HOA Restaurant Holder, LLC** | | | Case number (if known) | **25-80095** |
|---|---|---|---|---|---|
| | Name | | | | |

| | | | **Total claim** | **Priority amount** |
|---|---|---|---|---|

| 2.39 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>Check all that apply. | $3,750.00 | $3,750.00 |
|---|---|---|---|---|
| | BRIAN WHITE<br>ADDRESS ON FILE | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>EMPLOYEE COMPENSATION | | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** | ■ No<br>☐ Yes | | |

| 2.40 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>Check all that apply. | $500.00 | $500.00 |
|---|---|---|---|---|
| | BRITTANY TETTE<br>ADDRESS ON FILE | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>EMPLOYEE COMPENSATION | | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** | ■ No<br>☐ Yes | | |

| 2.41 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>Check all that apply. | $750.00 | $750.00 |
|---|---|---|---|---|
| | BRYAN BOLDES<br>ADDRESS ON FILE | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>EMPLOYEE COMPENSATION | | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** | ■ No<br>☐ Yes | | |

| 2.42 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>Check all that apply. | $257.81 | $257.81 |
|---|---|---|---|---|
| | BRYAN WILLIAMS<br>ADDRESS ON FILE | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>EMPLOYEE COMPENSATION | | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** | ■ No<br>☐ Yes | | |

| Debtor | **HOA Restaurant Holder, LLC** | | Case number (if known) | **25-80095** |
|---|---|---|---|---|
| | Name | | | |

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.43 | **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $625.00 | $625.00 |

BUCK SCHIFF
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Date or dates debt was incurred** | **Basis for the claim:** |
|---|---|
| VARIOUS | EMPLOYEE COMPENSATION |
| **Last 4 digits of account number** | **Is the claim subject to offset?** |
| **Specify Code subsection of PRIORITY unsecured claim:** | ■ No ☐ Yes |

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.44 | **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | UNDETERMINED | UNDETERMINED |

BURLINGTON CITY TAX COLLECTOR
PO BOX 1358
BURLINGTON NC 27216-1358

■ Contingent
■ Unliquidated
■ Disputed

| **Date or dates debt was incurred** | **Basis for the claim:** |
|---|---|
| VARIOUS | POTENTIAL TAX LIABILITY |
| **Last 4 digits of account number** | **Is the claim subject to offset?** |
| **Specify Code subsection of PRIORITY unsecured claim:** | ■ No ☐ Yes |

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.45 | **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | UNDETERMINED | UNDETERMINED |

CABARRUS COUNTY TAX COLLECTOR
P.O. BOX 580347
CHARLOTTE NC 28258-0347

■ Contingent
■ Unliquidated
■ Disputed

| **Date or dates debt was incurred** | **Basis for the claim:** |
|---|---|
| VARIOUS | POTENTIAL TAX LIABILITY |
| **Last 4 digits of account number** | **Is the claim subject to offset?** |
| **Specify Code subsection of PRIORITY unsecured claim:** | ■ No ☐ Yes |

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.46 | **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $257.81 | $257.81 |

CAITLIN TAYLOR
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Date or dates debt was incurred** | **Basis for the claim:** |
|---|---|
| VARIOUS | EMPLOYEE COMPENSATION |
| **Last 4 digits of account number** | **Is the claim subject to offset?** |
| **Specify Code subsection of PRIORITY unsecured claim:** | ■ No ☐ Yes |

| Debtor | **HOA Restaurant Holder, LLC** | | |
|---|---|---|---|
| | Name | Case number (if known) | **25-80095** |

| | | Total claim | Priority amount |
|---|---|---|---|

| 2.47 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>Check all that apply. | $453.13 | $453.13 |
|---|---|---|---|---|
| | CALEB BROWNE<br>ADDRESS ON FILE | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>EMPLOYEE COMPENSATION | | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** | ■ No<br>☐ Yes | | |

| 2.48 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>Check all that apply. | UNDETERMINED | UNDETERMINED |
|---|---|---|---|---|
| | CALIFORNIA FRANCHISE TAX BOARD<br>FRANCHISE TAX BOARD<br>P.O. BOX 942857<br>SACRAMENTO CA 94257-0531 | ■ Contingent<br>■ Unliquidated<br>■ Disputed | | |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>POTENTIAL TAX LIABILITY | | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** | ■ No<br>☐ Yes | | |

| 2.49 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>Check all that apply. | UNDETERMINED | UNDETERMINED |
|---|---|---|---|---|
| | CANADIAN COUNTY TREASURER<br>201 N. CHOCTAW<br>EL RENO OK 73036 | ■ Contingent<br>■ Unliquidated<br>■ Disputed | | |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>POTENTIAL TAX LIABILITY | | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** | ■ No<br>☐ Yes | | |

| 2.50 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>Check all that apply. | UNDETERMINED | UNDETERMINED |
|---|---|---|---|---|
| | CARTERSVILLE, CITY OF- MIXED DRINK<br>CITY OF CARTERSVILLE C/O CITY CLERK'S<br>OFFICE<br>P.O. BOX 1390<br>CARTERSVILLE GA 30120 | ■ Contingent<br>■ Unliquidated<br>■ Disputed | | |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>POTENTIAL TAX LIABILITY | | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** | ■ No<br>☐ Yes | | |

| Debtor | **HOA Restaurant Holder, LLC** | Case number (if known) | **25-80095** |
|---|---|---|---|
| | Name | | |

| | | Total claim | Priority amount |
|---|---|---|---|

**2.51** | **Priority creditor's name and mailing address**

| | **As of the petition filing date, the claim is:** Check all that apply. | | |
|---|---|---|---|

CATAWBA COUNTY TAX COLLECTOR
P.O. BOX 580071
CHARLOTTE NC 28258-0071

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Total claim: UNDETERMINED    Priority amount: UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

- ■ No
- ☐ Yes

---

**2.52** | **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:** Check all that apply.

CEDRIC BROWN
ADDRESS ON FILE

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Total claim: $375.00    Priority amount: $375.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

- ■ No
- ☐ Yes

---

**2.53** | **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:** Check all that apply.

CHAD MASTERS
ADDRESS ON FILE

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Total claim: $3,187.50    Priority amount: $3,187.50

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

- ■ No
- ☐ Yes

---

**2.54** | **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:** Check all that apply.

CHARLESTON COUNTY TREASURER
P.O. BOX 603517
CHARLOTTE NC 28260-3517

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Total claim: UNDETERMINED    Priority amount: UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

- ■ No
- ☐ Yes

---

| Debtor | **HOA Restaurant Holder, LLC** | Case number (if known) | **25-80095** |
|--------|-------------------------------|------------------------|--------------|
| | Name | | |

| | | Total claim | Priority amount |
|---|---|---|---|

**2.55** **Priority creditor's name and mailing address**

CHATHAM COUNTY- LIQUOR
P.O. BOX 9297
SAVANNAH GA 31412

**As of the petition filing date, the claim is:**
Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Total claim: UNDETERMINED  Priority amount: UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
■ No
☐ Yes

---

**2.56** **Priority creditor's name and mailing address**

CHATHAM COUNTY TAX COMMISSIONER
PO BOX 9827
SAVANNAH GA 31412

**As of the petition filing date, the claim is:**
Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Total claim: UNDETERMINED  Priority amount: UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
■ No
☐ Yes

---

**2.57** **Priority creditor's name and mailing address**

CHESTERFIELD COUNTY TREASURER
PO BOX 70
CHESTERFIELD VA 23832-0906

**As of the petition filing date, the claim is:**
Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Total claim: UNDETERMINED  Priority amount: UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
■ No
☐ Yes

---

**2.58** **Priority creditor's name and mailing address**

CHRIS CALUSSELL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $412.50  Priority amount: $412.50

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Is the claim subject to offset?**
■ No
☐ Yes

---

| Debtor | **HOA Restaurant Holder, LLC** | Case number (if known) | **25-80095** |
|---|---|---|---|
| | Name | | |

| | | Total claim | Priority amount |
|---|---|---|---|

| 2.59 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $893.75 | $893.75 |
|---|---|---|---|---|

CHRISTOPHER COSTA
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

| 2.60 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,875.00 | $1,875.00 |
|---|---|---|---|---|

CHRISTOPHER DE LA PAZ
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

| 2.61 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $468.75 | $468.75 |
|---|---|---|---|---|

CHRISTOPHER HICKS
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

| 2.62 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $4,375.00 | $4,375.00 |
|---|---|---|---|---|

CHRISTOPHER PENIN
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

| Debtor | **HOA Restaurant Holder, LLC** | Case number (if known) | **25-80095** |
|---|---|---|---|
| | Name | | |

| | | Total claim | Priority amount |
|---|---|---|---|

**2.63** **Priority creditor's name and mailing address**

CHRISTY DEASON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $4,640.63   Priority amount: $4,640.63

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

**2.64** **Priority creditor's name and mailing address**

CITY OF CONYERS
PROPERTY TAX DIVISION
P.O. BOX 1259
CONYERS GA 30012

**As of the petition filing date, the claim is:**
Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Total claim: UNDETERMINED   Priority amount: UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

**2.65** **Priority creditor's name and mailing address**

CITY OF FLINT INCOME TAX DEPARTMENT
CITY OF FLINT INCOME TAX DEPARTMENT
P.O. BOX 529
EATON RAPIDS MI 48827-0529

**As of the petition filing date, the claim is:**
Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Total claim: UNDETERMINED   Priority amount: UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

**2.66** **Priority creditor's name and mailing address**

CITY OF FLORENCE
PO BOX 791703
BALTIMORE MD 21279-1703

**As of the petition filing date, the claim is:**
Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Total claim: UNDETERMINED   Priority amount: UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

| Debtor | **HOA Restaurant Holder, LLC** | | |
|---|---|---|---|
| | Name | | |

Case number (if known)  **25-80095**

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.67** | **Priority creditor's name and mailing address**

CITY OF LAVISTA
8116 PARK VIEW BOULEVARD
LA VISTA NE 68128

**As of the petition filing date, the claim is:**
Check all that apply.

**Total claim:** UNDETERMINED  **Priority amount:** UNDETERMINED

■ Contingent
■ Unliquidated
■ Disputed

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
■ No
☐ Yes

---

**2.68** | **Priority creditor's name and mailing address**

CITY OF ST LOUIS, MO
COLLECTOR OF REVENUE & EARNINGS
1200 MARKET ST
ROOM 410
ST LOUIS MO 63103-2841

**As of the petition filing date, the claim is:**
Check all that apply.

**Total claim:** UNDETERMINED  **Priority amount:** UNDETERMINED

■ Contingent
■ Unliquidated
■ Disputed

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
■ No
☐ Yes

---

**2.69** | **Priority creditor's name and mailing address**

CLARISSA-EMORY COTTON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

**Total claim:** $125.00  **Priority amount:** $125.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Is the claim subject to offset?**
■ No
☐ Yes

---

**2.70** | **Priority creditor's name and mailing address**

CLAYTON COUNTY- ALCOHOL
CLAYTON COUNTY COMMUNITY
DEVELOPMENT DEPARTMENT
121 S. MCDONOUGH STREET, ANNEX 2
JONESBORO GA 30236

**As of the petition filing date, the claim is:**
Check all that apply.

**Total claim:** UNDETERMINED  **Priority amount:** UNDETERMINED

■ Contingent
■ Unliquidated
■ Disputed

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
■ No
☐ Yes

---

| Debtor | **HOA Restaurant Holder, LLC** | | |
|---|---|---|---|
| | Name | Case number (if known) | **25-80095** |

| | | Total claim | Priority amount |
|---|---|---|---|

**2.71** | **Priority creditor's name and mailing address**

CLAYTON COUNTY TAX COMMISSIONER ADMINISTRATION ANNEX 3, 2ND FLOOR 121 S. MCDONOUGH STREET JONESBORO, GA 30236
121 S. MCDONOUGH STREET
JONESBORO, GA 30236

**As of the petition filing date, the claim is:**
Check all that apply.

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

■ Contingent
■ Unliquidated
■ Disputed

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**

■ No
☐ Yes

---

**2.72** | **Priority creditor's name and mailing address**

COBB COUNTY- LIQUOR
COBB COUNTY BUSINESS LICENSE DIVISION
P.O. BOX 649
MARIETTA GA 30061

**As of the petition filing date, the claim is:**
Check all that apply.

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

■ Contingent
■ Unliquidated
■ Disputed

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**

■ No
☐ Yes

---

**2.73** | **Priority creditor's name and mailing address**

COBB COUNTY TAX COMMISSIONER
P.O. BOX 100127
MARIETTA GA 30061-7027

**As of the petition filing date, the claim is:**
Check all that apply.

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

■ Contingent
■ Unliquidated
■ Disputed

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**

■ No
☐ Yes

---

**2.74** | **Priority creditor's name and mailing address**

COLUMBIA, CITY OF- GROSS RECEIPTS
CITY OF COLUMBIA BUSINESS LICENSE
PO BOX 7997
COLUMBIA SC 29202-7997

**As of the petition filing date, the claim is:**
Check all that apply.

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

■ Contingent
■ Unliquidated
■ Disputed

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**

■ No
☐ Yes

---

| Debtor | **HOA Restaurant Holder, LLC** | | Case number (if known) | **25-80095** |
|---|---|---|---|---|
| | Name | | | |

| | | | **Total claim** | **Priority amount** |
|---|---|---|---|---|

| 2.75 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>Check all that apply. | UNDETERMINED | UNDETERMINED |
|---|---|---|---|---|

COLUMBUS, CITY OF- MIXED DRINK
3111 CITIZENS WAY
P.O. BOX 1397
COLUMBUS GA 31902-1397

■ Contingent
■ Unliquidated
■ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

| 2.76 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>Check all that apply. | UNDETERMINED | UNDETERMINED |
|---|---|---|---|---|

CONYERS, CITY OF- MIXED DRINK
CITY OF CONYERS FINANCE DEPARTMENT
P O DRAWER 1259
CONYERS GA 30012

■ Contingent
■ Unliquidated
■ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

| 2.77 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>Check all that apply. | $937.50 | $937.50 |
|---|---|---|---|---|

CORAYA JONES
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

| 2.78 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>Check all that apply. | $3,750.00 | $3,750.00 |
|---|---|---|---|---|

CORDARIUS NORTH
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

| Debtor | **HOA Restaurant Holder, LLC** | Case number (if known) | **25-80095** |
|---|---|---|---|
| | Name | | |

| | | Total claim | Priority amount |
|---|---|---|---|

**2.79** | **Priority creditor's name and mailing address**

COUNTY OF FAIRFAX
PO BOX 10200
FAIRFAX VA 22035-0200

**As of the petition filing date, the claim is:**
Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Total claim** UNDETERMINED    **Priority amount** UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**

■ No
☐ Yes

---

**2.80** | **Priority creditor's name and mailing address**

COWETA COUNTY TAX COMMISSIONER
PO BOX 195
NEWNAN GA 30264-0195

**As of the petition filing date, the claim is:**
Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Total claim** UNDETERMINED    **Priority amount** UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**

■ No
☐ Yes

---

**2.81** | **Priority creditor's name and mailing address**

CUMBERLAND COUNTY- FOOD & BEV
POST OFFICE BOX 449
117 DICK STREET
FAYETTEVILLE NC 28302-0449

**As of the petition filing date, the claim is:**
Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Total claim** UNDETERMINED    **Priority amount** UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**

■ No
☐ Yes

---

**2.82** | **Priority creditor's name and mailing address**

CUMBERLAND COUNTY TAX COLLECTOR
PO BOX 449
FAYETTEVILLE NC 28302

**As of the petition filing date, the claim is:**
Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Total claim** UNDETERMINED    **Priority amount** UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**

■ No
☐ Yes

---

| Debtor | **HOA Restaurant Holder, LLC** | Case number (if known) | **25-80095** |
|---|---|---|---|
| | Name | | |

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

| 2.83 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $893.75 | $893.75 |
|---|---|---|---|---|

DANIELLE JOHNSON
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

| 2.84 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $875.00 | $875.00 |
|---|---|---|---|---|

DANIELLE MOSS
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

| 2.85 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $781.25 | $781.25 |
|---|---|---|---|---|

DARRELL WELLS
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

| 2.86 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $375.00 | $375.00 |
|---|---|---|---|---|

DAVID EIDSON
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

| Debtor | **HOA Restaurant Holder, LLC** | Case number (if known) | **25-80095** |
|---|---|---|---|
| | Name | | |

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.87** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $4,687.50 | $4,687.50

DAVID HART
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

**2.88** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $890.63 | $890.63

DAVID NGUTTU
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

**2.89** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $200.00 | $200.00

DAVID NUNN
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

**2.90** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $378.13 | $378.13

DAVID WILLIAMSON
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

| Debtor | **HOA Restaurant Holder, LLC** | Case number (if known) | **25-80095** |
|---|---|---|---|
| | Name | | |

| | | Total claim | Priority amount |
|---|---|---|---|

**2.91** | **Priority creditor's name and mailing address**

DEKALB COUNTY TAX COMMISSIONER
COLLECTIONS DIVISION
PO BOX 117545
ATLANTA GA 30368-7545

**As of the petition filing date, the claim is:**
Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

■ No
☐ Yes

**Specify Code subsection of PRIORITY
unsecured claim:**

---

**2.92** | **Priority creditor's name and mailing address**

DELANEY REYNOLDS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $750.00 | $750.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

■ No
☐ Yes

**Specify Code subsection of PRIORITY
unsecured claim:**

---

**2.93** | **Priority creditor's name and mailing address**

DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
1973 RULON WHITE BLVD.
OGDEN UT 84201-0039

**As of the petition filing date, the claim is:**
Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

| Total claim | Priority amount |
|---|---|
| $238,124.64 | $238,124.64 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACA CIVIL PENALTY

**Last 4 digits of account number**

**Is the claim subject to offset?**

■ No
☐ Yes

**Specify Code subsection of PRIORITY
unsecured claim:**

---

**2.94** | **Priority creditor's name and mailing address**

DEPARTMENT OF TREASURY, INTERNAL
REVENUE SERVICE
DEPARTMENT OF THE TREASURYINTERNAL
REVENUE SERVICE
1160 W 1200 S ST
OGDEN UT 84201-0012

**As of the petition filing date, the claim is:**
Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

■ No
☐ Yes

**Specify Code subsection of PRIORITY
unsecured claim:**

---

| Debtor | **HOA Restaurant Holder, LLC** | Case number (if known) | **25-80095** |
|---|---|---|---|
| | Name | | |

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.95** | **Priority creditor's name and mailing address**

DEPT OF ASSESSMENTS & TAXATION, STATE OF MARYLAND
PO BOX 17052
BALTIMORE MD 21297

**As of the petition filing date, the claim is:**
Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Total claim: UNDETERMINED  Priority amount: UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

**2.96** | **Priority creditor's name and mailing address**

DERRICK PATTON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $515.63  Priority amount: $515.63

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

**2.97** | **Priority creditor's name and mailing address**

DESOTO COUNTY TAX COLLECTOR
365 LOSHER STREET
STE. 110
HERNANDO MS 38632-2144

**As of the petition filing date, the claim is:**
Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Total claim: UNDETERMINED  Priority amount: UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

**2.98** | **Priority creditor's name and mailing address**

DEVANTE BARRETT
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $662.50  Priority amount: $662.50

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

| Debtor | **HOA Restaurant Holder, LLC** | Case number (if known) | **25-80095** |
|---|---|---|---|
| | Name | | |

| | | Total claim | Priority amount |
|---|---|---|---|

**2.99** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $687.50 | $687.50

DIAMOND WAGNER
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

☑ No
☐ Yes

---

**2.100** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,875.00 | $1,875.00

DIONYSUS LOWERY
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

☑ No
☐ Yes

---

**2.101** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNDETERMINED | UNDETERMINED

DIRECTOR OF FINANCE – BALTIMORE
CITY OF BALTIMORE
200 HOLLIDAY STREET
BALTIMORE MD 21202

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

☑ No
☐ Yes

---

**2.102** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNDETERMINED | UNDETERMINED

DIRECTOR OF FINANCE – BALTIMORE
COLLECTION DIVISION
P. O. BOX 17535
BALTIMORE MD 21297-1535

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

☑ No
☐ Yes

---

| Debtor | **HOA Restaurant Holder, LLC** | Case number (if known) | **25-80095** |
| --- | --- | --- | --- |
| | Name | | |

| | | Total claim | Priority amount |
| --- | --- | --- | --- |

| 2.103 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $859.38 | $859.38 |
| --- | --- | --- | --- | --- |

DONALD VOELCKER
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Date or dates debt was incurred** | **Basis for the claim:** |
| --- | --- |
| VARIOUS | EMPLOYEE COMPENSATION |
| **Last 4 digits of account number** | **Is the claim subject to offset?** |
| **Specify Code subsection of PRIORITY unsecured claim:** | ■ No ☐ Yes |

| 2.104 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $625.00 | $625.00 |
| --- | --- | --- | --- | --- |

DONNA MARKHAM
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Date or dates debt was incurred** | **Basis for the claim:** |
| --- | --- |
| VARIOUS | EMPLOYEE COMPENSATION |
| **Last 4 digits of account number** | **Is the claim subject to offset?** |
| **Specify Code subsection of PRIORITY unsecured claim:** | ■ No ☐ Yes |

| 2.105 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $675.00 | $675.00 |
| --- | --- | --- | --- | --- |

DONOVAN DUNBAR
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Date or dates debt was incurred** | **Basis for the claim:** |
| --- | --- |
| VARIOUS | EMPLOYEE COMPENSATION |
| **Last 4 digits of account number** | **Is the claim subject to offset?** |
| **Specify Code subsection of PRIORITY unsecured claim:** | ■ No ☐ Yes |

| 2.106 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNDETERMINED | UNDETERMINED |
| --- | --- | --- | --- | --- |

DOUGLAS COUNTY TAX COMMISSIONER
6200 FAIRBURN ROAD
DOUGLASVILLE GA 30134

■ Contingent
■ Unliquidated
■ Disputed

| **Date or dates debt was incurred** | **Basis for the claim:** |
| --- | --- |
| VARIOUS | POTENTIAL TAX LIABILITY |
| **Last 4 digits of account number** | **Is the claim subject to offset?** |
| **Specify Code subsection of PRIORITY unsecured claim:** | ■ No ☐ Yes |

| Debtor | **HOA Restaurant Holder, LLC** | Case number (if known) | **25-80095** |
|--------|-------------------------------|------------------------|--------------|
| | Name | | |

| | | Total claim | Priority amount |
|---|---|---|---|

**2.107**  **Priority creditor's name and mailing address**

DOUGLASVILLE, CITY OF- ALCOHOLIC BEV
CITY OF DOUGLASVILLE
P.O. BOX 219
DOUGLASVILLE GA 30133

**As of the petition filing date, the claim is:**
Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Total claim: UNDETERMINED  Priority amount: UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

**2.108**  **Priority creditor's name and mailing address**

DUVAL COUNTY TAX COLLECTOR
PO BOX 44009
JACKSONVILLE FL 32231-4009

**As of the petition filing date, the claim is:**
Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Total claim: UNDETERMINED  Priority amount: UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

**2.109**  **Priority creditor's name and mailing address**

EDNO LEROY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $800.00  Priority amount: $800.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

**2.110**  **Priority creditor's name and mailing address**

EILEEN WOZNIAK
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $78.13  Priority amount: $78.13

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

| Debtor | **HOA Restaurant Holder, LLC** | Case number (if known) | **25-80095** |
| --- | --- | --- | --- |
| | Name | | |

| | | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.111** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,578.13** | **$2,578.13**

EJAY TURNER
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

**2.112** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,062.50** | **$4,062.50**

EMILY STANTORF
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

**2.113** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,500.00** | **$1,500.00**

ERIC MCCARTNEY
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

**2.114** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$500.00** | **$500.00**

ERIC MILBOURNE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

| Debtor | **HOA Restaurant Holder, LLC** | Case number (if known) | **25-80095** |
| --- | --- | --- | --- |
| | Name | | |

| | | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

**2.115** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $4,140.63 | $4,140.63

ERIN ROWE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

**2.116** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNDETERMINED | UNDETERMINED

FAIRFAX CITY
TREASURER'S OFFICE
10455 ARMSTRONG STREET
FAIRFAX VA 22030-3600

■ Contingent
■ Unliquidated
■ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

**2.117** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNDETERMINED | UNDETERMINED

FAIRFAX, CITY OF- FOOD & BEV
10455 ARMSTRONG STREET
FAIRFAX VA 22030

■ Contingent
■ Unliquidated
■ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

**2.118** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNDETERMINED | UNDETERMINED

FAIRVIEW HEIGHTS, CITY OF- FOOD & BEV
ATTACH STATE
CITY OF FAIRVIEW HEIGHTS
10025 BUNKUM ROAD
FAIRVIEW HEIGHTS IL 62208

■ Contingent
■ Unliquidated
■ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

Debtor  **HOA Restaurant Holder, LLC** _____  Case number (if known)  **25-80095**
Name

| | Total claim | Priority amount |
|---|---|---|

**2.119** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | | |
| | | | UNDETERMINED | UNDETERMINED |

FLINT CHARTER TOWNSHIP TAX COLLECTOR
1490 S. DYE ROAD
FLINT MI 48532

■ Contingent
■ Unliquidated
■ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

**2.120** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | | |
| | | | UNDETERMINED | UNDETERMINED |

FLORIDA DEPARTMENT OF REVENUE
5050 WEST TENNESSEE STREET
TALLAHASSEE FL 32399

■ Contingent
■ Unliquidated
■ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

**2.121** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | | |
| | | | UNDETERMINED | UNDETERMINED |

FORT SMITH, CITY OF- ALCOHOL PLANNING DEPARTMENT
PO BOX 1908
FT SMITH AR 72902

■ Contingent
■ Unliquidated
■ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

**2.122** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | | |
| | | | UNDETERMINED | UNDETERMINED |

FULTON COUNTY TAX COMMISSIONER
PO BOX 105052
ATLANTA GA 30348-5052

■ Contingent
■ Unliquidated
■ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

| Debtor | **HOA Restaurant Holder, LLC** | Case number (if known) | **25-80095** |
|---|---|---|---|
| | Name | | |

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.123** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$625.00** | **$625.00**

GABRIELLE FIXL
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

☑ No
☐ Yes

---

**2.124** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNDETERMINED | UNDETERMINED

GASTON COUNTY TAX COLLECTOR
P.O. BOX 1578
GASTONIA NC 28053-1578

■ Contingent
■ Unliquidated
■ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

**2.125** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $3,750.00 | $3,750.00

GENARIS RICHARDSON
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

**2.126** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $171.88 | $171.88

GEORGE RANDOLPH
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

| Debtor | **HOA Restaurant Holder, LLC** | Case number (if known) | **25-80095** |
|---|---|---|---|
| | Name | | |

| | | Total claim | Priority amount |
|---|---|---|---|

| 2.127 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNDETERMINED | UNDETERMINED |
|---|---|---|---|---|
| | GEORGIA- CORPORATE OFFICE SALES AND USE TAX P.O. BOX 105296 ATLANTA GA 30374-0390 | ■ Contingent ■ Unliquidated ■ Disputed | | |
| | **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** POTENTIAL TAX LIABILITY | | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** | ■ No ☐ Yes | | |

| 2.128 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNDETERMINED | UNDETERMINED |
|---|---|---|---|---|
| | GEORGIA DEPARTMENT OF REVENUE GEORGIA DEPARTMENT OF REVENUE, PROCESSING CENTER P.O. BOX 740239 ATLANTA GA 30374-0239 | ■ Contingent ■ Unliquidated ■ Disputed | | |
| | **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** POTENTIAL TAX LIABILITY | | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** | ■ No ☐ Yes | | |

| 2.129 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNDETERMINED | UNDETERMINED |
|---|---|---|---|---|
| | GEORGIA- HRW OF PEACHTREE CORNERS SALES AND USE TAX P.O. BOX 105296 ATLANTA GA 30374-0390 | ■ Contingent ■ Unliquidated ■ Disputed | | |
| | **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** POTENTIAL TAX LIABILITY | | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** | ■ No ☐ Yes | | |

| 2.130 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $675.00 | $675.00 |
|---|---|---|---|---|
| | GERI WULLE ADDRESS ON FILE | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** EMPLOYEE COMPENSATION | | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** | ■ No ☐ Yes | | |

| Debtor | **HOA Restaurant Holder, LLC** | Case number (if known) | **25-80095** |
|--------|-------------------------------|------------------------|--------------|

Name

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.131** | **Priority creditor's name and mailing address**

GLYNN COUNTY- ALCOHOL
GLYNN COUNTY
1725 REYNOLDS ST.
SUITE 300
BRUNSWICK GA 31520

| **Date or dates debt was incurred** |
| VARIOUS |
| **Last 4 digits of account number** |
| **Specify Code subsection of PRIORITY unsecured claim:** |

**As of the petition filing date, the claim is:**
Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**

■ No
☐ Yes

Total claim: UNDETERMINED   Priority amount: UNDETERMINED

---

**2.132** | **Priority creditor's name and mailing address**

GLYNN COUNTY TAX COMMISSIONER
1725 REYNOLDS ST.
STE. 100
BRUNSWICK GA 31520-6434

| **Date or dates debt was incurred** |
| VARIOUS |
| **Last 4 digits of account number** |
| **Specify Code subsection of PRIORITY unsecured claim:** |

**As of the petition filing date, the claim is:**
Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**

■ No
☐ Yes

Total claim: UNDETERMINED   Priority amount: UNDETERMINED

---

**2.133** | **Priority creditor's name and mailing address**

GRACE GODDARD
ADDRESS ON FILE

| **Date or dates debt was incurred** |
| VARIOUS |
| **Last 4 digits of account number** |
| **Specify Code subsection of PRIORITY unsecured claim:** |

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Is the claim subject to offset?**

■ No
☐ Yes

Total claim: $1,289.06   Priority amount: $1,289.06

---

**2.134** | **Priority creditor's name and mailing address**

GREENVILLE COUNTY TAX COLLECTOR
301 UNIVERSITY RIDGE
STE. 1100
GREENVILLE SC 29601

| **Date or dates debt was incurred** |
| VARIOUS |
| **Last 4 digits of account number** |
| **Specify Code subsection of PRIORITY unsecured claim:** |

**As of the petition filing date, the claim is:**
Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**

■ No
☐ Yes

Total claim: UNDETERMINED   Priority amount: UNDETERMINED

---

| Debtor | **HOA Restaurant Holder, LLC** | Case number (if known) | **25-80095** |
| --- | --- | --- | --- |
| | Name | | |

| | | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

**2.135** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED | UNDETERMINED

**As of the petition filing date, the claim is:**
Check all that apply.

GREENVILLE, CITY OF- FOOD & BEV
CITY OF GREENVILLE, HOSPITALITY, 4TH
FLOOR
POST OFFICE BOX 2207
GREENVILLE, SC 29602

■ Contingent
■ Unliquidated
■ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

**2.136** | **Priority creditor's name and mailing address** | | $625.00 | $625.00

**As of the petition filing date, the claim is:**
Check all that apply.

GREGORY HAMBRIGHT
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

**2.137** | **Priority creditor's name and mailing address** | | UNDETERMINED | UNDETERMINED

**As of the petition filing date, the claim is:**
Check all that apply.

GUILFORD COUNTY TAX DEPARTMENT
P.O. BOX 71072
CHARLOTTE, NC 28272-1072

■ Contingent
■ Unliquidated
■ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

**2.138** | **Priority creditor's name and mailing address** | | UNDETERMINED | UNDETERMINED

**As of the petition filing date, the claim is:**
Check all that apply.

GUILFORD COUNTY TAX DEPARTMENT
PO BOX 70939
CHARLOTTE NC 28272-0939

■ Contingent
■ Unliquidated
■ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

| Debtor | **HOA Restaurant Holder, LLC** | Case number (if known) | **25-80095** |
|--------|--------------------------------|------------------------|--------------|
|        | Name                           |                        |              |

|  |  | **Total claim** | **Priority amount** |
|--|--|-----------------|---------------------|

**2.139**

**Priority creditor's name and mailing address**

GWINNETT COUNTY- ALCOHOL - GWINNETT
GWINNETT JUSTICE & ADMINISTRATION
CENTER
75 LANGLEY DRIVE
LAWRENCEVILLE GA 30046

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**

**As of the petition filing date, the claim is:**
Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**

■ No
☐ Yes

Total claim: UNDETERMINED
Priority amount: UNDETERMINED

---

**2.140**

**Priority creditor's name and mailing address**

GWINNETT COUNTY- ALCOHOL -
LAWRENCEVILLE
GWINNETT JUSTICE & ADMINISTRATION
CENTER
75 LANGLEY DRIVE
LAWRENCEVILLE GA 30046

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**

**As of the petition filing date, the claim is:**
Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**

■ No
☐ Yes

Total claim: UNDETERMINED
Priority amount: UNDETERMINED

---

**2.141**

**Priority creditor's name and mailing address**

GWINNETT COUNTY- ALCOHOL - MALL OF
GEORGIA
GWINNETT JUSTICE & ADMINISTRATION
CENTER
75 LANGLEY DRIVE
LAWRENCEVILLE GA 30046

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**

**As of the petition filing date, the claim is:**
Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**

■ No
☐ Yes

Total claim: UNDETERMINED
Priority amount: UNDETERMINED

---

**2.142**

**Priority creditor's name and mailing address**

HANNAH VISCOUNT
ADDRESS ON FILE

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Is the claim subject to offset?**

■ No
☐ Yes

Total claim: $4,640.63
Priority amount: $4,640.63

---

| Debtor | **HOA Restaurant Holder, LLC** | Case number (if known) | **25-80095** |
|---|---|---|---|
| | Name | | |

| | | Total claim | Priority amount |
|---|---|---|---|

**2.143** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | | |

| | | $500.00 | $500.00 |

HARLEY EDELSON
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

**2.144** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. |

| | | $781.25 | $781.25 |

HEIDI RADDATZ
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

**2.145** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. |

| | | UNDETERMINED | UNDETERMINED |

HENRICO COUNTY
PO BOX 105155
ATLANTA GA 30348

■ Contingent
■ Unliquidated
■ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

**2.146** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. |

| | | UNDETERMINED | UNDETERMINED |

HENRICO COUNTY- FOOD & BEV
HENRICO COUNTY
4301 EAST PARHAM ROAD
HENRICO VA 23228

■ Contingent
■ Unliquidated
■ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

| Debtor | **HOA Restaurant Holder, LLC** | Case number (if known) | **25-80095** |
| --- | --- | --- | --- |
| | Name | | |

| | | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.147** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNDETERMINED | UNDETERMINED

HENRY COUNTY TAX COMMISSIONER
140 HENRY PARKWAY
MCDONOUGH GA 30253

■ Contingent
■ Unliquidated
■ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

**2.148** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNDETERMINED | UNDETERMINED

HORRY COUNTY- FOOD & BEV #1010
HORRY COUNTY TREASURER'S OFFICE
1301 2ND AVE
STE 1C09
CONWAY SC 29526

■ Contingent
■ Unliquidated
■ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

**2.149** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNDETERMINED | UNDETERMINED

HORRY COUNTY- FOOD & BEV #1036
HORRY COUNTY TREASURER'S OFFICE
1301 2ND AVE
STE 1C09
CONWAY SC 29526

■ Contingent
■ Unliquidated
■ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

**2.150** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNDETERMINED | UNDETERMINED

HORRY COUNTY TREASURER
P.O. BOX 260107
CONWAY SC 29528-6107

■ Contingent
■ Unliquidated
■ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

| Debtor | **HOA Restaurant Holder, LLC** | Case number (if known) | **25-80095** |
|--------|--------|--------|--------|
| | Name | | |

| | | Total claim | Priority amount |
|---|---|---|---|

**2.151** | **Priority creditor's name and mailing address**

ILLINOIS DEPARTMENT OF REVENUE
PO BOX 19038
SPRINGFIELD IL 62794-9038

**As of the petition filing date, the claim is:**
Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Total claim: UNDETERMINED    Priority amount: UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

**2.152** | **Priority creditor's name and mailing address**

INDIANA DEPARTMENT OF REVENUE
INDIANA DEPARTMENT OF REVENUE
P.O. BOX 6032
INDIANAPOLIS IN 46206-6032

**As of the petition filing date, the claim is:**
Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Total claim: UNDETERMINED    Priority amount: UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

**2.153** | **Priority creditor's name and mailing address**

INDIANA- FOOD & BEVERAGE
INDIANA DEPARTMENT OF REVENUE
P.O. BOX 7218
INDIANAPOLIS IN 46207-7218

**As of the petition filing date, the claim is:**
Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Total claim: UNDETERMINED    Priority amount: UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

**2.154** | **Priority creditor's name and mailing address**

IOWA DEPARTMENT OF REVENUE
IOWA DEPARTMENT OF
REVENUECORPORATION TAX
PO BOX 10466
DES  MOINES IA 50306-0466

**As of the petition filing date, the claim is:**
Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Total claim: UNDETERMINED    Priority amount: UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

| Debtor | **HOA Restaurant Holder, LLC** | Case number (if known) | **25-80095** |
|---|---|---|---|
| | Name | | |

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.155** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:**
Check all that apply.

| | | UNDETERMINED | UNDETERMINED |

IOWA -SALES
SALES/USE TAX PROCESSING IOWA
DEPARTMENT OF REVENUE
P.O. BOX 10412
DES MOINES IA 50306-0412

■ Contingent
■ Unliquidated
■ Disputed

| **Date or dates debt was incurred** | **Basis for the claim:** |
| VARIOUS | POTENTIAL TAX LIABILITY |
| **Last 4 digits of account number** | **Is the claim subject to offset?** |

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

**2.156** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:**
Check all that apply.

| | | UNDETERMINED | UNDETERMINED |

IREDELL COUNTY TAX COLLECTOR
PO BOX 1027
STAESVILLE NC 28687-1027

■ Contingent
■ Unliquidated
■ Disputed

| **Date or dates debt was incurred** | **Basis for the claim:** |
| VARIOUS | POTENTIAL TAX LIABILITY |
| **Last 4 digits of account number** | **Is the claim subject to offset?** |

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

**2.157** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:**
Check all that apply.

| | | $937.50 | $937.50 |

ISSELA MURILLO
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Date or dates debt was incurred** | **Basis for the claim:** |
| VARIOUS | EMPLOYEE COMPENSATION |
| **Last 4 digits of account number** | **Is the claim subject to offset?** |

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

**2.158** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:**
Check all that apply.

| | | $601.56 | $601.56 |

JABIN LEHNEN
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Date or dates debt was incurred** | **Basis for the claim:** |
| VARIOUS | EMPLOYEE COMPENSATION |
| **Last 4 digits of account number** | **Is the claim subject to offset?** |

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

| Debtor | **HOA Restaurant Holder, LLC** | Case number (if known) | **25-80095** |
|---|---|---|---|
| | Name | | |

| | | Total claim | Priority amount |
|---|---|---|---|

**2.159** | **Priority creditor's name and mailing address**

JACKLYN PELTON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: **$781.25**   Priority amount: **$781.25**

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

**2.160** | **Priority creditor's name and mailing address**

JACKSON COUNTY COLLECTOR
P. O. BOX 219747
KANSAS CITY MO 64121-9747

**As of the petition filing date, the claim is:**
Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Total claim: UNDETERMINED   Priority amount: UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

**2.161** | **Priority creditor's name and mailing address**

JACOB FENWICK
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: **$4,687.50**   Priority amount: **$4,687.50**

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

**2.162** | **Priority creditor's name and mailing address**

JAMES HIGGINS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: **$2,187.50**   Priority amount: **$2,187.50**

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

| Debtor | **HOA Restaurant Holder, LLC** | Case number (if known) | **25-80095** |
|---|---|---|---|
| | Name | | |

| | | Total claim | Priority amount |
|---|---|---|---|

| 2.163 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $937.50 | $937.50 |
|---|---|---|---|---|

JAMES HOWARD
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

| 2.164 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $3,750.00 | $3,750.00 |
|---|---|---|---|---|

JAMES MURRAY
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

| 2.165 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,375.00 | $1,375.00 |
|---|---|---|---|---|

JAMES SKEGGS
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

| 2.166 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $750.00 | $750.00 |
|---|---|---|---|---|

JAMES WATKINS
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

| Debtor | **HOA Restaurant Holder, LLC** | Case number (if known) | **25-80095** |
|---|---|---|---|
| | Name | | |

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.167** **Priority creditor's name and mailing address**

JAMES WIGGINS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $3,375.00   Priority amount: $3,375.00

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**2.168** **Priority creditor's name and mailing address**

JAMIE KOURI
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $3,125.00   Priority amount: $3,125.00

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**2.169** **Priority creditor's name and mailing address**

JASON LEADER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $890.63   Priority amount: $890.63

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**2.170** **Priority creditor's name and mailing address**

JASON OSTRANDER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $750.00   Priority amount: $750.00

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Is the claim subject to offset?**

☑ No
☐ Yes

| Debtor | **HOA Restaurant Holder, LLC** | Case number (if known) | **25-80095** |
|---|---|---|---|
| | Name | | |

| | | | Total claim | Priority amount |
|---|---|---|---|---|

| 2.171 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $4,000.00 | $4,000.00 |
|---|---|---|---|---|

JEFF HAGMAN
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

| 2.172 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $875.00 | $875.00 |
|---|---|---|---|---|

JEFF SAVARIN
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

| 2.173 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNDETERMINED | UNDETERMINED |
|---|---|---|---|---|

JEFFERSON COUNTY- ALCOHOLIC BEV
JEFFERSON COUNTY AL DEPT OF REV
PO BOX 830710
BIRMINGHAM AL 35283-0710

■ Contingent
■ Unliquidated
■ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

| 2.174 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNDETERMINED | UNDETERMINED |
|---|---|---|---|---|

JEFFERSON COUNTY TAX COLLECTOR
716 RICHARD ARRINGTON JR BLVD N
ROOM 160 COURTHOUSE
BIRMINGHAM AL 35203

■ Contingent
■ Unliquidated
■ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

| Debtor | **HOA Restaurant Holder, LLC** | Case number (if known) | **25-80095** |
|---|---|---|---|
| | Name | | |

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.175 | **Priority creditor's name and mailing address** | $875.00 | $875.00 |

**As of the petition filing date, the claim is:**
Check all that apply.

JENNA PETERSON
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.176 | **Priority creditor's name and mailing address** | $3,625.00 | $3,625.00 |

**As of the petition filing date, the claim is:**
Check all that apply.

JENNIFER TAYLOR
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.177 | **Priority creditor's name and mailing address** | $725.00 | $725.00 |

**As of the petition filing date, the claim is:**
Check all that apply.

JEREL GASS
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.178 | **Priority creditor's name and mailing address** | $890.63 | $890.63 |

**As of the petition filing date, the claim is:**
Check all that apply.

JEREMY KEARNEY
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

| Debtor | **HOA Restaurant Holder, LLC** | Case number (if known) | **25-80095** |
| --- | --- | --- | --- |
| | Name | | |

| | | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.179** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $928.13 | $928.13

JEREMY REYNOLDS
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

**2.180** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $4,468.75 | $4,468.75

JEREMY SCHMIDT
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

**2.181** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,875.00 | $1,875.00

JERRY BASS
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

**2.182** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $800.00 | $800.00

JESSE ESPINOSA
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

| Debtor | **HOA Restaurant Holder, LLC** | | Case number (if known) | **25-80095** |
|---|---|---|---|---|
| | Name | | | |

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

| 2.183 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $4,375.00 | $4,375.00 |
|---|---|---|---|---|

JESSICA STANFORD
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Date or dates debt was incurred** | **Basis for the claim:** |
|---|---|
| VARIOUS | EMPLOYEE COMPENSATION |
| **Last 4 digits of account number** | **Is the claim subject to offset?** |
| **Specify Code subsection of PRIORITY unsecured claim:** | ■ No |
| | ☐ Yes |

| 2.184 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $3,312.50 | $3,312.50 |
|---|---|---|---|---|

JOHN BOLT
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Date or dates debt was incurred** | **Basis for the claim:** |
|---|---|
| VARIOUS | EMPLOYEE COMPENSATION |
| **Last 4 digits of account number** | **Is the claim subject to offset?** |
| **Specify Code subsection of PRIORITY unsecured claim:** | ■ No |
| | ☐ Yes |

| 2.185 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $412.50 | $412.50 |
|---|---|---|---|---|

JOHN CZECH
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Date or dates debt was incurred** | **Basis for the claim:** |
|---|---|
| VARIOUS | EMPLOYEE COMPENSATION |
| **Last 4 digits of account number** | **Is the claim subject to offset?** |
| **Specify Code subsection of PRIORITY unsecured claim:** | ■ No |
| | ☐ Yes |

| 2.186 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $156.25 | $156.25 |
|---|---|---|---|---|

JOHN ROMAGNA
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Date or dates debt was incurred** | **Basis for the claim:** |
|---|---|
| VARIOUS | EMPLOYEE COMPENSATION |
| **Last 4 digits of account number** | **Is the claim subject to offset?** |
| **Specify Code subsection of PRIORITY unsecured claim:** | ■ No |
| | ☐ Yes |

| Debtor | **HOA Restaurant Holder, LLC** | Case number (if known) | **25-80095** |
|---|---|---|---|
| | Name | | |

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.187**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $800.00 | $800.00 |
|---|---|---|---|

JOHNATHAN FUENTES
ADDRESS ON FILE

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

- ■ No
- ☐ Yes

---

**2.188**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $390.63 | $390.63 |
|---|---|---|---|

JONATHAN BUCKLEY
ADDRESS ON FILE

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

- ■ No
- ☐ Yes

---

**2.189**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,890.63 | $1,890.63 |
|---|---|---|---|

JONATHAN MARCELLO
ADDRESS ON FILE

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

- ■ No
- ☐ Yes

---

**2.190**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $437.50 | $437.50 |
|---|---|---|---|

JONATHON GARZA
ADDRESS ON FILE

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

- ■ No
- ☐ Yes

---

| Debtor | **HOA Restaurant Holder, LLC** | Case number (if known) | **25-80095** |
|---|---|---|---|
| | Name | | |

| | | Total claim | Priority amount |
|---|---|---|---|

**2.191** | **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

Total claim $2,664.06 — Priority amount $2,664.06

JORDAN GUTMAN
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

☑ No
☐ Yes

---

**2.192** | **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

Total claim $825.00 — Priority amount $825.00

JOSEPH DORSAINT
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

☑ No
☐ Yes

---

**2.193** | **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

Total claim $4,453.13 — Priority amount $4,453.13

JOSEPH MORIN
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

☑ No
☐ Yes

---

**2.194** | **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

Total claim $928.13 — Priority amount $928.13

JOSEPH NICHOLS
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

☑ No
☐ Yes

---

| Debtor | **HOA Restaurant Holder, LLC** | Case number (if known) | **25-80095** |
|---|---|---|---|
| | Name | | |

| | | Total claim | Priority amount |
|---|---|---|---|

| 2.195 | **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $4,375.00 | $4,375.00 |
|---|---|---|---|---|
| | JOSEPH PIERCE<br>ADDRESS ON FILE | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | **Date or dates debt was incurred**<br>VARIOUS | Basis for the claim:<br>EMPLOYEE COMPENSATION | | |
| | **Last 4 digits of account number** | Is the claim subject to offset? | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** | ■ No<br>☐ Yes | | |

| 2.196 | **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $725.00 | $725.00 |
|---|---|---|---|---|
| | JULIO MELENDEZ<br>ADDRESS ON FILE | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | **Date or dates debt was incurred**<br>VARIOUS | Basis for the claim:<br>EMPLOYEE COMPENSATION | | |
| | **Last 4 digits of account number** | Is the claim subject to offset? | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** | ■ No<br>☐ Yes | | |

| 2.197 | **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $928.13 | $928.13 |
|---|---|---|---|---|
| | KAJ WIDECRANTZ<br>ADDRESS ON FILE | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | **Date or dates debt was incurred**<br>VARIOUS | Basis for the claim:<br>EMPLOYEE COMPENSATION | | |
| | **Last 4 digits of account number** | Is the claim subject to offset? | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** | ■ No<br>☐ Yes | | |

| 2.198 | **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | UNDETERMINED | UNDETERMINED |
|---|---|---|---|---|
| | KANSAS CITY- FOOD EST.<br>414 E. 12TH STREET<br>KANSAS CITY MO 64106 | ■ Contingent<br>■ Unliquidated<br>■ Disputed | | |
| | **Date or dates debt was incurred**<br>VARIOUS | Basis for the claim:<br>POTENTIAL TAX LIABILITY | | |
| | **Last 4 digits of account number** | Is the claim subject to offset? | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** | ■ No<br>☐ Yes | | |

| Debtor | **HOA Restaurant Holder, LLC** | Case number (if known) | **25-80095** |
|---|---|---|---|
| | Name | | |

| | | Total claim | Priority amount |
|---|---|---|---|

**2.199** | **Priority creditor's name and mailing address**

KANSAS CITY REVENUE DIVISION
CITY OF KANSAS CITY REVENUE DIVISION
PO BOX 843322
KANSAS CITY MO 64184-3825

**As of the petition filing date, the claim is:**
Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Total claim: UNDETERMINED   Priority amount: UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

**2.200** | **Priority creditor's name and mailing address**

KANSAS DEPARTMENT OF REVENUE
KANSAS DEPARTMENT OF REVENUE
P.O. BOX 12001
TOPEKA KS 66625-2001

**As of the petition filing date, the claim is:**
Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Total claim: UNDETERMINED   Priority amount: UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

**2.201** | **Priority creditor's name and mailing address**

KANSAS DEPARTMENT OF REVENUE
KANSAS INCOME TAX KANSAS DEPARTMENT
OF REVENUE
P.O. BOX 750260
TOPEKA KS 66699-0260

**As of the petition filing date, the claim is:**
Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Total claim: UNDETERMINED   Priority amount: UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

**2.202** | **Priority creditor's name and mailing address**

KATMAN JACOBUS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $3,375.00   Priority amount: $3,375.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

| Debtor | **HOA Restaurant Holder, LLC** | Case number (if known) | **25-80095** |
|---|---|---|---|
| | Name | | |

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

| 2.203 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $734.38 | $734.38 |

KAYLAMARIE CRUZ
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Date or dates debt was incurred** | **Basis for the claim:** |
|---|---|
| VARIOUS | EMPLOYEE COMPENSATION |
| **Last 4 digits of account number** | **Is the claim subject to offset?** |

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

| 2.204 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $78.13 | $78.13 |

KEELY PARLOW
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Date or dates debt was incurred** | **Basis for the claim:** |
|---|---|
| VARIOUS | EMPLOYEE COMPENSATION |
| **Last 4 digits of account number** | **Is the claim subject to offset?** |

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

| 2.205 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $859.38 | $859.38 |

KEITH PRANDY
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Date or dates debt was incurred** | **Basis for the claim:** |
|---|---|
| VARIOUS | EMPLOYEE COMPENSATION |
| **Last 4 digits of account number** | **Is the claim subject to offset?** |

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

| 2.206 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $890.63 | $890.63 |

KEITH STAMP
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Date or dates debt was incurred** | **Basis for the claim:** |
|---|---|
| VARIOUS | EMPLOYEE COMPENSATION |
| **Last 4 digits of account number** | **Is the claim subject to offset?** |

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

| Debtor | **HOA Restaurant Holder, LLC** | Case number (if known) | **25-80095** |
|---|---|---|---|
| | Name | | |

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.207**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,437.50 | $3,437.50 |
|---|---|---|---|

KELSEY ADAMS
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| VARIOUS | EMPLOYEE COMPENSATION |

**Last 4 digits of account number**        Is the claim subject to offset?

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

**2.208**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $890.63 | $890.63 |
|---|---|---|---|

KENDRICK DAGGETT
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| VARIOUS | EMPLOYEE COMPENSATION |

**Last 4 digits of account number**        Is the claim subject to offset?

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

**2.209**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | UNDETERMINED | UNDETERMINED |
|---|---|---|---|

KENNESAW CITY PROPERTY TAX DEPT.
2529 J.O. STEPHENSON AVE.
KENNESAW GA 30144-2780

■ Contingent
■ Unliquidated
■ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| VARIOUS | POTENTIAL TAX LIABILITY |

**Last 4 digits of account number**        Is the claim subject to offset?

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

**2.210**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | UNDETERMINED | UNDETERMINED |
|---|---|---|---|

KENNESAW, CITY OF- ALCOHOL
2529 J.O. STEPHENSON AVENUE
KENNESAW GA 30144-2797

■ Contingent
■ Unliquidated
■ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| VARIOUS | POTENTIAL TAX LIABILITY |

**Last 4 digits of account number**        Is the claim subject to offset?

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

| Debtor | **HOA Restaurant Holder, LLC** | Case number (if known) | **25-80095** |
|---|---|---|---|
| | Name | | |

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.211** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNDETERMINED | UNDETERMINED

KENTUCY DEPARTMENT OF REVENUE
KENTUCKY DEPARTMENT OF REVENUE
501 HIGH ST
FRANKFORT KY 40601

■ Contingent
■ Unliquidated
■ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

**2.212** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $859.38 | $859.38

KEVIN CHODYNIECKI
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

**2.213** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $4,062.50 | $4,062.50

KEVIN MESSEL
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

**2.214** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $828.13 | $828.13

KEVIN O'CONNELL
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

| Debtor | **HOA Restaurant Holder, LLC** | | | |
|---|---|---|---|---|
| | Name | Case number (if known) | **25-80095** | |

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.215** **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

| | $375.00 | $375.00 |
|---|---|---|

KIRSTIN RICHARDS
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

**2.216** **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

| | $500.00 | $500.00 |
|---|---|---|

KOBY FOSTER
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

**2.217** **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

| | UNDETERMINED | UNDETERMINED |
|---|---|---|

KOCHVILLE TOWNSHIP TREASURER
5851 MACKINAW ROAD
SAGINAW MI 48604

■ Contingent
■ Unliquidated
■ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

**2.218** **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

| | $275.00 | $275.00 |
|---|---|---|

KRISTA LINNEY
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

| Debtor | **HOA Restaurant Holder, LLC** | Case number (if known) | **25-80095** |
|---|---|---|---|
| | Name | | |

| | | Total claim | Priority amount |
|---|---|---|---|

**2.219** **Priority creditor's name and mailing address**

KRISTINA BRADLEY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $5,600.00  Priority amount: $5,600.00

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Is the claim subject to offset?**

■ No
☐ Yes

---

**2.220** **Priority creditor's name and mailing address**

KYLE HACK
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $500.00  Priority amount: $500.00

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Is the claim subject to offset?**

■ No
☐ Yes

---

**2.221** **Priority creditor's name and mailing address**

LARRY WESNER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $532.81  Priority amount: $532.81

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Is the claim subject to offset?**

■ No
☐ Yes

---

**2.222** **Priority creditor's name and mailing address**

LEON COUNTY TAX COLLECTOR
PO BOX 1835
TALLAHASSEE FL 32302-1835

**As of the petition filing date, the claim is:**
Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Total claim: UNDETERMINED  Priority amount: UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**

■ No
☐ Yes

---

Official Form 206 E/F          Schedule E/F: Creditors Who Have Unsecured Claims          Page 56 of 218

| Debtor | **HOA Restaurant Holder, LLC** | Case number (if known) | **25-80095** |
|---|---|---|---|

Name

| | | Total claim | Priority amount |
|---|---|---|---|

**2.223** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $875.00 | $875.00

LESLIE HERCULES
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

**2.224** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $825.00 | $825.00

LISA BOTHWELL
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

**2.225** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $3,187.50 | $3,187.50

LISA DOYLE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

**2.226** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNDETERMINED | UNDETERMINED

LITTLE ROCK, CITY OF- FOOD SERVICE
TREASURY MANAGEMENT DIVISION
100 CITY HALL 500 WEST MARKHAM
LITTLE ROCK AR 72201

■ Contingent
■ Unliquidated
■ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

| Debtor | **HOA Restaurant Holder, LLC** | Case number (if known) | **25-80095** |
|---|---|---|---|
| | Name | | |

|  | | **Total claim** | **Priority amount** |
|---|---|---|---|

### 2.227

| Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | | |
|---|---|---|---|
| | | UNDETERMINED | UNDETERMINED |
| LITTLE ROCK, CITY OF- MIXED DRINK<br>TREASURY MANAGEMENT DIVISION<br>100 CITY HALL 500 WEST MARKHAM<br>LITTLE ROCK AR 72201 | ■ Contingent<br>■ Unliquidated<br>■ Disputed | | |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

### 2.228

| Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | | |
|---|---|---|---|
| | | $828.13 | $828.13 |
| LORI RICHARDSON<br>ADDRESS ON FILE | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

### 2.229

| Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | | |
|---|---|---|---|
| | | $675.00 | $675.00 |
| LOUIE HARRIS<br>ADDRESS ON FILE | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

### 2.230

| Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | | |
|---|---|---|---|
| | | UNDETERMINED | UNDETERMINED |
| LOUISIANA DEPARTMENT OF REVENUE<br>POST OFFICE BOX 201<br>BATON ROUGE LA 70821-0201 | ■ Contingent<br>■ Unliquidated<br>■ Disputed | | |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

| Debtor | **HOA Restaurant Holder, LLC** | | Case number (if known) | **25-80095** |
| | Name | | | |

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.231** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply.

| | | | $937.50 | $937.50 |

LUIS SIBRIAN
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

**2.232** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply.

| | | | UNDETERMINED | UNDETERMINED |

MACON-BIBB COUNTY TAX COMMISSIONER
PO BOX 4724
MACON GA 31208-4724

■ Contingent
■ Unliquidated
■ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

**2.233** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply.

| | | | UNDETERMINED | UNDETERMINED |

MADISON CITY TREASURER
PO BOX 2999
MADISON WI 53701-2999

■ Contingent
■ Unliquidated
■ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

**2.234** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply.

| | | | UNDETERMINED | UNDETERMINED |

MADISON COUNTY TAX COLLECTOR
1918 MEMORIAL PKWY NW
HUNTSVILLE AL 35801-5938

■ Contingent
■ Unliquidated
■ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

| Debtor | **HOA Restaurant Holder, LLC** | | Case number (if known) | **25-80095** |
| --- | --- | --- | --- | --- |
| | Name | | | |

| | | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

| 2.235 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>Check all that apply. | $812.50 | $812.50 |
| --- | --- | --- | --- | --- |

MADISON HARMON
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>EMPLOYEE COMPENSATION |
| --- | --- |
| **Last 4 digits of account number** | **Is the claim subject to offset?** |
| **Specify Code subsection of PRIORITY**<br>**unsecured claim:** | ■ No<br>☐ Yes |

| 2.236 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>Check all that apply. | $125.00 | $125.00 |
| --- | --- | --- | --- | --- |

MARA PALDE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>EMPLOYEE COMPENSATION |
| --- | --- |
| **Last 4 digits of account number** | **Is the claim subject to offset?** |
| **Specify Code subsection of PRIORITY**<br>**unsecured claim:** | ■ No<br>☐ Yes |

| 2.237 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>Check all that apply. | $4,296.88 | $4,296.88 |
| --- | --- | --- | --- | --- |

MARC PETRINI
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>EMPLOYEE COMPENSATION |
| --- | --- |
| **Last 4 digits of account number** | **Is the claim subject to offset?** |
| **Specify Code subsection of PRIORITY**<br>**unsecured claim:** | ■ No<br>☐ Yes |

| 2.238 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>Check all that apply. | UNDETERMINED | UNDETERMINED |
| --- | --- | --- | --- | --- |

MARION COUNTY TAX COLLECTOR
PO BOX 970
OCALA FL 34478-0970

■ Contingent
■ Unliquidated
■ Disputed

| **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>POTENTIAL TAX LIABILITY |
| --- | --- |
| **Last 4 digits of account number** | **Is the claim subject to offset?** |
| **Specify Code subsection of PRIORITY**<br>**unsecured claim:** | ■ No<br>☐ Yes |

| Debtor | **HOA Restaurant Holder, LLC** | Case number (if known) | **25-80095** |
|---|---|---|---|
| | Name | | |

|  | | | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| 2.239 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $4,687.50 | $4,687.50 |
| | MARISSA GONZALES ADDRESS ON FILE | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** EMPLOYEE COMPENSATION | | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** | ■ No ☐ Yes | | |
| 2.240 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $662.50 | $662.50 |
| | MARK MATTHES ADDRESS ON FILE | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** EMPLOYEE COMPENSATION | | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** | ■ No ☐ Yes | | |
| 2.241 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNDETERMINED | UNDETERMINED |
| | MARYLAND REVENUE ADMINISTRATION COMPTROLLER OF MARYLAND REVENUE ADMINISTRATION DIVISION 110 CARROLL STREET ANNAPOLIS MD 21411-0001 | ■ Contingent ■ Unliquidated ■ Disputed | | |
| | **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** POTENTIAL TAX LIABILITY | | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** | ■ No ☐ Yes | | |
| 2.242 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $4,296.88 | $4,296.88 |
| | MATT FLOYD ADDRESS ON FILE | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** EMPLOYEE COMPENSATION | | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** | ■ No ☐ Yes | | |

| Debtor | **HOA Restaurant Holder, LLC** | Case number (if known) | **25-80095** |
| --- | --- | --- | --- |
| | Name | | |

| | | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

**2.243** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $750.00 | $750.00

MATT KIM
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

**2.244** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNDETERMINED | UNDETERMINED

MECKLENBURG COUNTY- FOOD & BEV
3205 FREEDOM DR
CHARLOTTE NC 28208

■ Contingent
■ Unliquidated
■ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

**2.245** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNDETERMINED | UNDETERMINED

MECKLENBURG COUNTY TAX COLLECTOR
P.O. BOX 71063
CHARLOTTE NC 28272-1063

■ Contingent
■ Unliquidated
■ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

**2.246** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $937.50 | $937.50

MEGAN STANTZ
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

| Debtor | **HOA Restaurant Holder, LLC** | Case number (if known) | **25-80095** |
|---|---|---|---|
| | Name | | |

| | | Total claim | Priority amount |
|---|---|---|---|

**2.247**    **Priority creditor's name and mailing address**

MICHAEL FITCH
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $4,453.13    Priority amount: $4,453.13

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Is the claim subject to offset?**

■ No
☐ Yes

---

**2.248**    **Priority creditor's name and mailing address**

MICHAEL GILASH
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $2,500.00    Priority amount: $2,500.00

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Is the claim subject to offset?**

■ No
☐ Yes

---

**2.249**    **Priority creditor's name and mailing address**

MICHAEL HECKMAN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $200.00    Priority amount: $200.00

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Is the claim subject to offset?**

■ No
☐ Yes

---

**2.250**    **Priority creditor's name and mailing address**

MICHAEL VERBEL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $2,265.63    Priority amount: $2,265.63

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Is the claim subject to offset?**

■ No
☐ Yes

---

| Debtor | **HOA Restaurant Holder, LLC** | Case number (if known) | **25-80095** |
|---|---|---|---|
| | Name | | |

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.251** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $843.75 | $843.75

MICHAEL VILLANUEVA
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

**2.252** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNDETERMINED | UNDETERMINED

MICHIGAN DEPARTMENT OF REVENUE
MICHIGAN DEPARTMENT OF TREASURY
P.O. BOX 30803
LANSING MI 48909

■ Contingent
■ Unliquidated
■ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

**2.253** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $4,640.63 | $4,640.63

MIKE EADY
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

**2.254** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $4,140.63 | $4,140.63

MIKE WAPPEL
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

| Debtor | **HOA Restaurant Holder, LLC** | Case number (if known) | **25-80095** |
|--------|-------------------------------|------------------------|--------------|
| | Name | | |

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.255** | **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

| | | UNDETERMINED | UNDETERMINED |

MINNESOTA DEPARTMENT OF REVENUE
MINNESOTA REVENUE MAIL STATION 1765
ST. PAUL MN 55146-1765

■ Contingent
■ Unliquidated
■ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

**2.256** | **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

| | | UNDETERMINED | UNDETERMINED |

MISSISSIPPI DEPARTMENT OF REVENUE
DEPARTMENT OF REVENUE
P.O. BOX 23191
JACKSON MS 39225-3058

■ Contingent
■ Unliquidated
■ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

**2.257** | **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

| | | UNDETERMINED | UNDETERMINED |

MISSISSIPPI TAX COMMISSION
MISSISSIPPI TAX COMMISSION
P.O. BOX 960
JACKSON MS 39205

■ Contingent
■ Unliquidated
■ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

**2.258** | **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

| | | UNDETERMINED | UNDETERMINED |

MISSOURI TAXATION DIVISION
TAXATION DIVISION
P.O. BOX 3400
JEFFERSON CITY MO 65105-3400

■ Contingent
■ Unliquidated
■ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

Debtor   **HOA Restaurant Holder, LLC**_____  Case number (if known)  **25-80095**_____
Name

|  |  | Total claim | Priority amount |
|---|---|---|---|
| 2.259 | **Priority creditor's name and mailing address** | | |
| | | UNDETERMINED | UNDETERMINED |

**As of the petition filing date, the claim is:**
Check all that apply.

MISSOURI-CONSUMER'S USE TAX
DIVISION OF TAXATION
P.O. BOX 840
JEFFERSON CITY MO 65105-0840

■ Contingent
■ Unliquidated
■ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

|  |  | | |
|---|---|---|---|
| 2.260 | **Priority creditor's name and mailing address** | | |
| | | UNDETERMINED | UNDETERMINED |

**As of the petition filing date, the claim is:**
Check all that apply.

MISSOURI-SALES TAX
DIVISION OF TAXATION
P.O. BOX 840
JEFFERSON CITY MO 65105-0840

■ Contingent
■ Unliquidated
■ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

|  |  | | |
|---|---|---|---|
| 2.261 | **Priority creditor's name and mailing address** | | |
| | | UNDETERMINED | UNDETERMINED |

**As of the petition filing date, the claim is:**
Check all that apply.

MYRTLE BEACH, CITY OF- FOOD & BEV
CITY OF MYRTLE BEACH
PO BOX 2468
MYRTLE BEACH SC 29578

■ Contingent
■ Unliquidated
■ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

|  |  | | |
|---|---|---|---|
| 2.262 | **Priority creditor's name and mailing address** | | |
| | | UNDETERMINED | UNDETERMINED |

**As of the petition filing date, the claim is:**
Check all that apply.

N CHARLESTON, CITY OF- FOOD & BEV
CHARLESTON COUNTY TREASURER
P.O. BOX 878
CHARLESTON SC 29402

■ Contingent
■ Unliquidated
■ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

| Debtor | **HOA Restaurant Holder, LLC** | | |
|---|---|---|---|
| | Name | | |

Case number (if known) **25-80095**

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.263** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:**
Check all that apply.

| | | UNDETERMINED | UNDETERMINED |

N LITTLE ROCK, CITY OF- FOOD SERVICE
CITY CLERK AND TREASURER
PO BOX 5757
NORTH LITTLE ROCK AR 72119

■ Contingent
■ Unliquidated
■ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

**2.264** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:**
Check all that apply.

| | | UNDETERMINED | UNDETERMINED |

N LITTLE ROCK, CITY OF- MIXED DRINK
CITY CLERK AND TREASURER
PO BOX 5757
NORTH LITTLE ROCK AR 72119

■ Contingent
■ Unliquidated
■ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

**2.265** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:**
Check all that apply.

| | | $812.50 | $812.50 |

NATHAN ROSS
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

**2.266** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:**
Check all that apply.

| | | UNDETERMINED | UNDETERMINED |

NEBRASKA DEPARTMENT OF REVENUE
NEBRASKA DEPARTMENT OF REVENUE
P.O. BOX 94818
LINCOLN NE 68509-4818

■ Contingent
■ Unliquidated
■ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

| Debtor | **HOA Restaurant Holder, LLC** | | | |
|--------|-------------------------------|--|--|--|
| | Name | Case number (if known) | **25-80095** | |

| | | **Total claim** | **Priority amount** |
|--|--|--|--|

**2.267** | **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

| UNDETERMINED | UNDETERMINED |

NEBRASKA DEPARTMENT OF REVENUE
NEBRASKA DEPARTMENT OF REVENUE
P.O. BOX 98923
LINCOLN NE 68509-8923

■ Contingent
■ Unliquidated
■ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

**2.268** | **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

| UNDETERMINED | UNDETERMINED |

NEBRASKA- WASTE REDUCTION AND RECYCLING FEE
NEBRASKA DEPARTMENT OF REVENUE
P.O. BOX 98923
LINCOLN NE 68509-8923

■ Contingent
■ Unliquidated
■ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

**2.269** | **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

| UNDETERMINED | UNDETERMINED |

NEW HANOVER COUNTY RE
PO BOX 9004
WILMINGTON NC 28402-9004

■ Contingent
■ Unliquidated
■ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

**2.270** | **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

| UNDETERMINED | UNDETERMINED |

NEW HANOVER COUNTY TAX OFFICE
P.O. BOX 580070
CHARLOTTE NC 28258

■ Contingent
■ Unliquidated
■ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

| Debtor | **HOA Restaurant Holder, LLC** | | Case number (if known) | **25-80095** |
|---|---|---|---|---|
| | Name | | | |

| | | Total claim | Priority amount |
|---|---|---|---|

**2.271** **Priority creditor's name and mailing address**

NEW MEXICO TAXATION & REVENUE DEPARTMENT
TAXATION & REVENUE DEPARTMENT
P.O. BOX 630
SANTA FE NM 87504-0630

**As of the petition filing date, the claim is:**
Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

**2.272** **Priority creditor's name and mailing address**

NEW YORK DEPARTMENT OF TAXATION & FINANCE
NYS CORPORATION TAX, PROCESSING UNIT
PO BOX 1909
ALBANY NY 12201-1909

**As of the petition filing date, the claim is:**
Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

**2.273** **Priority creditor's name and mailing address**

NEWNAN, CITY OF- MIXED DRINK
CITY OF NEWNAN, GEORGIA
P.O. BOX 1193
NEWNAN GA 30264

**As of the petition filing date, the claim is:**
Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

**2.274** **Priority creditor's name and mailing address**

NEWNAN, CITY OF- QUARTERLY SALES REPORT
CITY OF NEWNAN, GEORGIA
P.O. BOX 1193
NEWNAN GA 30264

**As of the petition filing date, the claim is:**
Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

| Debtor | **HOA Restaurant Holder, LLC** | Case number (if known) | **25-80095** |
|--------|-------------------------------|------------------------|--------------|
| | Name | | |

| | | Total claim | Priority amount |
|---|---|---|---|

**2.275** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | | $3,125.00 | $3,125.00

NICHOLE JACKSON
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

☑ No
☐ Yes

---

**2.276** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | | UNDETERMINED | UNDETERMINED

NJ DIVISION OF TAXATION
DEPARTMENT OF THE TREASURY DIVISION OF TAXATION
PO BOX 281
TRENTON NJ 08695-0281

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

☑ No
☐ Yes

---

**2.277** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | | UNDETERMINED | UNDETERMINED

NORTH CAROLINA DEPARTMENT OF REVENUE
DEPARTMENT OF REVENUE
P.O. BOX 25000
RALEIGH NC 27640

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

☑ No
☐ Yes

---

**2.278** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | | $3,125.00 | $3,125.00

OCTAVIUS YOUNG
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

☑ No
☐ Yes

---

| Debtor | **HOA Restaurant Holder, LLC** | | |
|---|---|---|---|
| | Name | | |
| | | Case number (if known) | **25-80095** |

| | | Total claim | Priority amount |
|---|---|---|---|

**2.279** | **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

Total claim: UNDETERMINED
Priority amount: UNDETERMINED

OHIO DEPARTMENT OF REVENUE
OHIO DEPARTMENT OF TAXATION
P.O. BOX 181140
COLUMBUS OH 43218-1140

■ Contingent
■ Unliquidated
■ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

**2.280** | **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

Total claim: UNDETERMINED
Priority amount: UNDETERMINED

OHIO DEPARTMENT OF TAXATION
OHIO DEPARTMENT OF TAXATION ATTN:
BUSINESS COMPLIANCE DIVISON
PO BOX 2678
COLUMBUS OH 43216-2678

■ Contingent
■ Unliquidated
■ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

**2.281** | **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

Total claim: UNDETERMINED
Priority amount: UNDETERMINED

OKLAHOMA COUNTY TREASURER
P.O. BOX 268875
OKLAHOMA CITY OK 73126-8875

■ Contingent
■ Unliquidated
■ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

**2.282** | **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

Total claim: UNDETERMINED
Priority amount: UNDETERMINED

OKLAHOMA TAX COMMISSION
PO BOX 26850
OKLAHOMA CITY OK 73126-0850

■ Contingent
■ Unliquidated
■ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

| Debtor | **HOA Restaurant Holder, LLC** | | | |
| --- | --- | --- | --- | --- |
| | Name | Case number (if known) | **25-80095** | |

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |
| 2.283 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNDETERMINED | UNDETERMINED |
| | OKLAHOMA-MIXED BEVERAGE 2501 LINCOLN BLVD. OKLAHOMA CITY OK 73194 | ■ Contingent ■ Unliquidated ■ Disputed | | |
| | **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** POTENTIAL TAX LIABILITY | | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** | ■ No ☐ Yes | | |
| 2.284 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNDETERMINED | UNDETERMINED |
| | OKLAHOMA-SALES 2501 LINCOLN BLVD. OKLAHOMA CITY OK 73194 | ■ Contingent ■ Unliquidated ■ Disputed | | |
| | **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** POTENTIAL TAX LIABILITY | | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** | ■ No ☐ Yes | | |
| 2.285 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNDETERMINED | UNDETERMINED |
| | OKLAHOMA-USE 2501 LINCOLN BLVD. OKLAHOMA CITY OK 73194 | ■ Contingent ■ Unliquidated ■ Disputed | | |
| | **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** POTENTIAL TAX LIABILITY | | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** | ■ No ☐ Yes | | |
| 2.286 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $859.38 | $859.38 |
| | OLIVER MEYER ADDRESS ON FILE | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** EMPLOYEE COMPENSATION | | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** | ■ No ☐ Yes | | |

| Debtor | **HOA Restaurant Holder, LLC** | | | |
|---|---|---|---|---|
| | Name | Case number (if known) | **25-80095** | |

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.287** | **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

| | Total claim | Priority amount |
|---|---|---|
| | UNDETERMINED | UNDETERMINED |

ONSLOW COUNTY TAX COLLECTOR
234 NW CORRIDOR BLVD
JACKSONVILLE NC 28540-5309

■ Contingent
■ Unliquidated
■ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

**2.288** | **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

| | Total claim | Priority amount |
|---|---|---|
| | UNDETERMINED | UNDETERMINED |

OSCEOLA COUNTY TAX COLLECTOR
PO BOX 422105
KISSIMMEE FL 34742-2105

■ Contingent
■ Unliquidated
■ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

**2.289** | **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

| | Total claim | Priority amount |
|---|---|---|
| | UNDETERMINED | UNDETERMINED |

PALM BEACH COUNTY TAX COLLECTOR
PO BOX 3353
WEST PALM BEACH FL 33402-3353

■ Contingent
■ Unliquidated
■ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

**2.290** | **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

| | Total claim | Priority amount |
|---|---|---|
| | $928.13 | $928.13 |

PATRICK FITZGERALD
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

| Debtor | **HOA Restaurant Holder, LLC** | Case number (if known) | **25-80095** |
|--------|------|------|------|
| | Name | | |

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.291** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $601.56 | $601.56

PAUL MARCHAND
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

☑ No
☐ Yes

---

**2.292** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNDETERMINED | UNDETERMINED

PAULDING COUNTY TAX COMMISSIONER
240 CONSTITUTION BLVD.
ROOM 3006
DALLAS GA 30132-4614

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

☑ No
☐ Yes

---

**2.293** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $468.75 | $468.75

PAVYOHN JOHNSON
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

☑ No
☐ Yes

---

**2.294** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNDETERMINED | UNDETERMINED

PELHAM, CITY OF- LIQUOR PURCHASES
3162 PELHAM PKWY
PELHAM AL  35124

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

☑ No
☐ Yes

| Debtor | **HOA Restaurant Holder, LLC** | Case number (if known) | **25-80095** |
|---|---|---|---|
| | Name | | |

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.295** **Priority creditor's name and mailing address**

PHIL CHILDERS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $4,125.00   Priority amount: $4,125.00

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Is the claim subject to offset?**
■ No
☐ Yes

---

**2.296** **Priority creditor's name and mailing address**

PHILIP MILLER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $675.00   Priority amount: $675.00

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Is the claim subject to offset?**
■ No
☐ Yes

---

**2.297** **Priority creditor's name and mailing address**

PHILLIP RAYA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $3,750.00   Priority amount: $3,750.00

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Is the claim subject to offset?**
■ No
☐ Yes

---

**2.298** **Priority creditor's name and mailing address**

PITT COUNTY TAX COLLECTOR
PO BOX 875
GREENVILLE NC 27835-0875

**As of the petition filing date, the claim is:**
Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Total claim: UNDETERMINED   Priority amount: UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
■ No
☐ Yes

---

| Debtor | **HOA Restaurant Holder, LLC** | | |
|---|---|---|---|
| | Name | | |

Case number (if known) **25-80095**

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.299**    **Priority creditor's name and mailing address**

As of the petition filing date, the claim is:
Check all that apply.

**Total claim** UNDETERMINED    **Priority amount** UNDETERMINED

POLK COUNTY TAX COLLECTOR
PO BOX 1189
BARTOW FL 33831-1189

■ Contingent
■ Unliquidated
■ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

**2.300**    **Priority creditor's name and mailing address**

As of the petition filing date, the claim is:
Check all that apply.

**Total claim** UNDETERMINED    **Priority amount** UNDETERMINED

POTTAWATTAMIE COUNTY
227 S. 6TH STREET
COUNCIL BLUFFS IA 51501

■ Contingent
■ Unliquidated
■ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

**2.301**    **Priority creditor's name and mailing address**

As of the petition filing date, the claim is:
Check all that apply.

**Total claim** UNDETERMINED    **Priority amount** UNDETERMINED

PRATTVILLE, CITY OF- LIQUOR PURCHASES
PRATTVILLE CITY HALL
101 WEST MAIN STREET
PRATTVILLE AL 36067

■ Contingent
■ Unliquidated
■ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

**2.302**    **Priority creditor's name and mailing address**

As of the petition filing date, the claim is:
Check all that apply.

**Total claim** UNDETERMINED    **Priority amount** UNDETERMINED

PRINCE GEORGE'S COUNTY TREASURY DIVISION
P. O. BOX 17578
BALTIMORE MD 21297-1578

■ Contingent
■ Unliquidated
■ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

| Debtor | **HOA Restaurant Holder, LLC** | | |
|---|---|---|---|
| | Name | | |

Case number (if known)    **25-80095**

| | | Total claim | Priority amount |
|---|---|---|---|

| 2.303 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNDETERMINED | UNDETERMINED |
|---|---|---|---|---|

PRINCE WILLIAM COUNTY
TAX ADMINISTRATION DIVISION
PO BOX 1600
MERRIFIELD VA 22116-1611

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

☑ No
☐ Yes

---

| 2.304 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNDETERMINED | UNDETERMINED |
|---|---|---|---|---|

PRINCE WILLIAM COUNTY- FOOD & BEV-POTOMAC
5 COUNTY COMPLEX COURT
WOODBRIDGE VA 22192

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

☑ No
☐ Yes

---

| 2.305 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNDETERMINED | UNDETERMINED |
|---|---|---|---|---|

PRINCE WILLIAM COUNTY TREASURER
PO BOX 70519
PHILADELPHIA PA 19176-0519

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

☑ No
☐ Yes

---

| 2.306 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNDETERMINED | UNDETERMINED |
|---|---|---|---|---|

PULASKI COUNTY TREASURER
P.O. BOX 8101
LITTLE ROCK AR 72203

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

☑ No
☐ Yes

---

| Debtor | **HOA Restaurant Holder, LLC** | Case number (if known) | **25-80095** |
| --- | --- | --- | --- |
| | Name | | |

| | | Total claim | Priority amount |
| --- | --- | --- | --- |

| 2.307 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>Check all that apply. | $300.00 | $300.00 |
| --- | --- | --- | --- | --- |
| | RAQUAIL PLEDGER<br>ADDRESS ON FILE | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>EMPLOYEE COMPENSATION | | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** | ■ No<br>☐ Yes | | |

| 2.308 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>Check all that apply. | $812.50 | $812.50 |
| --- | --- | --- | --- | --- |
| | REGAN GATICA<br>ADDRESS ON FILE | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>EMPLOYEE COMPENSATION | | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** | ■ No<br>☐ Yes | | |

| 2.309 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>Check all that apply. | $625.00 | $625.00 |
| --- | --- | --- | --- | --- |
| | RICARDO ORTIZ MULER<br>ADDRESS ON FILE | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>EMPLOYEE COMPENSATION | | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** | ■ No<br>☐ Yes | | |

| 2.310 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>Check all that apply. | $928.13 | $928.13 |
| --- | --- | --- | --- | --- |
| | RICHARD ORDAYE<br>ADDRESS ON FILE | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>EMPLOYEE COMPENSATION | | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** | ■ No<br>☐ Yes | | |

| Debtor | **HOA Restaurant Holder, LLC** | Case number (if known) | **25-80095** |
|---|---|---|---|
| | Name | | |

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

| 2.311 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | | |
|---|---|---|---|

UNDETERMINED    UNDETERMINED

RICHLAND COUNTY TREASURER
P.O. BOX 8028
COLUMBIA SC 29202-8028

■ Contingent
■ Unliquidated
■ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

| 2.312 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. |
|---|---|---|

UNDETERMINED    UNDETERMINED

RICHMOND COUNTY TAX COMMISSIONER
535 TELFAIR ST.
ROOM 100
AUGUSTA, GA 30901

■ Contingent
■ Unliquidated
■ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

| 2.313 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. |
|---|---|---|

$171.88    $171.88

ROBERT CRAWFORD
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

| 2.314 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. |
|---|---|---|

$2,500.00    $2,500.00

ROBERT HEADY
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

| Debtor | **HOA Restaurant Holder, LLC** | | Case number (if known) | **25-80095** |
|---|---|---|---|---|
| | Name | | | |

| | | Total claim | Priority amount |
|---|---|---|---|

**2.315** | **Priority creditor's name and mailing address**

ROBERTO RICARDO
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $3,671.88
Priority amount: $3,671.88

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Is the claim subject to offset?**

■ No
☐ Yes

---

**2.316** | **Priority creditor's name and mailing address**

ROBIN THOMPSON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $937.50
Priority amount: $937.50

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Is the claim subject to offset?**

■ No
☐ Yes

---

**2.317** | **Priority creditor's name and mailing address**

ROCKDALE COUNTY TAX COMMISSIONER
PO BOX 1497
CONYERS GA 30012-7597

**As of the petition filing date, the claim is:**
Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Total claim: UNDETERMINED
Priority amount: UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**

■ No
☐ Yes

---

**2.318** | **Priority creditor's name and mailing address**

ROCKFORD, CITY OF- FOOD & BEV
CITY OF ROCKFORD LOCAL TAX COLLECTION DEPT.
425 EAST STATE STREET
ROCKFORD IL 61104

**As of the petition filing date, the claim is:**
Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Total claim: UNDETERMINED
Priority amount: UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**

■ No
☐ Yes

---

| Debtor | **HOA Restaurant Holder, LLC** | | Case number (if known) | **25-80095** |
|---|---|---|---|---|
| | Name | | | |

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

| 2.319 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNDETERMINED | UNDETERMINED |
|---|---|---|---|---|

ROCKHILL, CITY OF- FOOD & BEV
CITY OF ROCK HILL
PO BOX 11706
ROCK HILL SC 29731-1706

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

- ☑ No
- ☐ Yes

---

| 2.320 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,000.00 | $1,000.00 |
|---|---|---|---|---|

RON WOOD
ADDRESS ON FILE

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

- ☑ No
- ☐ Yes

---

| 2.321 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNDETERMINED | UNDETERMINED |
|---|---|---|---|---|

ROSWELL, CITY OF- ALCOHOL
CITY OF ROSWELL, GA
38 HILL STREET
SUITE 130
ROSWELL GA 30075

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

- ☑ No
- ☐ Yes

---

| 2.322 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNDETERMINED | UNDETERMINED |
|---|---|---|---|---|

SALES/USE TAX DIVISION MICHIGAN
DEPARTMENT OF TREASURY
430 WEST ALLEGAN STREET
LANSING MI 48922

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

- ☑ No
- ☐ Yes

---

| Debtor | **HOA Restaurant Holder, LLC** | Case number (if known) | **25-80095** |
|---|---|---|---|
| | Name | | |

| | | | **Total claim** | **Priority amount** |
|---|---|---|---|---|

| 2.323 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2,062.50 | $2,062.50 |
|---|---|---|---|---|

SAM SOHSAWANG
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Date or dates debt was incurred** | **Basis for the claim:** |
|---|---|
| VARIOUS | EMPLOYEE COMPENSATION |
| **Last 4 digits of account number** | **Is the claim subject to offset?** |
| **Specify Code subsection of PRIORITY unsecured claim:** | ☑ No |
| | ☐ Yes |

| 2.324 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $937.50 | $937.50 |
|---|---|---|---|---|

SAMANTHA KUEHNEMUND
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Date or dates debt was incurred** | **Basis for the claim:** |
|---|---|
| VARIOUS | EMPLOYEE COMPENSATION |
| **Last 4 digits of account number** | **Is the claim subject to offset?** |
| **Specify Code subsection of PRIORITY unsecured claim:** | ☑ No |
| | ☐ Yes |

| 2.325 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNDETERMINED | UNDETERMINED |
|---|---|---|---|---|

SANGAMON COUNTY RE
P O BOX 19400
SPRINGFIELD IL 62794-9400

☑ Contingent
☑ Unliquidated
☑ Disputed

| **Date or dates debt was incurred** | **Basis for the claim:** |
|---|---|
| VARIOUS | POTENTIAL TAX LIABILITY |
| **Last 4 digits of account number** | **Is the claim subject to offset?** |
| **Specify Code subsection of PRIORITY unsecured claim:** | ☑ No |
| | ☐ Yes |

| 2.326 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $3,562.50 | $3,562.50 |
|---|---|---|---|---|

SARAH WHITE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Date or dates debt was incurred** | **Basis for the claim:** |
|---|---|
| VARIOUS | EMPLOYEE COMPENSATION |
| **Last 4 digits of account number** | **Is the claim subject to offset?** |
| **Specify Code subsection of PRIORITY unsecured claim:** | ☑ No |
| | ☐ Yes |

| Debtor | **HOA Restaurant Holder, LLC** | Case number (if known) | **25-80095** |
| | Name | | |

|  |  | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

**2.327**   **Priority creditor's name and mailing address**

SARPY COUNTY TREASURER
1102 EAST 1ST ST
PAPILLION NE 68046-2842

**As of the petition filing date, the claim is:**
Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

Total claim: UNDETERMINED    Priority amount: UNDETERMINED

---

**2.328**   **Priority creditor's name and mailing address**

SCOTT COUNTY TREASURER
600 WEST 4TH STREET
DAVENPORT IA 52801-1003

**As of the petition filing date, the claim is:**
Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

Total claim: UNDETERMINED    Priority amount: UNDETERMINED

---

**2.329**   **Priority creditor's name and mailing address**

SEBASTIAN COUNTY TAX COLLECTOR
PO BOX 1358
FORT SMITH AR 72902-1358

**As of the petition filing date, the claim is:**
Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

Total claim: UNDETERMINED    Priority amount: UNDETERMINED

---

**2.330**   **Priority creditor's name and mailing address**

SEIJI INUKAI-SMITH
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

Total claim: $1,120.00    Priority amount: $1,120.00

---

| Debtor | **HOA Restaurant Holder, LLC** | Case number (if known) | **25-80095** |
|--------|-------------------------------|------------------------|--------------|
| | Name | | |

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.331** Priority creditor's name and mailing address

SEMINOLE COUNTY TAX COLLECTOR
PO BOX 630
SANFORD FL 32772-0630

As of the petition filing date, the claim is:
Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Total claim:** UNDETERMINED   **Priority amount:** UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**
■ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**

---

**2.332** Priority creditor's name and mailing address

SERGEI DEMCHENKO
ADDRESS ON FILE

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim:** $625.00   **Priority amount:** $625.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
■ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**

---

**2.333** Priority creditor's name and mailing address

SETHRA STEELE
ADDRESS ON FILE

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim:** $4,453.13   **Priority amount:** $4,453.13

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
■ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**

---

**2.334** Priority creditor's name and mailing address

SHAINA KLINGBEIL
ADDRESS ON FILE

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim:** $3,007.81   **Priority amount:** $3,007.81

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
■ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**

---

| Debtor | **HOA Restaurant Holder, LLC** | Case number (if known) | **25-80095** |
|---|---|---|---|
| | Name | | |

|  | | **Total claim** | **Priority amount** |
|---|---|---|---|

| 2.335 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $928.13 | $928.13 |
|---|---|---|---|---|
| | SHAWN RANGEL ADDRESS ON FILE | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** EMPLOYEE COMPENSATION | | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** | ■ No ☐ Yes | | |

| 2.336 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNDETERMINED | UNDETERMINED |
|---|---|---|---|---|
| | SHAWNEE COUNTY TREASURER 200 S.E. 7TH SUITE 101 TOPEKA KS 66603-3959 | ■ Contingent ■ Unliquidated ■ Disputed | | |
| | **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** POTENTIAL TAX LIABILITY | | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** | ■ No ☐ Yes | | |

| 2.337 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNDETERMINED | UNDETERMINED |
|---|---|---|---|---|
| | SHELBY COUNTY PROPERTY TAX COMMISSIONER P.O. BOX 1269 COLUMBIANA AL 35051 | ■ Contingent ■ Unliquidated ■ Disputed | | |
| | **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** POTENTIAL TAX LIABILITY | | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** | ■ No ☐ Yes | | |

| 2.338 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNDETERMINED | UNDETERMINED |
|---|---|---|---|---|
| | SOUTH CAROLINA DEPARTMENT OF REVENUE SC DEPARTMENT OF REVENUE IIT VOUCHER PO BOX 100123 COLUMBIA SC 29202 | ■ Contingent ■ Unliquidated ■ Disputed | | |
| | **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** POTENTIAL TAX LIABILITY | | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** | ■ No ☐ Yes | | |

| Debtor | **HOA Restaurant Holder, LLC** | | |
|---|---|---|---|
| | Name | | |

Case number (if known)  **25-80095**

| | | Total claim | Priority amount |
|---|---|---|---|

| 2.339 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNDETERMINED | UNDETERMINED |
|---|---|---|---|---|

SOUTH CAROLINA DEPARTMENT OF REVENUE
SOUTH CAROLINA DEPARTMENT OF REVENUE
P.O. BOX 125
COLUMBIA SC 29214

■ Contingent
■ Unliquidated
■ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

| 2.340 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNDETERMINED | UNDETERMINED |
|---|---|---|---|---|

SOUTH CAROLINA- LIQUOR
SOUTH CAROLINA DEPARTMENT OF REVENUE
P.O. BOX 125
COLUMBIA SC 29214

■ Contingent
■ Unliquidated
■ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

| 2.341 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNDETERMINED | UNDETERMINED |
|---|---|---|---|---|

SPOTSYLVANIA COUNTY- MEAL TAX
9104 COURTHOUSE ROAD
SPOTSYLVANIA VA 22553

■ Contingent
■ Unliquidated
■ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

| 2.342 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNDETERMINED | UNDETERMINED |
|---|---|---|---|---|

ST. CHARLES COUNTY COLLECTOR
201 N. SECOND STREET
ROOM 134
ST. CHARLES MO 63301-2889

■ Contingent
■ Unliquidated
■ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

| Debtor | **HOA Restaurant Holder, LLC** | | |
|---|---|---|---|
| | Name | | |

Case number (if known) **25-80095**

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.343** | **Priority creditor's name and mailing address**

ST. LOUIS COUNTY
P.O. BOX 16955
ST LOUIS MO 63105-1355

**As of the petition filing date, the claim is:**
Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Total claim: UNDETERMINED    Priority amount: UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**

■ No
☐ Yes

---

**2.344** | **Priority creditor's name and mailing address**

ST. LOUIS COUNTY COLLECTOR OF REVENUE
41 S. CENTRAL AVE.
ST. LOUIS MO 63105

**As of the petition filing date, the claim is:**
Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Total claim: UNDETERMINED    Priority amount: UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**

■ No
☐ Yes

---

**2.345** | **Priority creditor's name and mailing address**

ST. LOUIS, CITY OF- RESTAURANT GROSS
LICENSE COLLECTOR
PO BOX 78158
SAINT LOUIS MO 63178-8158

**As of the petition filing date, the claim is:**
Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Total claim: UNDETERMINED    Priority amount: UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**

■ No
☐ Yes

---

**2.346** | **Priority creditor's name and mailing address**

STATE OF FLORIDA
FLORIDA DEPARTMENT OF REVENUE
5050 WEST TENNESSEE ST.
TALLAHASSEE FL 32399-0100

**As of the petition filing date, the claim is:**
Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Total claim: UNDETERMINED    Priority amount: UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**

■ No
☐ Yes

---

| Debtor | **HOA Restaurant Holder, LLC** | Case number (if known) | **25-80095** |
| | Name | | |

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.347** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:**
Check all that apply.

| | | UNDETERMINED | UNDETERMINED |

STATE OF GEORGIA
SALES AND USE TAX
P.O. BOX 105296
ATLANTA GA 30374-0390

■ Contingent
■ Unliquidated
■ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

**2.348** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:**
Check all that apply.

| | | UNDETERMINED | UNDETERMINED |

STATE OF ILLINOIS DEPARTMENT OF REVENUE RETAILERS
DEPARTMENT OF REVENUE RETAILERS' TAX
WILLARD ICE BUILDING
101 W JEFFERSON ST
SPRINGFIELD IL 62702

■ Contingent
■ Unliquidated
■ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

**2.349** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:**
Check all that apply.

| | | UNDETERMINED | UNDETERMINED |

STATE OF KENTUCKY
REVENUE CABINET
501 HIGH ST
FRANKFORT KY 40601

■ Contingent
■ Unliquidated
■ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

**2.350** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:**
Check all that apply.

| | | UNDETERMINED | UNDETERMINED |

STATE OF MARYLAND
TAX ADMINISTRATION REMITTANCE
PROCESSING CTR.
110 CARROLL STREET
ANNAPOLIS MD 21411-0001

■ Contingent
■ Unliquidated
■ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

| Debtor | **HOA Restaurant Holder, LLC** | Case number (if known) | **25-80095** |
|---|---|---|---|
| | Name | | |

| | | Total claim | Priority amount |
|---|---|---|---|

**2.351** | **Priority creditor's name and mailing address**

STRARLETTE BLANSHAN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $637.50
Priority amount: $637.50

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

**2.352** | **Priority creditor's name and mailing address**

TAIREEK MORRIS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $662.50
Priority amount: $662.50

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

**2.353** | **Priority creditor's name and mailing address**

TALIAH CASTILLO
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $625.00
Priority amount: $625.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

**2.354** | **Priority creditor's name and mailing address**

TAYLOR CITY TREASURER
PO BOX 335
TAYLOR MI 48180-0335

**As of the petition filing date, the claim is:**
Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Total claim: UNDETERMINED
Priority amount: UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

| Debtor | **HOA Restaurant Holder, LLC** | | | |
|---|---|---|---|---|
| | Name | Case number (if known) | **25-80095** | |

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

| 2.355 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>Check all that apply. | $3,312.50 | $3,312.50 |
|---|---|---|---|---|

TERRY GOODMAN
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Date or dates debt was incurred** | **Basis for the claim:** |
|---|---|
| VARIOUS | EMPLOYEE COMPENSATION |
| **Last 4 digits of account number** | **Is the claim subject to offset?** |
| | ☑ No |
| **Specify Code subsection of PRIORITY unsecured claim:** | ☐ Yes |

| 2.356 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>Check all that apply. | UNDETERMINED | UNDETERMINED |
|---|---|---|---|---|

TEXAS-MIXED BEVERAGE GROSS RECEIPTS
TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
111 E 17TH ST
AUSTIN TX 78774-0100

☑ Contingent
☑ Unliquidated
☑ Disputed

| **Date or dates debt was incurred** | **Basis for the claim:** |
|---|---|
| VARIOUS | POTENTIAL TAX LIABILITY |
| **Last 4 digits of account number** | **Is the claim subject to offset?** |
| | ☑ No |
| **Specify Code subsection of PRIORITY unsecured claim:** | ☐ Yes |

| 2.357 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>Check all that apply. | UNDETERMINED | UNDETERMINED |
|---|---|---|---|---|

TEXAS-MIXED BEVERAGE SALES TAX
TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
111 E 17TH ST
AUSTIN TX 78774-0100

☑ Contingent
☑ Unliquidated
☑ Disputed

| **Date or dates debt was incurred** | **Basis for the claim:** |
|---|---|
| VARIOUS | POTENTIAL TAX LIABILITY |
| **Last 4 digits of account number** | **Is the claim subject to offset?** |
| | ☑ No |
| **Specify Code subsection of PRIORITY unsecured claim:** | ☐ Yes |

| 2.358 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>Check all that apply. | UNDETERMINED | UNDETERMINED |
|---|---|---|---|---|

TEXAS-SALES
TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
111 E 17TH ST
AUSTIN TX 78774-0100

☑ Contingent
☑ Unliquidated
☑ Disputed

| **Date or dates debt was incurred** | **Basis for the claim:** |
|---|---|
| VARIOUS | POTENTIAL TAX LIABILITY |
| **Last 4 digits of account number** | **Is the claim subject to offset?** |
| | ☑ No |
| **Specify Code subsection of PRIORITY unsecured claim:** | ☐ Yes |

| Debtor | **HOA Restaurant Holder, LLC** | Case number (if known) | **25-80095** |
| --- | --- | --- | --- |
| | Name | | |

| | | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.359** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $200.00 | $200.00

THOMAS ORSCHEK
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

**2.360** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $3,750.00 | $3,750.00

TIFFANIE GARNER
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

**2.361** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2,500.00 | $2,500.00

TIMOTHY BREEN
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

**2.362** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $625.00 | $625.00

TIMOTHY HOKE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

| Debtor | **HOA Restaurant Holder, LLC** | | |
|---|---|---|---|
| | Name | | |

Case number (if known) **25-80095**

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

| 2.363 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $828.13 | $828.13 |
|---|---|---|---|---|

TREVOR LUNKWITZ
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

☒ No
☐ Yes

---

| 2.364 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNDETERMINED | UNDETERMINED |
|---|---|---|---|---|

TULSA COUNTY TREASURER
218 W. 6TTH ST., 8TH FL
TULSA OK 74119-1004

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

☒ No
☐ Yes

---

| 2.365 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNDETERMINED | UNDETERMINED |
|---|---|---|---|---|

TULSA COUNTY TREASURER
PO BOX 21017
TULSA OK 74121-1017

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

☒ No
☐ Yes

---

| 2.366 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNDETERMINED | UNDETERMINED |
|---|---|---|---|---|

TUSCALOOSA COUNTY TAX COLLECTOR
714 GREENSBORO AVENUE
ROOM 124
TUSCALOOSA AL 35401-1891

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

☒ No
☐ Yes

---

| Debtor | **HOA Restaurant Holder, LLC** | | Case number (if known) | **25-80095** |
|---|---|---|---|---|
| | Name | | | |

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

| 2.367 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | | |
|---|---|---|---|---|

| | | **Total claim** | **Priority amount** |
|---|---|---|---|
| | | UNDETERMINED | UNDETERMINED |

TUSCALOOSA, CITY OF- LIQUOR
TUSCALOOSA, CITY OF REVENUE DEPT.
PO BOX 2089
TUSCALOOSA AL 35403

■ Contingent
■ Unliquidated
■ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**
■ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**

---

| 2.368 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $3,250.00 | $3,250.00 |
|---|---|---|---|---|

TYLER GOETZ
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**
■ No
☐ Yes

---

| 2.369 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $890.63 | $890.63 |
|---|---|---|---|---|

VALENCIA SEEDEN
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**
■ No
☐ Yes

---

| 2.370 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $650.00 | $650.00 |
|---|---|---|---|---|

VINCENT TURCHIANO
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**
■ No
☐ Yes

| Debtor | **HOA Restaurant Holder, LLC** | | |
|---|---|---|---|
| | Name | | |

| | | Case number (if known) | **25-80095** |
|---|---|---|---|

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.371** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply.

VIRGINIA DEPARTMENT OF REVENUE
VIRGINIA DEPARTMENT OF TAXATION
PO BOX 1500
RICHMOND VA 23218-1500

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

- ■ No
- ☐ Yes

---

**2.372** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply.

VIRGINIA DEPARTMENT OF TAXATION
DEPARTMENT OF TAXATION
P.O. BOX 1103
RICHMOND VA 23218-1103

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

- ■ No
- ☐ Yes

---

**2.373** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply.

VIRGINIA LITTER TAX
DEPARTMENT OF TAXATION
P.O. BOX 1103
RICHMOND VA 23218-1103

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

- ■ No
- ☐ Yes

---

**2.374** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply.

VOLUSIA COUNTY TAX COLLECTOR
123 W INDIANA AVENUE
ROOM 103
DELAND FL 32720

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

- ■ No
- ☐ Yes

---

| Debtor | **HOA Restaurant Holder, LLC** | Case number (if known) | **25-80095** |
|---|---|---|---|
| | Name | | |

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

| 2.375 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>Check all that apply. | UNDETERMINED | UNDETERMINED |
|---|---|---|---|---|
| | WAKE COUNTY- FOOD & BEV<br>WAKE COUNTY TAX ADMINISTRATION<br>PREPARED FOOD & BEVERAGE DIVISION<br>P.O. BOX 2719<br>RALEIGH NC 27602-2719 | ■ Contingent<br>■ Unliquidated<br>■ Disputed | | |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>POTENTIAL TAX LIABILITY | | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** | ■ No<br>☐ Yes | | |

| 2.376 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>Check all that apply. | UNDETERMINED | UNDETERMINED |
|---|---|---|---|---|
| | WAKE COUNTY TAX ADMINISTRATION<br>P.O. BOX 580084<br>CHARLOTTE NC 28258-0084 | ■ Contingent<br>■ Unliquidated<br>■ Disputed | | |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>POTENTIAL TAX LIABILITY | | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** | ■ No<br>☐ Yes | | |

| 2.377 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>Check all that apply. | $859.38 | $859.38 |
|---|---|---|---|---|
| | WILLIAM CRISMAN<br>ADDRESS ON FILE | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>EMPLOYEE COMPENSATION | | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** | ■ No<br>☐ Yes | | |

| 2.378 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>Check all that apply. | $437.50 | $437.50 |
|---|---|---|---|---|
| | WILLIAM HUTCHINS<br>ADDRESS ON FILE | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>EMPLOYEE COMPENSATION | | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** | ■ No<br>☐ Yes | | |

| Debtor | **HOA Restaurant Holder, LLC** | Case number (if known) | **25-80095** |
|---|---|---|---|
| | Name | | |

| | | Total claim | Priority amount |
|---|---|---|---|

**2.379** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $828.13 | $828.13

WILLIAM SUGGS
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** EMPLOYEE COMPENSATION |
| **Last 4 digits of account number** | **Is the claim subject to offset?** |
| **Specify Code subsection of PRIORITY unsecured claim:** | ■ No  ☐ Yes |

---

**2.380** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $3,750.00 | $3,750.00

WILTON JENKINS
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** EMPLOYEE COMPENSATION |
| **Last 4 digits of account number** | **Is the claim subject to offset?** |
| **Specify Code subsection of PRIORITY unsecured claim:** | ■ No  ☐ Yes |

---

**2.381** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNDETERMINED | UNDETERMINED

WINNEBAGO COUNTY TREASURER
PO BOX 1216
ROCKFORD IL 61105-1216

■ Contingent
■ Unliquidated
■ Disputed

| **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** POTENTIAL TAX LIABILITY |
| **Last 4 digits of account number** | **Is the claim subject to offset?** |
| **Specify Code subsection of PRIORITY unsecured claim:** | ■ No  ☐ Yes |

---

**2.382** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNDETERMINED | UNDETERMINED

WISCONSIN DEPARTMENT OF REVENUE
WISCONSIN DEPARTMENT OF REVENUE
P.O. BOX 93389
MILWAUKEE WI 53293-0389

■ Contingent
■ Unliquidated
■ Disputed

| **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** POTENTIAL TAX LIABILITY |
| **Last 4 digits of account number** | **Is the claim subject to offset?** |
| **Specify Code subsection of PRIORITY unsecured claim:** | ■ No  ☐ Yes |

---

| Debtor | **HOA Restaurant Holder, LLC** | Case number (if known) | **25-80095** |
|---|---|---|---|
| | Name | | |

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.383**

| **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNDETERMINED | UNDETERMINED |
|---|---|---|---|

YORK COUNTY TREASURER
PO BOX 116
YORK SC 29745

■ Contingent

■ Unliquidated

■ Disputed

| **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** POTENTIAL TAX LIABILITY |
|---|---|

| **Last 4 digits of account number** | **Is the claim subject to offset?** |
|---|---|

**Specify Code subsection of PRIORITY unsecured claim:**

■ No

☐ Yes

---

**2.384**

| **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $825.00 | $825.00 |
|---|---|---|---|

ZUBAIR SHAHID
ADDRESS ON FILE

☐ Contingent

☐ Unliquidated

☐ Disputed

| **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** EMPLOYEE COMPENSATION |
|---|---|

| **Last 4 digits of account number** | **Is the claim subject to offset?** |
|---|---|

**Specify Code subsection of PRIORITY unsecured claim:**

■ No

☐ Yes

| Debtor | **HOA Restaurant Holder, LLC** | Case number (if known) | **25-80095** |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$56,265.00** |
|---|---|---|---|

13131 SAN PEDRO LLC
2501 SOUTH OCEAN DRIV - APT 911
HOLLYWOOD FL 33019

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$20,600.56** |
|---|---|---|---|

2109 SW 74TH STREET LLC
22730 CHEROKEE ROSE PL
LAND O LAKES FL 34639

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$14,171.00** |
|---|---|---|---|

4400 BASS PRO DRIVE LLC
ONE MEADOWLANDS PLAZA
SUITE 803
EAST RUTHERFORD NJ 07073

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$121,520.00** |
|---|---|---|---|

463 WESTERN BLVD LLC
C O MORRIS RUSSELL EAGLE & WORLEY PLLC
2235 GATEWAY ACCESS POINT, STE 201
RALEIGH NC 27607

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **UNDETERMINED** |
|---|---|---|---|

463 WESTERN BLVD LLC
NICHOLLS & CRAMPTON, P.A.
W. SIDNEY ALDRIDGE
PO BOX 1823
RALEIGH NC 27619

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>LITIGATION</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| Debtor | **HOA Restaurant Holder, LLC** | Case number (if known) | **25-80095** |
|---|---|---|---|
| | Name | | |

| | | | **Amount of claim** |
|---|---|---|---|
| 3.6 | **Nonpriority creditor's name and mailing address**<br><br>83/77 PROPERTIES LTD<br>900 E LAKEVIEW DR<br>MCALLEN TX 78501 | **As of the petition filing date, the claim is:** Check all that apply<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,016.60** |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:** <u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | |
| 3.7 | **Nonpriority creditor's name and mailing address**<br><br>860 DULUTH HIGHWAY GA LLC<br>1600 NW 165TH ST<br>MIAMI GARDENS FL 33169 | **As of the petition filing date, the claim is:** Check all that apply<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$15,813.60** |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:** <u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | |
| 3.8 | **Nonpriority creditor's name and mailing address**<br><br>A & A PRODUCE COMPANY LLC<br>4726 NORTHGATE BLVD.<br>MYRTLE BEACH SC 29577 | **As of the petition filing date, the claim is:** Check all that apply<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **UNDETERMINED** |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:** <u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | |
| 3.9 | **Nonpriority creditor's name and mailing address**<br><br>A B CLEAN<br>PO BOX 14037<br>SPRINGFIELD MO 65814 | **As of the petition filing date, the claim is:** Check all that apply<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$60.00** |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:** <u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | |
| 3.10 | **Nonpriority creditor's name and mailing address**<br><br>A CLEAR VIEW WINDOW CLEANING<br>PO BOX 502<br>NEW FREEDOM PA 17349 | **As of the petition filing date, the claim is:** Check all that apply<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$415.52** |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:** <u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | |

| Debtor | **HOA Restaurant Holder, LLC** | Case number (if known) | **25-80095** |
|---|---|---|---|
| | Name | | |

| | | **Amount of claim** |
|---|---|---|

| 3.11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$6,748.68** |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

A HEAD FOR PROFITS LLC
909 DIVISION ST, STE 100
NASHVILLE TN 37203

**Date(s) debt was incurred** <u>VARIOUS</u>     **Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**     **Is the claim subject to offset?** ■ No ☐ Yes

| 3.12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$1,736.00** |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

A LOT A CLEAN INC
PO BOX 284
LEE'S SUMMIT MO 64063

**Date(s) debt was incurred** <u>VARIOUS</u>     **Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**     **Is the claim subject to offset?** ■ No ☐ Yes

| 3.13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$432.71** |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

A&A RENTAL
6416 RICHMOND HWY
ALEXANDRIA VA 22306

**Date(s) debt was incurred** <u>VARIOUS</u>     **Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**     **Is the claim subject to offset?** ■ No ☐ Yes

| 3.14 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$5,995.00** |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

A&H MECHANICAL CONTRACTING INC
PO BOX 38
COLLINSVILLE IL 62234

**Date(s) debt was incurred** <u>VARIOUS</u>     **Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**     **Is the claim subject to offset?** ■ No ☐ Yes

| 3.15 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$499.69** |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

A1 FIRE PROTECTION SERVICE INC
7181 MAYGAN DR
OLIVE BRANCH MS 38654

**Date(s) debt was incurred** <u>VARIOUS</u>     **Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**     **Is the claim subject to offset?** ■ No ☐ Yes

| Debtor | **HOA Restaurant Holder, LLC** | Case number (if known) | **25-80095** |
|---|---|---|---|
| | Name | | |

| | | **Amount of claim** |
|---|---|---|

**3.16** Nonpriority creditor's name and mailing address

A2 STRATEGIES
PO BOX 8258
TURNERSVILLE NJ 08012

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

As of the petition filing date, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** <u>TRADE</u>

Is the claim subject to offset? ■ No ☐ Yes

$7,770.36

---

**3.17** Nonpriority creditor's name and mailing address

ACCENTURE LLP
1255 TREAT BLVD SUITE 250
WALNUT CREEK CA 94597

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

As of the petition filing date, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** <u>TRADE</u>

Is the claim subject to offset? ■ No ☐ Yes

$5,619.90

---

**3.18** Nonpriority creditor's name and mailing address

ACCESS INFORMATION HOLDINGS LLC
PO BOX 101048
ATLANTA GA 30392-1048

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

As of the petition filing date, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** <u>TRADE</u>

Is the claim subject to offset? ■ No ☐ Yes

$7,866.01

---

**3.19** Nonpriority creditor's name and mailing address

ACE OUTDOOR SERVICES LLC
5249 MILLER ROAD
FLINT MI 48507

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

As of the petition filing date, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** <u>TRADE</u>

Is the claim subject to offset? ■ No ☐ Yes

$349.12

---

**3.20** Nonpriority creditor's name and mailing address

AFFORDABLE LOCK & SECURITY SOLUTIONS
PO BOX 31261
TAMPA FL 33631

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

As of the petition filing date, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** <u>TRADE</u>

Is the claim subject to offset? ■ No ☐ Yes

$196.00

---

| Debtor | **HOA Restaurant Holder, LLC** | Case number (if known) | **25-80095** |
|---|---|---|---|
| | Name | | |

| | | **Amount of claim** |
|---|---|---|

| 3.21 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$280.00** |
|---|---|---|---|

AGENT CLEAN
503 E NIFONG BLVD, STE 258
COLUMBIA MO 65201

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No  ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$5,990.00** |
|---|---|---|---|

AGUSTIN RAMIREZ CLEANING SERVICE
2515 N E EXPRESSWAY G 1
ATLANTA GA 30345

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No  ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$7,633.85** |
|---|---|---|---|

AIRCO SERVICE INC
4444 S 91ST E AVE
TULSA OK 74145

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No  ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$106.76** |
|---|---|---|---|

AIRE MASTER OF CENTRAL MISSOURI
PO BOX 562
SULLIVAN MO 63080

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No  ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$315.00** |
|---|---|---|---|

AIRE MASTER OF NORTH ST LOUIS
10223 LAKE RIDGE DR
HILLSBORO MO 63050

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No  ☐ Yes

---

| Debtor | **HOA Restaurant Holder, LLC** | Case number (if known) | **25-80095** |
|---|---|---|---|
| | Name | | |

| | | | Amount of claim |
|---|---|---|---|

**3.26** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$511.81**

☐ Contingent
☐ Unliquidated
☐ Disputed

AIRGAS USA LLC
PO BOX 532609
ATLANTA GA 30353-2609

**Date(s) debt was incurred** <u>VARIOUS</u>        **Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**        **Is the claim subject to offset?** ■ No ☐ Yes

---

**3.27** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$5,715.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

AL CLEAN UP
7744 GARNETT ST
LENEXA KS 66214

**Date(s) debt was incurred** <u>VARIOUS</u>        **Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**        **Is the claim subject to offset?** ■ No ☐ Yes

---

**3.28** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$25,833.34**

☐ Contingent
☐ Unliquidated
☐ Disputed

AL NF CRAIN LIMITED LIABILITY CO
1665 WASHINTON AVENUE
4TH FLOOR
MIAMI BEACH FL 33139

**Date(s) debt was incurred** <u>VARIOUS</u>        **Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**        **Is the claim subject to offset?** ■ No ☐ Yes

---

**3.29** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$74.85**

☐ Contingent
☐ Unliquidated
☐ Disputed

ALCO PRODUCTS
2480 SOUTHGATE BOULEVARD
MURFREESBORO TN 37128

**Date(s) debt was incurred** <u>VARIOUS</u>        **Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**        **Is the claim subject to offset?** ■ No ☐ Yes

---

**3.30** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$600.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

ALEX AUTHER JR
ADDRESS ON FILE

**Date(s) debt was incurred** <u>VARIOUS</u>        **Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**        **Is the claim subject to offset?** ■ No ☐ Yes

---

| Debtor | **HOA Restaurant Holder, LLC** | Case number (if known) | **25-80095** |
|---|---|---|---|
| | Name | | |

| | | **Amount of claim** |
|---|---|---|

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | $275.00 |
|---|---|---|---|

ALEX MICHAEL LANDSCAPING LLC
2521 SE 60T ST
OCALA FL 34480

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>     **Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**     Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | $417.90 |
|---|---|---|---|

ALEXANDER SMITH
ADDRESS ON FILE

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>     **Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**     Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | $17,022.16 |
|---|---|---|---|

ALI SAFAI
ADDRESS ON FILE

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>     **Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**     Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | $1,135.00 |
|---|---|---|---|

ALL ABOUT LAWNS LLC
22211 HARRISON ST.
GRETNA NE 68028

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>     **Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**     Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | $700.00 |
|---|---|---|---|

ALL LOVE LANDSCAPING
3755 BENNETT TRAIL
SPRINGS GA 30122

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>     **Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**     Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **HOA Restaurant Holder, LLC** | Case number (if known) | **25-80095** |
|---|---|---|---|
| | Name | | |

| | | **Amount of claim** |
|---|---|---|
| 3.36 | **Nonpriority creditor's name and mailing address** | $2,045.00 |

**As of the petition filing date, the claim is:** Check all that apply

AM/PM DOOR SERVICE INC
273 GLENWOOD DR.
LAKELAND FL 33805

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.37 | **Nonpriority creditor's name and mailing address** | $560.00 |

**As of the petition filing date, the claim is:** Check all that apply

AMANA MAINTENANCE SERVICE
1321 8TH ST
PLEASANT GROVE AL 32127

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.38 | **Nonpriority creditor's name and mailing address** | **UNDETERMINED** |

**As of the petition filing date, the claim is:** Check all that apply

AMBER BELL
ADDRESS ON FILE

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>LITIGATION</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.39 | **Nonpriority creditor's name and mailing address** | $1,306.25 |

**As of the petition filing date, the claim is:** Check all that apply

AMERICAN GRASS CLIPPERS LLC
6885 W STATE HIGHWAY BB
WILLARD MO 65781

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.40 | **Nonpriority creditor's name and mailing address** | $7,337.77 |

**As of the petition filing date, the claim is:** Check all that apply

AMERICAN SERVICES (USE ASE421)
4212 SHORELINE DR
EARTH CITY MO 63045

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| Debtor | **HOA Restaurant Holder, LLC** | Case number (if known) | **25-80095** |
|---|---|---|---|
| | Name | | |

| | | | **Amount of claim** |
|---|---|---|---|

| 3.41 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$2,783.00** |
|---|---|---|---|

AMF BOWLINGS CENTERS
PO BOX 935975
ATLANTA GA 31193-5975

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>        **Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**        **Is the claim subject to offset?** ■ No ☐ Yes

| 3.42 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$125.00** |
|---|---|---|---|

ANASTAIA BROWN
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>        **Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**        **Is the claim subject to offset?** ■ No ☐ Yes

| 3.43 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$395.00** |
|---|---|---|---|

ANCHOR BAY SERVICES LLC
48051 BOOK CT
CHESTERFIELD MI 48047

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>        **Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**        **Is the claim subject to offset?** ■ No ☐ Yes

| 3.44 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$2,441.68** |
|---|---|---|---|

ANDERSON RESTAURANT EQUIPMENT SVC
PO BOX 13853
ANDRSON SC 29624

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>        **Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**        **Is the claim subject to offset?** ■ No ☐ Yes

| 3.45 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$59,733.04** |
|---|---|---|---|

ANDREW LI REALTY LLC
PO BOX 5118
PHILLIPSBURG NJ 08865

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>        **Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**        **Is the claim subject to offset?** ■ No ☐ Yes

| Debtor | **HOA Restaurant Holder, LLC** | Case number (if known) | **25-80095** |
|---|---|---|---|
| | Name | | |

| | | | **Amount of claim** |
|---|---|---|---|
| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | **$43,045.98** |

AO OF FLORIDA LLC
11201 USA PKWY
SUITE 300
FISHERS IN 46037

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>    Basis for the claim:<u>TRADE</u>

**Last 4 digits of account number**    **Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | **$205,333.30** |
|---|---|---|---|

APOLLO PROPERTY MANAGEMENT LLC
1521 N GLENVILLE DR
RICHARDSON TX 75085

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>    Basis for the claim:<u>TRADE</u>

**Last 4 digits of account number**    **Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | **$129,375.00** |
|---|---|---|---|

ARBII LLC
1207 SW 52ND TERRACE
CAPE CORAL FL 33914

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>    Basis for the claim:<u>TRADE</u>

**Last 4 digits of account number**    **Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | **$192,500.00** |
|---|---|---|---|

ARISTOTLE INVESTMENTS INC
C/O KAUFMAN, ROSSIN & CO
ATT: S DEMAR 2699 S.
MIAMI FL 33133

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>    Basis for the claim:<u>TRADE</u>

**Last 4 digits of account number**    **Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | **UNDETERMINED** |
|---|---|---|---|

ARISTOTLE INVESTMENTS, INC.
MCAFEE & TAFT
CURTIS J. THOMAS; KATHERINE M. CROWLEY
8TH FLOOR, TWO LEADERSHIP SQUARE
211 NORTH ROBINSON
OKLAHOMA CITY OK 73102-7103

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>    Basis for the claim:<u>LITIGATION</u>

**Last 4 digits of account number**    **Is the claim subject to offset?** ■ No ☐ Yes

| Debtor | **HOA Restaurant Holder, LLC** | Case number (if known) | **25-80095** |
|---|---|---|---|
| | Name | | |

| | | | **Amount of claim** |
|---|---|---|---|

**3.51** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$741.57** |

ARMORED TRANSPORT SERVICE INC
2117 SOUTH 88TH STREET
FORT SMITH AR 72903

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

**3.52** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$150.00** |

AROUND THE CLOCK LOCKSMITH
5901 BARK IN
HOOVER AL 35244

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

**3.53** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$197,500.00** |

ARTHUR J GALLAGHER RISK MANAGEMENT SERVICES INC
PO BOX 532143
ATLANTA GA 30353

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

**3.54** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$115.92** |

ASHANTI LEAK
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

**3.55** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$23,866.57** |

AT&T
PO BOX 5019
CAROL STREAM IL 60197-5019

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| Debtor | **HOA Restaurant Holder, LLC** | Case number (if known) | **25-80095** |
|---|---|---|---|
| | Name | | |

| | | | **Amount of claim** |
|---|---|---|---|

**3.56** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$1,413.80**

ATECH INCORPORATED
PO BOX 24601
NASHVILLE TN 37202

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>          **Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**          **Is the claim subject to offset?** ■ No ☐ Yes

---

**3.57** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$900.00**

ATLANTA FALSE ALARM REDUCTION PROGRAM
PO BOX 936104
ATLANTA GA 31193-6104

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>          **Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**          **Is the claim subject to offset?** ■ No ☐ Yes

---

**3.58** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$3,637.00**

ATLANTA FIRE PROTECTION SERVICE LLC
2747 ROSEBUD CT
HAMPTON GA 30228

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>          **Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**          **Is the claim subject to offset?** ■ No ☐ Yes

---

**3.59** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$30,035.00**

ATMOSPHERE
98 SAN JACINTO BLVD
STE 160
AUSTIN TX 78701

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>          **Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**          **Is the claim subject to offset?** ■ No ☐ Yes

---

**3.60** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$14,225.00**

ATS REALTY LLC
1044 JOVETT CR DRIVE
LEXINGTON KY 40509

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>          **Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**          **Is the claim subject to offset?** ■ No ☐ Yes

---

| Debtor | **HOA Restaurant Holder, LLC** | Case number (if known) | **25-80095** |
|---|---|---|---|
| | Name | | |

| | | | **Amount of claim** |
|---|---|---|---|

| 3.61 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $229,765.20 |
|---|---|---|---|
| | | ☐ Contingent | |
| | ATTN: DAVID I. SPECTO; ADAM K. HODGES<br>777 SOUTH FLAGLER DRIVE, STE 1900<br>WEST PALM BEACH FL 33401 | ☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:**<u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | |

| 3.62 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $14,550.00 |
|---|---|---|---|
| | | ☐ Contingent | |
| | AUDACY<br>PO BOX 74093<br>CLEVELAND OH 44194 | ☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:**<u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | |

| 3.63 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $21,471.19 |
|---|---|---|---|
| | | ☐ Contingent | |
| | AUGUSTA NATIONAL PROPERTY LLC<br>1605 W FAIRBANKS AVE<br>WINTER PARK FL 32789 | ☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:**<u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | |

| 3.64 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $3,240.08 |
|---|---|---|---|
| | | ☐ Contingent | |
| | AUTOMATIC FIRE CONTROL INC<br>1708 S.E. 22ND ST.<br>OKLAHOMA CITY OK 73129 | ☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:**<u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | |

| 3.65 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $255.95 |
|---|---|---|---|
| | | ☐ Contingent | |
| | AUTOMATIC FIRE SYSTEMS OF AUGUSTA<br>3326 MIKE PADGE H HWY<br>AUGUSTA GA 30906 | ☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:**<u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | |

| Debtor | **HOA Restaurant Holder, LLC** | Case number (if known) | **25-80095** |
|---|---|---|---|
| | Name | | |

| | | | **Amount of claim** |
|---|---|---|---|

| 3.66 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$6,981.10** |
|---|---|---|---|

AVERUS NORTHEAST LLC
PO BOX 588
NEW HARTFORD CT 06057

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

| 3.67 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$9,263.15** |
|---|---|---|---|

AVERUS WEST LLC
89 PUTTER LANE
TORRINGTON CT 06790

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

| 3.68 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$3,268.15** |
|---|---|---|---|

B & W PLUMBING LLC
5605 NORTH DAUGHTERY ROAD
LAKELAND FL 33809

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

| 3.69 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$13,750.00** |
|---|---|---|---|

B&O WAREHOUSE CO
MR. JAMES R. HOYT
115 SW GULL STATION
DEPOE BAY OR 97341

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

| 3.70 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$1,056.38** |
|---|---|---|---|

BACKLUND PLUMBING
6215 GROVER ST
OMAHA NE 68106

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

| Debtor | **HOA Restaurant Holder, LLC** | Case number (if known) | **25-80095** |
|---|---|---|---|
| | Name | | |

| | | **Amount of claim** |
|---|---|---|

| 3.71 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $163.00 |
|---|---|---|---|

BDT BEVERAGE
2712 WESTWOOD DR
NASHVILLE TN 37204

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

| 3.72 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $740.00 |
|---|---|---|---|

BEER TUBES LLC
11405 N PENNSYLVANIA ST STE 106
CARMEL IN 46032

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

| 3.73 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $2,066.20 |
|---|---|---|---|

BEISHIR LOCK & SECURITY
5423 S. LINDBERGH BLVD.
SAINT LOUIS MO 63123

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

| 3.74 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $1,042.00 |
|---|---|---|---|

BELL LANDSCAPING INC
5247 N WESTERVELT RD
SAGINAW MI 48604

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

| 3.75 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **UNDETERMINED** |
|---|---|---|---|

BEN E KEITH COMPANY
PO BOX 901001
FT WORTH TX 76101

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

| Debtor | **HOA Restaurant Holder, LLC** | Case number (if known) | **25-80095** |
|---|---|---|---|

Name

| | | **Amount of claim** |
|---|---|---|

| 3.76 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $13,377.13 |
|---|---|---|---|

BENCHMARK PHB LLC
4053 MAPLE ROAD SUITE 200
AMHERST NY 14226

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.77 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $139,089.20 |
|---|---|---|---|

BERNARD LEVITON TRUST
ADDRESS ON FILE

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.78 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $2,166.46 |
|---|---|---|---|

BFPE INTERNATIONAL
3300 HIGHWAY 421 N
WILMINGTON NC 28401

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.79 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $3,814.64 |
|---|---|---|---|

BFPE INTERNATIONAL
PO BOX 791045
BALTIMORE MD 21279-1045

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.80 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $1,416.00 |
|---|---|---|---|

BIG 3 LAWN CARE
2731 BRADFORDT DR
WEST MELBOURNE FL 32904

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| Debtor | **HOA Restaurant Holder, LLC** | Case number (if known) | **25-80095** |
|---|---|---|---|
| | Name | | |

| | | | **Amount of claim** |
|---|---|---|---|

| 3.81 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$2,306.50** |
|---|---|---|---|

BILLY G DODD
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.82 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$360.00** |
|---|---|---|---|

BLISS ELECTRIC INC
2620 POLE RD
MOORE OK 73160

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.83 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$56,662.99** |
|---|---|---|---|

BLUE CROSS AND BLUE SHIELD OF GEORGIA INC
120 MONUMENT CIRCLE
INDIANAPOLIS IN 46204-4903

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.84 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$973.80** |
|---|---|---|---|

BLUE ROCK LANDSCAPING LNC
10800 MOORE DRIVE
MANASSAS VA 24111

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.85 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **UNDETERMINED** |
|---|---|---|---|

BONNIE MARRON
C/O THE LAW OFFICES OF NOONEY, ROBERTS, HEWETT, & NOWICKI
ATTN: CHRISTOPHER W. HEWETT
1680 EMERSON STREET
JACKSONVILLE FL 32207

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>LITIGATION</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| Debtor | **HOA Restaurant Holder, LLC** | Case number (if known) | 25-80095 |
| --- | --- | --- | --- |
| | Name | | |

| | | | **Amount of claim** |
| --- | --- | --- | --- |

| 3.86 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $399.50 |
| | | ☐ Contingent | |
| | BOZICK DISTRIBUTORS INC | ☐ Unliquidated | |
| | 2840 OLD WASHINGTON RD | ☐ Disputed | |
| | WALDORF MD 20601-3175 | | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:** <u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | |

| 3.87 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $309.09 |
| | | ☐ Contingent | |
| | BRANDON HOOD | ☐ Unliquidated | |
| | ADDRESS ON FILE | ☐ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:** <u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | |

| 3.88 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $675.00 |
| | | ☐ Contingent | |
| | BRANDY ROBERTS | ☐ Unliquidated | |
| | ADDRESS ON FILE | ☐ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:** <u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | |

| 3.89 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $404.69 |
| | | ☐ Contingent | |
| | BRASWELL FACTORY WATER STORE | ☐ Unliquidated | |
| | 415 E WASHINGTON ST | ☐ Disputed | |
| | JACKSON MO 63755 | | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:** <u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | |

| 3.90 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $658.75 |
| | | ☐ Contingent | |
| | BREAKTHRU BEVERAGE MISSOURI LLC | ☐ Unliquidated | |
| | PO BOX 840141 | ☐ Disputed | |
| | KANSAS CITY MO 64184-0141 | | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:** <u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | |

| Debtor | **HOA Restaurant Holder, LLC** | Case number (if known) | **25-80095** |
|---|---|---|---|
| | Name | | |

| | | | **Amount of claim** |
|---|---|---|---|

| 3.91 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$461.84** |
|---|---|---|---|

BRIAN WHITE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.92 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$81,368.37** |
|---|---|---|---|

BRINK'S
PO BOX 101031
ATLANTA GA 30392-1031

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.93 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$14,060.80** |
|---|---|---|---|

BROCKWAY INVESTMENTS
30201 ORCHARD LAKE RD
STE 110
FARMINGTON HILLS MI 48334

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.94 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$624.16** |
|---|---|---|---|

BROMLEY PARTS AND SERVICE INC
PO BOX 539
LITTLE ROCK AR 72203-0539

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.95 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$44.52** |
|---|---|---|---|

BRUCE MONFORTE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

| Debtor | **HOA Restaurant Holder, LLC** | Case number (if known) | **25-80095** |
|---|---|---|---|
| | Name | | |

| | | **Amount of claim** |
|---|---|---|

| 3.96 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $22,500.00 |
|---|---|---|---|

BRYAN PREMIERE REAL ESTATE LP
109 W 4TH STREET
BIG SPRING TX 79720

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>        **Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**        **Is the claim subject to offset?** ■ No  ☐ Yes

---

| 3.97 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $227.70 |
|---|---|---|---|

BRYONNA POPAGEORGE
7092 BRENTWOOD AVE
PORTAGE IN 46368

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>        **Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**        **Is the claim subject to offset?** ■ No  ☐ Yes

---

| 3.98 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $514.50 |
|---|---|---|---|

BTS GAS PRODUCTS LLC
852 N COX AVE
REPUBLIC MO 65738

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>        **Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**        **Is the claim subject to offset?** ■ No  ☐ Yes

---

| 3.99 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $130.00 |
|---|---|---|---|

BUCHANAN MAINTENANCE
2204 HIGHWAY
SIMPSONVILLE SC 29681

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>        **Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**        **Is the claim subject to offset?** ■ No  ☐ Yes

---

| 3.100 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $178.98 |
|---|---|---|---|

BUCHANAN WINDOWS LLC
1301 EVERGREEN CT
WINTER HAVEN FL 33881

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>        **Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**        **Is the claim subject to offset?** ■ No  ☐ Yes

---

| Debtor | **HOA Restaurant Holder, LLC** | | Case number (if known) | **25-80095** |
|---|---|---|---|---|
| | Name | | | |

| | | | **Amount of claim** |
|---|---|---|---|

| 3.101 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$1,635.00** |
|---|---|---|---|

BUILDING MAINTENANCE COMPANY
118 E LEE ST APT#2
WARRENTON VA 20186

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No  ☐ Yes

---

| 3.102 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$966.00** |
|---|---|---|---|

BURFORD DISTRIBUTING INC
925 SOUTH H ST
FORT SMITH AR 72901

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No  ☐ Yes

---

| 3.103 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$10,216.50** |
|---|---|---|---|

CAMPBELL SECURITY AND SERVICES GROUP
5980 SOUTHWEST AVE - STE 100
ST LOUIS MO 63139

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No  ☐ Yes

---

| 3.104 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$750.36** |
|---|---|---|---|

CANAL CROSSING OWNERS ASSOCIATION INC
5307 FAIRFIELD WEST
ATLANTA GA 30338

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No  ☐ Yes

---

| 3.105 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$953.03** |
|---|---|---|---|

CAPITOL FIRE EXTINGUISHER CO INC
PO BOX 6245
NORTH LITTLE ROCK AR 72124

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No  ☐ Yes

| Debtor | **HOA Restaurant Holder, LLC** | Case number (if known) | **25-80095** |
|---|---|---|---|
| | Name | | |

| | | | **Amount of claim** |
|---|---|---|---|
| 3.106 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$74,844.04** |

CAPTURIS
PO BOX 713
MANDAN ND 58554

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE

**Last 4 digits of account number**

**Is the claim subject to offset?** ☒ No ☐ Yes

---

| 3.107 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$375.00** |
|---|---|---|---|

CARLINA COOL INC
1294 SURFSIDE INDUSTRIAL PARK
SURFSIDE BEACH SC 29575

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE

**Last 4 digits of account number**

**Is the claim subject to offset?** ☒ No ☐ Yes

---

| 3.108 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **UNDETERMINED** |
|---|---|---|---|

CARMEN SANTIAGO-BASSIT
C/O MORGAN & MORGAN
ATTN: JOSHUA TAYLOR
501 RIVERSIDE AVENUE
STE 1200
JACKSONVILLE FL 32202

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** LITIGATION

**Last 4 digits of account number**

**Is the claim subject to offset?** ☒ No ☐ Yes

---

| 3.109 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$26,137.50** |
|---|---|---|---|

CATA VIEW CORP
630 VASSAR ST UNIT 2506
ORLANDO FL 32804

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE

**Last 4 digits of account number**

**Is the claim subject to offset?** ☒ No ☐ Yes

---

| 3.110 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$530.80** |
|---|---|---|---|

CENTRAL FOOD EQUIPMENT INC
3310 REYNOLDS RD
LAKELAND FL 33803

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE

**Last 4 digits of account number**

**Is the claim subject to offset?** ☒ No ☐ Yes

---

| Debtor | **HOA Restaurant Holder, LLC** | Case number (if known) | **25-80095** |
|---|---|---|---|
| | Name | | |

| | | | **Amount of claim** |
|---|---|---|---|

| 3.111 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $880.59 |
| | | ☐ Contingent | |
| | CERPANGHA COMMERCIAL GROUP | ☐ Unliquidated | |
| | 600 E BROAD | ☐ Disputed | |
| | TEXARKANA AR 71854 | | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:**<u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | |

| 3.112 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $361.52 |
| | | ☐ Contingent | |
| | CERTASITE LLC | ☐ Unliquidated | |
| | 9855 CROSSPOINT BLVD STE 126 | ☐ Disputed | |
| | INDIANAPOLIS IN 46256 | | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:**<u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | |

| 3.113 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $6,171.25 |
| | | ☐ Contingent | |
| | CFP FIRE PROTECTION INC | ☐ Unliquidated | |
| | 153 TECHNOLOGY DR STE 20 | ☐ Disputed | |
| | IRVINE CA 92618 | | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:**<u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | |

| 3.114 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $15,750.00 |
| | | ☐ Contingent | |
| | CFT INVESTMENTS LLC | ☐ Unliquidated | |
| | 20 HARRISON AVE | ☐ Disputed | |
| | WALDWICK NJ 07601 | | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:**<u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | |

| 3.115 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $320.00 |
| | | ☐ Contingent | |
| | CHADS DRAFT SERVICES | ☐ Unliquidated | |
| | 392 SHARON SCHOOL RD | ☐ Disputed | |
| | STATESVILLE NC 28677 | | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:**<u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | |

| Debtor | **HOA Restaurant Holder, LLC** | Case number (if known) | 25-80095 |
|---|---|---|---|
| | Name | | |

| | | **Amount of claim** |
|---|---|---|

**3.116** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $2,860.67

CHAIN STORE MAINTENANCE LLC
350 HIGHLAND DR ST 100
LEWISVILLE TX 75037

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

**3.117** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | UNDETERMINED

CHANDYN REDMOND
ADDRESS ON FILE

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** LITIGATION

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

**3.118** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $30,012.34

CHASE ELLIOTT ENDORSEMENTS LLC
PO BOX 1948
DAWSONVILLE GA 30534

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

**3.119** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | UNDETERMINED

CHENEY BROTHERS INC
1 CHENEY WAY
RIVERA BEACH FL 33404

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

**3.120** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $479.17

CIELO VISTA MA
867728 RELIABLE PARKWAY
CHICAGO IL 60686-0077

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

| Debtor | **HOA Restaurant Holder, LLC** | Case number (if known) | **25-80095** |
|---|---|---|---|
| | Name | | |

| | | | **Amount of claim** |
|---|---|---|---|

| 3.121 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$3,216.25** |

CINTAS CORP #475
PO BOX 630910
CINCINNATI OH 45201

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No  ☐ Yes

---

| 3.122 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$50.00** |

CITY OF GREENSBORO
PO BOX 26120
GREENSBORO NC 27402-6120

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No  ☐ Yes

---

| 3.123 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$25.00** |

CITY OF GREENSBORO (LEGAL)
PO BOX 26118
GREENSBORO NC 27402-6118

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No  ☐ Yes

---

| 3.124 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$20,213.79** |

CITY OF NEWPORT, KENTUCKY
998 MONMOUTH ST
NEWPORT KY 41071

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No  ☐ Yes

---

| 3.125 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$31,070.10** |

CITY OF TALLAHASSEE
300 S ADAMS STREET
TALLAHASSEE FL 32301

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No  ☐ Yes

---

| Debtor | **HOA Restaurant Holder, LLC** | Case number (if known) | **25-80095** |
|---|---|---|---|
| | Name | | |

| | | | **Amount of claim** |
|---|---|---|---|

| 3.126 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $19,512.83 |
|---|---|---|---|

CK HALL LLC
2152 ROSWELL DRIVE
LEXINGTON KY 40513

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No  ☐ Yes

| 3.127 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $790.00 |
|---|---|---|---|

CLEANER CEILINGS BY JT
JEFFREY TEKULSKY
1012 VERNON LOOP
OVIEDO FL 32765-6012

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No  ☐ Yes

| 3.128 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $125.00 |
|---|---|---|---|

CLEAR BEER LLC
331 SEDALIA RD
GIBSONVILLE NC 27249

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No  ☐ Yes

| 3.129 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $874.23 |
|---|---|---|---|

COLUMBIA FIRE & SAFETY INC
767 MEETING STREET
WEST COLUMBIA SC 29169

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No  ☐ Yes

| 3.130 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $120.00 |
|---|---|---|---|

COLUMBIA LOCK & SAFE COMPANY
1110 WILKES BLVD.
COLUMBIA MO 65201

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No  ☐ Yes

| Debtor | **HOA Restaurant Holder, LLC** | Case number (if known) | **25-80095** |
|---|---|---|---|
| | Name | | |

| | | **Amount of claim** |
|---|---|---|

| 3.131 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | |
|---|---|---|---|
| | COMMERCIAL AIR REFRIGERATION & EQUIPMENT SERVICES 2521 WAYSIDE DRIVE N CHESTERFIELD VA 23235 | ☐ Contingent ☐ Unliquidated ☐ Disputed | $4,941.48 |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:** <u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | |

| 3.132 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | |
|---|---|---|---|
| | COMMERCIAL LIGHTING COMPANY PO BOX 270651 TAMPA FL 33688 | ☐ Contingent ☐ Unliquidated ☐ Disputed | $4,989.21 |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:** <u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | |

| 3.133 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | |
|---|---|---|---|
| | COMMERCIAL SOLUTIONS INC 21 INDUSTRIAL DRIVE SMITHFIELD RI 02917 | ☐ Contingent ☐ Unliquidated ☐ Disputed | $10,818.93 |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:** <u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | |

| 3.134 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | |
|---|---|---|---|
| | CONNECTYOURCARE 3003 TASMAN DRIVE SANTA CLARA CA 95054 | ☐ Contingent ☐ Unliquidated ☐ Disputed | $622.48 |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:** <u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | |

| 3.135 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | |
|---|---|---|---|
| | COOKE RENTALS INC 5743 HWY 150 EAST DENVER NC 28037 | ☐ Contingent ☐ Unliquidated ☐ Disputed | $413.71 |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:** <u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | |

| Debtor | **HOA Restaurant Holder, LLC** | Case number (if known) | **25-80095** |
|---|---|---|---|
| | Name | | |

| | | **Amount of claim** |
|---|---|---|

| 3.136 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $24,927.00 |

CORRIGO INCORPORATED
8245 SW TUALATIN SHERWOOD RD
TUALATIN OR 97062

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.137 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $250.00 |

COUNCIL BLUFFS ALARM PROGRAM
P.O.BOX 140083
IRVING TX 75014-0336

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.138 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $8,598.21 |

COZZINI BROS INC
350 HOWARD AVE.
DES PLAINES IL 60018

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.139 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $42.90 |

CRAFTY BEER GUYS
114 S OLD STATESVILLE RD
HUNTERSVILLE NC 28078

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.140 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $8,772.50 |

CREEKMUR CORP
885 JOE FRANK HARRIS
CATERSVILLE GA 30120

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| Debtor | **HOA Restaurant Holder, LLC** | Case number (if known) | **25-80095** |
|---|---|---|---|
| | Name | | |

| | | | **Amount of claim** |
|---|---|---|---|

| 3.141 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$525.00** |

CRESCENT MOBILE POWER WASH
PO BOX 731
SAINT PETERS MO 63376

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.142 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$27,144.60** |

CRITERION MARKET PLACE COMMONS, LLC
12296 OLIVE BLVD
ST. LOUIS MO 63141

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.143 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$2,516.94** |

CROWL MECHANICAL INC
10324 E. 47TH PLACE
TULSA OK 74146

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.144 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$470.86** |

CUTTER PROPERTY PRESERVATION AND
LANDSCAPE SERVICES LLC
PO BOX 845
GREENBRIER AR 72058

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.145 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$1,175.00** |

CUTTIN UP LANDSCAPING
227 GREENMEADOW CIRLCE
ANDERSON SC 28626

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| Debtor | **HOA Restaurant Holder, LLC** | | Case number (if known) | **25-80095** |
|---|---|---|---|---|
| | Name | | | |

| | | | **Amount of claim** |
|---|---|---|---|

**3.146** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | **UNDETERMINED** |

CYNTHIA NEWMAN
C/O FARAH & FARAH, P.A.
ATTN: SAVANNAH COOLEY
10 WEST ADAMS STREET
JACKSONVILLE FL 32202

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>          **Basis for the claim:** <u>LITIGATION</u>

**Last 4 digits of account number**          **Is the claim subject to offset?** ■ No ☐ Yes

---

**3.147** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | **$3,234.71** |

CZECH HALL SC INVESTMENT PARTNERS LLC
9010 OVERLOOK BLVD
BRENTWOOD TN 37027

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>          **Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**          **Is the claim subject to offset?** ■ No ☐ Yes

---

**3.148** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | **$2,538.85** |

DAN CONE GROUP
2408 40TH AVENUE
MOLINE IL 61265

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>          **Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**          **Is the claim subject to offset?** ■ No ☐ Yes

---

**3.149** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | **$1,665.23** |

DANIELIANDRO GUTIERREZ
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>          **Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**          **Is the claim subject to offset?** ■ No ☐ Yes

---

**3.150** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | **$1,037.46** |

DATE LABEL CORP
PO BOX 684
INDIANAPOLIS IN 46206-0684

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>          **Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**          **Is the claim subject to offset?** ■ No ☐ Yes

---

| Debtor | **HOA Restaurant Holder, LLC** | Case number (if known) | **25-80095** |
| | Name | | |

| | | | **Amount of claim** |
|---|---|---|---|

**3.151** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$96.00** |

DAVID PICKERING
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>     **Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**     **Is the claim subject to offset?** ■ No ☐ Yes

---

**3.152** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$485.58** |

DAVID WILLIAMSON
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>     **Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**     **Is the claim subject to offset?** ■ No ☐ Yes

---

**3.153** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$422.70** |

DAVIS & GREEN INC
PO BOX 35418
RICHMOND VA 23235

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>     **Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**     **Is the claim subject to offset?** ■ No ☐ Yes

---

**3.154** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$945.87** |

DAVIS INDUSTRIAL ELECTRIC INC
PO BOX 1568
1051 E CYPRESS ST
VALDOSTA GA 31603

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>     **Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**     **Is the claim subject to offset?** ■ No ☐ Yes

---

**3.155** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$16,264.82** |

DAYTONA BEACH PROPERTIES HOLDINGS
RETAIL LLC
PO BOX 2875
DAYTONA BEACH FL 32120-2875

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>     **Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**     **Is the claim subject to offset?** ■ No ☐ Yes

| Debtor | **HOA Restaurant Holder, LLC** | Case number (if known) | **25-80095** |
|---|---|---|---|
| | Name | | |

| | | | **Amount of claim** |
|---|---|---|---|

**3.156** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$56.18**

DEHART ALARM SYSTEMS LLC
863 COMMERCE BLVD N
SARASOTA FL 34243

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

**3.157** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$293.20**

DERRICK PANKINS
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

**3.158** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$1,238.84**

DESOTO LIQUOR & WINE
904 GOODMAN ROAD, SUITE A
HORN LAKE MS 38637

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

**3.159** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$1,976.75**

DIAMOND DRAFT SERVICES
PO BOX 8068
MOORE OK 75153

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

**3.160** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$113,725.06**

DIRECTV
PO BOX 105249
ATLANTA GA 30348-5249

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

Debtor  **HOA Restaurant Holder, LLC** _____ — Case number (if known)  **25-80095** _____

Name

|  | Amount of claim |
|---|---|

| 3.161 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$500.00** |
|---|---|---|---|

DJ DON MUSICA
203 SWEETGUM CT
WINTER SPRINGS FL 32708

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

| 3.162 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$196.12** |
|---|---|---|---|

DONALD POE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

| 3.163 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$2,700.00** |
|---|---|---|---|

DONALD R KINSELLA
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

| 3.164 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$43,907.50** |
|---|---|---|---|

DOORDASH INC
303 2ND STREET
SOUTH TOWER SUITE 800
SAN FRANCISCO CA 94107

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

| 3.165 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$40,329.93** |
|---|---|---|---|

DORE REAL ESTATE LLC
900 HARRY S TRUMAN PARKWAY
BAY CITY MI 48706

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

| Debtor | **HOA Restaurant Holder, LLC** | Case number (if known) | **25-80095** |
|---|---|---|---|
| | Name | | |

| | | **Amount of claim** |
|---|---|---|

| 3.166 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $2,428.18 |
|---|---|---|---|

DOUBLE D'S MAINTENANCE SERVICE
2190 NEW YORK ST
W MELBOURNE FL 32904

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>          **Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**          Is the claim subject to offset?  ■ No  ☐ Yes

| 3.167 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $526.56 |
|---|---|---|---|

DOUGLAS ROSENKRANZ
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>          **Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**          Is the claim subject to offset?  ■ No  ☐ Yes

| 3.168 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $920.00 |
|---|---|---|---|

DOVER GREASE TRAPS & ENVIRONMENTAL
SERVICES
PO BOX 733372
DALLAS TX 75373

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>          **Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**          Is the claim subject to offset?  ■ No  ☐ Yes

| 3.169 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $549.60 |
|---|---|---|---|

DRAFT SOUTH LLC
3900 CROWN RD #161121
ATLANTA GA 30321

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>          **Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**          Is the claim subject to offset?  ■ No  ☐ Yes

| 3.170 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $17,567.42 |
|---|---|---|---|

DRUMLORD LTD
3905 LANTERN TRAIL
CARROLLTON TX 75007

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>          **Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**          Is the claim subject to offset?  ■ No  ☐ Yes

| Debtor | **HOA Restaurant Holder, LLC** | | | Case number (if known) | **25-80095** |
|---|---|---|---|---|---|
| | Name | | | | |

| | | | **Amount of claim** |
|---|---|---|---|

| 3.171 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$3,734.33** |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

DRUMMOND PRESS INC
2472 DENNIS STREET
JACKSONVILLE FL 32204

**Date(s) debt was incurred** <u>VARIOUS</u>          **Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**          **Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.172 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$22,832.23** |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

DSRA LLC
SUBURBAN HOTEL
2401 W. HUNDRED ROAD
CHESTER VA 23831

**Date(s) debt was incurred** <u>VARIOUS</u>          **Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**          **Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.173 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$1,400.00** |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

DUVAL PROCLEAN
3007 AMELLIA DR
JACKSONVILLE FL 32257

**Date(s) debt was incurred** <u>VARIOUS</u>          **Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**          **Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.174 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$4,390.00** |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

EAGLE HOME SERVICES LLC
2714 SE DOWING RD
TOPEKA KS 66605

**Date(s) debt was incurred** <u>VARIOUS</u>          **Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**          **Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.175 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$11,358.32** |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

ECOLAB FOOD SAFETY SPECIALTIES
24198 NETWORK PLACE
CHICAGO IL 60673-1241
CHICAGO IL 60673-1241

**Date(s) debt was incurred** <u>VARIOUS</u>          **Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**          **Is the claim subject to offset?** ■ No ☐ Yes

---

| Debtor | **HOA Restaurant Holder, LLC** | Case number (if known) | **25-80095** |
|---|---|---|---|
| | Name | | |

| | | **Amount of claim** |
|---|---|---|

| 3.176 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$108,133.82** |

ECOLAB INSTITUTIONAL
PO BOX 70343
CHICAGO IL 60673-0343

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.177 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$92,985.14** |

ECOLAB PEST ELIMINATION
26252 NETWORK PLACE
CHICAGO IL 60673-1262

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.178 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$19,420.92** |

EDC FACILITIES MAINTENANCE LLC
150 DOG TRACK ROAD
LONGWOOD FL 32750

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.179 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$246.87** |

EDGAR MENDEZ DIAZ
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.180 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$72,819.05** |

EDWARD DON & COMPANY
2562 PAYSPHERE CIRCLE
CHICAGO IL 60674

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| Debtor | **HOA Restaurant Holder, LLC** | Case number (if known) | **25-80095** |
|---|---|---|---|
| | Name | | |

| | | | **Amount of claim** |
|---|---|---|---|

**3.181** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **UNDETERMINED**

■ Contingent
■ Unliquidated
■ Disputed

EEOC COMMISSIONER
ATLANTA DISRICT OFFICE
100 ALABAMA ST. SW
SUITE 4R30
ATLANTA GA 30303

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>LITIGATION</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

**3.182** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$800.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

EICHHOLTZ LAWN & PROPERTY
MAINTENANCE
7129 GLEN MEADOW DR
LAKELAND FL 33810

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

**3.183** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$1,200.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

EL TIEMPO NEWSPAPER
3921 E STATE ST SUITE A
ROCKFORD IL 61108

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

**3.184** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$1,049.04**

☐ Contingent
☐ Unliquidated
☐ Disputed

ELVIS SERVICE CO INC
2200 EXECUTIVE AVE.
MYRTLE BEACH SC 29577

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

**3.185** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$25,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

ENGLER NORTHWEST LLC
39853 WILLARD LANE
CONCRETE WA 98237

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| Debtor | **HOA Restaurant Holder, LLC** | Case number (if known) | **25-80095** |
| --- | --- | --- | --- |
| | Name | | |

| | | | **Amount of claim** |
| --- | --- | --- | --- |

**3.186** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$26,679.48**

ENVIRO MASTER SERVICES
PO BOX 950467
ST LOUIS MO 63195-0467

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No  ☐ Yes

---

**3.187** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$538.07**

ERIC MILBOURNE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No  ☐ Yes

---

**3.188** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$53,188.68**

EVERON LLC - FEIN-90-0008456
PO BOX 872987
KANSAS CITY MO 64187-2987

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No  ☐ Yes

---

**3.189** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$3,066.91**

EXPRESS ENGRAVING
107 BOZEMAN LANE
SYLVESTER GA 31791

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No  ☐ Yes

---

**3.190** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$473.45**

F I R S T SERVICES CORP OF ORLANDO
4648 OLD WINTER GARDEN ROAD
ORLANDO FL 32811

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No  ☐ Yes

---

| Debtor | **HOA Restaurant Holder, LLC** | Case number (if known) | **25-80095** |
|---|---|---|---|
| | Name | | |

| | | **Amount of claim** |
|---|---|---|

| 3.191 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $127.71 |
|---|---|---|---|

FALL LINE GASKETS INC
PO BOX 26965
MACON GA 31221

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.192 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $3,275.00 |
|---|---|---|---|

FATHER AND SON UPHOLSTERY
3131 KENNESAW VIEW DR SW
MARIETTA GA 30064

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.193 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $14,337.47 |
|---|---|---|---|

FEDEX
PO BOX 660481
DALLAS TX 75266-0481

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.194 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $365.07 |
|---|---|---|---|

FEDEX FREIGHT INC
2200 FORWARD DR
HARRISON AR 72601

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.195 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $266.71 |
|---|---|---|---|

FELLERS FIXTURES INC
2140 W. GRAND
SPRINGFIELD MO 65802

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| Debtor | **HOA Restaurant Holder, LLC** | Case number (if known) | **25-80095** |
|---|---|---|---|
| | Name | | |

| | | | Amount of claim |
|---|---|---|---|

| 3.196 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$500.00** |

FERNANDO LANDSCAPING
121 ROSE CIRCLE
TRION GA 30753

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>    **Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**    **Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.197 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$2,295.44** |

FIRE CONTROL SYSTEMS
11515 REAMES RD
CHARLOTTE NC 28269-7676

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>    **Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**    **Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.198 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$2,073.41** |

FIRE TECH LLC
1353 BAUR BLVD
ST LOUIS MO 63132

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>    **Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**    **Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.199 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$120,502.00** |

FIREHOUSE LTD
14860 LANDMARK BLVD
SUITE 247
DALLAS TX 75254

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>    **Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**    **Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.200 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$2,604.49** |

FIRELINE CORPORATION
4506 HOLLINS FERRY ROAD
BALTIMORE MD 21227-4671

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>    **Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**    **Is the claim subject to offset?** ■ No ☐ Yes

| Debtor | **HOA Restaurant Holder, LLC** | Case number (if known) | **25-80095** |
|---|---|---|---|
| | Name | | |

| | | | **Amount of claim** |
|---|---|---|---|

| 3.201 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$248,097.28** |
|---|---|---|---|

FIRST INSURANCE FUNDING CORP
450 SKOKIE BLVD - STE 1000
NORTHBROOK IL 60062

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>     **Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**     **Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.202 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$353.10** |
|---|---|---|---|

FISH WINDOW CLEANING
2885 ELECTRONICS DR STE D1
MELBOURNE FL 32935

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>     **Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**     **Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.203 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$537.98** |
|---|---|---|---|

FISH WINDOW CLEANING
9479 SILVER KING CT
SUITE A
FAIRFAX VA 22031

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>     **Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**     **Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.204 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$195.96** |
|---|---|---|---|

FISH WINDOW CLEANING
PO BOX 423363
KISSIMMEE FL 34741

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>     **Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**     **Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.205 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$230.00** |
|---|---|---|---|

FISH WINDOW CLEANING
PO BOX 170
MORRISVILLE NC 27560

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>     **Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**     **Is the claim subject to offset?** ■ No ☐ Yes

---

| Debtor | **HOA Restaurant Holder, LLC** | | |
|---|---|---|---|
| | Name | | |
| | | Case number (if known) | **25-80095** |

| | | | **Amount of claim** |
|---|---|---|---|
| 3.206 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$230.04** |
| | FISH WINDOW CLEANING<br>PO BOX 238117<br>PORT ORANGE FL 32123 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:**<u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | |
| 3.207 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$114.00** |
| | FISH WINDOW CLEANING<br>437 S. YELLOW STONE DRIVE STE 117<br>MADISON WI 53719 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:**<u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | |
| 3.208 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$522.00** |
| | FISH WINDOW CLEANING (RALEIGH)<br>PO BOX 99033<br>RALEIGH NC 27624 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:**<u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | |
| 3.209 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$365.50** |
| | FISH WINDOW CLEANING / NEW DAY SERVICES<br>151 COLLEGE DRIVE, SUITE 7<br>ORANGE PARK FL 32065 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:**<u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | |
| 3.210 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$20,250.00** |
| | FK PROPERTIES LLC<br>20 HARRISON AVENUE<br>WALDWICK NJ 07463 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:**<u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | |

| Debtor | **HOA Restaurant Holder, LLC** | Case number (if known) | **25-80095** |
|---|---|---|---|
| | Name | | |

| | | **Amount of claim** |
|---|---|---|

| 3.211 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $1,286.46 |
|---|---|---|---|

FLORIDA AIR SPECIALISTS
110-B HAMILTON PARK DR
TALLAHASSEE FL 32304

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.212 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $14,423.92 |
|---|---|---|---|

FOURCORNERSTONES IV, LTD
3905 LANTERN TRAIL
CARROLLTON TX 75007

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.213 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $28,315.16 |
|---|---|---|---|

FOURCORNERSTONES IX LTD
3905 LANTERN TRAIL
CARROLLTON TX 75007

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.214 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $18,798.83 |
|---|---|---|---|

FOURCORNERSTONES XV, LTD.
3905 LANTERN TRAIL
CARROLLTON TX 75007

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.215 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $14,653.00 |
|---|---|---|---|

FOURCORNERSTONES XVI, LTD.
3905 LANTERN TRAIL
CARROLLTON TX 75007

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| Debtor | **HOA Restaurant Holder, LLC** | Case number (if known) | **25-80095** |
|---|---|---|---|
| | Name | | |

| | | **Amount of claim** |
|---|---|---|

| 3.216 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | |
|---|---|---|---|
| | | | **$21,439.33** |
| | FOURCORNERSTONES, LTD. | ☐ Contingent | |
| | 3905 LANTERN TRAIL | ☐ Unliquidated | |
| | CARROLLTON TX 75007 | ☐ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:**<u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | |

| 3.217 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | |
|---|---|---|---|
| | | | **$377.00** |
| | FOX VALLEY FIRE & SAFETY CO | ☐ Contingent | |
| | 2730 PINNACLE DRIVE | ☐ Unliquidated | |
| | ELGIN IL 60124 | ☐ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:**<u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | |

| 3.218 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | |
|---|---|---|---|
| | | | **$240.40** |
| | FREDERISCKSBURG RENTAL'S | ☐ Contingent | |
| | 10708 STONER DRIVE | ☐ Unliquidated | |
| | FREDERICKSBURG VA 22408 | ☐ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:**<u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | |

| 3.219 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | |
|---|---|---|---|
| | | | **$15,838.47** |
| | FREEDOMPAY INC | ☐ Contingent | |
| | 75 REMITTANCE DR - STE 1127 | ☐ Unliquidated | |
| | CHICAGO IL 60675-1127 | ☐ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:**<u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | |

| 3.220 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | |
|---|---|---|---|
| | | | **$1,366.37** |
| | FSI MECHANICAL INC | ☐ Contingent | |
| | 5485 RAYNAR RD | ☐ Unliquidated | |
| | GARNER NC 27529 | ☐ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:**<u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | |

| Debtor | **HOA Restaurant Holder, LLC** | Case number (if known) | **25-80095** |
|--------|-------------------------------|------------------------|-------------|
| | Name | | |

| | | | **Amount of claim** |
|---|---|---|---|

| 3.221 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $925.00 |

G CHAMBERS LANDSCAPE
PO BOX 680918
ORLANDO FL 32868

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>    **Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**    **Is the claim subject to offset?** ☑ No ☐ Yes

---

| 3.222 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $18,299.55 |

G HILBISH HUNT FARMS LLC
PO BOX 11908
CHARLOTTE NC 28220

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>    **Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**    **Is the claim subject to offset?** ☑ No ☐ Yes

---

| 3.223 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $127,597.77 |

G&K SERVICES
PO BOX 877057
DALLAS TX 75267-7057

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>    **Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**    **Is the claim subject to offset?** ☑ No ☐ Yes

---

| 3.224 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $1,000.00 |

GALAXY PLAZA
24165 IH WEST STE 217-440
C/O ALAMO CITY PROPERTY MANAGEMENT LLC
SAN ANTONIO TX 78257

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>    **Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**    **Is the claim subject to offset?** ☑ No ☐ Yes

---

| 3.225 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $5,590.91 |

GARDA CL SOUTHEAST INC
2000 NW CORPORATE BLVD
BOCA RATON FL 33431

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>    **Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**    **Is the claim subject to offset?** ☑ No ☐ Yes

---

| Debtor | **HOA Restaurant Holder, LLC** | Case number (if known) | **25-80095** |
|---|---|---|---|
| | Name | | |

| | | | **Amount of claim** |
|---|---|---|---|

**3.226** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$37,975.02**

GARY OTTO VAN EIK
ADDRESS ON FILE

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No  ☐ Yes

---

**3.227** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$221.20**

GASKET GUY
2890 TERN RD
VENICE FL 34293

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No  ☐ Yes

---

**3.228** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$1,415.04**

GASKET GUY LLC
3001 MCCALL DR
ATLANTA GA 30340

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No  ☐ Yes

---

**3.229** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$772.30**

GATOR ARGATE GAINSVILLE LLC
7850 NW 146TH STREET
4TH FLOOR
MIAMI LAKES FL 33016

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No  ☐ Yes

---

**3.230** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$2,700.00**

GCLC INC
PO BOX 8483
FORT SMITH AR 72902

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No  ☐ Yes

---

| Debtor | **HOA Restaurant Holder, LLC** | Case number (if known) | **25-80095** |
|---|---|---|---|
| | Name | | |

| | | | **Amount of claim** |
|---|---|---|---|
| 3.231 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | **UNDETERMINED** |
| | GEMMA ARROYOA MORENO (AS PARENT & GUARDIAN OF JUAN JOSE ARROYO MORENO, A MINOR)<br>C/O THE PENDAS LAW FIRM, P.A.<br>ATTN: LAURENCE TRIAS; BENJAMIN ABDULNOUR<br>4424 EVANS AVE<br>STE A<br>FORT MYERS FL 33901 | ■ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | Basis for the claim: <u>LITIGATION</u> | |
| | **Last 4 digits of account number** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.232 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | **$733.58** |
|---|---|---|---|
| | GENERAL FIRE AND SAFETY EQUIPMENT COMPANY OF OMAHA INC<br>13002 I STREET<br>OMAHA NE 68127 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | Basis for the claim: <u>TRADE</u> | |
| | **Last 4 digits of account number** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.233 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | **UNDETERMINED** |
|---|---|---|---|
| | GEORGE (CHRIS) RAMIREZ<br>ADDRESS ON FILE | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | Basis for the claim: <u>LITIGATION</u> | |
| | **Last 4 digits of account number** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.234 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | **$118,249.61** |
|---|---|---|---|
| | GEORGIA AIR AND REFRIGERATION INC<br>135 STANLEY CT<br>LAWRENCEVILLE GA 30047 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | Basis for the claim: <u>TRADE</u> | |
| | **Last 4 digits of account number** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.235 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | **$525.00** |
|---|---|---|---|
| | GET CLEAN PRESSURE WASHING<br>906 AUTUMNBROOK CIRCLE<br>SHERWOOD AR 72120 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | Basis for the claim: <u>TRADE</u> | |
| | **Last 4 digits of account number** | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **HOA Restaurant Holder, LLC** | Case number (if known) | **25-80095** |
|---|---|---|---|
| | Name | | |

|  | | | **Amount of claim** |
|---|---|---|---|

| 3.236 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$5,245.06** |
|---|---|---|---|

GLENSTONE I LIMITED PARTNERSHIP
1 COWBOYS PARKWAY
ATTN: JUD HELFIN
IRVING TX 75063

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.237 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$19,627.85** |
|---|---|---|---|

GOODBYS LAKE MANAGEMENT LLC
8 SAN DEIGO RD.
POINTE VEDRA BEACH FL 32082

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.238 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$268.75** |
|---|---|---|---|

GOODWIN TUCKER GROUP
PO BOX 3285
DES MOINES IA 50316-0285

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.239 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$377.50** |
|---|---|---|---|

GRASS ROOTS LAWN CARE OF VIRGINIA INC
PO BOX 4111
CHESTER VA 23831

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.240 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$895.00** |
|---|---|---|---|

GREEN GRACE ACQUISITION LLC
208 SAWGRASS LANE
STATHAM GA 30666

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| Debtor | **HOA Restaurant Holder, LLC** | Case number (if known) | **25-80095** |
| --- | --- | --- | --- |
| | Name | | |

|  | | **Amount of claim** |
| --- | --- | --- |
| 3.241 | **Nonpriority creditor's name and mailing address** | |
| | | **$520.00** |
| | GREENER SOLUTIONS<br>1548 RIVER ISLAND PKWY<br>EVANS GA 30809 | |

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.242 | **Nonpriority creditor's name and mailing address** | |
| --- | --- | --- |
| | | **$273.49** |
| | GRST, INC<br>DBA GRAND RENTAL STATION<br>115 WOODWINDS INDUSTRIAL CT.<br>CARY NC 27511 | |

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.243 | **Nonpriority creditor's name and mailing address** | |
| --- | --- | --- |
| | | **$418.50** |
| | GUARDIAN FIRE PROTECTION SERVICE INC<br>7668 STANDISH PL.<br>ROCKVILLE MD 20855 | |

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.244 | **Nonpriority creditor's name and mailing address** | |
| --- | --- | --- |
| | | **$3,778.22** |
| | HABERBERGER INC MECHANICAL CONTRACTOR<br>9744 PAULINE PLACE<br>PO BOX 66726<br>ST LOUIS MO 63166-6726 | |

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.245 | **Nonpriority creditor's name and mailing address** | |
| --- | --- | --- |
| | | **$448.44** |
| | HAGAR RESTAURANT SERVICE INC<br>6200 N W 2ND STREET<br>OKLAHOMA CITY OK 73127 | |

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| Debtor | **HOA Restaurant Holder, LLC** | Case number (if known) | **25-80095** |
|---|---|---|---|
| | Name | | |

| | | **Amount of claim** |
|---|---|---|

| 3.246 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $37,975.00 |
|---|---|---|---|

HAGOP KOUYOUMDJIAN
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.247 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | UNDETERMINED |
|---|---|---|---|

HAILEY JAYNES
C/O THE INJURY COUNSEL
ATTN: DAVID J. GREGORY
7733 FORSYTH BLVD
STE. 1100
ST. LOUIS MO 63105

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** LITIGATION

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.248 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $324.00 |
|---|---|---|---|

HAPPY TAPPY DRAFT BEET SERVICES
500 GARFIELD
BAY CITY MI 48706

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.249 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $36,272.46 |
|---|---|---|---|

HARK INVESTMENTS LLC
6247 DAVON CT
LOVELAND OH 45148

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.250 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $835.00 |
|---|---|---|---|

HARRIS DRAIN CLEANING
24098 KRAFT PL
BROENSTOWN MI 48173

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| Debtor | **HOA Restaurant Holder, LLC** | Case number (if known) | **25-80095** |
|---|---|---|---|
| | Name | | |

| | | **Amount of claim** |
|---|---|---|

**3.251** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$11,536.59**

HCP RRF CAVE SPRINGS LLC
100 CONSTITUTION PLAZA
7TH FLOOR
HARTFORD CT 06103

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE

**Last 4 digits of account number**

**Is the claim subject to offset?** ☑ No  ☐ Yes

---

**3.252** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$14,288.92**

HCP TULSA LLC
4870 SOUTH LEWIS AVE SUITE 212
TULSA OK 74105

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE

**Last 4 digits of account number**

**Is the claim subject to offset?** ☑ No  ☐ Yes

---

**3.253** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$18,809.50**

HEINRICH J ABERLE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE

**Last 4 digits of account number**

**Is the claim subject to offset?** ☑ No  ☐ Yes

---

**3.254** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$35,262.50**

HERBERT K HOMMEL
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE

**Last 4 digits of account number**

**Is the claim subject to offset?** ☑ No  ☐ Yes

---

**3.255** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$352,605.26**

HI LIMITED PARTNERSHIP
1815 THE EXCHANGE SE
ATLANTA GA 30339

☑ Contingent
☑ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** INTERCOMPANY PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?** ☑ No  ☐ Yes

---

| Debtor | **HOA Restaurant Holder, LLC** | Case number (if known) | **25-80095** |
|---|---|---|---|
| | Name | | |

| | | **Amount of claim** |
|---|---|---|
| 3.256 | **Nonpriority creditor's name and mailing address** | **UNDETERMINED** |

As of the petition filing date, the claim is: Check all that apply

HILAKOS, BILLIE
C/O MORGAN & MORGAN
ATTN: BOLRA KAYAN
2222 S. TAMIAMI TRAIL 2ND FL
SARASOTA FL 34239

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>LITIGATION</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| | | **$83,367.84** |
|---|---|---|
| 3.257 | **Nonpriority creditor's name and mailing address** | |

As of the petition filing date, the claim is: Check all that apply

HINSON SERVICES
1412 HENRY SMITH RD
MONROE NC 28110

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| | | **$8,565.00** |
|---|---|---|
| 3.258 | **Nonpriority creditor's name and mailing address** | |

As of the petition filing date, the claim is: Check all that apply

HOLBROOK REMODELING
1108 CLAREMONT RD
CHARLOTTE NC 28214

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| | | **$28,610.36** |
|---|---|---|
| 3.259 | **Nonpriority creditor's name and mailing address** | |

As of the petition filing date, the claim is: Check all that apply

HOLIDAY INN EXPRESS SPEEDWAY
90 PROFESSIONAL BLVD
DAYTONA BEACH FL 32114

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| | | **$110,104.68** |
|---|---|---|
| 3.260 | **Nonpriority creditor's name and mailing address** | |

As of the petition filing date, the claim is: Check all that apply

HOOCEF
1815 THE EXCHANGE
ATLANTA GA 30339

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| Debtor | **HOA Restaurant Holder, LLC** | | |
|---|---|---|---|
| | Name | Case number (if known) | **25-80095** |

| | | **Amount of claim** |
|---|---|---|

| 3.261 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$23,543.74** |
|---|---|---|---|
| | HOOTERS HOLDING 1 LLC<br>771 E JEFFREY ST UNIT 101<br>BOCA RATON FL 33487 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:** <u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | |

| 3.262 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$23,543.74** |
|---|---|---|---|
| | HOOTERS HOLDINGS 2 LLC<br>771 E JEFFREY ST UNIT 101<br>BOCA RATON FL 33487 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:** <u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | |

| 3.263 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$51,508,565.95** |
|---|---|---|---|
| | HOOTERS OF AMERICA, LLC<br>1815 THE EXCHANGE SE<br>ATLANTA GA 30339 | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:** <u>INTERCOMPANY PAYABLE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | |

| 3.264 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$250.00** |
|---|---|---|---|
| | HOSE JOCKEY PRESSURE WASHING<br>5136 LANES POND RD<br>VALDOSTA GA 31601 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:** <u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | |

| 3.265 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$3,050.51** |
|---|---|---|---|
| | HOSPITALITY RESOURCE SUPPLY INC<br>499 NORTH STATE RD. 434 SUITE 1005<br>ALTAMONTE SPRINGS FL 32714 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:** <u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | |

| Debtor | **HOA Restaurant Holder, LLC** | Case number (if known) | **25-80095** |
|---|---|---|---|
| | Name | | |

|  | | | **Amount of claim** |
|---|---|---|---|

| 3.266 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | **$47.03** |
|---|---|---|---|

HR DIRECT EVERGLADES DIRECT G NEIL
PO BOX 669390
POMPANO BEACH FL 33066

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.267 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | **$1,661.00** |
|---|---|---|---|

HUNT LANDSCAPE MAINTENANCE
340 TACOMA DRVIE
SAINT LOUIS MO 63125

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.268 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | **$601,518.23** |
|---|---|---|---|

ICON INTERNATIONAL INC
107 ELM STREET
FOUR STAMFORD PLAZA
STAMFORD CT 06902

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.269 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | **UNDETERMINED** |
|---|---|---|---|

ICON INTERNATIONAL, INC.
COHN BIRNBAUM & SHEA, PC NICHOLAS P.
VEGLIANTE CITYPLACE II, 15TH FLOOR
185 ASYLUM STREET
HARTFORD CT 06103-3408

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>LITIGATION</u>

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.270 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | **$1,693.00** |
|---|---|---|---|

IMAGE WORKS LANDSCAPE MANAGEMENT
LLC
6401 LITTLE OX RD
FAIRFAX STATION VA 22039

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **HOA Restaurant Holder, LLC** | Case number (if known) | **25-80095** |
|---|---|---|---|
| | Name | | |

| | | | **Amount of claim** |
|---|---|---|---|

| 3.271 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$650.00** |
|---|---|---|---|

INDUSTRIAL STEAM CLEANING OF ASHEVILLE NC INC
PO BOX 421
ARDEN NC 28704

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS    **Basis for the claim:** TRADE

**Last 4 digits of account number**    **Is the claim subject to offset?** ■ No  ☐ Yes

| 3.272 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$36,476.90** |
|---|---|---|---|

INTERPARK
5883 COLLECTION CENTER DRIVE
CHICAGO IL 60693

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS    **Basis for the claim:** TRADE

**Last 4 digits of account number**    **Is the claim subject to offset?** ■ No  ☐ Yes

| 3.273 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$8,304.82** |
|---|---|---|---|

J & F CAPITAL LLC
4500 SATELLITE BLVD
SUITE 1210
DULUTH GA 30096

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS    **Basis for the claim:** TRADE

**Last 4 digits of account number**    **Is the claim subject to offset?** ■ No  ☐ Yes

| 3.274 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$150.00** |
|---|---|---|---|

J P QUALITY CONSTRUCTION
41021 OLD MICHIGAN AVE #213
CANTON MI 48188

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS    **Basis for the claim:** TRADE

**Last 4 digits of account number**    **Is the claim subject to offset?** ■ No  ☐ Yes

| 3.275 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$1,450.00** |
|---|---|---|---|

J&M LAWN CARE
3607 S. ELM EUGENE STREET #114
GREENSBORO NC 27406

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS    **Basis for the claim:** TRADE

**Last 4 digits of account number**    **Is the claim subject to offset?** ■ No  ☐ Yes

| Debtor | **HOA Restaurant Holder, LLC** | Case number (if known) | **25-80095** |
|---|---|---|---|
| | Name | | |

| | | | **Amount of claim** |
|---|---|---|---|

**3.276** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$135.90**

JACOB FENWICK
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

**3.277** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **UNDETERMINED**

JADE FAIRCHILD
ADDRESS ON FILE

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** LITIGATION

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

**3.278** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$21,982.00**

JAJYA928 LP
4001 BRIARPARK
HOUSTON TX 77042

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

**3.279** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$12,243.00**

JAMES E STALKER HERITAGE TRUST
NANETTE STALKER SHIPP TRUSTEE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

**3.280** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$615.00**

JAX LANDSCAPING & LIGHTING LLC
12508 TWILIGHT LANE
JACKSONVILLE FL 32225

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| Debtor | **HOA Restaurant Holder, LLC** | Case number (if known) | **25-80095** |
|---|---|---|---|
| | Name | | |

| | | | **Amount of claim** |
|---|---|---|---|

**3.281**

**Nonpriority creditor's name and mailing address**

JC BEER TECH
4125 LORAIN AVENUE
CLEVELAND OH 44113

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** <u>TRADE</u>

**Is the claim subject to offset?** ■ No ☐ Yes

**$545.80**

---

**3.282**

**Nonpriority creditor's name and mailing address**

JEERAN BRAINERD LLC
444 CAMINO DEL RIO SOUTH, STE 101
SAN DIEGO CA 92108

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** <u>TRADE</u>

**Is the claim subject to offset?** ■ No ☐ Yes

**$24,452.93**

---

**3.283**

**Nonpriority creditor's name and mailing address**

JENNIFER TAYLOR
ADDRESS ON FILE

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** <u>TRADE</u>

**Is the claim subject to offset?** ■ No ☐ Yes

**$293.50**

---

**3.284**

**Nonpriority creditor's name and mailing address**

JEREMY KEARNEY
ADDRESS ON FILE

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** <u>TRADE</u>

**Is the claim subject to offset?** ■ No ☐ Yes

**$659.58**

---

**3.285**

**Nonpriority creditor's name and mailing address**

JESI ROBBINS
ADDRESS ON FILE

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** <u>LITIGATION</u>

**Is the claim subject to offset?** ■ No ☐ Yes

**UNDETERMINED**

| Debtor | **HOA Restaurant Holder, LLC** | Case number (if known) | **25-80095** |
| --- | --- | --- | --- |
| | Name | | |

| | | **Amount of claim** |
| --- | --- | --- |

| 3.286 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$2,283.00** |
| | | ☐ Contingent | |
| | JGI PLUMBING SERVICES<br>4954 DONALD DRIVE<br>LOGANVILLE GA 30052 | ☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:** <u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | |

| 3.287 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$620.13** |
| | | ☐ Contingent | |
| | JOAQUIN VILLAREAL<br>ADDRESS ON FILE | ☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:** <u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | |

| 3.288 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$6,000.00** |
| | | ☐ Contingent | |
| | JOE HAND PROMOTIONS<br>407 E. PENNSYLVANIA BLVD.<br>FEASTERVILLE PA 19053 | ☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:** <u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | |

| 3.289 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$562.64** |
| | | ☐ Contingent | |
| | JOEL FOY ELECTRICAL SERVICE INC<br>PO BOX 3346<br>TALLAHASSEE FL 32315 | ☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:** <u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | |

| 3.290 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$1,050.00** |
| | | ☐ Contingent | |
| | JOHN HURST OUTDOOR SERVICES<br>3694 CORINTH DRIVE<br>TALLAHASSEE FL 32308 | ☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:** <u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | |

| Debtor | **HOA Restaurant Holder, LLC** | Case number (if known) | **25-80095** |
|---|---|---|---|
| | Name | | |

| | | | **Amount of claim** |
|---|---|---|---|
| 3.291 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$425.00** |
| | JOHN WAYNE HORTON<br>ADDRESS ON FILE | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:**<u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | |

| 3.292 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$3,436.98** |
|---|---|---|---|
| | JOHNS PLUMBING INC<br>5851 SERVICE RD<br>BIRMINGHAM AL 35235 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:**<u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | |

| 3.293 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$2,807.35** |
|---|---|---|---|
| | JOHNSON CONSTRUCTION<br>4823 DAVID DR<br>ROCKFORD IL 61108 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:**<u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | |

| 3.294 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$7,902.22** |
|---|---|---|---|
| | JONES SIGN CO INC<br>1711 SCHEURING RD<br>DE PERE WI 54115-9414 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:**<u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | |

| 3.295 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$15,980.39** |
|---|---|---|---|
| | JORDAN ONE LLP<br>2824 SOLOMONS ISLAND RD. - STE 200<br>ATTN HARVEY BLONDER<br>EDGEWATER MD 21037 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:**<u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | |

| Debtor | **HOA Restaurant Holder, LLC** | Case number (if known) | **25-80095** |
|---|---|---|---|
| | Name | | |

| | | | **Amount of claim** |
|---|---|---|---|
| **3.296** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$241.86** |
| | | ☐ Contingent | |
| | JORDAN TEAGUE<br>ADDRESS ON FILE | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:** <u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | |

| **3.297** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$24,750.00** |
|---|---|---|---|
| | | ☐ Contingent | |
| | JOSEPH BERMAN<br>ADDRESS ON FILE | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:** <u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | |

| **3.298** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$12,577.50** |
|---|---|---|---|
| | | ☐ Contingent | |
| | JOSEPH F DEDONA JR IRREVOCABLE TRUST<br>ADDRESS ON FILE | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:** <u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | |

| **3.299** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$307.70** |
|---|---|---|---|
| | | ☐ Contingent | |
| | JOSHUA BOWENS<br>ADDRESS ON FILE | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:** <u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | |

| **3.300** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$26,336.52** |
|---|---|---|---|
| | | ☐ Contingent | |
| | JTF EAST GRAND SPRINGS LLC<br>2203 NORTH STOUGHTON RD<br>ATTN: DENNIS ZEIER<br>MADISON WI 53704 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:** <u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | |

| Debtor | **HOA Restaurant Holder, LLC** | Case number (if known) | **25-80095** |
|---|---|---|---|
| | Name | | |

| | | | **Amount of claim** |
|---|---|---|---|
| 3.301 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$4,083.75** |
| | JULIUS GARRY GREEN<br>ADDRESS ON FILE | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:** <u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | |

| 3.302 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$1,645.00** |
|---|---|---|---|
| | JUST HOODS LLC<br>8194 NIEMAN RD<br>LENEXA KS 66214 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:** <u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | |

| 3.303 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$1,641.75** |
|---|---|---|---|
| | KANES DRAFT SERVICE INC<br>PO BOX 1179<br>KEYSTONE HEIGHTS FL 32656 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:** <u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | |

| 3.304 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$18,987.50** |
|---|---|---|---|
| | KATE LLC<br>23781 NAPOLI WAY<br>BONITA SPRING FL 34134 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:** <u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | |

| 3.305 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$141.35** |
|---|---|---|---|
| | KATELYN BYROM<br>ADDRESS ON FILE | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:** <u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | |

| Debtor | **HOA Restaurant Holder, LLC** | Case number (if known) | **25-80095** |
|---|---|---|---|
| | Name | | |

| | | | Amount of claim |
|---|---|---|---|

**3.306** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$140.10**

KATMAN JACOBUS
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

**3.307** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$125.00**

KAYTLYNNE COTTLE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

**3.308** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$9,737.11**

KD GLOBAL SOLUTIONS LLC
18247 LANDS END DR
WESTFIELD IN 46074

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

**3.309** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$19,487.50**

KD9LIVES LLC
PO BOX 576727
MODESTO CA 95357

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

**3.310** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$19,487.50**

KD9LIVES LLC
PO BOX 576727
MODESTO CA 95357

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| Debtor | **HOA Restaurant Holder, LLC** | Case number (if known) | **25-80095** |
|---|---|---|---|
| | Name | | |

| | | | **Amount of claim** |
|---|---|---|---|

| 3.311 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $10,605.15 |

KEMCO FACILITIES SERVICE
5750 BELL CIRCLE
MONTGOMERY AL 36116

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>       **Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**       Is the claim subject to offset?   ■ No  ☐ Yes

---

| 3.312 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $66,977.51 |

KENTUCKY WINGS INC
2509 PLANTSIDE DRIVE
LOUISVILLE KY 40299

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>       **Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**       Is the claim subject to offset?   ■ No  ☐ Yes

---

| 3.313 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $1,590.00 |

KESCOR INC
15230 NORTH OLD STATESVILLE ROAD
HUNTERSVILLE NC 28078

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>       **Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**       Is the claim subject to offset?   ■ No  ☐ Yes

---

| 3.314 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $3,510.52 |

KETER ENVIRONMENTAL SERVICES INC
PO BOX 417468
BOSTON MA 02241-7468

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>       **Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**       Is the claim subject to offset?   ■ No  ☐ Yes

---

| 3.315 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $193.20 |

KEVIN ALAMO
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>       **Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**       Is the claim subject to offset?   ■ No  ☐ Yes

---

| Debtor | **HOA Restaurant Holder, LLC** | Case number (if known) | **25-80095** |
|---|---|---|---|
| | Name | | |

| | | | **Amount of claim** |
|---|---|---|---|
| 3.316 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$853.33** |
| | | ☐ Contingent | |
| | KEVIN R KNAPP<br>ADDRESS ON FILE | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:** <u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | |

| 3.317 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$7,112.15** |
|---|---|---|---|
| | | ☐ Contingent | |
| | KILLER MERCH LLC<br>20630 PLUMMER STREET<br>CHATSWORTH CA 91311 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:** <u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | |

| 3.318 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **UNDETERMINED** |
|---|---|---|---|
| | | ■ Contingent | |
| | KIMBERLY D ASHLEY<br>C/O GRIFFIN, REYNOLDS & ASSOCIATES<br>ATTN: JASON B. REYNOLDS, BILLY D. GRIFFIN<br>210 S.E. 89TH STREET<br>OKLAHOMA CITY OK 73149 | ■ Unliquidated<br>■ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:** <u>LITIGATION</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | |

| 3.319 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$175,000.00** |
|---|---|---|---|
| | | ☐ Contingent | |
| | KJD HOOT LLC<br>412 SE 18TH STREET<br>FORT LAUDERDALE FL 33316 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:** <u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | |

| 3.320 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$43.00** |
|---|---|---|---|
| | | ☐ Contingent | |
| | KLABUNDE DELIVERY SERVICES INC<br>8555 IZARD STREET<br>OMAHA NE 68114 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:** <u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | |

| Debtor | **HOA Restaurant Holder, LLC** | Case number (if known) | **25-80095** |
|---|---|---|---|
| | Name | | |

| | | | **Amount of claim** |
|---|---|---|---|

**3.321** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$157.06**

KRIS WORTHINGTON
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>      **Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**      **Is the claim subject to offset?** ■ No  ☐ Yes

---

**3.322** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$11,639.00**

KWM PROPERTIES, LLC
116 VANCE DRIVE
FREDERICKSBURG VA 22408

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>      **Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**      **Is the claim subject to offset?** ■ No  ☐ Yes

---

**3.323** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$211.37**

LADANIEL PARKER
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>      **Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**      **Is the claim subject to offset?** ■ No  ☐ Yes

---

**3.324** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$1,063,064.65**

LAGS EQUIPMENT LLC
2035 COLONIAL BLVD
FORT MYERS FL 33907

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>      **Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**      **Is the claim subject to offset?** ■ No  ☐ Yes

---

**3.325** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$8,040.00**

LAKE COUNTY TRUST 1437
PO BOX 1313
LAFAYETTE TN 47902

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>      **Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**      **Is the claim subject to offset?** ■ No  ☐ Yes

---

| Debtor | **HOA Restaurant Holder, LLC** | Case number (if known) | **25-80095** |
|---|---|---|---|
| | Name | | |

| | | | **Amount of claim** |
|---|---|---|---|

**3.326** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$7,721.80** |

LANDCARE USA LLC
5295 WESTVIEW DR STE 100
FREDERICK MD 21703

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

**3.327** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$171.20** |

LARRY THE GASKEY GUY LLC
PO BOX 237203
COCOA FL 32923-7203

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

**3.328** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$1,200.00** |

LAWN CARE PLUS
1565 HWY 31 NORTH
PRATTVILLE AL 36067

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

**3.329** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$603.39** |

LEWIS PROPERTY SERVICES INC
155 RAILROAD PLAZA
ROYERSFORD PA 19468

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

**3.330** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$722,992.27** |

LIBERTY MUTUAL INSURANCE GROUP
PO BOX 2027
KEENE NH 03431-7027

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| Debtor | **HOA Restaurant Holder, LLC** | Case number (if known) | **25-80095** |
| --- | --- | --- | --- |
| | Name | | |

| | | | **Amount of claim** |
| --- | --- | --- | --- |

| 3.331 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$1,467.00** |

LIFTOFF DISTRIBUTION
7077 OAKLAND MILLS ROAD
COLUMBIA MD 21046

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No  ☐ Yes

| 3.332 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$14,167.78** |

LINDBERGH PLAZA INVESTORS LLC
C O FORESTER PROPERTIES INC.
1900 AVE OF THE STARS - STE 340
LOS ANGELES CA 90067

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No  ☐ Yes

| 3.333 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$16,669.13** |

LIU CONCEPTS INC
121 BERRY MOUNTAIN RD
CRAMERTON NC 28032

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No  ☐ Yes

| 3.334 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$6,090.02** |

LOOMIS
2500 CITY WEST BOULEVARD SUITE 2300
HOUSTON TX 77042

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No  ☐ Yes

| 3.335 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **UNDETERMINED** |

LYNNETTE I. MASSIE HARTWIG
C/O HUPY AND ABRAHAM
ATTN: JAMES K. THEISEN
6952 ROTE ROAD
STE 200
ROCKFORD IL 61107

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>LITIGATION</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No  ☐ Yes

| Debtor | **HOA Restaurant Holder, LLC** | Case number (if known) | **25-80095** |
|---|---|---|---|
| | Name | | |

| | | **Amount of claim** |
|---|---|---|

| 3.336 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | |
|---|---|---|---|
| | | | **$125.00** |
| | MADISAN RUTHERFORD<br>ADDRESS ON FILE | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:**<u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | |

| 3.337 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | |
|---|---|---|---|
| | | | **$38,612.40** |
| | MAHONEY ENVIRONMENTAL<br>37458 EAGLE WAY<br>CHICAGO IL 60678-1374 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:**<u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | |

| 3.338 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | |
|---|---|---|---|
| | | | **$4,755.02** |
| | MAJESTIC PLUMBING AND ELECTRIC LLC<br>1634 ATLANTA ROAD SE<br>MARIETTA GA 30060 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:**<u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | |

| 3.339 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | |
|---|---|---|---|
| | | | **$584.50** |
| | MAJOR ABC STORE<br>154 CIVIC CENTER BLVD<br>ANDERSON SC 29624 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:**<u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | |

| 3.340 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | |
|---|---|---|---|
| | | | **$19,909.03** |
| | MAMOS SANFORD LLC<br>146-57 BAYSIDE AVE<br>FLUSHING NY 11354 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:**<u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | |

| Debtor | **HOA Restaurant Holder, LLC** | Case number (if known) | **25-80095** |
| --- | --- | --- | --- |
| | Name | | |

| | | | **Amount of claim** |
| --- | --- | --- | --- |

| 3.341 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $13,688.55 |

MAN O WAR PLACE LLC
840 EAST HIGH ST
LEXINGTON KY 40502

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.342 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $1,348.00 |

MANAGEMOWED
3420 PUMP RD #290
HENRICO VA 23233

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.343 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $422.65 |

MARKING REFRIGERATION INC
4760 S 134TH STREET
OMAHA NE 68137

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.344 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $291.42 |

MARMIC FIRE & SAFETY
PO BOX 1086
JOPLIN MO 64802

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.345 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $250.77 |

MARPAN SUPPLY COMPANY INC
PO BOX 2068
TALLAHASSEE FL 32316-2068

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| Debtor | **HOA Restaurant Holder, LLC** | Case number (if known) | **25-80095** |
|---|---|---|---|
| | Name | | |

| | | | **Amount of claim** |
|---|---|---|---|

| 3.346 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$24.17** |
|---|---|---|---|

MARQUELL TAYLOR
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.347 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$98,323.24** |
|---|---|---|---|

MARX REALTY & IMPROVEMENT CO INC
708 THIRD AVENUE 21TH FLOOR
NEW YORK NY 10017

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.348 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$100.00** |
|---|---|---|---|

MASTER DRAFTSMAN
PO BOX 358
POTTERVILLE MI 48876

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.349 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **UNDETERMINED** |
|---|---|---|---|

MATTHEW GOULDEN
ADDRESS ON FILE

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>LITIGATION</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.350 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$600.00** |
|---|---|---|---|

MAURICE MAYFIELD
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

| Debtor | **HOA Restaurant Holder, LLC** | Case number (if known) | <u>25-80095</u> |
|---|---|---|---|
| | Name | | |

| | | | **Amount of claim** |
|---|---|---|---|

| 3.351 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$467,793.91** |
|---|---|---|---|

MCB HP BALTIMORE LLC
2002 CLIPPER PARK ROAD SUITE 105
BALTIMORE MD 21211

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>       **Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**        **Is the claim subject to offset?** ■ No ☐ Yes

| 3.352 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$325.00** |
|---|---|---|---|

MCSHAN INC
19 HIGHRIDGE CIRCLE
TUSCALOOSA AL 35405

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>       **Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**        **Is the claim subject to offset?** ■ No ☐ Yes

| 3.353 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **UNDETERMINED** |
|---|---|---|---|

MELINDA QUINTERO
C/O WILLIAMS LAW GROUP, PLLC
ATTN: JOHN WASHINGTON; FREDERICK WILLIAMS
1717 N. AKARD STREET, #180
DALLAS TX 75201

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>       **Basis for the claim:**<u>LITIGATION</u>

**Last 4 digits of account number**        **Is the claim subject to offset?** ■ No ☐ Yes

| 3.354 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$17,105.00** |
|---|---|---|---|

MERCHANT WINGS B INC
5731 LYONS VIEW PIKE, STE 225
KNOXVILLE TN 37919-6477

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>       **Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**        **Is the claim subject to offset?** ■ No ☐ Yes

| 3.355 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$1,202.77** |
|---|---|---|---|

MIAMI CORE VISTA LLC
2750 CORALWAY
SUITE 200
MIAMI FL 33145

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>       **Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**        **Is the claim subject to offset?** ■ No ☐ Yes

| Debtor | **HOA Restaurant Holder, LLC** | Case number (if known) | **25-80095** |
|---|---|---|---|
| | Name | | |

| | | **Amount of claim** |
|---|---|---|

**3.356** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **UNDETERMINED**

MICHAEL S. SELBY AND MARY A. SELBY, AS TRUSTEES OF THE SELBY FAMILY TRUST
WILES & WILES, LLP
JOHN J. WILES; ANDREW H. WILES
800 KENNESAW AVE, SUITE 400
MARIETTA GA 30060-7946

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>LITIGATION</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

**3.357** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$12,667.60**

MICROPROPERTIES CORNER LLC
8140 WALNUT HILL LN SUITE 420
DALLAS TX 75231

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

**3.358** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$290.18**

MIDDLEBROOKS ELECTRIC SERVICE INC
718 S EAST ST
BENTON AR 72015

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

**3.359** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$1,201.61**

MIDSOUTH ELECTRIC CONTRACTORS INC
3869 NEW GETWELL ROAD
MEMPHIS TN 38118-6016

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

**3.360** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$124.11**

MIIAH ZIMMER
2401 LAURENS RD
GREENVILLE SC 29607

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| Debtor | **HOA Restaurant Holder, LLC** | Case number (if known) | **25-80095** |
|---|---|---|---|
| | Name | | |

| | | **Amount of claim** |
|---|---|---|

| 3.361 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$180,833.30** |
|---|---|---|---|

MILLENNIUM PROPERTIES LLC
20929 VENTURA BLVD - STE 47-350
WOODLAND HILLS CA 91364

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.362 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$1,242.69** |
|---|---|---|---|

MILLER ELECTRIC COMPANY
PO BOX 864149
ORLANDO FL 32886-4149

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.363 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$112.31** |
|---|---|---|---|

MILLS CREEK OWNERS ASSOCIATION INC
PO BOX 7070
INDIANAPOLIS IN 46207-7070

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.364 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$907.80** |
|---|---|---|---|

MILSTEAD AND MILSTEAD INC.
1350 BELMAN ROAD
FREDERICKSBURG VA 22401

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.365 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$1,412.35** |
|---|---|---|---|

MIMEO COM INC
PO BOX 654018
DALLAS TX 75265-4018

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **HOA Restaurant Holder, LLC** | Case number (if known) | **25-80095** |
|---|---|---|---|
| | Name | | |

| | | | **Amount of claim** |
|---|---|---|---|

**3.366** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$30,406.00**

MING ZHOU
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

**3.367** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **UNDETERMINED**

MIYAH GOODWIN
ADDRESS ON FILE

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>LITIGATION</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

**3.368** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$37,883.58**

MLE RESTAURANT GROUP LLC
C O MILTON L EHRLICH INC.
18 EAST 22ND STREET
NEW YORK NY 10010

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

**3.369** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$2,074.62**

MOBILE.COM
P.O BOX 731601
ORMOND BEACH FL 32173

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

**3.370** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$1,733.45**

MONONA PLUMBING & FIRE PROTECTION INC
3126 WATFORD WAY
MADISON WI 53713

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| Debtor | **HOA Restaurant Holder, LLC** | Case number (if known) | **25-80095** |
|---|---|---|---|
| | Name | | |

| | | | **Amount of claim** |
|---|---|---|---|

| 3.371 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $225.00 |
|---|---|---|---|

MR ROOTER PLUMBING OF GREENVILLE
1341 RUTHERFORD ROAD
GREENVILLE SC 29609

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No  ☐ Yes

| 3.372 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $7,629.34 |
|---|---|---|---|

MY GROUT GUYS INC
135 E ST CHARLES RD L1
CAROL STREAM IL 60188

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No  ☐ Yes

| 3.373 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $1,370.00 |
|---|---|---|---|

MYRTLE BEACH EXHAUST SERVICES
8350 BALMWOOD CIRCLE
MYRTLE BEACH SC 29588

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No  ☐ Yes

| 3.374 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $120.60 |
|---|---|---|---|

NACHALIE MONSANTO OLIVO
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No  ☐ Yes

| 3.375 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $124.11 |
|---|---|---|---|

NACOLE JAMES
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No  ☐ Yes

| Debtor | **HOA Restaurant Holder, LLC** | Case number (if known) | 25-80095 |
|---|---|---|---|
| | Name | | |

| | | **Amount of claim** |
|---|---|---|

| 3.376 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | **UNDETERMINED** |
|---|---|---|---|
| | NADG NNN HTRS (IL) LP<br>SORLING NORTHRUP<br>BRIAN D. LEE<br>1 NORTH OLD STATE CAPITOL PLAZA, SUITE 200<br>PO BOX 5131<br>SPRINGFIELD IL 62705-5131 | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | **Date(s) debt was incurred** VARIOUS | **Basis for the claim:**LITIGATION | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | |

| 3.377 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | **$14,142.15** |
|---|---|---|---|
| | NADG NNN HTRS KY LP<br>3131 MCKINNEY AVENUE<br>SUITE 3131<br>DALLAS TX 75204 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** VARIOUS | **Basis for the claim:**TRADE | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | |

| 3.378 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | **$131,232.96** |
|---|---|---|---|
| | NADG NNN HTRS LP<br>3131 MCKINNEY AVENUE<br>SUITE L-10<br>DALLAS TX 75204 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** VARIOUS | **Basis for the claim:**TRADE | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | |

| 3.379 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | **$30,522.04** |
|---|---|---|---|
| | NADG NNN HTRS OH LP<br>3131 MCKINNEY AVENUE<br>SUITE 3131<br>DALLAS TX 75204 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** VARIOUS | **Basis for the claim:**TRADE | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | |

| 3.380 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | **UNDETERMINED** |
|---|---|---|---|
| | NAQUAJAH MACK<br>628 SOUTHSIDE COMMERCIAL PKWY<br>JONESBORO GA 30236 | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | **Date(s) debt was incurred** VARIOUS | **Basis for the claim:**LITIGATION | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | |

| Debtor | **HOA Restaurant Holder, LLC** | Case number (if known) | 25-80095 |
|---|---|---|---|
| | Name | | |

| | | | **Amount of claim** |
|---|---|---|---|

| 3.381 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $3,394.82 |

NATIONAL HVAC SERVICE
7501 KANIS RD
LITTLE ROCK AR 72204

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☑ No ☐ Yes

---

| 3.382 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $7,155.25 |

NATIONAL RESTAURAN ASSOCIATION
SOLUTIONS, LLC.
37020 EAGLE WAY
CHICAGO IL 60678-1370

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☑ No ☐ Yes

---

| 3.383 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $8,511.51 |

NCR CORPORATION
PO BOX 198755
ATLANTA GA 30384-8755

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☑ No ☐ Yes

---

| 3.384 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $156,449.50 |

NET LEASED MANAGEMENT, INC
10951 SORRENTO VALLEY RD
NO 2A
SAN DIEGO CA 92121

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☑ No ☐ Yes

---

| 3.385 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **UNDETERMINED** |

NICOLE WILLIAMSON
C/O STEVEN T. VASILAROS, JOSHUA J.
WAGNER, JEREMIAH B. GREATHOUSE,
ANDREA NEWMAN
ATTN: VASILAROS WAGNER
721 BEVILLE ROAD
SOUTH DAYTONA FL 32119

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>LITIGATION</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☑ No ☐ Yes

---

| Debtor | **HOA Restaurant Holder, LLC** | Case number (if known) | **25-80095** |
|---|---|---|---|
| | Name | | |

| | | | **Amount of claim** |
|---|---|---|---|

| 3.386 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$10,000.00** |
|---|---|---|---|

NINTH NORTH LLC
10228 FOOTSMAN PL
CORNELIUS NC 28031

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

| 3.387 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$190.00** |
|---|---|---|---|

NORA LINE CLEANING
672 SPANISH OAK RD
ELON NC 27244

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

| 3.388 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$177,189.40** |
|---|---|---|---|

NORLE INVESTMENTS INC
238 S MERIDIAN STREET
SUITE 501
INDIANAPOLIS IN 46225

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

| 3.389 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$5,584.95** |
|---|---|---|---|

NORTHWEST MECHANICAL INC
5885 TREMONT AVENUE
PO BOX 2708
DAVENPORT IA 52807

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

| 3.390 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$81,936.04** |
|---|---|---|---|

NUCO2 INC
PO BOX 9011
STUART FL 34995

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

| Debtor | **HOA Restaurant Holder, LLC** | Case number (if known) | **25-80095** |
|---|---|---|---|
| | Name | | |

| | | | **Amount of claim** |
|---|---|---|---|

| 3.391 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$1,833.32** |

☐ Contingent
☐ Unliquidated
☐ Disputed

OAK REALTY PARTNERS INC
1155 KELLY JOHNSON BLVD SUITE 302
COLORADO SPRINGS CO 80920

**Date(s) debt was incurred** <u>VARIOUS</u>     **Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**     **Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.392 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$3,000.00** |

☐ Contingent
☐ Unliquidated
☐ Disputed

OKLAHOMA LOGOS LLC
4334 NORTHW. EXPRESSWAY SUITE 169
OKLAHOMA CITY OK 73116

**Date(s) debt was incurred** <u>VARIOUS</u>     **Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**     **Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.393 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$2,550.00** |

☐ Contingent
☐ Unliquidated
☐ Disputed

OLIVERA LANDSCAPING
34 PEACH COURT
SMITHFIELD NC 27577

**Date(s) debt was incurred** <u>VARIOUS</u>     **Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**     **Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.394 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$125.00** |

☐ Contingent
☐ Unliquidated
☐ Disputed

OLIVIA WOODFORD
5500 N BEACH ST
HALTON CITY TX 76137

**Date(s) debt was incurred** <u>VARIOUS</u>     **Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**     **Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.395 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$112,203.49** |

☐ Contingent
☐ Unliquidated
☐ Disputed

OLO
26 BROADWAY - 24TH FLOOR
NEW YORK NY 10004

**Date(s) debt was incurred** <u>VARIOUS</u>     **Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**     **Is the claim subject to offset?** ■ No ☐ Yes

---

| Debtor | **HOA Restaurant Holder, LLC** | Case number (if known) | **25-80095** |
|---|---|---|---|
| | Name | | |

| | | | **Amount of claim** |
|---|---|---|---|

| 3.396 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$11,340.34** |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

ONE CALL REPAIR CORP OF FLORIDA
8321 FORT THOMAS WAY
ORLANDO FL 32822

**Date(s) debt was incurred** <u>VARIOUS</u>          **Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**          **Is the claim subject to offset?** ■ No ☐ Yes

| 3.397 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$50.00** |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

ORANGE COUNTY COMPTROLLER
FINANCE & ACCOUNTING 4TH FLR
PO BOX 38
ORLANDO FL 32802

**Date(s) debt was incurred** <u>VARIOUS</u>          **Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**          **Is the claim subject to offset?** ■ No ☐ Yes

| 3.398 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$968.08** |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

ORDER UP CUTTING BOARD SERVICE
PO BOX 751
LOXLEY AL 36551

**Date(s) debt was incurred** <u>VARIOUS</u>          **Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**          **Is the claim subject to offset?** ■ No ☐ Yes

| 3.399 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$81,942.58** |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

OTTER
777 FIGUEROA ST
LOS ANGELES CA 90017

**Date(s) debt was incurred** <u>VARIOUS</u>          **Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**          **Is the claim subject to offset?** ■ No ☐ Yes

| 3.400 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$296.40** |
|---|---|---|---|

OVERHEAD DOOR COMPANY OF POLK
COUNTY
3412 REYNOLDS RD
LAKELAND FL 33803

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>          **Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**          **Is the claim subject to offset?** ■ No ☐ Yes

| Debtor | **HOA Restaurant Holder, LLC** | Case number (if known) | **25-80095** |
|---|---|---|---|
| | Name | | |

| | | **Amount of claim** |
|---|---|---|

**3.401**

**Nonpriority creditor's name and mailing address**

OVERLAND PARK FARP
P.O. BOX 25707 DEPT. 201
OVERLAND PARK KS 66225-5707

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

As of the petition filing date, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: <u>TRADE</u>

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.402**

**Nonpriority creditor's name and mailing address**

PALMER SOUTH BLVD LLC
3750 NORTH LAKE SHORE DRIVE
UNIT 11A
CHICAGO IL 60613

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

As of the petition filing date, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: <u>TRADE</u>

Is the claim subject to offset? ■ No ☐ Yes

**$36,645.69**

---

**3.403**

**Nonpriority creditor's name and mailing address**

PARTS TOWN LLC
27787 NETWORK PLACE
CHICAGO IL 60673-1277

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

As of the petition filing date, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: <u>TRADE</u>

Is the claim subject to offset? ■ No ☐ Yes

**$11,326.36**

---

**3.404**

**Nonpriority creditor's name and mailing address**

PATRICIA M MAHAFFEY
ADDRESS ON FILE

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

As of the petition filing date, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: <u>TRADE</u>

Is the claim subject to offset? ■ No ☐ Yes

**$23,937.68**

---

**3.405**

**Nonpriority creditor's name and mailing address**

PAVION CORP
4151 LAFAVETTE CENTER DRIVE SUITE 700
CHANTILLY VA 20151

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

As of the petition filing date, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: <u>TRADE</u>

Is the claim subject to offset? ■ No ☐ Yes

**$12,127.51**

| Debtor | **HOA Restaurant Holder, LLC** | Case number (if known) | **25-80095** |
| | Name | | |

| | | | **Amount of claim** |
|---|---|---|---|

| 3.406 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $28,846.95 |

PEABODY PLACE CENTRE GP
100 PEABODY PLACE, STE 1400
MEMPHIS TN 38103

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.407 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $897.50 |

PEPSI BOTTLING VENTURES LLC
1900 PEPSI WAY
CHARLOTTE NC 28275-0990

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.408 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $590.85 |

PEPSI COLA BOTTLING OF CENTRAL VIRGINIA
PO BOX 9035
CHARLOTTESVILLE VA 22906

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.409 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $6,884.20 |

PEPSI-COLA COMPANY
75 REMITTANCE DRIVE
SUITE 1884
CHICAGO IL 60675-1884

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.410 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $143.92 |

PGS RESTAURANT SERVICES LLC
1526 CONSTRUCTION WAY
VAN BUREN AR 72956

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| Debtor | **HOA Restaurant Holder, LLC** | Case number (if known) | **25-80095** |
|---|---|---|---|
| | Name | | |

| | | **Amount of claim** |
|---|---|---|

| 3.411 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | $1,000.00 |
|---|---|---|---|

PHILLIP W BRYAN
ADDRESS ON FILE

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.412 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | $1,300.00 |
|---|---|---|---|

PJB ENTERPRISES LLC
5121 EAGLE CT
DAVENPORT IA 52807

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.413 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | $84.66 |
|---|---|---|---|

PLATINUM DISTRIBUTING
PO BOX 11616
FORT SMITH AR 72917

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.414 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | $13,750.00 |
|---|---|---|---|

PLAYFLY SPORTS PROPERTIES LLC
22 CASSATT AVENUE
BERWYN PA 19312

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.415 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | $155.00 |
|---|---|---|---|

PLUMBING SERVICE COMPANY
PO BOX 1608
VALDOSTA GA 31603

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **HOA Restaurant Holder, LLC** | | |
|---|---|---|---|
| | Name | Case number (if known) | **25-80095** |

| | | **Amount of claim** |
|---|---|---|

| 3.416 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | **UNDETERMINED** |
|---|---|---|---|

PLUS FOUR DEGREES INVESTMENT, LLC
LOCKABY PLLC
MATTHEW T. LOCKABY JOHN M. GHAELIAN
476 EAST HIGH STREET, SUITE 200
LEXINGTON KY 40507

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>LITIGATION</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.417 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | **$1,070.00** |
|---|---|---|---|

POPES LAWN CARE LLC
13601 SW 59TH ST
MUSTANG OK 73064

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.418 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | **$274.83** |
|---|---|---|---|

PORT CITY TAP TECHS LLC
804 BRYCE COURT UNIT K
WILMINGTON NC 28405

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.419 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | **$18,987.50** |
|---|---|---|---|

PORTAGE DEVELOPMENT LLC
1655 OLMSTEAD DR
PORTAGE IN 46368

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.420 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | **$10,312.50** |
|---|---|---|---|

POURLOS PROPERTIES LLC
9300 EDWARDS PLACE
CHARLOTTE NC 28227

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| Debtor | **HOA Restaurant Holder, LLC** | Case number (if known) | **25-80095** |
|---|---|---|---|
| | Name | | |

| | | | **Amount of claim** |
|---|---|---|---|

| 3.421 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$8,529.75** |
|---|---|---|---|

PREMIER GREASE INC
PO BOX 3535
ALPHARETTA GA 30023

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.422 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$5,250.41** |
|---|---|---|---|

PREMIER HEATING AND AIR LLC
732 SONGBIRD LANE
VAN BUREN AR 72956

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.423 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$2,700.00** |
|---|---|---|---|

PREMIER LANDSCAPING LLC
619 STONEBRIDGE CIRCLE
SAVANNAH GA 31419

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.424 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$1,059.30** |
|---|---|---|---|

PREMIER POWER WASH LLC
595 62ND ST SUITE 127
MARION IA 52302

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.425 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$34,674.39** |
|---|---|---|---|

PRIME REAL ESTATE US II PROPERTIES INC
2975 REGENT BLVD
IRVING TX 75063

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| Debtor | **HOA Restaurant Holder, LLC** | Case number (if known) | **25-80095** |
|---|---|---|---|
| | Name | | |

| | | | **Amount of claim** |
|---|---|---|---|

**3.426** **Nonpriority creditor's name and mailing address**

PRIORITY U INC
14111 W 95TH STREET
LENEXA KS 66215

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

As of the petition filing date, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE

Is the claim subject to offset? ■ No ☐ Yes

**Amount of claim: $11,066.38**

---

**3.427** **Nonpriority creditor's name and mailing address**

PROVIDENT MERCHANDISE SOURCING, LLC
107 HAMPTON ROAD
SUITE 170
CLEARWATER FL 33759

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

As of the petition filing date, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE

Is the claim subject to offset? ■ No ☐ Yes

**Amount of claim: $58,725.63**

---

**3.428** **Nonpriority creditor's name and mailing address**

PRYOR MECHANICAL LLC
221 NW 180TH STREET
SMITHVILLE MO 64089

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

As of the petition filing date, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE

Is the claim subject to offset? ■ No ☐ Yes

**Amount of claim: $508.40**

---

**3.429** **Nonpriority creditor's name and mailing address**

PUBLIC IMAGERY
7703 ANDERSON ROAD
TAMPA FL 33634

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

As of the petition filing date, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE

Is the claim subject to offset? ■ No ☐ Yes

**Amount of claim: $98.78**

---

**3.430** **Nonpriority creditor's name and mailing address**

PUNCHH INC
1875 S GRANT ST NO 810
SAN MATEO CA 94402

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

As of the petition filing date, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE

Is the claim subject to offset? ■ No ☐ Yes

**Amount of claim: $2,058.06**

| Debtor | **HOA Restaurant Holder, LLC** | Case number (if known) | **25-80095** |
|---|---|---|---|
| | Name | | |

| | | | **Amount of claim** |
|---|---|---|---|

| 3.431 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$47.92** |

PYROTECH INC
9483 DIELMAN ROCK ISLAND INDUSTRIAL
DRIVE
ST LOUIS MO 63132

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.432 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$308.20** |

RACHEL LEITKE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.433 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$942.42** |

RATIONAL USA
1701 GOLF ROAD
SUITE C 120 COMMERCIUM
ROLLING MEADOWS IL 60008

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.434 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **UNDETERMINED** |

RAY, SHANI
JEFFREY P. GAULT
222 SOUTH CENTRAL #808
CLAYTON MO 63105

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** LITIGATION

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.435 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$12,916.67** |

RDV RENTALS LLC
7370 HODGSON MEMORIAL DRIVE SUITE D-10
SAVANNAH GA 31406

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

| Debtor | **HOA Restaurant Holder, LLC** | Case number (if known) | **25-80095** |
|---|---|---|---|
| | Name | | |

| | | | Amount of claim |
|---|---|---|---|

**3.436**

**Nonpriority creditor's name and mailing address**

REAL CLEAN SERVICES
PO BOX 2161
KENNESAW GA 30156

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**<u>TRADE</u>

**Is the claim subject to offset?** ■ No ☐ Yes

**$1,285.00**

---

**3.437**

**Nonpriority creditor's name and mailing address**

REDI-REFRIGERATION INC
505 SW VAN BUREN ST
TOPEKA KS 66604

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**<u>TRADE</u>

**Is the claim subject to offset?** ■ No ☐ Yes

**$710.57**

---

**3.438**

**Nonpriority creditor's name and mailing address**

REGINA DUNCAN
C/O FRY GOEHRING LAW FIRM
ATTN: RANDAL E. FRY; GULLIANA GOEHRING
1718 PEACHTREE STREET, NW
STE 990
ATLANTA GA 30309

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**<u>LITIGATION</u>

**Is the claim subject to offset?** ■ No ☐ Yes

**UNDETERMINED**

---

**3.439**

**Nonpriority creditor's name and mailing address**

REMCO INC
195 HEMPT ROAD
MECHANICSBURG PA 17050

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**<u>TRADE</u>

**Is the claim subject to offset?** ■ No ☐ Yes

**$28,495.68**

---

**3.440**

**Nonpriority creditor's name and mailing address**

RESTAURANT EQUIPMENT MAINTENANCE CO LLC
995 YEAGER PARKWAY
PELHAM AL 35124

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**<u>TRADE</u>

**Is the claim subject to offset?** ■ No ☐ Yes

**$4,154.92**

---

| Debtor | **HOA Restaurant Holder, LLC** | Case number (if known) | **25-80095** |
|---|---|---|---|
| | Name | | |

| | | | **Amount of claim** |
|---|---|---|---|

| 3.441 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$93,681.06** |
|---|---|---|---|

RESTAURANT MAGIC
8383 SENECA TURNPIKE
NEW HARTFORD NY 13413

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No  ☐ Yes

---

| 3.442 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$3,387.61** |
|---|---|---|---|

RICE EQUIPMENT SERVICE INC
3249 SOUTH SCENIC
SPRINGFIELD MO 65807

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No  ☐ Yes

---

| 3.443 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$173.34** |
|---|---|---|---|

RIFE CARBONIC COMPANY
2259 AURORA RD.
MELBOURNE FL 32935

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No  ☐ Yes

---

| 3.444 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$15,752.00** |
|---|---|---|---|

RINEHART PROPERTY MANAGEMENT INC
1339 EBENEZER RD.
ROCK HILL SC 29732

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No  ☐ Yes

---

| 3.445 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$1,432.68** |
|---|---|---|---|

RIVER CITIES DEVELOPMENT LLC
100 E KIMBERLY ROAD
DAVENPORT IA 52806

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No  ☐ Yes

| Debtor | **HOA Restaurant Holder, LLC** | Case number (if known) | **25-80095** |
|---|---|---|---|
| | Name | | |

| | | **Amount of claim** |
|---|---|---|

| 3.446 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | |
|---|---|---|---|
| | | | $20,560.43 |

ROBERT E STAFFORD SR & ASSOC LLLP
3 MOON CREEK CIRCLE
SMITHFIELD VA 23430

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE

**Last 4 digits of account number**

Is the claim subject to offset?   ■ No   ☐ Yes

---

| 3.447 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | |
|---|---|---|---|
| | | | $594.50 |

ROBERT MIKE SEEDERS PLUMBING INC
4525 CAPITAL CIR NW J5
TALLAHASSEE FL 32303

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE

**Last 4 digits of account number**

Is the claim subject to offset?   ■ No   ☐ Yes

---

| 3.448 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | |
|---|---|---|---|
| | | | $87.34 |

ROCK VALLEY CULLIGAN
PO BOX 2755
LOVES PARK IL 61132-2755

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE

**Last 4 digits of account number**

Is the claim subject to offset?   ■ No   ☐ Yes

---

| 3.449 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | |
|---|---|---|---|
| | | | $335.00 |

ROCKFORD RENTALS
1921 BROADWAY
ROCKFORD IL 61104

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE

**Last 4 digits of account number**

Is the claim subject to offset?   ■ No   ☐ Yes

---

| 3.450 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | |
|---|---|---|---|
| | | | $425.00 |

ROGER'S LAWN
336 E TRACKER RD
NIXA MO 65714

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE

**Last 4 digits of account number**

Is the claim subject to offset?   ■ No   ☐ Yes

---

| Debtor | **HOA Restaurant Holder, LLC** | Case number (if known) | **25-80095** |
|---|---|---|---|
| | Name | | |

| | | **Amount of claim** |
|---|---|---|

| 3.451 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$1,671.24** |
|---|---|---|---|

ROLLAND SAFE & LOCK COMPANY
3210 TOWERWOOD DRIVE
DALLAS TX 75234

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.452 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$6,776.80** |
|---|---|---|---|

RONNIES MAINTENANCE LLC
8925 PEBBLE BEACH PLACE
CLERMONT FL 34711

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.453 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$3,653.14** |
|---|---|---|---|

ROOFINGSOURCE
6255 W HOWARD ST
NILES IL 60714

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.454 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$2,095.61** |
|---|---|---|---|

ROOFTOP SOLUTIONS
2019 CORPORATE LN
SUITE 119
NAPERVILLE IL 60563

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.455 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$4,118.45** |
|---|---|---|---|

ROOFTOP SOLUTIONS EAST LLC
141 TIMBERLEAF DR
DUNCAN SC 29334

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| Debtor | **HOA Restaurant Holder, LLC** | Case number (if known) | 25-80095 |
|---|---|---|---|
| | Name | | |

| | | | **Amount of claim** |
|---|---|---|---|

| 3.456 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | UNDETERMINED |
|---|---|---|---|

ROSS DAVIS TRUSTEE
WEYCER, KAPLAN, PULASKI & ZUBER, P.C.
JOHN A. GARZA
24 GREENWAY PLAZA, SUITE 2050
HOUSTON TX 77046

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>LITIGATION</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.457 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | $22,948.59 |
|---|---|---|---|

ROSSMORE ENTERPRISES
415 E HYMAN AVE
SUITE 401
ASPEN CO 81611

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.458 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | $18,521.97 |
|---|---|---|---|

ROTKREUZ LLC
10624 S EASTERN AVE SUITE A 646
HENDERSON NV 89052

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.459 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | $14,195.42 |
|---|---|---|---|

ROUND ROOM REAL ESTATE HOLDINGS LLC
10300 KINCAID AVE SUITE 100
FISHERS IN 46037

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.460 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | $837.55 |
|---|---|---|---|

ROYS UPHOLSTERY INC
1422 15TH STREET
MOLINE IL 61265

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

| Debtor | **HOA Restaurant Holder, LLC** | | Case number (if known) | **25-80095** |
| --- | --- | --- | --- | --- |
| | Name | | | |

| | | | **Amount of claim** |
| --- | --- | --- | --- |

| 3.461 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$33,454.16** |
| --- | --- | --- | --- |

☐ Contingent
☐ Unliquidated
☐ Disputed

RP PROPERTIES LLC
1347 S LARAMIE WAY
CICERO IL 60804

**Date(s) debt was incurred** <u>VARIOUS</u>          **Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**          **Is the claim subject to offset?** ■ No ☐ Yes

| 3.462 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$815.58** |
| --- | --- | --- | --- |

☐ Contingent
☐ Unliquidated
☐ Disputed

RSM ACQUISITION LLC
5330 F STREET
OMAHA NE 68117

**Date(s) debt was incurred** <u>VARIOUS</u>          **Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**          **Is the claim subject to offset?** ■ No ☐ Yes

| 3.463 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$4,081.25** |
| --- | --- | --- | --- |

☐ Contingent
☐ Unliquidated
☐ Disputed

RUCKER MECHANICAL
5209 N COUNCIL RD
OKLAHOMA CITY OK 73132

**Date(s) debt was incurred** <u>VARIOUS</u>          **Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**          **Is the claim subject to offset?** ■ No ☐ Yes

| 3.464 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$217.44** |
| --- | --- | --- | --- |

☐ Contingent
☐ Unliquidated
☐ Disputed

RYAN KING
ADDRESS ON FILE

**Date(s) debt was incurred** <u>VARIOUS</u>          **Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**          **Is the claim subject to offset?** ■ No ☐ Yes

| 3.465 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$25,025.00** |
| --- | --- | --- | --- |

☐ Contingent
☐ Unliquidated
☐ Disputed

SAINT MINA REAL ESTATE LLC
6734 MERIWETHER CT
RANCHO CUCAMONGA CA 91701

**Date(s) debt was incurred** <u>VARIOUS</u>          **Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**          **Is the claim subject to offset?** ■ No ☐ Yes

| Debtor | **HOA Restaurant Holder, LLC** | | Case number (if known) | **25-80095** |
| --- | --- | --- | --- | --- |
| | Name | | | |

| | | | **Amount of claim** |
| --- | --- | --- | --- |

| 3.466 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$2,348.00** |
| | | ☐ Contingent | |
| | SALTER LAWN SERVICE LLC | ☐ Unliquidated | |
| | 805 ASHLEY DRIVE | ☐ Disputed | |
| | ASHLAND MO 65010 | | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:** <u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No  ☐ Yes | |

| 3.467 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$7,013.06** |
| | | ☐ Contingent | |
| | SAM SERVICE INC | ☐ Unliquidated | |
| | 1021 WORTH ST | ☐ Disputed | |
| | ALBANY GA 31705 | | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:** <u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No  ☐ Yes | |

| 3.468 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$450.00** |
| | | ☐ Contingent | |
| | SAM SMITH LANDSCAPE LLC | ☐ Unliquidated | |
| | 2774 COBB PARKWAY 109-413 | ☐ Disputed | |
| | KENNESAW GA 30152 | | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:** <u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No  ☐ Yes | |

| 3.469 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$1,697.64** |
| | | ☐ Contingent | |
| | SAMANTHA BROWN | ☐ Unliquidated | |
| | ADDRESS ON FILE | ☐ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:** <u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No  ☐ Yes | |

| 3.470 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$414.99** |
| | | ☐ Contingent | |
| | SAMANTHA KUEHNEUMUND | ☐ Unliquidated | |
| | ADDRESS ON FILE | ☐ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:** <u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No  ☐ Yes | |

| Debtor | **HOA Restaurant Holder, LLC** | Case number (if known) | **25-80095** |
|---|---|---|---|
| | Name | | |

| | | **Amount of claim** |
|---|---|---|

| 3.471 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $14,596.64 |
|---|---|---|---|

SAN YU VALDOSTA GA LLC
257 SINGINGWOOD LN
BREA CA 92821

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.472 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $2,122.50 |
|---|---|---|---|

SANCHEZ SERVICES LLC
111 FLINT ST APT 3
SUN PRAIRIE WI 53590

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.473 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $93,346.70 |
|---|---|---|---|

SANTA TERESA CAPITAL LLC
601 N MESA #1500
EL PASO TX 79901

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.474 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | UNDETERMINED |
|---|---|---|---|

SANTA TERESA CAPITAL, LLC
WILLIAMS LAW FIRM OF LAKE OF THE
OZARKS, LLC
NOLAN Q.B. JOHNSON ZANE G. WILLIAMS
16533 N STATE HWY 5
SUNRISE BEACH MO 65079

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>LITIGATION</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.475 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $122.00 |
|---|---|---|---|

SAPPHIRE WINDOW CLEANING
9521 B. RIVERSIDE PKWY #308
TULSA OK 74137-7422

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| Debtor | **HOA Restaurant Holder, LLC** | Case number (if known) | **25-80095** |
|---|---|---|---|
| | Name | | |

| | | | Amount of claim |
|---|---|---|---|

**3.476** **Nonpriority creditor's name and mailing address**

SC DEPARTMENT OF ARGICULTURE
350 BALLARD COURT
WEST COLUMBIA SC 29172

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

As of the petition filing date, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** <u>TRADE</u>

**Is the claim subject to offset?** ■ No ☐ Yes

**$400.00**

---

**3.477** **Nonpriority creditor's name and mailing address**

SCHOENBACHLER ENTERPRISES LLC
4115 209TH AVE SE
SAMMAMISH WA 98075

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

As of the petition filing date, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** <u>TRADE</u>

**Is the claim subject to offset?** ■ No ☐ Yes

**$21,669.47**

---

**3.478** **Nonpriority creditor's name and mailing address**

SCHOOX INC
3112 WINDSOR ROAD # A108
AUSTIN TX 78703

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

As of the petition filing date, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** <u>TRADE</u>

**Is the claim subject to offset?** ■ No ☐ Yes

**$11,196.00**

---

**3.479** **Nonpriority creditor's name and mailing address**

SCOTT LITTLE
ADDRESS ON FILE

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

As of the petition filing date, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** <u>TRADE</u>

**Is the claim subject to offset?** ■ No ☐ Yes

**$33,567.54**

---

**3.480** **Nonpriority creditor's name and mailing address**

SEDGWICK CLAIMS MANAGEMENT SERVICES INC
8125 SEDGWICK WAY
MEMPHIS TN 38125

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

As of the petition filing date, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** <u>TRADE</u>

**Is the claim subject to offset?** ■ No ☐ Yes

**$1,517.29**

---

| Debtor | **HOA Restaurant Holder, LLC** | Case number (if known) | **25-80095** |
|---|---|---|---|
| | Name | | |

| | | | Amount of claim |
|---|---|---|---|

| 3.481 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $370.00 |
|---|---|---|---|

SERTEC LLC
5510 VINE STREET
ALEXANDRIA VA 22310

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>    **Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**    **Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.482 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $540.00 |
|---|---|---|---|

SERVICE INDUSTRY APROS
6000 WESTERN TRAIL
GREENSBORO NC 27410

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>    **Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**    **Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.483 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $3,173.58 |
|---|---|---|---|

SHADOW CREEK RANCH ASSOCIATION
PO BOX 30343
TAMPA FL 33630-3343

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>    **Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**    **Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.484 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | UNDETERMINED |
|---|---|---|---|

SHARON HRONEC
C/O MORGAN & MORGAN , P.A
ATTN: W. DOUG MARTIN
20 N. ORANGE AVENUE, SUITE 1600
POST OFFICE BOX 4979
ORLANDO FL 32802-4979

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>    **Basis for the claim:**<u>LITIGATION</u>

**Last 4 digits of account number**    **Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.485 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $1,400.00 |
|---|---|---|---|

SHEAR NATURE LANDSCAPING
9785 LAKE DISTRICT LN
ORLANDO FL 32832

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>    **Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**    **Is the claim subject to offset?** ■ No ☐ Yes

---

| Debtor | **HOA Restaurant Holder, LLC** | Case number (if known) | 25-80095 |
| --- | --- | --- | --- |
| | Name | | |

| | | | **Amount of claim** |
| --- | --- | --- | --- |

| 3.486 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$3,310.63** |

SHEER ENTERPRISES INC
6250 N MILITARY TRAIL STE 204
WEST PALM BEACH FL 33407

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>     **Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**     **Is the claim subject to offset?** ■ No  ☐ Yes

| 3.487 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$11,863.97** |

SHERATON LOUISVILLE RIVERSIDE
700 W RIVERSIDE DRIVE
JEFFERSONVILLE IN 47130

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>     **Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**     **Is the claim subject to offset?** ■ No  ☐ Yes

| 3.488 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$21,304.50** |

SHERMAN H SAWIN
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>     **Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**     **Is the claim subject to offset?** ■ No  ☐ Yes

| 3.489 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$15,753.68** |

SHERMAN H SAWIN
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>     **Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**     **Is the claim subject to offset?** ■ No  ☐ Yes

| 3.490 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$10,978.42** |

SHOALS MPE SERVICES LLC
7787 HIGHWAY 75
PINSON AL 35126

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>     **Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**     **Is the claim subject to offset?** ■ No  ☐ Yes

| Debtor | **HOA Restaurant Holder, LLC** | Case number (if known) | **25-80095** |
|---|---|---|---|
| | Name | | |

| | | | **Amount of claim** |
|---|---|---|---|

| 3.491 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $147.20 |

SIDNEY LEE WELDING SUPPLY INC
PO BOX 429
HAMPTON GA 30228

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☒ No ☐ Yes

---

| 3.492 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $80,094.55 |

SIGNMANAGER INC
129 W JACKSON AVE
UNIT 104
KNOXVILLE TN 37902

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☒ No ☐ Yes

---

| 3.493 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $13,219.34 |

SILVER LAKE INVESTMENT INC
201 BATHGATE LN
CARY NC 27513

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☒ No ☐ Yes

---

| 3.494 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $9,583.33 |

SILVER PEARL CORPORATION
C O FIRST AMERICAN BANK ATTN JIM BEATTY
2407 CANTERBURY ROAD
BIRMINGHAM AL 35223

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☒ No ☐ Yes

---

| 3.495 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $34.80 |

SKF MANAGEMENT LLC
RE EASTLAND CENTER OWNERS ASSN
8516 N. SAYANTE WAY
TUCSON AZ 85743

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☒ No ☐ Yes

---

| Debtor | **HOA Restaurant Holder, LLC** | | Case number (if known) | **25-80095** |
|---|---|---|---|---|
| | Name | | | |

| | | | **Amount of claim** |
|---|---|---|---|

| 3.496 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $22,385.00 |
|---|---|---|---|

SNAKE 2 TUSCALOOSA PROPERTIES LLC
2700 LAS VEGAS BLVD S
UNIT 1811
LAS VEGAS NV 89109-1162

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.497 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $22,792.88 |
|---|---|---|---|

SOCI INC
8605 SANTA MONICA BLVD PMB 47149
WEST HOLLYWOOD CA 90069-4109

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.498 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $2,400.02 |
|---|---|---|---|

SOEFKER REFRIGERATION INC
1568 PANAMA STREET
MEMPHIS TN 38108

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.499 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $33,354.72 |
|---|---|---|---|

SONSY LLC
12333 STRATFORD DRIVE
ATTN: DAVID E CARPENTER
CLIVE IA 52776

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.500 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $855.00 |
|---|---|---|---|

SOUTHEAST COMMERCIAL SERVICES INC
217 DAVENTON ROAD
PELZER SC 29669

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

| Debtor | **HOA Restaurant Holder, LLC** | Case number (if known) | **25-80095** |
|---|---|---|---|
| | Name | | |

| | | **Amount of claim** |
|---|---|---|

| 3.501 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$1,811.36** |
|---|---|---|---|

SOUTHFORK PROPERTIES LP
P.O. BOX 558
MCKINNEY TX 75070

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.502 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$250.00** |
|---|---|---|---|

SPARKLING CLEAN MAINTEANCE
PO BOX 2138
CONWAY SC 29528

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.503 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$29.16** |
|---|---|---|---|

SPECIALTY LIGHTING GROUP
PO BOX 1196
NEW HAVEN CT 06505

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.504 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$334.50** |
|---|---|---|---|

SPIRIT STAR
PO BOX 155426
FT WORTH TX 76155

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.505 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$7,700.00** |
|---|---|---|---|

SPORTS TV GUIDE
PO BOX 575
MONSON MA 01057

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

| Debtor | **HOA Restaurant Holder, LLC** | Case number (if known) | **25-80095** |
|---|---|---|---|
| | Name | | |

| | | **Amount of claim** |
|---|---|---|

| 3.506 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$850.00** |
|---|---|---|---|

SPOTLESS WINDOW
DBA FISH WINDOW CLEANING
PO BOX 71312
HENRICO VA 23229

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.507 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$665.37** |
|---|---|---|---|

STANDARD HEATING AND AIR CONDITIONING INC
11746 PORTAL ROAD
LA VISTA NE 68128

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.508 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$52,968.21** |
|---|---|---|---|

STAPLES BUSINESS ADVANTAGE
PO BOX 412526
DEPT B0S
BOSTON MA 02241-5256

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.509 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$1,123.50** |
|---|---|---|---|

STAR PRESSURE WASHING LLC
7747 RUDDER CIRCLE
FAIRBURN GA 30213

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.510 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$250.00** |
|---|---|---|---|

STARS DISCOUNT WINDOW CLEANING
3846 BOULDER CREEK
MARTINEZ GA 30907

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| Debtor | **HOA Restaurant Holder, LLC** | Case number (if known) | **25-80095** |
|---|---|---|---|

Name

| | | Amount of claim |
|---|---|---|

| 3.511 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$35,730.73** |
|---|---|---|---|

STATION PLACE HOLDINGS LLC
7600 JERICHO T PLC (402)
C/O REALTY RESOURCE
WOODBURY NY 11797

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.512 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$924.00** |
|---|---|---|---|

STELLER RESTAURANT SOLUTIONS LLC
5061 N 30TH ST, STE 103
COLORADO SPRINGS CO 80919

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.513 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$1,909.43** |
|---|---|---|---|

STEMMLE PLUMBING REPAIR INC
PO BOX 35680
RICHMOND VA 23235

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.514 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$14,850.00** |
|---|---|---|---|

STEVE VEAL
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.515 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$34,413.76** |
|---|---|---|---|

STEVEN J VEAL / YUKON ONE LLC
PO BOX 15001
ST LOUIS MO 63110

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

| Debtor | **HOA Restaurant Holder, LLC** | Case number (if known) | **25-80095** |
|---|---|---|---|
| | Name | | |

| | | Amount of claim |
|---|---|---|

| 3.516 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $318.00 |
|---|---|---|---|

STEVES TV AND VCR SERVICE INC
3270 BAY ROAD
SAGINAW MI 48603

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.517 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $14,918.75 |
|---|---|---|---|

SUNNY BLUE LLC
PO BOX 509
RIDGEWOOD NJ 07451

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.518 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $2,340.00 |
|---|---|---|---|

SUNSET LAWN AND SNOW LLC
3123 CHESTNUT
DEARBORN MI 48124

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.519 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $300.00 |
|---|---|---|---|

SUPERIOR LAWNS INC
BRIAN BAKER
PO BOX 12921
WILMINGTON NC 28405

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.520 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $8,565.55 |
|---|---|---|---|

SVC ABS LLC
255 WASHINGTON STREET
TWO NEWTON PLACE
NEWTON MA 02458

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| Debtor | **HOA Restaurant Holder, LLC** | | Case number (if known) | **25-80095** |
|---|---|---|---|---|
| | Name | | | |

| | | **Amount of claim** |
|---|---|---|

| 3.521 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $12,279.94 |
|---|---|---|---|

SVC ABS LLC
255 WASHINGTON STREET
TWO NEWTON PLACE
NEWTON MA 02458

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No  ☐ Yes

---

| 3.522 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $4,725.17 |
|---|---|---|---|

SWIFT BROTHERS PLUMBING HEATING & AIR LLC
PO BOX 91297
RALEIGH NC 27675

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No  ☐ Yes

---

| 3.523 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $4,694.00 |
|---|---|---|---|

T&G DRAUGHT SERVICE INC
3509 FREEPORT RD
ROCKTON IL 61072

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No  ☐ Yes

---

| 3.524 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $1,576.07 |
|---|---|---|---|

T&S FIRE AND SECURITY INC
3025 RANDLEMAN ROAD
GREENSBORO NC 27406

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No  ☐ Yes

---

| 3.525 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $350.12 |
|---|---|---|---|

TCR
PO BOX 187
CLARKSTON GA 30021

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No  ☐ Yes

| Debtor | **HOA Restaurant Holder, LLC** | Case number (if known) | **25-80095** |
|---|---|---|---|
| | Name | | |

| | | | Amount of claim |
|---|---|---|---|

| 3.526 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$970.00** |

TEAM ROUNTREE INC
3811 W. INT'L SPEEDWAY BLVD
DAYTONA BEACH FL 32124

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

Is the claim subject to offset?   ■ No  ☐ Yes

---

| 3.527 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$20,678.70** |

TECH 24
410 EAST WASHINGTON STREET
GREENVILLE SC 29601

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

Is the claim subject to offset?   ■ No  ☐ Yes

---

| 3.528 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$6,305.18** |

TECH SERVICE TODAY LLC
1903 S CONGRESS AVE
SUITE NO 305
BOYNTON BEACH FL 33426

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

Is the claim subject to offset?   ■ No  ☐ Yes

---

| 3.529 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$25,000.00** |

THE BALTUSROL CORPORATION
ATTN TIM DORSEY
5335 SPRING VALLEY RD.
DALLAS TX 75254

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

Is the claim subject to offset?   ■ No  ☐ Yes

---

| 3.530 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$885.50** |

THE BARS PROGRAM
7112 W JEFFERSON AVENUE
SUITE 312
LAKEWOOD CO 80235

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

Is the claim subject to offset?   ■ No  ☐ Yes

---

| Debtor | **HOA Restaurant Holder, LLC** | Case number (if known) | 25-80095 |
|---|---|---|---|
| | Name | | |

| | | **Amount of claim** |
|---|---|---|

| 3.531 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $281.11 |
|---|---|---|---|

THE COLONIAL COMPANY LLC
1212 KNOB CREEK ROAD
JOHNSON CITY TN 37604

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.532 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $2,142.00 |
|---|---|---|---|

THE HILLER COMPANIES INC
3751 JOY SPRINGS DRIVE
MOBILE AL 36693

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.533 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $135,474.77 |
|---|---|---|---|

THE ICEBOX
700 LAKE AVE
ATLANTA GA 30307

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.534 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $580.00 |
|---|---|---|---|

THE LAWN BUTLER
166 GRAYSON RD
ROCK HILL SC 29732

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.535 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $85,292.70 |
|---|---|---|---|

THE SELBY FAMILY TRUST
PO BOX 14539
ATTN: MICHAEL S SELBY
BRADENTON FL 34280

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

| Debtor | **HOA Restaurant Holder, LLC** | Case number (if known) | **25-80095** |
|---|---|---|---|
| | Name | | |

| | | **Amount of claim** |
|---|---|---|

| 3.536 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$1,433.39** |
|---|---|---|---|

THE WALDINGER CORPORATION
8802 SOUTH 12 1ST STREET
LA VIST NE 68128

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

| 3.537 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$668.00** |
|---|---|---|---|

THE WINDOW MAN
332 S FILLMORE AVENUE
KIRKWOOD MO 63122

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

| 3.538 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$9,833.34** |
|---|---|---|---|

TMOBILE
PO BOX 742596
CINCINNATI OH 45274

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

| 3.539 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$9,829.29** |
|---|---|---|---|

TOP SHOT CKR INC
5075 29TH AVE
ROCKFORD IL 61109

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

| 3.540 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$1,320.00** |
|---|---|---|---|

TOUR ICE OF DAYTONA INC
635 N BEACH ST
DAYTONA BEACH FL 32114

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

| Debtor | **HOA Restaurant Holder, LLC** | | Case number (if known) | **25-80095** |
|---|---|---|---|---|
| | Name | | | |

| | | | **Amount of claim** |
|---|---|---|---|

| 3.541 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $2,067.50 |
|---|---|---|---|

TOWN CENTER INC
PO BOX 2273
BRIGHTON MI 48116

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No  ☐ Yes

---

| 3.542 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $2,602.49 |
|---|---|---|---|

TRANSOURCE
15955 LA CANTERA PARKWAY
SAN ANTONIO TX 78256

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No  ☐ Yes

---

| 3.543 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $5,997.31 |
|---|---|---|---|

TREAT'S CLEANING SOLUTIONS LLC
P.O. BOX 847
ADA OK 74821

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No  ☐ Yes

---

| 3.544 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $1,088.25 |
|---|---|---|---|

TRI CITY ELECTRIC CO OF IOWA
6225 N BRADY STREET
DAVENPORT IA 52806

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No  ☐ Yes

---

| 3.545 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $814.20 |
|---|---|---|---|

TRISTA BINGHAM
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No  ☐ Yes

---

| Debtor | **HOA Restaurant Holder, LLC** | | |
|---|---|---|---|
| | Name | Case number (if known) | **25-80095** |

| | | | **Amount of claim** |
|---|---|---|---|

**3.546**

**Nonpriority creditor's name and mailing address**

TRM 14 LLC
TURNER PADGET GRAHAM & LANEY, P.A.
IAN D. MCVEY; LINDSEY M. BEHNKE
PO BOX 1473
COLUMBIA SC 29202

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

As of the petition filing date, the claim is: Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** <u>LITIGATION</u>

Is the claim subject to offset?   ■ No   ☐ Yes

**UNDETERMINED**

---

**3.547**

**Nonpriority creditor's name and mailing address**

TRUSHINE SERVICES
3065 MCCALL DRIVE SUITE 1
ATLANTA GA 30340

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

As of the petition filing date, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** <u>TRADE</u>

Is the claim subject to offset?   ■ No   ☐ Yes

**$1,146.27**

---

**3.548**

**Nonpriority creditor's name and mailing address**

TRY COR ELECTRIC INC
PO BOX 654
WINDERMERE FL 34786-0654

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

As of the petition filing date, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** <u>TRADE</u>

Is the claim subject to offset?   ■ No   ☐ Yes

**$319.25**

---

**3.549**

**Nonpriority creditor's name and mailing address**

TURF AND HORTICULTURE MANAGEMENT
1450 LOWERDOWDA MILLE RD.
JASPER GA 30143

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

As of the petition filing date, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** <u>TRADE</u>

Is the claim subject to offset?   ■ No   ☐ Yes

**$2,250.00**

---

**3.550**

**Nonpriority creditor's name and mailing address**

TUXEDO MAINTENANCE
111 TIMBERLAND GAP RD
POOLER GA 31322

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

As of the petition filing date, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** <u>TRADE</u>

Is the claim subject to offset?   ■ No   ☐ Yes

**$1,000.00**

---

| Debtor | **HOA Restaurant Holder, LLC** | Case number (if known) | **25-80095** |
|---|---|---|---|
| | Name | | |

| | | **Amount of claim** |
|---|---|---|

| 3.551 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | **$270,299,643.51** |
|---|---|---|---|

TW RESTAURANT HOLDER, LLC
1815 THE EXCHANGE SE
ATLANTA GA 30339

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** INTERCOMPANY PAYABLE

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.552 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | **$2,734.29** |
|---|---|---|---|

TWC SERVICES INC
PO BOX 1612
DE MONIES IA 50306

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.553 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | **$125.00** |
|---|---|---|---|

TYRA KESHAE TUCKER
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.554 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | **$4,503.38** |
|---|---|---|---|

UNITED FIRE PROTECTION
2900 SHADER ROAD
ORLANDO FL 32808

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.555 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | **$811.00** |
|---|---|---|---|

UNITED FIRE PROTECTION INC
3247 TECH DR
ST PETERSBURG FL 33716

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **HOA Restaurant Holder, LLC** | Case number (if known) | **25-80095** |
| --- | --- | --- | --- |
| | Name | | |

| | | | **Amount of claim** |
| --- | --- | --- | --- |

| 3.556 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$473.09** |
| | | ☐ Contingent | |
| | UNITED HEALTH CARE | ☐ Unliquidated | |
| | 22703 NETWORK PLACE | ☐ Disputed | |
| | CHICAGO IL 60673-1227 | | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:**<u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | |

| 3.557 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$75,696.00** |
| | | ☐ Contingent | |
| | UPSHOW INC | ☐ Unliquidated | |
| | PO BOX 70315 | ☐ Disputed | |
| | NEWARK NJ 07101-0096 | | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:**<u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | |

| 3.558 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$26,191.92** |
| | | ☐ Contingent | |
| | US 41 & I-285 COMPANY | ☐ Unliquidated | |
| | HOOTERS OF CUMBERLAND | ☐ Disputed | |
| | PO BOX 304 | | |
| | EMERSON NJ 07630 | | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:**<u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | |

| 3.559 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$50,460.00** |
| | | ☐ Contingent | |
| | US BEVERAGE NET INC | ☐ Unliquidated | |
| | 225 W JEFFERSON ST | ☐ Disputed | |
| | SYRACUSE NY 13202 | | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:**<u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | |

| 3.560 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **UNDETERMINED** |
| | | ☐ Contingent | |
| | VAN EERDEN FOODSERVICE COMPANY | ☐ Unliquidated | |
| | 650 IONIA AVE SW | ☐ Disputed | |
| | GRAND RAPIDS MI 49503 | | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:**<u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | |

| Debtor | **HOA Restaurant Holder, LLC** | Case number (if known) | **25-80095** |
|---|---|---|---|
| | Name | | |

| | | | **Amount of claim** |
|---|---|---|---|

| 3.561 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $227.70 |
|---|---|---|---|
| | VANTRELL DIXON<br>ADDRESS ON FILE | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:**<u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ☒ No ☐ Yes | |

| 3.562 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $7,210.78 |
|---|---|---|---|
| | VENTURE PROPERTIES<br>PO BOX 4175<br>NORCROSS GA 30091-4175 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:**<u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ☒ No ☐ Yes | |

| 3.563 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $29,947.50 |
|---|---|---|---|
| | VERA CRUZ PROPERTIES LP<br>PO BOX 10326<br>PORTLAND OR 97296 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:**<u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ☒ No ☐ Yes | |

| 3.564 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $249.38 |
|---|---|---|---|
| | VILLAGE WEST ASSOCIATION INC<br>4400 COLLEGE BLVD SUITE 180<br>C/O PACE PROPERTIES INC<br>OVERLAND PARK KS 66211 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:**<u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ☒ No ☐ Yes | |

| 3.565 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $15,370.83 |
|---|---|---|---|
| | VNG ENTERPRISES<br>7018 VIA OSTIONES<br>CARLSBAD CA 92009 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:**<u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ☒ No ☐ Yes | |

| Debtor | **HOA Restaurant Holder, LLC** | Case number (if known) | **25-80095** |
| --- | --- | --- | --- |
| | Name | | |

|  | | **Amount of claim** |
| --- | --- | --- |
| 3.566 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | |
| | | | $93,244.06 |
| | WASTE MANAGEMENT - NATIONAL ACCOUNTS 1001 FANNIN STREET HOUSTON TX 77002 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:**<u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | |

| 3.567 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | |
| --- | --- | --- |
| | | | $800.00 |
| | WASTE PRO - DAYTONA BEACH PO BOX 865215 ORLANDO FL 32886-5215 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:**<u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | |

| 3.568 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | |
| --- | --- | --- |
| | | | $630.00 |
| | WAYNE DIXON ADDRESS ON FILE | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:**<u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | |

| 3.569 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | |
| --- | --- | --- |
| | | | $652.31 |
| | WE MOW IT ALL LLC 18801 ZUBER RD ALEXANDER AR 72002 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:**<u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | |

| 3.570 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | |
| --- | --- | --- |
| | | | $375.00 |
| | WEBSTER WINDOW WASHING LLC PO BOX 6075 MONTGOMARY AL 36106 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:**<u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | |

| Debtor | **HOA Restaurant Holder, LLC** | Case number (if known) | **25-80095** |
|---|---|---|---|
| | Name | | |

| | | **Amount of claim** |
|---|---|---|

| 3.571 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | $800.00 |
|---|---|---|---|

WEEKS LANDSCAPING AND IRRIGATION
5575 SHILOH RD
HAHIRA GA 31632

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

Is the claim subject to offset?    ■ No  ☐ Yes

---

| 3.572 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | $445.94 |
|---|---|---|---|

WHALEY FOODSERVICE LLC
PO BOX 615
LEXINGTON SC 29071

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

Is the claim subject to offset?    ■ No  ☐ Yes

---

| 3.573 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | $435.00 |
|---|---|---|---|

WHERE THE GREEN GRASS GROWS Û
SOUTHCOMB LANDSCAPING
4990 LOOSAHATCHE DR
BARTLETT TN 38002

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

Is the claim subject to offset?    ■ No  ☐ Yes

---

| 3.574 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | $766.00 |
|---|---|---|---|

WIL FISCHER COMPANIES
3539 W. FARM RD 142
SPRINGFIELD MO 65807

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

Is the claim subject to offset?    ■ No  ☐ Yes

---

| 3.575 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | $1,338.15 |
|---|---|---|---|

WIL FISCHER DISTRIBUTING OF KANSAS
3539 W FARM RD 142
SPRINGFIELD MO 65807

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

Is the claim subject to offset?    ■ No  ☐ Yes

---

| Debtor | **HOA Restaurant Holder, LLC** | Case number (if known) | **25-80095** |
|---|---|---|---|
| | Name | | |

| | | | Amount of claim |
|---|---|---|---|

| 3.576 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | $570.00 |

WILKERSON'S LANDSCAPING SERVICE INC
28964 CHRISTOPHER COURT
MECHANICSVILLE MD 20659

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.577 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | $22,580.07 |

WILKINS MEDIA LLC
DEPARTMENT# 5931 PO BOX 25008
BRADENTON FL 34206-5008

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.578 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | $14,081.00 |

WILLOWBROOK I SHOPPING CENTER LLC
8827 W. SAM HOUSTON PKWY N
SUITE 200
HOUSTON TX 77040

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.579 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | $50.00 |

WINDOWS ONLY WINDOW CLEANING COMPANY
PO BOX 1411
MYRTLE BEACH SC 29578

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.580 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | $13,016.58 |

WINGLORD
3905 LANTERN TRAIL
CARROLLTON TX 75007

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **HOA Restaurant Holder, LLC** | Case number (if known) | 25-80095 |
|---|---|---|---|
| | Name | | |

| | | | Amount of claim |
|---|---|---|---|

| 3.581 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | |
|---|---|---|---|
| | | | $18,263.65 |
| | WINGLORD<br>3905 LANTERN TRAIL<br>CARROLLTON TX 75007 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:** <u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | |

| 3.582 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | |
|---|---|---|---|
| | | | $18,915.58 |
| | WINGLORD<br>2152 ROSWELL DRIVE<br>CARROLLTON TX 75007 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:** <u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | |

| 3.583 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | |
|---|---|---|---|
| | | | $31,973.42 |
| | WINGLORD<br>3905 LANTERN TRAIL<br>CARROLLTON TX 75007 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:** <u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | |

| 3.584 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | |
|---|---|---|---|
| | | | $24,367.33 |
| | WINGLORD<br>3905 LANTERN TRAIL<br>CARROLLTON TX 75007 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:** <u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | |

| 3.585 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | |
|---|---|---|---|
| | | | $19,346.02 |
| | WINTHAN PROPERTIES<br>10 RYE RIDGE PLAZA - STE 200<br>RYE BROOK NY 10573 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:** <u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | |

| Debtor | **HOA Restaurant Holder, LLC** | Case number (if known) | **25-80095** |
|---|---|---|---|
| | Name | | |

| | | | **Amount of claim** |
|---|---|---|---|

| 3.586 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $12,724.38 |
|---|---|---|---|

WINTHAN PROPERTIES
10 RYE RIDGE PLAZA - STE 200
RYE BROOK NY 10573

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>     **Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**     **Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.587 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **UNDETERMINED** |
|---|---|---|---|

WINTHAN PROPERTIES, INC.
WILSON ELSER MOSKOWITZ EDELMAN &
DICKER, LLP
VALERIEN HENNING MOCK
17117 N. PARK DR, STE 201
LIVONIA MI 48152

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>     **Basis for the claim:**<u>LITIGATION</u>

**Last 4 digits of account number**     **Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.588 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $201,164.59 |
|---|---|---|---|

WPB CONCOURSE PLAZA LC
8845 N MILLITARY TRAIL
SUITE 100
PALM BEACH GARDENS FL 33410

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>     **Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**     **Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.589 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **UNDETERMINED** |
|---|---|---|---|

WPB CONCOURSE PLAZA, L.C.
LOREN & KEAN LAW
MICHAEL I. KEAN
7111 FAIRWAY DRIVE-SUITE 302
PALM BEACH GARDENS FL 33418

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>     **Basis for the claim:**<u>LITIGATION</u>

**Last 4 digits of account number**     **Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.590 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $5,736.72 |
|---|---|---|---|

WSQ LLC (AKA JORDAN TROTTER)
3510 WHEELER ROAD
AUGUSTA GA 30909

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>     **Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**     **Is the claim subject to offset?** ■ No ☐ Yes

---

| Debtor | **HOA Restaurant Holder, LLC** | Case number (if known) | 25-80095 |
|---|---|---|---|
| | Name | | |

| | | **Amount of claim** |
|---|---|---|

| 3.591 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$300.00** |
|---|---|---|---|

YARDPRO LLC
351 BANDELIER CIR
HAMPTON GA 30228

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.592 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **UNDETERMINED** |
|---|---|---|---|

YEZMINE KING
THE ERLICH LAW OFFICE, PLLC
ATTN: JOSHUA ERLICH; KATHERINE HERRMANN;
HEATHER MURRAY
1550 WILSON BLVD. STE 700
ARLINGTON VA 22209

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** LITIGATION

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.593 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$14,341.18** |
|---|---|---|---|

YLLS FAMILY LP
6017 ST STREET
CORPUS CHRISTI TX 78414

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

Debtor    **HOA Restaurant Holder, LLC**        Case number (if known)   <u>**25-80095**</u>

<span style="font-size:small">Name</span>

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed ? | Last 4 digits of account number, if any |
|---|---|---|

| Debtor | **HOA Restaurant Holder, LLC** | Case number (if known) | **25-80095** |
|---|---|---|---|
| | Name | | |

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. $ | **548,963.61**<br>**plus undetermined amounts** |
| **5b. Total claims from Part 2** | 5b. + $ | **333,524,717.37**<br>**plus undetermined amounts** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. $ | **334,073,680.98**<br>**plus undetermined amounts** |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Debtor name    **HOA Restaurant Holder, LLC**

United States Bankruptcy Court for the:    **Northern District of Texas (Dallas)**

Case number (if known)    **25-80095**

☐ Check if this is an
amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contacts of leases are listed on Schedule A/B: Assets - Real and Personal Property
(Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT - STORE NO. 335 - ANDERSON | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | 112 INTERSTATE BOULEVARD LLC<br>ATTN: JOSEPH DEDONA<br>2500 HALSEY STREET<br>BRONX NY 10461 |
| 2.2 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT - STORE NO. 267 - TULSA | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | 2001 MANCHESTER SQUARE, LLC<br>ATTN: JUSTIN DIXON<br>4870 SO. LEWIS AVE, STE. 100<br>TULSA OK 74105 |
| 2.3 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT - STORE NO. 192 - OKLAHOMA CITY SOUTH | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | 2109 SW 74TH STREET LLC<br>ATTN: SRINIVAS KOLLI<br>22730 CHEROKEE ROSE PL<br>LAND O LAKES FL 34639 |

| Debtor | **HOA Restaurant Holder, LLC** | Case number (if known) | **25-80095** |
|---|---|---|---|
| | Name | | |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT - STORE NO. 415 - NORTH CHARLESTON | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | 2128 MEDWAY ROAD, LLC ATTN: CLAY RICE PO BOX 336 ISLE OF PALMS SC 29451 |
| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT - STORE NO. 119 - KENNESAW | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | 3700 DEKALB TECHNOLOGY PARKWAY LLC ATTN: MARK CHANDLER 450 EAST PACES FERRY RD ATLANTA GA 30305 |
| 2.6 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT - STORE NO. 106 - INDEPENDENCE | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | 40 HIGHWAY RESTAURANT INVESTORS, LLC ATTN: SANDY FISHER / STEPHEN EHRHART 14372 EQUESTRIAN WAY WELLINGTON FL 33414 |
| 2.7 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT - STORE NO. 384 - JACKSONVILLE NC | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | 463 WESTERN BLVD., LLC ATTN: DAVID MORRIS 2235 GATEWAY ACCESS POINT, STE. 201 RALEIGH NC 27607 |
| 2.8 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT - STORE NO. 622 - LAWRENCEVILLE | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | 860 DULUTH HIGHWAY GA, LLC ATTN: ABE FRANCO 1600 NW 165TH STREET MIAMI GARDENS FL 33169 |

| Debtor | **HOA Restaurant Holder, LLC** | Case number (if known) | **25-80095** |
|---|---|---|---|
| | Name | | |

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.9 | **State what the contract or lease is for and for the nature of the debtor's interest** | AEP ENERGY MASTER ENERGY PURCHASE AGREEMENT – ELECTRIC COMMODITY SALES | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | AEP ENERGY, INC. ATTN: GENERAL COUNSEL 1 RIVERSIDE PLAZA 20TH FLOOR COLUMBUS OH 43215 |
| 2.10 | **State what the contract or lease is for and for the nature of the debtor's interest** | LEASE AGREEMENT - STORE NO. 579 - COLUMBIA MO | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | ALI SAFAI ADDRESS ON FILE |
| 2.11 | **State what the contract or lease is for and for the nature of the debtor's interest** | GENEAL LICENSE AGREEMENT - RESTAURANTS, BARS, NIGHTCLUBS, AND SIMILAR ESTABLISHMENTS - CHAINS OF 10 OR MORE | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | AMERICAN SOCIETY OF COMPOSERS AUTHORS AND PUBLISHERS ATTN: GENERAL COUNSEL 2 MUSIC SQUARE WEST NASHVILLE TN 37203 |
| 2.12 | **State what the contract or lease is for and for the nature of the debtor's interest** | LICENSE AGREEMENT FOR MUSICAL COMPOSITIONS | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | AMERICAN SOCIETY OF COMPOSERS AUTHORS AND PUBLISHERS ATTN: GENERAL COUNSEL PO BOX 331608-7515 NASHVILLE TN 37203 |
| 2.13 | **State what the contract or lease is for and for the nature of the debtor's interest** | LICENSE AGREEMENT FOR MUSICAL COMPOSITIONS | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | AMERICAN SOCIETY OF COMPOSERS AUTHORS AND PUBLISHERS ATTN: GENERAL COUNSEL 2 MUSIC SQUARE WEST NASHVILLE TN 37203 |

| Debtor | **HOA Restaurant Holder, LLC** | Case number (if known) | **25-80095** |
|---|---|---|---|
| | Name | | |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|

| 2.14 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT - STORE NO. 96 - GREENSBORO | |
|---|---|---|---|
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | ANDREW LI REALTY, LLC<br>ATTN: ANDREW LI<br>PO BOX 5118<br>PHILLIPSBURG NJ 08865 |
| 2.15 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT - STORE NO. 851 - KISSIMMEE EAST | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | AO OF FLORIDA, LLC<br>ATTN: GARY EDWARDS, KAYLEEN KHAN<br>6831 E. 32ND STREET, SUITE 300<br>INDIANAPOLIS IN 46226 |
| 2.16 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT - STORE NO. 317 - ORANGE PARK | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | ARBII, LLC<br>ATTN: DARI GALE<br>1207 SW 52ND TERRACE<br>CAPE CORAL FL 33914 |
| 2.17 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT - STORE NO. 848 - OKLAHOMA CITY (PENN AVE) | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | ARISTOTLE INVESTMENTS, INC.<br>C/O KAUFMAN, ROSSIN AND CO.<br>ATTN: S. DEMAR<br>3310 MARY STREET, SUITE 501<br>MIAMI FL 33133 |
| 2.18 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT - STORE NO. 358 - ORLANDO AIRPORT | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | AUGUSTA NATIONAL PROPERTY, LLC<br>ATTN: DAVID ROSEN<br>219 GENIUS DRIVE<br>WINTER PARK FL 32789 |

| Debtor | **HOA Restaurant Holder, LLC** | Case number (if known) | **25-80095** |
|---|---|---|---|
| | Name | | |

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.19 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT - STORE NO. 333 - COLUMBUS GA | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | B & C ENTERPRISES, INC<br>ATTN: J.W. BRANCH<br>5696 LONG ISLAND DR.<br>ATLANTA GA 30327 |
| 2.20 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT - STORE NO. 387 - HORN LAKE | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | B & O WAREHOUSE CO.<br>ATTN: SANDRA HOYT<br>11205 SW SUMMERFIELD DRIVE #100<br>PORTLAND OR 97224 |
| 2.21 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT - STORE NO. 364 - BURLINGTON NC | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | B.P.H. INVESTMENTS, LLC<br>ATTN: SCOTT BEDNAZ<br>11817 GARDEN WARBLER LANE<br>RALEIGH NC 27613 |
| 2.22 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT - STORE NO. 75 - FAIRVIEW HEIGHTS | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | BELL KEY, LLC<br>ATTN: B. MICHAEL MARGIOTTA, ASSET MGR.<br>1045 S. WOODS MILL RD., SUITE ONE<br>TOWN & COUNTRY MO 63017 |
| 2.23 | **State what the contract or lease is for and the nature of the debtor's interest** | SAGINAW - LANDSCAPING CONTRACT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | BELL LANDSCAPING INC<br>ATTN: GENERAL COUNSEL<br>5247 N WESTERVELT RD<br>SAGINAW MI 48604 |

| Debtor | **HOA Restaurant Holder, LLC** | Case number (if known) | **25-80095** |
|---|---|---|---|
| | Name | | |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.24 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT - STORE NO. 850 - PALM BAY | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | BENCHMARK MELBOURNE 35 ASSOCIATES LIMITED PARTNERSHIP<br>ATTN: MARTY DELLEBOVI<br>4053 MAPLE ROAD<br>AMHERST NY 14226 |
| 2.25 | **State what the contract or lease is for and the nature of the debtor's interest** | 2024-2025 LAWN AND SNOW CONTRACT | |
| | **State the term remaining** | 0 DAYS | |
| | **List the contract number of any government contract** | | BICKFORD SENIOR LIVING<br>ATTN: GENERAL COUNSEL<br>140 E 107TH AVE<br>CROWN POINT IN 46307 |
| 2.26 | **State what the contract or lease is for and the nature of the debtor's interest** | BID/NEW AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | BILL'S LAWNS CARE<br>ATTN: GENERAL COUNSEL<br>2168 WHIPPOORWILL ST<br>PORTAGE IN 46368 |
| 2.27 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT - STORE NO. 445 - GREENVILLE NC | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | BL HOOTER'S GREENVILLE, LLC<br>ATTN: BERNARD LEVITON<br>1839 NORTH LINCOLN AVENUE<br>CHICAGO IL 60614 |
| 2.28 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT - STORE NO. 363 - ROCKFORD | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | BL HOOTER'S, LLC<br>ATTN: BERNARD LEVITON<br>1839 NORTH LINCOLN AVENUE<br>CHICAGO IL 60614 |

| Debtor | **HOA Restaurant Holder, LLC** | | Case number (if known) | **25-80095** |
|---|---|---|---|---|
| | Name | | | |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.29 | **State what the contract or lease is for and the nature of the debtor's interest** | BMI MUSIC LICENSE FOR EATING & DRINKING ESTABLISHMENTS |
| | **State the term remaining** | UNDETERMINED |
| | **List the contract number of any government contract** | BMI<br>ATTN: GENERAL COUNSEL<br>10 MUSIC SQUARE E<br>NASHVILLE TN 37203 |
| 2.30 | **State what the contract or lease is for and the nature of the debtor's interest** | BMI MUSIC LICENSE FOR EATING & DRINKING ESTABLISHMENTS |
| | **State the term remaining** | UNDETERMINED |
| | **List the contract number of any government contract** | BROADCAST MUSIC INC<br>ATTN: GENERAL COUNSEL<br>WORLD TRADE CENTER<br>250 GREENWICH ST<br>NEW YORK NY 10007 |
| 2.31 | **State what the contract or lease is for and the nature of the debtor's interest** | FEE SCHEDULE AGREEMENT |
| | **State the term remaining** | UNDETERMINED |
| | **List the contract number of any government contract** | BROADCAST MUSIC, INC. (BMI)<br>ATTN: GENERAL COUNSEL<br>WORLD TRADE CENTER<br>250 GREENWICH ST<br>NEW YORK NY 10007 |
| 2.32 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT (MSA) |
| | **State the term remaining** | UNDETERMINED |
| | **List the contract number of any government contract** | BULLSEYE TELECOM INC<br>ATTN: GENERAL COUNSEL<br>25925 TELEGRAPH RD<br>STE 210<br>SOUTHFIELD MI 48033 |
| 2.33 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SECURITY AGREEMENT |
| | **State the term remaining** | UNDETERMINED |
| | **List the contract number of any government contract** | CAMPBELL SECURITY AND SERVICE COMPANY LLC<br>ATTN: GENERAL COUNSEL<br>2350 S 7TH ST<br>ST LOUIS MO 63104 |

| Debtor | **HOA Restaurant Holder, LLC** | Case number (if known) | **25-80095** |
|---|---|---|---|
| | Name | | |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.34 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT - STORE NO. 126 - KIRKMAN ROAD | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | CATA VIEW CORP<br>ATTN: MANUEL POLINI<br>630 VASSAR STREET, #2506<br>ORLANDO FL 32804 |
| 2.35 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT - STORE NO. 421 - RALEIGH AIRPORT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | CFT INVESTMENTS, LLC<br>ATTN: GLENN ROCCA<br>101 E. BROADWAY<br>HACKENSACK NJ 07601 |
| 2.36 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT - STORE NO. 255 - TALLAHASSEE | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | CITY OF TALLAHASSEE<br>C/O NAI TALCOR<br>1018 THOMASVILLE ROAD, SUITE 200A<br>TALLAHASSEE FL 32303 |
| 2.37 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AND SUPPLIER AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | COZZINI BROS INC<br>ATTN: CEO<br>350 HOWARD AVE<br>DES PLAINES IL 60018 |
| 2.38 | **State what the contract or lease is for and the nature of the debtor's interest** | I-SIGHT LITE HOSTED SERVICES AND ACCESS AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | CUSTOMER EXPRESSIONS CORPORATION D/B/A I-SIGHT<br>ATTN: GENERAL COUNSEL<br>2255 CARLING AVE<br>STE 500<br>OTTAWA ON K2B 7Z5<br>Canada |

| Debtor | **HOA Restaurant Holder, LLC** | Case number (if known) | **25-80095** |
|---|---|---|---|
| | Name | | |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.39 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT - STORE NO. 412 - MCDONOUGH | |
| | **State the term remaining** | UNDETERMINED | DALE L. TABATA TRUST AND JERRY AND CHRISTINA TABATA TRUST ET AL<br>ADDRESS ON FILE |
| | **List the contract number of any government contract** | | |
| 2.40 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT - STORE NO. 794 - DOUGLASVILLE | |
| | **State the term remaining** | UNDETERMINED | DANIEL FELDMAN<br>ADDRESS ON FILE |
| | **List the contract number of any government contract** | | |
| 2.41 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT #1 TO LEASE - DAYTONA BEACH | |
| | **State the term remaining** | UNDETERMINED | DAYTONA BEACH PROPERTY HOLDINGS, LLCQ<br>ATTN: GENERAL COUNSEL<br>1 DAYTONA BLVD<br>DAYTONA BEACH FL 32114-1212 |
| | **List the contract number of any government contract** | | |
| 2.42 | **State what the contract or lease is for and the nature of the debtor's interest** | DELIVERY & PROMOTION AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | DOORDASH INC<br>ATTN: GENERAL COUNSEL<br>116 NEW MONTGOMERY ST<br>SAN FRANCISCO CA 94105 |
| | **List the contract number of any government contract** | | |
| 2.43 | **State what the contract or lease is for and the nature of the debtor's interest** | PICKUP ADDENDUM | |
| | **State the term remaining** | UNDETERMINED | DOORDASH INC<br>ATTN: GENERAL COUNSEL<br>901 MARKET ST<br>SAN FRANCISCO CA 94103 |
| | **List the contract number of any government contract** | | |

| Debtor | **HOA Restaurant Holder, LLC** | Case number (if known) | **25-80095** |
|---|---|---|---|
| | Name | | |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.44 | **State what the contract or lease is for and the nature of the debtor's interest** | MARKETPLACE PROMOTIONS ADDENDUM | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | DOORDASH INC<br>ATTN: GENERAL COUNSEL<br>116 NEW MONTGOMERY ST<br>SAN FRANCISCO CA 94105 |
| 2.45 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO SMALL ORDER FULFILLMENT ADDENDUM | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | DOORDASH INC<br>ATTN: GENERAL COUNSEL<br>303 2ND ST<br>SOUTH TOWER<br>STE 800<br>SAN FRANCISCO CA 94107 |
| 2.46 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO DOORDASH AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | DOORDASH INC<br>ATTN: GENERAL COUNSEL<br>116 NEW MONTGOMERY ST<br>SAN FRANCISCO CA 94105 |
| 2.47 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO DOORDASH AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | DOORDASH INC<br>ATTN: GENERAL COUNSEL<br>116 NEW MONTGOMERY ST<br>SAN FRANCISCO CA 94105 |
| 2.48 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT - STORE NO. 533 - SAGINAW | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | DORE REAL ESTATE, LLC<br>ATTN: JASON DORE<br>900 TRUMAN PARKWAY<br>BAY CITY MI 48706 |

| Debtor | **HOA Restaurant Holder, LLC** | Case number (if known) | **25-80095** |
|---|---|---|---|
| | Name | | |

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.49 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT - STORE NO. 423 - CHESTER, VA | |
| | State the term remaining | UNDETERMINED | DSRA, LLC |
| | List the contract number of any government contract | | ATTN: ANIL PATEL 2401 W. HUNDRED RD. CHESTER VA 23831 |
| 2.50 | State what the contract or lease is for and the nature of the debtor's interest | 2024-2025 LAWN AND SNOW CONTRACT | |
| | State the term remaining | 0 DAYS | EBBERTS ENTERPRISES LLC |
| | List the contract number of any government contract | | ATTN: GENERAL COUNSEL 7371 CLAY ST MERRILLVILLE IN 46410 |
| 2.51 | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO PRODUCT AND SERVICES SUPPLY AGREEMENT BETWEEN ECOLAB INC AND HOOTERS OF AMERICA, LLC | |
| | State the term remaining | 275 DAYS | ECOLAB INC |
| | List the contract number of any government contract | | ATTN: GENERAL COUNSEL ECOLAB CENTER 370 WABASHA ST NORTH ST PAUL MN 55102 |
| 2.52 | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO PRODUCT AND SERVICES SUPPLY AGREEMENT BETWEEN ECOLAB INC AND HOOTERS OF AMERICA, LLC | |
| | State the term remaining | 275 DAYS | ECOLAB INC |
| | List the contract number of any government contract | | ATTN: JEFFREY HUNDT, CORPORATE ACCOUNT MANAGER II 13000 DEERFIELD PKWY STE 300 MILTON GA 30004 |
| 2.53 | State what the contract or lease is for and the nature of the debtor's interest | PRODUCT AND SEVICES SUPPLY AGREEMENT | |
| | State the term remaining | UNDETERMINED | ECOLAB INC |
| | List the contract number of any government contract | | ATTN: GENERAL COUNSEL 1 ECOLAB PL ST PAUL MN 55102 |

| Debtor | **HOA Restaurant Holder, LLC** | Case number (if known) | **25-80095** |
|---|---|---|---|
| | Name | | |

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.54 | **State what the contract or lease is for and the nature of the debtor's interest** | PRODUCT AND SEVICES SUPPLY AGREEMENT | |
| | **State the term remaining** | 275 DAYS | ECOLAB INC ATTN: GENERAL COUNSEL 1 ECOLAB PL ST PAUL MN 55102 |
| | **List the contract number of any government contract** | | |
| 2.55 | **State what the contract or lease is for and the nature of the debtor's interest** | THIRD AMENDMENT TO PRODUCT AND SERVICES SUPPLY AGREEMENT BETWEEN ECOLAB INC AND HOOTERS OF AMERICA, LLC | |
| | **State the term remaining** | UNDETERMINED | ECOLAB INC ATTN: GENERAL COUNSEL 1 ECOLAB PL ST PAUL MN 55102 |
| | **List the contract number of any government contract** | | |
| 2.56 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NUMBER ONE (1) TO DISTRIBUTION AGREEMENT BY AND BETWEEN HOA RESTAURANT HOLDER, LLC AND EDWARD DON & COMPANY | |
| | **State the term remaining** | UNDETERMINED | EDWARD DON & COMPANY LLC ATTN: GENERAL COUNSEL 9801 ADAM DON PKWY WOODRIDGE IL 60517 |
| | **List the contract number of any government contract** | | |
| 2.57 | **State what the contract or lease is for and the nature of the debtor's interest** | EDWARD DON & COMPANY DISTRIBUTION AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | EDWARD DON & COMPANY LLC ATTN: GENERAL COUNSEL 9801 ADAM DON PKWY WOODRIDGE IL 60517 |
| | **List the contract number of any government contract** | | |

| Debtor | **HOA Restaurant Holder, LLC** | | Case number (if known) | **25-80095** |
|---|---|---|---|---|
| | Name | | | |

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.58 | **State what the contract or lease is for and the nature of the debtor's interest** | ENVIRO-MASTER SERVICE AUTHORIZATION | |
|---|---|---|---|
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | ENVIRO-MASTER SERVICES<br>ATTN: GENERAL COUNSEL<br>777 MERUS CT<br>FENTON MO 63026 |
| 2.59 | **State what the contract or lease is for and the nature of the debtor's interest** | ENVIRO-MASTER SERVICE AUTHORIZATION | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | ENVIRO-MASTER SERVICES<br>ATTN: GENERAL COUNSEL<br>777 MERUS CT<br>FENTON MO 63026 |
| 2.60 | **State what the contract or lease is for and the nature of the debtor's interest** | ENVIRO-MASTER SERVICE AGREEMENT | |
| | **State the term remaining** | 398 DAYS | |
| | **List the contract number of any government contract** | | ENVIRO-MASTER SERVICES<br>ATTN: GENERAL COUNSEL<br>777 MERUS CT<br>FENTON MO 63026 |
| 2.61 | **State what the contract or lease is for and the nature of the debtor's interest** | ENVIRO-MASTER SERVICE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | ENVIRO-MASTER SERVICES<br>ATTN: GENERAL COUNSEL<br>777 MERUS CT<br>FENTON MO 63026 |
| 2.62 | **State what the contract or lease is for and the nature of the debtor's interest** | ENVIRO-MASTER SERVICE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | ENVIRO-MASTER SERVICES<br>ATTN: GENERAL COUNSEL<br>777 MERUS CT<br>FENTON MO 63026 |

| Debtor | **HOA Restaurant Holder, LLC** | Case number (if known) | **25-80095** |
|---|---|---|---|
| | Name | | |

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.63 | **State what the contract or lease is for and the nature of the debtor's interest** | ENVIRO-MASTER SERVICE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | ENVIRO-MASTER SERVICES ATTN: GENERAL COUNSEL PO BOX 12350 CHARLOTTE NC 28220 |
| 2.64 | **State what the contract or lease is for and the nature of the debtor's interest** | ENVIRO-MASTER SERVICE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | ENVIRO-MASTER SERVICES ATTN: GENERAL COUNSEL 777 MERUS CT FENTON MO 63026 |
| 2.65 | **State what the contract or lease is for and the nature of the debtor's interest** | ENVIRO-MASTER SERVICE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | ENVIRO-MASTER SERVICES ATTN: GENERAL COUNSEL 777 MERUS CT FENTON MO 63026 |
| 2.66 | **State what the contract or lease is for and the nature of the debtor's interest** | ENVIRO-MASTER SERVICE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | ENVIRO-MASTER SERVICES ATTN: GENERAL COUNSEL 777 MERUS CT FENTON MO 63026 |
| 2.67 | **State what the contract or lease is for and the nature of the debtor's interest** | COMPANY SERVICE AND PRODUCTS AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | ENVIRO-MASTER SERVICES ATTN: GENERAL COUNSEL 777 MERUS CT FENTON MO 63026 |

| Debtor | **HOA Restaurant Holder, LLC** | | Case number (if known) | **25-80095** |
|---|---|---|---|---|
| | Name | | | |

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.68 | **State what the contract or lease is for and the nature of the debtor's interest** | ENVIRO-MASTER SERVICES | |
| | **State the term remaining** | UNDETERMINED | ENVIRO-MASTER SERVICES<br>ATTN: GENERAL COUNSEL<br>777 MERUS CT<br>FENTON MO 63026 |
| | **List the contract number of any government contract** | | |
| 2.69 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT - STORE NO. 168 - MYRTLE BEACH SOUTH | |
| | **State the term remaining** | UNDETERMINED | EUGENE A. GRIESHABER AND VALARIE SCANLON, AS CO-TRUSTEES OF THE GRIESHABER INTER VIVOS TRUST DATED AUGUST 14, 1984<br>ADDRESS ON FILE |
| | **List the contract number of any government contract** | | |
| 2.70 | **State what the contract or lease is for and the nature of the debtor's interest** | ROCKFORD - LANDSCAPING CONTRACT | |
| | **State the term remaining** | UNDETERMINED | EVANS LAWN & SNOW<br>ATTN: BILLY EVANS<br>256 SPRING CREEK RD<br>ROCKFORD IL 61114 |
| | **List the contract number of any government contract** | | |
| 2.71 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT - STORE NO. 884 - PRATTVILLE | |
| | **State the term remaining** | UNDETERMINED | FK PROPERTIES, LLC<br>ATTN: GLENN ROCCA<br>20 HARRISON AVE<br>WALDWICK NJ 07463 |
| | **List the contract number of any government contract** | | |
| 2.72 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT - STORE NO. 339 - CONCORD NC | |
| | **State the term remaining** | UNDETERMINED | G. HILBISH HUNT FARMS, LLC<br>ATTN: GEORGE HILBISH<br>607 S. HAYNE ST.<br>MONROE NC 28112 |
| | **List the contract number of any government contract** | | |

| Debtor | **HOA Restaurant Holder, LLC** | | Case number (if known) | **25-80095** |
|---|---|---|---|---|
| | Name | | | |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.73 | **State what the contract or lease is for and the nature of the debtor's interest** | ENGAGEMENT LETTER TO PROVIDE LEGAL SERVICES | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | GALLIVAN WHITE BOYD ATTN: GENERAL COUNSEL 1201 MAIN ST STE 1200 COLUMBIA SC 29201 |
| 2.74 | **State what the contract or lease is for and the nature of the debtor's interest** | 2024 LAWN & LANDSCAPING CONTRACT | |
| | **State the term remaining** | 245 DAYS | |
| | **List the contract number of any government contract** | | GATES LAWN CARE ATTN: GENERAL COUNSEL 255 KISER RD BESSEMER NC 28016 |
| 2.75 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT - STORE NO. 246 - SPRINGFIELD MO | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | GLENSTONE I LIMITED PARTNERSHIP C/O AT & T STADIUM ATTN: JUD HEFLIN 1 AT & T WAY ARLINGTON TX 76011 |
| 2.76 | **State what the contract or lease is for and the nature of the debtor's interest** | AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | GLOBAL MUSIC RIGHTS ATTN: GENERAL COUNSEL 1100 GLENDON AVE STE 2000 LOS ANGELES CA 90024 |
| 2.77 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT - STORE NO. 669 - CHANTILLY | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | GOLDEN BROOK, LLC ATTN: M. ELISE KIPER 11708 BOWMAN GREEN DR. RESTON VA 20190 |

| Debtor | **HOA Restaurant Holder, LLC** | | Case number (if known) | **25-80095** |
|---|---|---|---|---|
| | Name | | | |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|

| 2.78 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE / EQUIPMENT LEASE AGREEMENT | |
|---|---|---|---|
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | GREAT LAKES BAR CONTROL INC<br>ATTN: GENERAL COUNSEL<br>2711 AVONDALE AVE<br>TOLEDO OH 43607 |
| 2.79 | **State what the contract or lease is for and the nature of the debtor's interest** | PARTICIPATION AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | GREAT-WEST TRUST COMPANY LLC<br>ATTN: GENERAL COUNSEL<br>8515 EAST ORCHARD RD<br>GREENWOOD VILLAGE CO 80111 |
| 2.80 | **State what the contract or lease is for and the nature of the debtor's interest** | SECURITY GUARD SERVICE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | GUARDSERVICES USA<br>ATTN: GENERAL COUNSEL<br>200 VARICK ST<br>NEW YORK NY 10014 |
| 2.81 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT - STORE NO. 455 - ROCK HILL | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | HACKETT LIMITED PARTNERSHIP<br>C/O RINEHART PROPERTY MGMT.<br>ATTN: PAGE DEMAS<br>1339 EBENEZER ROAD<br>ROCK HILL SC 29732 |
| 2.82 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT - STORE NO. 505 - ST. PETERS | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | HCP RRF CAVE SPRINGS LLC<br>ATTN: BRAD HUTENSKY<br>100 CONSTITUTION PLAZA, 7TH FLOOR<br>HARTFORD CT 06103 |

| Debtor | **HOA Restaurant Holder, LLC** | | Case number (if known) | **25-80095** |
|---|---|---|---|---|
| | Name | | | |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|

| 2.83 | State what the contract or lease is for and the nature of the debtor's interest | GROUNDS MAINTENANCE PROPOSAL | |
|---|---|---|---|
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | HERITAGE LAWN & LANDSCAPE<br>ATTN: GENERAL COUNSEL<br>2025 ZUMBEHL RD<br>STE 22<br>SAINT CHARLES MO 63303 |
| 2.84 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT - STORE NO. 572 - COLUMBIA NORTH | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | HOOTERS HOLDINGS 1, LLC<br>ATTN: MICHAEL LEAHY, SR. & CAROL LEAHY<br>1100 SHAMES DRIVE, STE 205<br>WESTBURY NY 11590 |
| 2.85 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT - STORE NO. 572 - COLUMBIA NORTH | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | HOOTERS HOLDINGS 2, LLC<br>ATTN: MICHAEL LEAHY, SR. & CAROL LEAHY<br>1100 SHAMES DRIVE, STE 205<br>WESTBURY NY 11590 |
| 2.86 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | INSIGHT ENERGY LLC<br>ATTN: GENERAL COUNSEL<br>4440 ROCKAWAY BLUFF RD NE<br>BAINBRIDGE ISLAND WA 98110 |
| 2.87 | State what the contract or lease is for and the nature of the debtor's interest | FOURTH AMENDMENT TO SERVICES AGREEMENT DATED NOVEMBER 10, 2017 | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | INSIGHT ENERGY LLC<br>ATTN: GENERAL COUNSEL<br>4440 ROCKAWAY BLUFF RD NE<br>BAINBRIDGE ISLAND WA 98110 |

| Debtor | **HOA Restaurant Holder, LLC** | Case number (if known) | **25-80095** |
|---|---|---|---|
| | Name | | |

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.88 | State what the contract or lease is for and the nature of the debtor's interest | FOURTH AMENDMENT TO SERVICES AGREEMENT DATED NOVEMBER 10, 2017 | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | INSIGHT SOURCING GROUP LLC ATTN: GENERAL COUNSEL 5555 TRIANGLE PKWY STE 300 NORCROSS GA 30092 |
| 2.89 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | INSIGHT SOURCING GROUP LLC ATTN: GENERAL COUNSEL 5555 TRIANGLE PKWY STE 300 NORCROSS GA 30092 |
| 2.90 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | INSIGHT SOURCING GROUP LLC ATTN: GENERAL COUNSEL 5555 TRIANGLE PKWY STE 300 NORCROSS GA 30092 |
| 2.91 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO SERVICES AGREEMENT | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | INSIGHT SOURCING GROUP LLC ATTN: GENERAL COUNSEL 5555 TRIANGLE PKWY STE 300 NORCROSS GA 30092 |
| 2.92 | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO SERVICES AGREEMENT | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | INSIGHT SOURCING GROUP LLC ATTN: GENERAL COUNSEL 5555 TRIANGLE PKWY STE 300 NORCROSS GA 30092 |

| Debtor | **HOA Restaurant Holder, LLC** | Case number (if known) | **25-80095** |
|---|---|---|---|
| | Name | | |

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.93 | **State what the contract or lease is for and the nature of the debtor's interest** | THIRD AMENDMENT TO SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | INSIGHT SOURCING GROUP LLC<br>ATTN: GENERAL COUNSEL<br>5555 TRIANGLE PKWY<br>STE 300<br>NORCROSS GA 30092 |
| | **List the contract number of any government contract** | | |
| 2.94 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | INSIGHT SOURCING GROUP LLC<br>ATTN: GENERAL COUNSEL<br>5555 TRIANGLE PKWY<br>STE 300<br>NORCROSS GA 30092 |
| | **List the contract number of any government contract** | | |
| 2.95 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT - STORE NO. 385 - TRUSSVILLE | |
| | **State the term remaining** | UNDETERMINED | IPX DEVELOPMENT 52, LLC<br>ATTN: STEVE VEAL<br>PO BOX 15001<br>ST. LOUIS MO 63110 |
| | **List the contract number of any government contract** | | |
| 2.96 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT - STORE NO. 257 - TARA BLVD | |
| | **State the term remaining** | 1,462 DAYS | J&F CAPITAL, LLC<br>ATTN: QUYNH NGUYEN<br>4500 SATELLITE BOULEVARD, SUITE 1210<br>DULUTH GA 30096 |
| | **List the contract number of any government contract** | | |
| 2.97 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT - STORE NO. 362 - HICKORY | |
| | **State the term remaining** | UNDETERMINED | JIMMIE POURLOS AND RONNIE R. POURLOS<br>ADDRESS ON FILE |
| | **List the contract number of any government contract** | | |

| Debtor | **HOA Restaurant Holder, LLC** | | Case number (if known) | **25-80095** |
|---|---|---|---|---|
| | Name | | | |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|

| 2.98 | State what the contract or lease is for and the nature of the debtor's interest | TOLEDO - LANDSCAPE CONTRACT | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | JNP LAWN CARE LANDSCAPING & SNOW REMOVAL LLC<br>ATTN: JEREMY KEMMER<br>7751 DORR ST<br>TOLEDO OH 43617 |
| 2.99 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT - STORE NO. 466 - CARTERSVILLE | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | JOHN CREEKMUR<br>ADDRESS ON FILE |
| 2.100 | State what the contract or lease is for and the nature of the debtor's interest | COUNCIL BLUFFS LANDSCAPING MOWING | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | JONES 1C DESIGN INC<br>ATTN: GENERAL COUNSEL<br>PO BOX 460644<br>PAPILLION NE 68046 |
| 2.101 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT - STORE NO. 700 - EAST MADISON | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | JTF EAST GRAND SPRINGS, LLC<br>ATTN: DENNIS ZEIER<br>2203 LEO CIRCLE<br>MADISON WI 53704 |
| 2.102 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT - STORE NO. 97 - GREENVILLE SC | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | JULIUS GARRY GREEN<br>ADDRESS ON FILE |

| Debtor | **HOA Restaurant Holder, LLC** | Case number (if known) | **25-80095** |
|---|---|---|---|
| | Name | | |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.103 | **State what the contract or lease is for and the nature of the debtor's interest** | KDOT LOGO SIGN PROGRAM PARTICIPATION AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | KANSAS LOGOS LLC ATTN: GENERAL COUNSEL 2231 SW WANAMAKER RD STE 200 TOPEKA KS 66614 |
| 2.104 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT - STORE NO. 79 - FLINT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | KEITH GABRIEL ADDRESS ON FILE |
| 2.105 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT - STORE NO. 153 - MELBOURNE | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | KIZMAY OF FLORIDA, INC ATTN: STEVE DERMANGIAN 7861 WOODLAND CENTER BLVD TAMPA FL 33614 |
| 2.106 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT - STORE NO. 881 - BRUNSWICK | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | KJD HOOT, LLC ATTN: JOHN GORMAN 412 SE 18TH ST. FORT LAUDERDALE FL 33316 |
| 2.107 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT - STORE NO. 318 - FREDERICKSBURG | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | KWM PROPERTIES, LLC ATTN: BERN MAHON 116 VANCE DR FREDERICKSBURG VA 22408 |

| Debtor | HOA Restaurant Holder, LLC | Case number (if known) | 25-80095 |
|---|---|---|---|
| | Name | | |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.108 | **State what the contract or lease is for and the nature of the debtor's interest** | LANDSCAPE MANAGEMENT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | LANDCARE USA LLC ATTN: GENERAL COUNSEL 5151 SHOREHAM PL STE 140 SAN DIEGO CA 92122 |
| 2.109 | **State what the contract or lease is for and the nature of the debtor's interest** | LANDSCAPE MANAGEMENT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | LANDCARE USA LLC ATTN: GENERAL COUNSEL 3409 MERRIAM LN OVERLAND PARK KS 66203 |
| 2.110 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT - STORE NO. 152 - MARYLAND HEIGHTS | |
| | **State the term remaining** | UNDETERMINED | LANID J. HOMMEL AND HERBERT K. HOMMEL, TRUSTEES OF THE HOMMEL FAMILY TRUST ADDRESS ON FILE |
| | **List the contract number of any government contract** | | |
| 2.111 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT - STORE NO. 242 - SOUTH COUNTY | |
| | **State the term remaining** | 2,374 DAYS | |
| | **List the contract number of any government contract** | | LINDBERGH PLAZA INVESTORS, LLC ATTN: ANDREW TOM, ACCT. / GREG FORESTER, PRES. 1900 AVENUE OF THE STARS, STE 340 LOS ANGELES CA 90067 |
| 2.112 | **State what the contract or lease is for and the nature of the debtor's interest** | CUSTOMER SERVICE TRAP AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | MAHONEY ENVIRONMENT SOLUTIONS LLC ATTN: GENERAL COUNSEL 712 ESSINGTON RD JOLIET IL 60435 |

| Debtor | **HOA Restaurant Holder, LLC** | | Case number (if known) | **25-80095** |
|---|---|---|---|---|
| | Name | | | |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|

| 2.113 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT - STORE NO. 615 - SANFORD | |
|---|---|---|---|
| | State the term remaining | 1,926 DAYS | MAMOS SANFORD, LLC<br>ATTN: PHILLIP MAMOS<br>PO BOX 1412<br>FLUSHING NY 11354 |
| | List the contract number of any government contract | | |
| 2.114 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT - STORE NO. 686 - COUNCIL BLUFFS | |
| | State the term remaining | UNDETERMINED | MARITAL TRUST OF MICHAEL D. MAHAFFEY TESTAMENTARY TRUST DATED JULY 5, 1996<br>ADDRESS ON FILE |
| | List the contract number of any government contract | | |
| 2.115 | State what the contract or lease is for and the nature of the debtor's interest | LANDSCAPING & LAWN CARE SERVICE AGREEMENT | |
| | State the term remaining | UNDETERMINED | MAYFIELD LANDSCAPING & LAWN CARE LLC<br>ATTN: GENERAL COUNSEL<br>1272 VILLAGE CIRCLE<br>HICKORY NC 28602 |
| | List the contract number of any government contract | | |
| 2.116 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT - STORE NO. 131 - LAKE BUENA VISTA | |
| | State the term remaining | 1,644 DAYS | MIAMI CORE ORLANDO VISTA LLC & GL ORLANDO VISTA, LLC<br>C/O VISTA CENTRE SHOPPES<br>ATTN: KRISTI HILLEY<br>8462 PALM PKWY<br>ORLANDO FL 32836 |
| | List the contract number of any government contract | | |
| 2.117 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT - STORE NO. 105 - HUNTSVILLE | |
| | State the term remaining | UNDETERMINED | MILLENNIUM PROPERTIES, LLC<br>ATTN: SUSAN FARBENBLOOM<br>20929 VENTURA BLVD, SUITE 47-350<br>WOODLAND HILLS CA 91364 |
| | List the contract number of any government contract | | |

| Debtor | **HOA Restaurant Holder, LLC** | | Case number (if known) | **25-80095** |
|---|---|---|---|---|
| | Name | | | |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.118 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT - STORE NO. 639 - FORT SMITH | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | MING ZHOU<br>ADDRESS ON FILE |
| 2.119 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT - STORE NO. 641 - JACKSONVILLE SOUTHSIDE | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | MLE RESTAURANT GROUP, LLC<br>ATTN: DAVID LLOYDS<br>18 E. 22ND ST.<br>NEW YORK NY 10022 |
| 2.120 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT - STORE NO. 862 - W. LITTLE ROCK | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | N&M REAL ESTATE LLC<br>ATTN: CHRISTIANE KOUYOUMDJIAN<br>7211 ALTA VIS<br>LA VERNE CA 91750 |
| 2.121 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT - STORE NO. 352 - SPRINGFIELD, IL | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | NADG NNN HTRS (IL) LP<br>ATTN: D. RAMPY<br>3131 MCKINNEY AVENUE, SUITE L-10<br>DALLAS TX 75204 |
| 2.122 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT - STORE NO. 178 - NEWNAN | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | NEW PEACH PARTNERSHIP, L.P.<br>ATTN: LINDA H. MORRIS<br>566 GRAMERCY DRIVE<br>MARIETTA GA 30068 |

| Debtor | **HOA Restaurant Holder, LLC** | | Case number (if known) | **25-80095** |
|---|---|---|---|---|
| | Name | | | |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|

| 2.123 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT - STORE NO. 638 - FLORISSANT | |
|---|---|---|---|
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | NORLE INVESTMENTS, INC. AND 4262 WEST 38TH STREET, LLC<br>ATTN: KIM REXROAT<br>238 S. MERIDIAN STREET, SUITE 501<br>INDIANAPOLIS IN 46225 |
| 2.124 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT - STORE NO. 134 - LAKELAND II | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | NORMANDIE CAPITAL, LLC<br>ATTN: NICK NIKRAVESH<br>205 N. PALM DR.<br>BEVERLY HILLS CA 90210 |
| 2.125 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT - STORE NO. 166 - MYRTLE BEACH NORTH | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | OLP MYRTLE BEACH LLC<br>ATTN: RYAN BROWN<br>60 CUTTER MILL ROAD, STE 303<br>GREAT NECK NY 11021 |
| 2.126 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT - STORE NO. 571 - SOUTH CHARLOTTE | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | PALMER SOUTH BLVD., LLC<br>ATTN: DOUGLAS DINNELLA<br>269 QUEENS ROAD<br>CHARLOTTE NC 28204 |
| 2.127 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT - STORE NO. 383 - ATLANTA DOWNTOWN | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | PETERS LAND SYNDICATE<br>C/O MARX REALTY & IMPROVEMENT CO., INC.<br>ATTN: HENRY HENDERSON<br>708 THIRD AVENUE, 21ST FLOOR<br>NEW YORK NY 10017 |

| Debtor | **HOA Restaurant Holder, LLC** | Case number (if known) | **25-80095** |
|---|---|---|---|
| | Name | | |

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.128 | **State what the contract or lease is for and the nature of the debtor's interest** | DAVENPORT- LANDSCAPING CONTRACT | |
|---|---|---|---|
| | **State the term remaining** | 0 DAYS | PJB ENTERPRISES LLC ATTN: JOHN BUCKLEY 5121 EAGLE CT DAVENPORT IA 52807 |
| | **List the contract number of any government contract** | | |

| 2.129 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT - STORE NO. 764 - ORLANDO I-DRIVE | |
|---|---|---|---|
| | **State the term remaining** | UNDETERMINED | PLATO INVESTMENTS, INC C/O KAUFMAN, ROSSIN AND CO. ATTN: S. DEMAR 3310 MARY STREET, SUITE 501 MIAMI FL 33133 |
| | **List the contract number of any government contract** | | |

| 2.130 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT - STORE NO. 889 - LAVISTA, NE | |
|---|---|---|---|
| | **State the term remaining** | UNDETERMINED | RADIUS GROUP, LLC ATTN: ROBIN QUADROS 216 LEGRANDE BAYOU LANE KENNER LA 70065 |
| | **List the contract number of any government contract** | | |

| 2.131 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE MANAGEMENT AGREEMENT | |
|---|---|---|---|
| | **State the term remaining** | UNDETERMINED | RATIONAL COOKING SYSTEMS INC D/B/A RATIONAL USA ATTN: PRESIDENT 1701 GOLF RD STE C-120 COMMERCIUM ROLLING MEADOWS IL 60008 |
| | **List the contract number of any government contract** | | |

| 2.132 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT - STORE NO. 371 - SAVANNAH | |
|---|---|---|---|
| | **State the term remaining** | UNDETERMINED | RDV RENTALS LLC (BEACON BUILDERS) ATTN: JEANNE WHITNEY 7370 HODGSON MEMORIAL DRIVE, D-10 SAVANNAH GA 31406 |
| | **List the contract number of any government contract** | | |

| Debtor | **HOA Restaurant Holder, LLC** | | Case number (if known) | **25-80095** |
|---|---|---|---|---|
| | Name | | | |

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.133 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT - STORE NO. 814 - FAIRFAX II | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | ROBERT E. STAFFORD & ASSOCIATES, LLLP ATTN: DAVE STAFFORD 3 MOON CREEK CIRCLE SMITHFIELD VA 23430 |
| 2.134 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT - STORE NO. 99 - GWINNETT | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | RP PROPERTIES GA, LLC ATTN: RALPH PONTRELLI 19W711 HILLCREST LN LEMONT IL 60439 |
| 2.135 | State what the contract or lease is for and the nature of the debtor's interest | ENGAGEMENT LETTER TO PROVIDE LEGAL SERVICES | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | RUTLEDGE ECENIA ADDRESS ON FILE |
| 2.136 | State what the contract or lease is for and the nature of the debtor's interest | ENGAGEMENT LETTER TO PROVIDE LEGAL SERVICES | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | RUTLEDGE ECENIA ADDRESS ON FILE |
| 2.137 | State what the contract or lease is for and the nature of the debtor's interest | STATEMENT OF WORK 001 | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | SABILITY LP ATTN: GENERAL COUNSEL 1 GLENLAKE PKWY STE 700 ATLANTA GA 30328 |

| Debtor | **HOA Restaurant Holder, LLC** | | Case number (if known) | **25-80095** |
|---|---|---|---|---|
| | Name | | | |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|

| 2.138 | **State what the contract or lease is for and the nature of the debtor's interest** | SCOPE CHANGE REQUEST | |
|---|---|---|---|
| | **State the term remaining** | 640 DAYS | |
| | **List the contract number of any government contract** | | SABILITY LP ATTN: GENERAL COUNSEL 1 GLENLAKE PKWY STE 700 ATLANTA GA 30328 |
| 2.139 | **State what the contract or lease is for and the nature of the debtor's interest** | SCOPE CHANGE REQUEST | |
| | **State the term remaining** | 640 DAYS | |
| | **List the contract number of any government contract** | | SABILITY LP ATTN: GENERAL COUNSEL 1 GLENLAKE PKWY STE 700 ATLANTA GA 30328 |
| 2.140 | **State what the contract or lease is for and the nature of the debtor's interest** | SECURITY GUARD SERVICE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SAFE SECURE WORLDWIDE D/B/A GUARD SERVICE ATTN: GENERAL COUNSEL 801 SUMMIT AVE STE 2B GREENSBORO NC 27405 |
| 2.141 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT - STORE NO. 336 - HOMEWOOD | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SAKI 5 MONTGOMERY PROPERTIES, LLC ATTN: NATHAN CHOW 2700 S. LAS VEGAS BLVD, SUITE 1811 LAS VEGAS NV 89109 |
| 2.142 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT - STORE NO. 765 - VALDOSTA | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SAN YU VALDOSTA GA, LLC ATTN: BENJAMIN CHEN 257 SINGINGWOOD LANE BREA CA 92821 |

| Debtor | **HOA Restaurant Holder, LLC** | | Case number (if known) | **25-80095** |
|---|---|---|---|---|
| | Name | | | |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.143 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT - STORE NO. 840 - KISSIMMEE WEST | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SB REAL ESTATE HOLDINGS, LLC AND SHEA MAX-HARRIS LLC<br>ATTN: TERRY RUBENFELD<br>11 LISA DRIVE<br>DIX HILLS NY 11746 |
| 2.144 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT - STORE NO. 817 - OCALA | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SCHOENBACHLER ENTERPRISES, L.L.C.<br>ATTN: CYNDI HERTZOG<br>4115 205TH AVENUE SE<br>SAMMAMISH WA 98075 |
| 2.145 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT - STORE NO. 149 - MACON | |
| | **State the term remaining** | 1,462 DAYS | |
| | **List the contract number of any government contract** | | SELBY FAMILY TRUST<br>ADDRESS ON FILE |
| 2.146 | **State what the contract or lease is for and the nature of the debtor's interest** | SESAC PERFORMANCE LICENSE FOR RESTAURANTS, NIGHTCLUBS AND TAVERNS | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SESAC LLC<br>ATTN: GENERAL COUNSEL<br>55 MUSIC SQUARE E<br>NASHVILLE TN 37203 |
| 2.147 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT - STORE NO. 64 - DAYTONA | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SIBELIUS REALTY, LLC<br>ATTN: HOWARD KAPLAN<br>1005 MCDONALD STREET<br>MT. DORA FL 32757 |

| Debtor | **HOA Restaurant Holder, LLC** | Case number (if known) | **25-80095** |
|---|---|---|---|
| | Name | | |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.148 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT - STORE NO. 216 - RALEIGH | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SILVER LAKE INVESTMENT INC. ATTN: GRACE SHEN 201 BATHGATE LANE CARY NC 27513 |
| 2.149 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT - STORE NO. 54 - CONYERS | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SILVER PEARL CORPORATION ATTN: GEORGE S. PEARL 2848 LAVISTA COLONY COURT DECATUR GA 30033 |
| 2.150 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT - STORE NO. 332 - TUSCALOOSA | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SNAKE 2 TUSCALOOSA PROPERTIES, LLC ATTN: NATHAN CHOW 2700 LAS VEGAS BLVD. SO. #1811 LAS VEGAS NV 89109 |
| 2.151 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT - STORE NO. 58 - DAVENPORT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SONSY, LLC ATTN: KEVIN SNYDER 12333 STRATFORD DR CLIVE IA 50325 |
| 2.152 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT - STORE NO. 219 - CHESTERFIELD | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SPIRIT MASTER FUNDING III, LLC ATTN: VALERIE RICHMOND 2727 N HARWOOD STREET, SUITE 300 DALLAS TX 75205 |

| Debtor | **HOA Restaurant Holder, LLC** | Case number (if known) | **25-80095** |
|---|---|---|---|
| | Name | | |

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.153 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT - STORE NO. 218 - RICHMOND VA | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SPIRIT MASTER FUNDING III, LLC<br>ATTN: VALERIE RICHMOND<br>2727 N HARWOOD STREET, SUITE 300<br>DALLAS TX 75205 |
| 2.154 | **State what the contract or lease is for and the nature of the debtor's interest** | AGREEMENT FOR SERVICES | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | STABILITY LP<br>ATTN: GENERAL COUNSEL<br>ONE GLENLAKE PKWY<br>STE 700<br>ATLANTA GA 30328 |
| 2.155 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT - STORE NO. 526 - PELHAM | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | STANLEY SCHWARTZ ALABAMA, LLC<br>ATTN: LEE A SCHWARTZ<br>445 BROAD HOLLOW RD., STE 205<br>MELVILLE NY 11747 |
| 2.156 | **State what the contract or lease is for and the nature of the debtor's interest** | AGREEMENT FOR THE SUPPLY AND DELIVERY OF GOODS | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | STRATEGIC EQUIPMENT LLC<br>ATTN: GENERAL COUNSEL<br>2801 S VALLEY PKWY<br>STE 200<br>LEWISVILLE TX 75067 |
| 2.157 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT - STORE NO. 805 - MALL OF GEORGIA | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SW GLOBAL INC<br>ATTN: SUE CHOI<br>2700 N. BERKELEY LAKE RD, SUITE 230<br>DULUTH GA 30086 |

| Debtor | **HOA Restaurant Holder, LLC** | | Case number (if known) | **25-80095** |
|---|---|---|---|---|
| | Name | | | |

| **2. List all contracts and unexpired leases** | | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| 2.158 | **State what the contract or lease is for and the nature of the debtor's interest** | ENGAGEMENT LETTER TO PROVIDE LEGAL SERVICES | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | TAYLOR ENGLISH DUMA LLP<br>ATTN: RYAN M ARNOLD<br>13925 BALLANTYNE CORPORATE PL<br>STE 200<br>CHARLOTTE NC 28277 |
| 2.159 | **State what the contract or lease is for and the nature of the debtor's interest** | ENGAGEMENT LETTER TO PROVIDE LEGAL SERVICES | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | TAYLOR ENGLISH DUMA LLP<br>ATTN: GENERAL COUNSEL<br>1600 PARKWOOD CIR<br>STE 200<br>ATLANTA GA 30339 |
| 2.160 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT - STORE NO. 191 - OKLAHOMA CITY | |
| | **State the term remaining** | 2,101 DAYS | |
| | **List the contract number of any government contract** | | THE BALTRUSOL CORPORATION<br>ATTN: TIM DORSEY<br>5335 SPRING VALLEY ROAD<br>DALLAS TX 75254 |
| 2.161 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT - STORE NO. 416 - POTOMAC MILLS | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | THE HO FAMILY TRUST, THE HUNG FAMILY TRUST, AMY Y. HO, YI-JU YANG, CECELIA CHU FEN CHO AND JAMES HO ADDRESS ON FILE |
| 2.162 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT - STORE NO. 120 - JACKSONVILLE SAN JOSE | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | TOM GREY, LLC; GOODBYS CYPRESS, LLC; GEORGIA KEITH KILLINGER AND WILLIAM BRADFORD KILLINGER ADDRESS ON FILE |

| Debtor | **HOA Restaurant Holder, LLC** | Case number (if known) | **25-80095** |
|---|---|---|---|
| | Name | | |

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.163 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT - STORE NO. 570 - COLUMBIA EAST | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | TRM 14 LLC<br>ATTN: MICHAEL BAYLEY<br>301 71ST STREET, STE 620<br>MIAMI BEACH FL 33141 |
| 2.164 | **State what the contract or lease is for and the nature of the debtor's interest** | PLANNED MAINTENANCE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | TWC SERVICES<br>ATTN: GENERAL COUNSEL<br>6200 SCOUT TRAIL<br>DES MOINES IA 50321 |
| 2.165 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT - STORE NO. 78 - FAYETTEVILLE NC | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | TWO JOES, LLC<br>ATTN: PATRICIA GROSSMAN<br>PO BOX 53729<br>FAYETTEVILLE NC 28305 |
| 2.166 | **State what the contract or lease is for and the nature of the debtor's interest** | TRANSACTION CONFIRMATION FOR SUPPLY OF ELECTRICITY | |
| | **State the term remaining** | 699 DAYS | |
| | **List the contract number of any government contract** | | TXU ENERGY RETAIL COMPANY LLC<br>ATTN: RETAIL CONTRACT ADMINISTRATION<br>6555 SIERRA DR 1-W-1<br>IRVING TX 75039 |
| 2.167 | **State what the contract or lease is for and the nature of the debtor's interest** | BASE CONTRACT FOR SUPPLY OF ELECTRICITY | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | TXU ENERGY RETAIL COMPANY LLC<br>ATTN: RETAIL CONTRACT ADMINISTRATION<br>6555 SIERRA DR 1-W-1<br>IRVING TX 75039 |

| Debtor | **HOA Restaurant Holder, LLC** | | Case number (if known) | **25-80095** |
|---|---|---|---|---|
| | Name | | | |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|

| 2.168 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT - STORE NO. 56 - CUMBERLAND | |
|---|---|---|---|
| | State the term remaining | 1,371 DAYS | U.S. 41 & I-285 COMPANY ATTN: KATHY WARD 5500 NEW ALBANY RD. EAST, STE 310 NEW ALBANY OH 43054 |
| | List the contract number of any government contract | | |

| 2.169 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT - STORE NO. 621 - ST. LOUIS KIENER PLAZA | |
|---|---|---|---|
| | State the term remaining | UNDETERMINED | UGP-KIENER/STADIUM PARKING, LLC ATTN: BRIAN DEBOCK 200 N. LASALLE ST., STE. 1400 CHICAGO IL 60601 |
| | List the contract number of any government contract | | |

| 2.170 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT - STORE NO. 227 - ROSWELL | |
|---|---|---|---|
| | State the term remaining | UNDETERMINED | VENTURE PROPERTIES ATTN: LARRY HUBBARD PO BOX 4175 NORCROSS GA 30091 |
| | List the contract number of any government contract | | |

| 2.171 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT - STORE NO. 608 - NORTH LITTLE ROCK | |
|---|---|---|---|
| | State the term remaining | UNDETERMINED | VERA CRUZ PROPERTIES LP ATTN: SUE STEELE PO BOX 10326 PORTLAND OR 97296 |
| | List the contract number of any government contract | | |

| 2.172 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT - STORE NO. 258 - TAYLOR | |
|---|---|---|---|
| | State the term remaining | 760 DAYS | WINTHAN PROPERTIES, INC. ATTN: CRAIG SAMSON 10 RYE RIDGE PLAZA, STE. 200 RYE BROOK NY 10573 |
| | List the contract number of any government contract | | |

| Debtor | **HOA Restaurant Holder, LLC** | | Case number (if known) | **25-80095** |
|---|---|---|---|---|
| | Name | | | |

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.173 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT - STORE NO. 274 - WILMINGTON | |
| | State the term remaining | 2,587 DAYS | |
| | List the contract number of any government contract | | WINTHAN PROPERTIES, INC. ATTN: RICK YARMY 10 RYE RIDGE PLAZA, STE. 200 RYE BROOK NY 10573 |
| 2.174 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT - STORE NO. 271 - WEST PALM BEACH | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | WPB CONCOURSE PLAZA, LC C/O REICHEL REALTY INVESTMENTS INC. ATTN: JACK BICKNELL 8845 N. MILITARY TR. PALM BEACH GARDENS FL 33410 |
| 2.175 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT - STORE NO. 10 - AUGUSTA | |
| | State the term remaining | 883 DAYS | |
| | List the contract number of any government contract | | WSQ, LLC ATTN: WHITLEY WEBB (BLANCHARD CALHOUN REAL ESTATE COMPANY) PO BOX 211708 AUGUSTA GA 30917 |
| 2.176 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT - STORE NO. 861 - YUKON | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | YUKON ONE LLC ATTN: STEVEN VEAL PO BOX 15001 ST. LOUIS MO 63110 |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **HOA Restaurant Holder, LLC** |
| United States Bankruptcy Court for the: | **Northern District of Texas (Dallas)** |
| Case number (if known) | **25-80095** |

☐ Check if this is an amended filing

Official Form 206H

# Schedule H: Your Codebtors

**12/15**

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | DW RESTAURANT HOLDER, LLC | 1815 THE EXCHANGE SE ATLANTA GA 30339 | CITIBANK, N.A., AS TRUSTEE AND SECURITIES INTERMEDIARY | ■ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | DW RESTAURANT HOLDER, LLC | 1815 THE EXCHANGE SE ATLANTA GA 30339 | CITIBANK, N.A., AS TRUSTEE AND SECURITIES INTERMEDIARY | ■ D ___2.2___<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | HI LIMITED PARTNERSHIP | 1815 THE EXCHANGE SE ATLANTA GA 30339 | CITIBANK, N.A., AS TRUSTEE AND SECURITIES INTERMEDIARY | ■ D ___2.2___<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | HI LIMITED PARTNERSHIP | 1815 THE EXCHANGE SE ATLANTA GA 30339 | CITIBANK, N.A., AS TRUSTEE AND SECURITIES INTERMEDIARY | ■ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |

| Debtor | **HOA Restaurant Holder, LLC** | | Case number (if known) | **25-80095** |
|---|---|---|---|---|
| | Name | | | |

| | | | | | |
|---|---|---|---|---|---|
| 2.5 | HOA FRANCHISING, LLC | 1815 THE EXCHANGE SE ATLANTA GA 30339 | CITIBANK, N.A., AS TRUSTEE AND SECURITIES INTERMEDIARY | ■ D<br>☐ E/F<br>☐ G | 2.1 |
| 2.6 | HOA FRANCHISING, LLC | 1815 THE EXCHANGE SE ATLANTA GA 30339 | CITIBANK, N.A., AS TRUSTEE AND SECURITIES INTERMEDIARY | ■ D<br>☐ E/F<br>☐ G | 2.2 |
| 2.7 | HOA FUNDING, LLC | 1815 THE EXCHANGE SE ATLANTA GA 30339 | CITIBANK, N.A., AS TRUSTEE AND SECURITIES INTERMEDIARY | ■ D<br>☐ E/F<br>☐ G | 2.2 |
| 2.8 | HOA FUNDING, LLC | 1815 THE EXCHANGE SE ATLANTA GA 30339 | CITIBANK, N.A., AS TRUSTEE AND SECURITIES INTERMEDIARY | ■ D<br>☐ E/F<br>☐ G | 2.1 |
| 2.9 | HOA HOLDCO, LLC | 1815 THE EXCHANGE SE ATLANTA GA 30339 | 112 INTERSTATE BOULEVARD LLC | ☐ D<br>☐ E/F<br>■ G | 2.1 |
| 2.10 | HOA HOLDCO, LLC | 1815 THE EXCHANGE SE ATLANTA GA 30339 | 2109 SW 74TH STREET LLC | ☐ D<br>☐ E/F<br>■ G | 2.3 |
| 2.11 | HOA HOLDCO, LLC | 1815 THE EXCHANGE SE ATLANTA GA 30339 | 2128 MEDWAY ROAD, LLC | ☐ D<br>☐ E/F<br>■ G | 2.4 |
| 2.12 | HOA HOLDCO, LLC | 1815 THE EXCHANGE SE ATLANTA GA 30339 | 3700 DEKALB TECHNOLOGY PARKWAY LLC | ☐ D<br>☐ E/F<br>■ G | 2.5 |
| 2.13 | HOA HOLDCO, LLC | 1815 THE EXCHANGE SE ATLANTA GA 30339 | 40 HIGHWAY RESTAURANT INVESTORS, LLC | ☐ D<br>☐ E/F<br>■ G | 2.6 |

| Debtor | **HOA Restaurant Holder, LLC** | Case number (if known) | **25-80095** |
|---|---|---|---|
| | Name | | |

| | | | | | |
|---|---|---|---|---|---|
| 2.14 | HOA HOLDCO, LLC | 1815 THE EXCHANGE SE ATLANTA GA 30339 | 463 WESTERN BLVD., LLC | ☐ D<br>☐ E/F<br>■ G | ____<br>____<br>2.7 |
| 2.15 | HOA HOLDCO, LLC | 1815 THE EXCHANGE SE ATLANTA GA 30339 | ALI SAFAI | ☐ D<br>☐ E/F<br>■ G | ____<br>____<br>2.10 |
| 2.16 | HOA HOLDCO, LLC | 1815 THE EXCHANGE SE ATLANTA GA 30339 | AO OF FLORIDA, LLC | ☐ D<br>☐ E/F<br>■ G | ____<br>____<br>2.15 |
| 2.17 | HOA HOLDCO, LLC | 1815 THE EXCHANGE SE ATLANTA GA 30339 | ARBII, LLC | ☐ D<br>☐ E/F<br>■ G | ____<br>____<br>2.16 |
| 2.18 | HOA HOLDCO, LLC | 1815 THE EXCHANGE SE ATLANTA GA 30339 | ARISTOTLE INVESTMENTS, INC. | ☐ D<br>☐ E/F<br>■ G | ____<br>____<br>2.17 |
| 2.19 | HOA HOLDCO, LLC | 1815 THE EXCHANGE SE ATLANTA GA 30339 | AUGUSTA NATIONAL PROPERTY, LLC | ☐ D<br>☐ E/F<br>■ G | ____<br>____<br>2.18 |
| 2.20 | HOA HOLDCO, LLC | 1815 THE EXCHANGE SE ATLANTA GA 30339 | B & O WAREHOUSE CO. | ☐ D<br>☐ E/F<br>■ G | ____<br>____<br>2.20 |
| 2.21 | HOA HOLDCO, LLC | 1815 THE EXCHANGE SE ATLANTA GA 30339 | B.P.H. INVESTMENTS, LLC | ☐ D<br>☐ E/F<br>■ G | ____<br>____<br>2.21 |
| 2.22 | HOA HOLDCO, LLC | 1815 THE EXCHANGE SE ATLANTA GA 30339 | BELL KEY, LLC | ☐ D<br>☐ E/F<br>■ G | ____<br>____<br>2.22 |

| Debtor | **HOA Restaurant Holder, LLC** | | Case number (if known) | **25-80095** |
|---|---|---|---|---|
| | Name | | | |

| 2.23 | HOA HOLDCO, LLC | 1815 THE EXCHANGE SE ATLANTA GA 30339 | BENCHMARK MELBOURNE 35 ASSOCIATES LIMITED PARTNERSHIP | ☐ D _____ <br> ☐ E/F _____ <br> ■ G  2.24 |
| 2.24 | HOA HOLDCO, LLC | 1815 THE EXCHANGE SE ATLANTA GA 30339 | BL HOOTER'S GREENVILLE, LLC | ☐ D _____ <br> ☐ E/F _____ <br> ■ G  2.27 |
| 2.25 | HOA HOLDCO, LLC | 1815 THE EXCHANGE SE ATLANTA GA 30339 | BL HOOTER'S, LLC | ☐ D _____ <br> ☐ E/F _____ <br> ■ G  2.28 |
| 2.26 | HOA HOLDCO, LLC | 1815 THE EXCHANGE SE ATLANTA GA 30339 | CATA VIEW CORP | ☐ D _____ <br> ☐ E/F _____ <br> ■ G  2.34 |
| 2.27 | HOA HOLDCO, LLC | 1815 THE EXCHANGE SE ATLANTA GA 30339 | CFT INVESTMENTS, LLC | ☐ D _____ <br> ☐ E/F _____ <br> ■ G  2.35 |
| 2.28 | HOA HOLDCO, LLC | 1815 THE EXCHANGE SE ATLANTA GA 30339 | CITIBANK, N.A., AS TRUSTEE AND SECURITIES INTERMEDIARY | ■ D  2.2 <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.29 | HOA HOLDCO, LLC | 1815 THE EXCHANGE SE ATLANTA GA 30339 | CITIBANK, N.A., AS TRUSTEE AND SECURITIES INTERMEDIARY | ■ D  2.1 <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.30 | HOA HOLDCO, LLC | 1815 THE EXCHANGE SE ATLANTA GA 30339 | DALE L. TABATA TRUST AND JERRY AND CHRISTINA TABATA TRUST ET AL | ☐ D _____ <br> ☐ E/F _____ <br> ■ G  2.39 |
| 2.31 | HOA HOLDCO, LLC | 1815 THE EXCHANGE SE ATLANTA GA 30339 | DANIEL FELDMAN | ☐ D _____ <br> ☐ E/F _____ <br> ■ G  2.40 |

| Debtor | **HOA Restaurant Holder, LLC** | Case number (if known) | **25-80095** |
|---|---|---|---|
| | Name | | |

| 2.32 | HOA HOLDCO, LLC | 1815 THE EXCHANGE SE ATLANTA GA 30339 | DSRA, LLC | ☐ D<br>☐ E/F<br>■ G ___2.49___ |
|---|---|---|---|---|
| 2.33 | HOA HOLDCO, LLC | 1815 THE EXCHANGE SE ATLANTA GA 30339 | EUGENE A. GRIESHABER AND VALARIE SCANLON, AS CO-TRUSTEES OF THE GRIESHABER INTER VIVOS TRUST DATED AUGUST 14, 1984 | ☐ D<br>☐ E/F<br>■ G ___2.69___ |
| 2.34 | HOA HOLDCO, LLC | 1815 THE EXCHANGE SE ATLANTA GA 30339 | FK PROPERTIES, LLC | ☐ D<br>☐ E/F<br>■ G ___2.71___ |
| 2.35 | HOA HOLDCO, LLC | 1815 THE EXCHANGE SE ATLANTA GA 30339 | G. HILBISH HUNT FARMS, LLC | ☐ D<br>☐ E/F<br>■ G ___2.72___ |
| 2.36 | HOA HOLDCO, LLC | 1815 THE EXCHANGE SE ATLANTA GA 30339 | GLENSTONE I LIMITED PARTNERSHIP | ☐ D<br>☐ E/F<br>■ G ___2.75___ |
| 2.37 | HOA HOLDCO, LLC | 1815 THE EXCHANGE SE ATLANTA GA 30339 | HACKETT LIMITED PARTNERSHIP | ☐ D<br>☐ E/F<br>■ G ___2.81___ |
| 2.38 | HOA HOLDCO, LLC | 1815 THE EXCHANGE SE ATLANTA GA 30339 | HCP RRF CAVE SPRINGS LLC | ☐ D<br>☐ E/F<br>■ G ___2.82___ |
| 2.39 | HOA HOLDCO, LLC | 1815 THE EXCHANGE SE ATLANTA GA 30339 | HOOTERS HOLDINGS 1, LLC; HOOTERS HOLDINGS 2, LLC | ☐ D<br>☐ E/F<br>■ G ___2.84___ |
| 2.40 | HOA HOLDCO, LLC | 1815 THE EXCHANGE SE ATLANTA GA 30339 | IPX DEVELOPMENT 52, LLC | ☐ D<br>☐ E/F<br>■ G ___2.95___ |

| Debtor | **HOA Restaurant Holder, LLC** | | Case number (if known) | **25-80095** |
|---|---|---|---|---|
| | Name | | | |

| 2.41 | HOA HOLDCO, LLC | 1815 THE EXCHANGE SE ATLANTA GA 30339 | J&F CAPITAL, LLC | ☐ D<br>☐ E/F<br>■ G    2.96 |
| 2.42 | HOA HOLDCO, LLC | 1815 THE EXCHANGE SE ATLANTA GA 30339 | JIMMIE POURLOS AND RONNIE R. POURLOS | ☐ D<br>☐ E/F<br>■ G    2.97 |
| 2.43 | HOA HOLDCO, LLC | 1815 THE EXCHANGE SE ATLANTA GA 30339 | JTF EAST GRAND SPRINGS, LLC | ☐ D<br>☐ E/F<br>■ G    2.101 |
| 2.44 | HOA HOLDCO, LLC | 1815 THE EXCHANGE SE ATLANTA GA 30339 | KEITH GABRIEL | ☐ D<br>☐ E/F<br>■ G    2.104 |
| 2.45 | HOA HOLDCO, LLC | 1815 THE EXCHANGE SE ATLANTA GA 30339 | KJD HOOT, LLC | ☐ D<br>☐ E/F<br>■ G    2.106 |
| 2.46 | HOA HOLDCO, LLC | 1815 THE EXCHANGE SE ATLANTA GA 30339 | KWM PROPERTIES, LLC | ☐ D<br>☐ E/F<br>■ G    2.107 |
| 2.47 | HOA HOLDCO, LLC | 1815 THE EXCHANGE SE ATLANTA GA 30339 | LANID J. HOMMEL AND HERBERT K. HOMMEL, TRUSTEES OF THE HOMMEL FAMILY TRUST | ☐ D<br>☐ E/F<br>■ G    2.110 |
| 2.48 | HOA HOLDCO, LLC | 1815 THE EXCHANGE SE ATLANTA GA 30339 | LINDBERGH PLAZA INVESTORS, LLC | ☐ D<br>☐ E/F<br>■ G    2.111 |
| 2.49 | HOA HOLDCO, LLC | 1815 THE EXCHANGE SE ATLANTA GA 30339 | MIAMI CORE ORLANDO VISTA LLC & GL ORLANDO VISTA, LLC | ☐ D<br>☐ E/F<br>■ G    2.116 |

| Debtor | **HOA Restaurant Holder, LLC** | | Case number (if known) | **25-80095** |
|---|---|---|---|---|
| | Name | | | |

| 2.50 | HOA HOLDCO, LLC | 1815 THE EXCHANGE SE<br>ATLANTA GA 30339 | MILLENNIUM PROPERTIES,<br>LLC | ☐ D<br>☐ E/F<br>■ G    2.117 |
| 2.51 | HOA HOLDCO, LLC | 1815 THE EXCHANGE SE<br>ATLANTA GA 30339 | MING ZHOU | ☐ D<br>☐ E/F<br>■ G    2.118 |
| 2.52 | HOA HOLDCO, LLC | 1815 THE EXCHANGE SE<br>ATLANTA GA 30339 | MLE RESTAURANT GROUP,<br>LLC | ☐ D<br>☐ E/F<br>■ G    2.119 |
| 2.53 | HOA HOLDCO, LLC | 1815 THE EXCHANGE SE<br>ATLANTA GA 30339 | N&M REAL ESTATE LLC | ☐ D<br>☐ E/F<br>■ G    2.120 |
| 2.54 | HOA HOLDCO, LLC | 1815 THE EXCHANGE SE<br>ATLANTA GA 30339 | NADG NNN HTRS (IL) LP | ☐ D<br>☐ E/F<br>■ G    2.121 |
| 2.55 | HOA HOLDCO, LLC | 1815 THE EXCHANGE SE<br>ATLANTA GA 30339 | NEW PEACH<br>PARTNERSHIP, L.P. | ☐ D<br>☐ E/F<br>■ G    2.122 |
| 2.56 | HOA HOLDCO, LLC | 1815 THE EXCHANGE SE<br>ATLANTA GA 30339 | NORLE INVESTMENTS, INC.<br>AND 4262 WEST 38TH<br>STREET, LLC | ☐ D<br>☐ E/F<br>■ G    2.123 |
| 2.57 | HOA HOLDCO, LLC | 1815 THE EXCHANGE SE<br>ATLANTA GA 30339 | NORMANDIE CAPITAL, LLC | ☐ D<br>☐ E/F<br>■ G    2.124 |
| 2.58 | HOA HOLDCO, LLC | 1815 THE EXCHANGE SE<br>ATLANTA GA 30339 | OLP MYRTLE BEACH LLC | ☐ D<br>☐ E/F<br>■ G    2.125 |

| Debtor | **HOA Restaurant Holder, LLC** | | Case number (if known) | **25-80095** |
| | Name | | | |

| 2.59 | HOA HOLDCO, LLC | 1815 THE EXCHANGE SE<br>ATLANTA GA 30339 | PALMER SOUTH BLVD., LLC | ☐ D<br>☐ E/F _____<br>■ G   2.126 |
| 2.60 | HOA HOLDCO, LLC | 1815 THE EXCHANGE SE<br>ATLANTA GA 30339 | PETERS LAND SYNDICATE | ☐ D<br>☐ E/F _____<br>■ G   2.127 |
| 2.61 | HOA HOLDCO, LLC | 1815 THE EXCHANGE SE<br>ATLANTA GA 30339 | PLATO INVESTMENTS, INC | ☐ D<br>☐ E/F _____<br>■ G   2.129 |
| 2.62 | HOA HOLDCO, LLC | 1815 THE EXCHANGE SE<br>ATLANTA GA 30339 | RADIUS GROUP, LLC | ☐ D<br>☐ E/F _____<br>■ G   2.130 |
| 2.63 | HOA HOLDCO, LLC | 1815 THE EXCHANGE SE<br>ATLANTA GA 30339 | RDV RENTALS LLC<br>(BEACON BUILDERS) | ☐ D<br>☐ E/F _____<br>■ G   2.132 |
| 2.64 | HOA HOLDCO, LLC | 1815 THE EXCHANGE SE<br>ATLANTA GA 30339 | ROBERT E. STAFFORD &<br>ASSOCIATES, LLLP | ☐ D<br>☐ E/F _____<br>■ G   2.133 |
| 2.65 | HOA HOLDCO, LLC | 1815 THE EXCHANGE SE<br>ATLANTA GA 30339 | RP PROPERTIES GA, LLC | ☐ D<br>☐ E/F _____<br>■ G   2.134 |
| 2.66 | HOA HOLDCO, LLC | 1815 THE EXCHANGE SE<br>ATLANTA GA 30339 | SAKI 5 MONTGOMERY<br>PROPERTIES, LLC | ☐ D<br>☐ E/F _____<br>■ G   2.141 |
| 2.67 | HOA HOLDCO, LLC | 1815 THE EXCHANGE SE<br>ATLANTA GA 30339 | SAN YU VALDOSTA GA, LLC | ☐ D<br>☐ E/F _____<br>■ G   2.142 |

| Debtor | **HOA Restaurant Holder, LLC** | | Case number (if known) | **25-80095** |
|---|---|---|---|---|
| | Name | | | |

| | | | | | |
|---|---|---|---|---|---|
| 2.68 | HOA HOLDCO, LLC | 1815 THE EXCHANGE SE ATLANTA GA 30339 | SB REAL ESTATE HOLDINGS, LLC AND SHEA MAX-HARRIS LLC | ☐ D<br>☐ E/F<br>■ G | ____<br>____<br>2.143 |
| 2.69 | HOA HOLDCO, LLC | 1815 THE EXCHANGE SE ATLANTA GA 30339 | SCHOENBACHLER ENTERPRISES, L.L.C. | ☐ D<br>☐ E/F<br>■ G | ____<br>____<br>2.144 |
| 2.70 | HOA HOLDCO, LLC | 1815 THE EXCHANGE SE ATLANTA GA 30339 | SELBY FAMILY TRUST | ☐ D<br>☐ E/F<br>■ G | ____<br>____<br>2.145 |
| 2.71 | HOA HOLDCO, LLC | 1815 THE EXCHANGE SE ATLANTA GA 30339 | SIBELIUS REALTY, LLC | ☐ D<br>☐ E/F<br>■ G | ____<br>____<br>2.147 |
| 2.72 | HOA HOLDCO, LLC | 1815 THE EXCHANGE SE ATLANTA GA 30339 | SILVER LAKE INVESTMENT INC. | ☐ D<br>☐ E/F<br>■ G | ____<br>____<br>2.148 |
| 2.73 | HOA HOLDCO, LLC | 1815 THE EXCHANGE SE ATLANTA GA 30339 | SILVER PEARL CORPORATION | ☐ D<br>☐ E/F<br>■ G | ____<br>____<br>2.149 |
| 2.74 | HOA HOLDCO, LLC | 1815 THE EXCHANGE SE ATLANTA GA 30339 | SNAKE 2 TUSCALOOSA PROPERTIES, LLC | ☐ D<br>☐ E/F<br>■ G | ____<br>____<br>2.150 |
| 2.75 | HOA HOLDCO, LLC | 1815 THE EXCHANGE SE ATLANTA GA 30339 | SONSY, LLC | ☐ D<br>☐ E/F<br>■ G | ____<br>____<br>2.151 |
| 2.76 | HOA HOLDCO, LLC | 1815 THE EXCHANGE SE ATLANTA GA 30339 | SPIRIT MASTER FUNDING III, LLC | ☐ D<br>☐ E/F<br>■ G | ____<br>____<br>2.152 |

| Debtor | **HOA Restaurant Holder, LLC** | | Case number (if known) | **25-80095** |
|--------|------------|--|---------------|------------|
| | Name | | | |

| | | | | | |
|---|---|---|---|---|---|
| 2.77 | HOA HOLDCO, LLC | 1815 THE EXCHANGE SE ATLANTA GA 30339 | SPIRIT MASTER FUNDING III, LLC | ☐ D<br>☐ E/F<br>■ G | ____<br>____<br>2.153 |
| 2.78 | HOA HOLDCO, LLC | 1815 THE EXCHANGE SE ATLANTA GA 30339 | SW GLOBAL INC | ☐ D<br>☐ E/F<br>■ G | ____<br>____<br>2.157 |
| 2.79 | HOA HOLDCO, LLC | 1815 THE EXCHANGE SE ATLANTA GA 30339 | THE HO FAMILY TRUST, THE HUNG FAMILY TRUST, AMY Y. HO, YI-JU YANG, CECELIA CHU FEN CHO AND JAMES HO | ☐ D<br>☐ E/F<br>■ G | ____<br>____<br>2.161 |
| 2.80 | HOA HOLDCO, LLC | 1815 THE EXCHANGE SE ATLANTA GA 30339 | TRM 14 LLC | ☐ D<br>☐ E/F<br>■ G | ____<br>____<br>2.163 |
| 2.81 | HOA HOLDCO, LLC | 1815 THE EXCHANGE SE ATLANTA GA 30339 | TWO JOES, LLC | ☐ D<br>☐ E/F<br>■ G | ____<br>____<br>2.165 |
| 2.82 | HOA HOLDCO, LLC | 1815 THE EXCHANGE SE ATLANTA GA 30339 | U.S. 41 & I-285 COMPANY | ☐ D<br>☐ E/F<br>■ G | ____<br>____<br>2.168 |
| 2.83 | HOA HOLDCO, LLC | 1815 THE EXCHANGE SE ATLANTA GA 30339 | UGP-KIENER/STADIUM PARKING, LLC | ☐ D<br>☐ E/F<br>■ G | ____<br>____<br>2.169 |
| 2.84 | HOA HOLDCO, LLC | 1815 THE EXCHANGE SE ATLANTA GA 30339 | VENTURE PROPERTIES | ☐ D<br>☐ E/F<br>■ G | ____<br>____<br>2.170 |
| 2.85 | HOA HOLDCO, LLC | 1815 THE EXCHANGE SE ATLANTA GA 30339 | VERA CRUZ PROPERTIES LP | ☐ D<br>☐ E/F<br>■ G | ____<br>____<br>2.171 |

| Debtor | **HOA Restaurant Holder, LLC** | Case number (if known) | **25-80095** |
| | Name | | |

| | Name | Address | Creditor | D / E/F / G | |
|---|---|---|---|---|---|
| 2.86 | HOA HOLDCO, LLC | 1815 THE EXCHANGE SE ATLANTA GA 30339 | WINTHAN PROPERTIES, INC. | ☐ D<br>☐ E/F<br>■ G | ____<br>____<br>2.172 |
| 2.87 | HOA HOLDCO, LLC | 1815 THE EXCHANGE SE ATLANTA GA 30339 | WINTHAN PROPERTIES, INC. | ☐ D<br>☐ E/F<br>■ G | ____<br>____<br>2.173 |
| 2.88 | HOA HOLDCO, LLC | 1815 THE EXCHANGE SE ATLANTA GA 30339 | WPB CONCOURSE PLAZA, LC | ☐ D<br>☐ E/F<br>■ G | ____<br>____<br>2.174 |
| 2.89 | HOA HOLDCO, LLC | 1815 THE EXCHANGE SE ATLANTA GA 30339 | WSQ, LLC | ☐ D<br>☐ E/F<br>■ G | ____<br>____<br>2.175 |
| 2.90 | HOA HOLDCO, LLC | 1815 THE EXCHANGE SE ATLANTA GA 30339 | YUKON ONE LLC | ☐ D<br>☐ E/F<br>■ G | ____<br>____<br>2.176 |
| 2.91 | HOA IP GP, LLC | 1815 THE EXCHANGE SE ATLANTA GA 30339 | CITIBANK, N.A., AS TRUSTEE AND SECURITIES INTERMEDIARY | ■ D<br>☐ E/F<br>☐ G | 2.1<br>____<br>____ |
| 2.92 | HOA IP GP, LLC | 1815 THE EXCHANGE SE ATLANTA GA 30339 | CITIBANK, N.A., AS TRUSTEE AND SECURITIES INTERMEDIARY | ■ D<br>☐ E/F<br>☐ G | 2.2<br>____<br>____ |
| 2.93 | HOA KANSAS RESTAURANT HOLDER, LLC | 1815 THE EXCHANGE SE ATLANTA GA 30339 | CITIBANK, N.A., AS TRUSTEE AND SECURITIES INTERMEDIARY | ■ D<br>☐ E/F<br>☐ G | 2.2<br>____<br>____ |
| 2.94 | HOA KANSAS RESTAURANT HOLDER, LLC | 1815 THE EXCHANGE SE ATLANTA GA 30339 | CITIBANK, N.A., AS TRUSTEE AND SECURITIES INTERMEDIARY | ■ D<br>☐ E/F<br>☐ G | 2.1<br>____<br>____ |

| Debtor | **HOA Restaurant Holder, LLC** | Case number (if known) | **25-80095** |
|---|---|---|---|
| | Name | | |

| | | | | | |
|---|---|---|---|---|---|
| 2.95 | HOA LAUREL, LLC | 1815 THE EXCHANGE SE<br>ATLANTA GA 30339 | CITIBANK, N.A., AS<br>TRUSTEE AND SECURITIES<br>INTERMEDIARY | ■ D<br>☐ E/F<br>☐ G | 2.1 |
| 2.96 | HOA LAUREL, LLC | 1815 THE EXCHANGE SE<br>ATLANTA GA 30339 | CITIBANK, N.A., AS<br>TRUSTEE AND SECURITIES<br>INTERMEDIARY | ■ D<br>☐ E/F<br>☐ G | 2.2 |
| 2.97 | HOA MARYLAND<br>RESTAURANT HOLDER, LLC | 1815 THE EXCHANGE SE<br>ATLANTA GA 30339 | CITIBANK, N.A., AS<br>TRUSTEE AND SECURITIES<br>INTERMEDIARY | ■ D<br>☐ E/F<br>☐ G | 2.2 |
| 2.98 | HOA MARYLAND<br>RESTAURANT HOLDER, LLC | 1815 THE EXCHANGE SE<br>ATLANTA GA 30339 | CITIBANK, N.A., AS<br>TRUSTEE AND SECURITIES<br>INTERMEDIARY | ■ D<br>☐ E/F<br>☐ G | 2.1 |
| 2.99 | HOA SYSTEMS, LLC | 1815 THE EXCHANGE SE<br>ATLANTA GA 30339 | CITIBANK, N.A., AS<br>TRUSTEE AND SECURITIES<br>INTERMEDIARY | ■ D<br>☐ E/F<br>☐ G | 2.1 |
| 2.100 | HOA SYSTEMS, LLC | 1815 THE EXCHANGE SE<br>ATLANTA GA 30339 | CITIBANK, N.A., AS<br>TRUSTEE AND SECURITIES<br>INTERMEDIARY | ■ D<br>☐ E/F<br>☐ G | 2.2 |
| 2.101 | HOA TOWSON, LLC | 1815 THE EXCHANGE SE<br>ATLANTA GA 30339 | CITIBANK, N.A., AS<br>TRUSTEE AND SECURITIES<br>INTERMEDIARY | ■ D<br>☐ E/F<br>☐ G | 2.1 |
| 2.102 | HOA TOWSON, LLC | 1815 THE EXCHANGE SE<br>ATLANTA GA 30339 | CITIBANK, N.A., AS<br>TRUSTEE AND SECURITIES<br>INTERMEDIARY | ■ D<br>☐ E/F<br>☐ G | 2.2 |
| 2.103 | HOA WALDORF, LLC | 1815 THE EXCHANGE SE<br>ATLANTA GA 30339 | CITIBANK, N.A., AS<br>TRUSTEE AND SECURITIES<br>INTERMEDIARY | ■ D<br>☐ E/F<br>☐ G | 2.1 |

| Debtor | **HOA Restaurant Holder, LLC** | | Case number (if known) | **25-80095** | | |
|---|---|---|---|---|---|---|
| | Name | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 2.104 | HOA WALDORF, LLC | 1815 THE EXCHANGE SE ATLANTA GA 30339 | CITIBANK, N.A., AS TRUSTEE AND SECURITIES INTERMEDIARY | ■ D<br>☐ E/F<br>☐ G | 2.2 |
| 2.105 | HOOTERS OF AMERICA, LLC | 1815 THE EXCHANGE SE ATLANTA GA 30339 | 860 DULUTH HIGHWAY GA, LLC | ☐ D<br>☐ E/F<br>■ G | 2.8 |
| 2.106 | HOOTERS OF AMERICA, LLC | 1815 THE EXCHANGE SE ATLANTA GA 30339 | B & C ENTERPRISES, INC | ☐ D<br>☐ E/F<br>■ G | 2.19 |
| 2.107 | HOOTERS OF AMERICA, LLC | 1815 THE EXCHANGE SE ATLANTA GA 30339 | GOLDEN BROOK, LLC | ☐ D<br>☐ E/F<br>■ G | 2.77 |
| 2.108 | HOOTERS OF AMERICA, LLC | 1815 THE EXCHANGE SE ATLANTA GA 30339 | MAMOS SANFORD, LLC | ☐ D<br>☐ E/F<br>■ G | 2.113 |
| 2.109 | HOOTERS OF AMERICA, LLC | 1815 THE EXCHANGE SE ATLANTA GA 30339 | STANLEY SCHWARTZ ALABAMA, LLC | ☐ D<br>☐ E/F<br>■ G | 2.155 |
| 2.110 | HOOTS FRANCHISING, LLC | 1815 THE EXCHANGE SE ATLANTA GA 30339 | CITIBANK, N.A., AS TRUSTEE AND SECURITIES INTERMEDIARY | ■ D<br>☐ E/F<br>☐ G | 2.2 |
| 2.111 | HOOTS FRANCHISING, LLC | 1815 THE EXCHANGE SE ATLANTA GA 30339 | CITIBANK, N.A., AS TRUSTEE AND SECURITIES INTERMEDIARY | ■ D<br>☐ E/F<br>☐ G | 2.1 |
| 2.112 | HOOTS RESTAURANT HOLDER, LLC | 1815 THE EXCHANGE SE ATLANTA GA 30339 | CITIBANK, N.A., AS TRUSTEE AND SECURITIES INTERMEDIARY | ■ D<br>☐ E/F<br>☐ G | 2.1 |

| Debtor | **HOA Restaurant Holder, LLC** | | Case number (if known) | **25-80095** |
|---|---|---|---|---|
| | Name | | | |

| | | | | |
|---|---|---|---|---|
| 2.113 | HOOTS RESTAURANT HOLDER, LLC | 1815 THE EXCHANGE SE ATLANTA GA 30339 | CITIBANK, N.A., AS TRUSTEE AND SECURITIES INTERMEDIARY | ■ D ___2.2___ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.114 | TW RESTAURANT HOLDER, LLC | 1815 THE EXCHANGE SE ATLANTA GA 30339 | CITIBANK, N.A., AS TRUSTEE AND SECURITIES INTERMEDIARY | ■ D ___2.2___ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.115 | TW RESTAURANT HOLDER, LLC | 1815 THE EXCHANGE SE ATLANTA GA 30339 | CITIBANK, N.A., AS TRUSTEE AND SECURITIES INTERMEDIARY | ■ D ___2.1___ <br> ☐ E/F _____ <br> ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name    **HOA Restaurant Holder, LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF TEXAS (DALLAS)

Case number (if known)   **25-80095**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and Signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ *Amended Schedule*

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **May 15, 2025**    ✗ **/s/ Keith Maib**
                                    Signature of individual signing on behalf of the debtor

                                    **Keith Maib**
                                    Printed name

                                    **Chief Restructuring Officer**
                                    Position or relationship to debtor